Samuel Richard Rubin
FEDERAL DEFENDER
Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, New York Bar No. 5414099
ASSISTANT FEDERAL DEFENDERS
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530
Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org
            Christopher_M_Sanchez@fd.org

Stanley J. Panikowski
(admitted *pro hac vice*)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  619.699.2700
Facsimile:  619.699.2701
ECF:    stanley.panikowski@dlapiper.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **GERALD ROSS PIZZUTO, JR.,** and **THOMAS EUGENE CREECH,** | ) ) ) | **CASE NO. 1:20-cv-114-DCN** |
| Plaintiffs, | ) ) | **RESPONSE TO MOTION FOR EXTENSION [DKT. 10]** |
| v. | ) ) | |
| **BRAD LITTLE**, et al., | ) ) | |
| Defendants. | ) ) | |

The plaintiffs consent to the requested extension, *see* Dkt. 10, so long as the following conditions are met: 1) the defendants do not argue, and the Court does not rule, that the delay occasioned by the additional time shows a lack of diligence on the plaintiffs' part; 2) the defendants

RESPONSE TO MOTION FOR EXTENSION – Page 1

and the Court do not otherwise use the plaintiffs' acquiescence to impair their claims in any way; and 3) the State does not set an execution date for Mr. Pizzuto that would, if carried out, moot his claims before he can fully and fairly litigate them in this case. To the extent that these conditions are all satisfied, the plaintiffs consent to the extension. Insofar as any of the conditions are not met, the plaintiffs respectfully object to the extension.

DATED this 30th day of March 2020.

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Christopher M. Sanchez
Federal Defender Services of Idaho

/s/ Stanley J. Panikowski
Stanley J. Panikowski
DLA PIPER LLP (US)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Mark Kubinski
mkubinsk@idoc.idaho.gov

Oscar Klaas
oklaas@idoc.idaho.gov

/s/ Julie Hill
Julie Hill