*Gerald Ross Pizzuto, Jr., et al. v. Josh Tewalt, et al.,* Case No. 1:20-cv-114-DCN
Filed in Support of Response to Motion to Dismiss Amended Complaint [Dkt. 21]

# Exhibit 1
**(Declaration of Thomas Eugene Creech, dated June 15, 2020)**

## DECLARATION OF THOMAS EUGENE CREECH

I, Thomas Eugene Creech, mindful of the penalties of perjury, declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify.

2. I am one of the plaintiffs in *Creech v. Tewalt*, D. Idaho, No. 1:20-cv-114.

3. I submitted the concern form filed in the above case as Dkt. 17-5 at 2.

4. The prison denied that concern in a response dated January 6, 2020, which is available in the same docket entry just cited.

5. After the prison denied the concern, I submitted a grievance to continue pursuing the same issue within the institution.

6. I never received a response to the grievance from the prison.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15 day of June 2020, at Boise, Idaho.

Thomas Eugene Creech

DECLARATION OF THOMAS EUGENE CREECH - 1