Charles Peterson
EXECUTIVE DIRECTOR
Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, New York Bar No. 5414099
Miles Pope, Alaska Bar No. 1508066
ASSISTANT FEDERAL DEFENDERS
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530
Facsimile:  (208) 331-5559
ECF:   Jonah_Horwitz@fd.org
            Christopher_M_Sanchez@fd.org
            Miles_Pope@fd.org

Stanley J. Panikowski
(admitted *pro hac vice*)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  (619) 699-2700
Facsimile:  (619) 699-2701
ECF:    stanley.panikowski@dlapiper.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **GERALD ROSS PIZZUTO, JR.,** and **THOMAS EUGENE CREECH,** | ) ) ) | CASE NO. 1:20-cv-114-DCN |
| Plaintiffs, | ) ) ) | **MOTION TO ALTER OR AMEND JUDGMENT [DKT. 35]** |
| v. | ) ) | |
| **JOSH TEWALT**, et al., | ) ) | |
| Defendants. | ) ) | |

      The order dismissing the complaint, Dkt. 34, is based on a theory of ripeness that has not been adopted by a single other court in the country and which has been expressly rejected by the

MOTION TO ALTER OR AMEND JUDGMENT – Page 1

only opinions to address it. For those reasons, which are detailed in the accompanying memorandum, the plaintiffs respectfully ask the Court to alter or amend its judgment pursuant to Federal Rule of Civil Procedure 59(e), Dkt. 35, and issue a new order addressing the State's remaining defenses. In the alternative, the plaintiffs request that the Court at least do so with respect to Gerald Ross Pizzuto, Jr., who is facing a potentially torturous execution in the near future that he is prevented by the dismissal order from challenging in any meaningful way.

DATED this 24th day of November 2020.

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Christopher M. Sanchez
Miles Pope
Federal Defender Services of Idaho

/s/ Stanley J. Panikowski
Stanley J. Panikowski
DLA PIPER LLP (US)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

| | |
|---|---|
| Mark Kubinski<br>mkubinsk@idoc.idaho.gov | Oscar Klaas<br>oklaas@idoc.idaho.gov |

/s/ Heidi Thomas
Heidi Thomas

MOTION TO ALTER OR AMEND JUDGMENT – Page 2