Charles Peterson
EXECUTIVE DIRECTOR
Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, New York Bar No. 5414099
Miles Pope, Alaska Bar No. 1508066
ASSISTANT FEDERAL DEFENDERS
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530
Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org
       Christopher_M_Sanchez@fd.org
       Miles_Pope@fd.org

Stanley J. Panikowski
(admitted *pro hac vice*)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  619.699.2700
Facsimile:  619.699.2701
ECF:   stanley.panikowski@dlapiper.com

*Attorneys for Plaintiffs*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **GERALD ROSS PIZZUTO, JR.** and **THOMAS EUGENE CREECH** | ) ) ) | CASE NO. 1:20-cv-114-DCN |
| Plaintiffs, | ) ) ) ) | **PLAINTIFFS' NOTICE OF APPEAL FROM DISMISSAL OF COMPLAINT [DKTS. 34, 35]** |
| v. | ) ) | |
| **JOSH TEWALT**, et al., | ) ) ) | |
| Defendants. | ) | |

Notice is given that Plaintiffs Gerald Ross Pizzuto, Jr. and Thomas Eugene Creech appeal

to the United States Court of Appeals for the Ninth Circuit from the Memorandum Decision and

NOTICE OF APPEAL FROM DISMISSAL OF COMPLAINT – Page 1

Order entered on November 17, 2020, *see* Dkt. 34, as well as the Judgment filed on the same day, *see* Dkt. 35.  Pursuant to Ninth Circuit Rule 3-2, a Representation Statement follows on the next page.

DATED this 2nd day of December 2020.

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Christopher M. Sanchez
Miles Pope
Federal Defender Services of Idaho


/s/ Stanley J. Panikowski
Stanley J. Panikowski
DLA PIPER LLP (US)

*Attorneys for Plaintiffs*

## REPRESENTATION STATEMENT

Plaintiffs Gerald Ross Pizzuto, Jr. and Thomas Eugene Creech are represented by the following counsel:

Jonah J. Horwitz
Christopher M. Sanchez
Miles Pope
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530

Stanley J. Panikowski
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  (619) 699-2700

Defendants Josh Tewalt, Tyrell Davis, Chad Page, and Unknown Employees, Agents, or Contractors of the Idaho Department of Correction are represented by the following counsel:

Mark A. Kubinski
Oscar Klaas
1299 N. Orchard St., Ste. 110
Boise, ID 83706
Telephone: (208) 658-2097

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

| | |
|---|---|
| Mark Kubinski<br>mkubinsk@idoc.idaho.gov | Oscar Klaas<br>oklaas@idoc.idaho.gov |

                                         /s/ Heidi Thomas
                                         Heidi Thomas