FILED

MAR 31 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

GERALD ROSS PIZZUTO, Jr.; THOMAS E. CREECH,

        Plaintiffs-Appellants,

 v.

JOSH TEWALT, Director, Idaho Department of Correction, in his official capacity; et al.,

        Defendants-Appellees,

 and

BRAD LITTLE, Idaho State Governor, in his official capacity,

        Defendant.

No. 20-36044

D.C. No. 1:20-cv-00114-DCN
District of Idaho,
Boise

ORDER

Before: GOULD, RAWLINSON, and BENNETT, Circuit Judges.

    At oral argument, the parties shall be prepared to discuss the significance, if any, of the revised version of the Idaho Department of Correction's Standard Operating Procedure 135.02.01.001, Version 4: Execution Procedures, to the above-captioned case.

    Defendants-Appellees are ordered to file the above-referenced revised Standard Operating Procedure no later than two days after the date of this order.