Charles Peterson
EXECUTIVE DIRECTOR
Jonah J. Horwitz, Idaho Bar No. 10494
Christopher M. Sanchez, New York Bar No. 5414099
Miles Pope, Alaska Bar No. 1508066
ASSISTANT FEDERAL DEFENDERS
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530
Facsimile: (208) 331-5559
ECF:   Jonah_Horwitz@fd.org
       Christopher_M_Sanchez@fd.org
       Miles_Pope@fd.org

Stanley J. Panikowski, California Bar No. 224232
Chelsea Dal Corso, California Bar No. 290663
Amanda Laufer Camelotto, New Jersey Bar No. 902142012
Sarah E. Kalman, Pennsylvania Bar No. 325278
(admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone:  619.699.2700
Facsimile:  619.699.2701
ECF:   stanley.panikowski@dlapiper.com
       chelsea.dalcorso@dlapiper.com
       amanda.camelotto@dlapiper.com
       sarah.kalman@dlapiper.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | | |
|---|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | ) | **CASE NO. 1:20-CV-114-DCN** |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF PIZZUTO'S MOTION** |
| v. | ) | **FOR PRELIMINARY INJUNCTION** |
| | ) | **OR TEMPORARY RESTRAINING** |
| **JOSH TEWALT**, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | **Execution Scheduled for June 2, 2021** |
| | ) | |

MOTION FOR PRELIMINARY INJUNCTION – Page 1

To prevent an unnecessarily torturous execution, Plaintiff Gerald Ross Pizzuto, Jr., pursuant to Federal Rules of Civil Procedure 65(a) and (b) and 28 U.S.C. § 1651, hereby moves this Court for a preliminary injunction or temporary restraining order barring Defendants from executing him until his claim is fully resolved on the merits.  A memorandum in support is being filed contemporaneously with this motion.

DATED this 18th day of May 2021.

/s/ Jonah J. Horwitz
Jonah J. Horwitz
Christopher M. Sanchez
Miles Pope
Federal Defender Services of Idaho


/s/ Stanley J. Panikowski
Stanley J. Panikowski
Chelsea Dal Corso
Amanda Laufer Camelotto
Sarah E. Kalman
DLA PIPER LLP (US)

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Mark Kubinski                                   Oscar Klaas
mkubinsk@idoc.idaho.gov               oklaas@idoc.idaho.gov


 /s/ Julie Hill
Julie Hill


MOTION FOR PRELIMINARY INJUNCTION – Page 2