IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| **GERALD ROSS PIZZUTO, JR.,** | ) | Case No. 1:20-cv-114-DCN |
| Plaintiff, | ) | |
| v. | ) | **INDEX OF EXHIBITS** |
| **JOSH TEWALT, et al.,** | ) | |
| Defendants. | ) | |

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Declaration of Dr. Michael Rich |
| 2 | Roy Blankenship Autopsy and Article re: Execution |
| 3 | Eddie Powell Autopsy and Affdavit of Christine Freeman re: Execution |
| 4 | Medical Records of Gerald Pizzuto |
| 5 | Declaration of Dr. Sergio Bergese |
| 6 | Declaration of Dr. Michaela Almgren |
| 7 | Email Correspondence between Chris Harris and Randy Blades |
| 8 | Union Avenuue Pharmacy Receipt and Regulatory Documents |
| 9 | University Pharmacy Receipt and Regulatory Documents |
| 10 | Idaho Department of Correction Execution Chemicals Preparation and Administration |
| 11 | Idaho Department of Correction SOP 135.02.01.001, Execution Procedures, Version 4.0 |

| 12 | Declaration of Dr. James S. Williams |
| --- | --- |
| 13 | Utah Firing Squad Protocol |
| 14 | Army Firing Squad Protocol |
| 15 | IDOC SOP 507.02.01.011, Firearms, Version 4.0 |
| 16 | Idaho Code 19 § 2716 (1982) |
| 17 | H.B. 107 2009 Elimiation of the Firing Squad |
| 18 | Email Correspondence between Idaho Department of Correction and Utah Department of Correction |
| 19 | Idaho Maximum Security Institution Administrative Segregation Inmate Review Re: Gerald Pizzuto |
| 20 | DVD Containing Video Footage of Dostler Execution |
| 21 | Docket Sheet for *Pizzuto v. Blades*, USDC No. 1:05-cv-00516-BLW |
| 22 | Docket Sheet for *Pizzuto v. Blades*, Ninth Cir. No. 12-99002 |
| 23 | Docket Sheet for *Pizzuto v. Blades*, Ninth Cir. No. 16-36082 |