*Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.,* Case No. 1:20-cv-114-DCN
Filed in Support of Plaintiff Gerald Ross Pizzuto, Jr.'s Memorandum
in Support of Motion for Preliminary Injunction or Temporary Restraining Order

# Exhibit 5

**(Declaration of Dr. Sergio Bergese, dated May 16, 2021)**

## DECLARATION OF DR. SERGIO D. BERGESE

1.      I am a board certified anesthesiologist and a clinical professor of anesthesiology at Stony Book University, Stony Brook, New York, where I currently serve as the Vice Chair for Professional Development, Director of Outcomes and Clinical Research in Perioperative Medicine, and as the Senior Director of Neuroanesthesiology in the Department of Anesthesiology and Neurological Surgery School of Medicine.  My specialty is neuro-anesthesia, which is the provision of anesthesia for patients undergoing surgeries on their brain or spinal cord, and the impact of anesthetic drugs on the brain.  My CV is attached to this declaration as Appendix A.

2.      I have been asked by counsel at Federal Defender Services of Idaho (FDSI) to provide my expert opinion concerning the way in which Gerald Ross Pizzuto, Jr.'s medication history would affect an execution involving pentobarbital.  To prepare that opinion, I used my knowledge and experience and I have conduced an extensive survey of the scientific literature concerning pentobarbital and the other drugs discussed below.[1]

3.      In order to assess how Mr. Pizzuto's medication history might intersect with GABAergic drugs such as pentobarbital, I have reviewed a summary of all of Mr. Pizzuto's prescriptions dating back to 2015 and of several specific medications (gabapentin, fentanyl, morphine, Oxycodone, and Tramadol) dating back to 2014, both of which were prepared at my request by FDSI.  FDSI made available to me the underlying medical records associated with the period of time with which I was concerned.  In particular, FDSI has provided me with medical records from the Idaho Department of Correction ("IDOC") for the time period of December 2002 through May 10, 2021.

---

[1] I have included endnotes referencing those studies that I cite in this report.

4.      In addition, FDSI has also provided hospitalization records from St. Alphonsus Regional Medical Center for July 22, 2019 through July 24, 2019; September 13, 2019; October 23, 2019 through October 25, 2019; and August 20, 2020.

5.      FDSI also provided a memorandum summarizing Mr. Pizzuto's prescription-drug history.

6.      Finally, FDSI provided the following IDOC administrative documents regarding executions:

- Standard Operating Procedure (SOP) 135.02.01.001, Execution Procedures, v. 3.6, approved January 6, 2012;

- SOP 135.01.01.001, Execution Procedures, v. 4.0, approved March 30, 2021;

- Execution Chemicals Preparation and Administration, updated March 30, 2021.

7.      Where necessary, I have consulted the records listed above.

8.      In this declaration, I will first discuss the chemical attributes of pentobarbital, and then the manner in which its efficacy on Mr. Pizzuto will be impacted by his medication history.

9.      Pentobarbital is a short-acting barbiturate[2] used medically as a sedative and as an anesthetic induction agent.  Pentobarbital operates by decreasing activity in the patient's central nervous system ("CNS").  It does so through its effect upon a specific neurotransmitter, which is a chemical in the brain that carries signals from one nerve cell (or "neuron") to another.

---

[2] As discussed below, barbiturates such as pentobarbital act by decreasing the relay of information in the nervous system.  Specifically, barbiturates affect several types of membrane-embedded ion channels.  The principal targets of barbiturates are thought to be anionic and cationic pentameric ligand-gated ion channels, known as pLGICs.  There is also evidence that barbiturates bind to the cylindrical pore of the ion channel.  *See* Z. Fourati, R.R. Ruza, D. Laverty, E. Drege, S. Delarue-Cochin, D. Joseph, P. Koehl, T. Smart & M. Delarue, *Barbiturates Bind in the GLIC Ion Channel Pore and Cause Inhibition by Stabilizing a Closed State*, 292(5) J. BIOL. CHEM. 1550-58 (2017).

DECLARATION OF DR. SERGIO D. BERGESE – Page 2

Pentobarbital facilitates the binding of this neurotransmitter, *gamma*-Aminobutyric acid (or "GABA"),[3] to proteins found on the surface of certain neurons.  Once bound to these proteins, or "receptors,[4]" GABA inhibits the firing of these neurons, which results in drowsiness and, eventually, the depression of the patient's CNS.[5]

10.    Turning to the first relevant drug in Mr. Pizzuto's history, his records indicate that he has taken gabapentin (which is sometimes referred to in the documents by the brand name Neurontin) consistently for nerve pain and as an anticonvulsant for at least 15 years, with some hiatuses.  Dosages have ranged from 300 milligrams twice daily to 1,200 milligrams three times

---

[3] GABA is considered the major inhibitory neurotransmitter in the neocortex of the brain. It exerts its inhibitory effect through the activation of GABA receptors.  *See, e.g.*, J. Yu, *A Novel Mechanism for Gabapentin Actions: Up-Regulation of δGABA-A Receptors*, University of Toronto, at 3 (2014); L.D. Errante, A. Williamson, D.D. Spencer & O. Petroff, *Gabapentin and Vigabatrin Increase GABA in the Human Neocortical Slice*, 49 EPILEPSY RESEARCH 203-10 (2002).

[4] The GABA-A receptor is the primary mediator of inhibitory neurotransmission in the central nervous system.  *See, e.g.*, P.D. Whissell, D. Eng, I. Lecker, D-S. Wang, L.J. Martin & B.A. Orser, *Acutely Increasing δGABA-A Receptor Activity Impairs Memory and Inhibits Synaptic Plasticity in the Hippocampus*, 7(146) FRONTIERS IN NEURAL CIRCUITS 1-12 (2013).  It is a heteroligomeric protein complex consisting of a GABA-gated Cl channel with binding sites for allosteric modulators.  *See* N.C. Saxena & R.L. Macdonald, *Assembly of GABA-A Receptor Subunits: Role of the δ Subunit*, 14(11) J. NEUROSCIENCE 7077-86 (1994).  There are 16 different subunits of GABA-A receptors, belonging to a number of distinct classes, which form different pentameric subtypes.  The variations in subunit composition determine the receptor's pharmacological and functional properties.  *See* Yu, *A Novel Mechanism for Gabapentin Actions*, at 1.

[5] Pentobarbital is able to function on GABA-A receptors expressing all (functional) subunit combinations.  As discussed below, however, GABA-A units expressing all but the α-6 subunit phenotype have a higher affinity for GABA than pentobarbital.  *See* B.C. Drafts & J.L. Fisher, *Identification of Structures within GABA-A Receptor α Subunits that Regulate the Agonist Action of Pentobarbital*, 318(3) J. PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS 1094, 1095 (2006).

daily.   A hospital note from September 18, 2019 diagnosed Mr. Pizzuto with "gabapentin dependence."

11.     Since March 2020, Mr. Pizzuto has been on gabapentin without any breaks.  During that period, he began on a prescription of 900 milligrams three times a day for a total of 2,700 milligrams.  On June 3, 2020, the dosage was increased to 1,200 milligrams three times a day for a total of 3,600 milligrams, where it remains today.

12.     Gabapentin is a medication used widely in the United States to treat epilepsy and neuropathic pain.  When used for extended periods of time, gabapentin, which is structurally similar to GABA, increases the quantity of receptors that have an affinity for a certain type of GABA.  This increase in susceptible receptors is known as "upregulation."[6]

13.     When a person takes a drug like gabapentin, the upregulation of these susceptible receptors will continue and increase over time.  Those receptors will also adapt so that their responsiveness becomes more and more tailored to that drug.  That adaptation can result in the receptors becoming less responsive—or even unresponsive—to other drugs.  One analogy for this is a keyhole that, over time, conforms increasingly to one specific key, until even a duplicate can no longer turn in the lock.

14.     While the precise biochemical cause of this phenomenon is unknown, it is clear from the scientific literature that the receptors shaped by long-term administration of gabapentin

---

[6] Specifically, gabapentin causes upregulation of the $\delta$ and $\alpha$-5 GABA-A receptor subunits in the brain.  The precise understanding of the biochemical mechanism underlying gabapentin's effects remains limited, although it has been hypothesized that gabapentin's mechanism of action stems from its effect on neurohormone regulation and interaction.  The resulting upregulation is believed to be behind the observed increase in GABAergic (that is, of or relating to the neurotransmitter GABA) currents within the brain during gabapentin treatment. *See* Yu, *A Novel Mechanism for Gabapentin Actions* at 119-21.

become less responsive to pentobarbital. This *competitive inhibitory effect* limits pentobarbital's ability to depress electrical activity in the brain by compromising the mechanism through which it facilitates the binding of GABA to its receptors.[7] Consequently, pentobarbital's capacity to induce CNS depression in a person taking gabapentin will be diminished.

15.     In my expert opinion, it is very likely that the efficacy of pentobarbital will be diminished when administered to a person who has taken gabapentin for a considerable period of

---

[7] As noted above, all variations of the GABA-A receptors except the α-6 subunit phenotype have a higher affinity for GABA than pentobarbital. *See* Drafts, *Identification of Structures*, 318(3) J. PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS at 1095. Indeed, pentobarbital has been proven less effective than GABA at receptors containing any of the other five α subtypes. *See id.* One study found that receptors composed of the other α subtypes responded only "weakly" to pentobarbital, with currents of approximately 20% of those seen with GABA. *Id.* at 1096.

Accordingly, gabapentin's upregulation of the δ and α-5 subunit expressing receptors will result in more receptors with affinity for GABA over pentobarbital. Yu, *A Novel Mechanism for Gabapentin Actions*, at 119 ("gabapentin upregulates δGABA-A receptor surface expression and in some instances total expression"); Drafts, *Identification of Structures*, 318(3) J. PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS at 1095 ("With receptors containing any of the other five α subtypes . . . pentobarbital is a less effective agonist compared with GABA."); Saxena, *Assembly of GABA-A Receptor Subunits*, 14(11) J. NEUROSCIENCE at 7077-86. "[C]hanges [] protein-coupled receptors and ion channels generally work toward generating hypersensitivity of the neurons." H-S. Xiao, et al., *Identification of Gene Expression Profile of Dorsal Root Ganglion in the Rat Peripheral Axotomy Model of Neuropathic Pain*, 99(12) PROC. OF THE NAT'L ACAD. OF SCI. 8360, 8364-65 (2002). This hypersensitivity refers to a sensitivity in preferring GABA. Florence B. Pomares, et al., *Upregulation of cortical GABA-A receptor concentration in* fibromyalgia, 161 J. OF THE INT'L ASS'N FOR THE STUDY OF PAIN 1, 74–82 (Jan. 2020). Similarly, preclinical studies found that the typical increase in GABA caused by pentobarbital was greatly attenuated following gabapentin administration. L.D. Errante, et al., *Gabapentin and Vigabatrin Increase GABA in the Human Neocortical Slice*, 49 EPILEPSY RESEARCH 203-10 (2002).

It is also notable that δ subunit expressing GABA-A receptors may not be as functionally effective as other forms of the GABA-A receptor. *See* Saxena, *Assembly of GABA-A Receptor Subunits*, 14(11) J. NEUROSCIENCE at 7085. Recent studies have found significant Cornu Ammonis 1 (CA1) hippocampal long-term potentiation (LTP) memory impairment in the presence of a high concentration of δ subunit expressing GABA-A receptor phenotypes. *See* Whissell, *Acutely Increasing δGABA-A Receptor Activity*, 7(146) FRONTIERS IN NEURAL CIRCUITS at 9.

time, particularly if he is taking a high daily dose of gabapentin. In the context of judicial lethal injection of five grams of pentobarbital, this has several implications and presents a substantial risk of several significant harms, including a prolonged and painful death process, awareness of the process of dying, an increased likelihood of seizures, and the possibility of additional paradoxical reactions.

16.     A prisoner with a long history of consistent gabapentin use, such as Mr. Pizzuto, will not respond to the administration of five grams of pentobarbital as prisoners have in past executions. The pentobarbital will, by definition, *not* function as intended, as the effects of the gabapentin will interfere with the pentobarbital's interactions with his brain.

17.     The interaction of high doses of gabapentin and pentobarbital increases the likelihood of a seizure as well. Although aggressive single-drug therapy can be effective for some patients,[8] it is well-established that high dosing of single medications causes the deterioration of patient seizure thresholds. While gabapentin is an effective anticonvulsant for adults with refractory partial seizures, there is also evidence of increased seizure activity following its administration.[9] Further, while pentobarbital is an effective anticonvulsant, it is not utilized as

---

[8] Gabapentin is a widely used anticonvulsant in the United States for chronic pain control. Gabapentin has several desirable pharmacokinetic properties compared to other anti-seizure medications. It has a dose-dependent oral absorption and transport system, with an oral bioavailability of approximately 65%. Gabapentin crosses the blood-brain barrier to induce its effects as a structural GABA agonist. *See* Yu, *A Novel Mechanism for Gabapentin Actions*, at 31.

[9] A retrospective survey of 361 epilepsy patients treated with gabapentin revealed that twenty seven percent (27%) experienced seizure-related hospital admissions and injury after the gabapentin treatment commenced. *See* I.C. Wong, D.W. Chadwick, P.B. Fenwick, G.E. Mawer & J. Sander, *The Long-Term Use of Gabapentin, Lamotrigine, and Vigabatrin in Patients with Chronic Epilepsy*, 40(10) EPILEPSIA 1439, 1442 (1999). Perucca, et al., considered that the paradoxical phenomenon of antiepileptic-drug-induced seizure deterioration may be due to excessive dosage of the drug and aggressive polytherapy. E. Perucca, L. Gram, G. Avanzini & O. Dulac, *Antiepileptic Drugs as a Cause of Worsening Seizures*, 39(1) EPILEPSIA 5-17 (1998) (noting that one retrospective survey found nearly 25% of patients admitted with a clinical

such due to its undesirable sedative properties and the possibility of triggering paradoxical seizure activity.[10]  Seizure worsening is also one of the common paradoxical manifestations of an overdose of an anti-epileptic drug.[11]  The combination of massive doses of two anti-convulsants introduces a significant, gratuitous risk.

---

diagnosis of antiepileptic-drug intoxication exhibited a paradoxical deterioration of their seizures).  Similarly, in one case report, gabapentin administration in a 14 year old male with Lennox-Gestaut syndrome exacerbated myoclonic and absence seizures at a does of 900-1800 mg/day.  D. Vossler, *Exacerbation of Seizures in Lennox-Gastaut Syndrome by Gabapentin*, 46(3) NEUROLOGY 852 (1996).  Gabapentin has also been associated with worsening of partial seizures.  Subcortical activity may be involved in those cases, as several previous reports linked gabapentin to myoclonic episodes, with no correlation between the convulsions and EEG. Perucca, et al., *Antiepileptic Drugs as a Cause of Worsening Seizures*, 39(1) EPILEPSIA at 10.

[10] In particular, the academic literature suggests that pentobarbital use be avoided in patients with chronic pain as paradoxical reactions are more likely to occur.  *See* http://www.pdr.net/drug-summary/nembutal?druglabelid=2052.

[11] The literature on seizure-worsening through the administration of antiepileptic medications is extensive, although manifestations vary.  *See generally* Perucca, et al., *Antiepileptic Drugs as a Cause of Worsening Seizures*, 39(1) EPILEPSIA at 5-17.  Acute carbamazepine (CBZ) poisoning can precipitate seizures and status epilepticus, tiagabine (TBG) overdose can result in myoclonus and status epilepticus, supratherapeutic phenobarbital (PB) causes nonconvulsive status epilepticus, and valproic acid poisoning results in myoclonus.  *See, e.g.*, P. Sharma, R. Gupta, B. Bhardwaja & A. Mathur, *Status Epilepticus and Death Following Acute Carbamazepine Poisoning*, 40(8) J. ASS'N OF PHYSICIANS OF INDIA 561-62 (1992) (discussing seizure-worsening effects of CBZ); H.A. Spiller, E.P. Krenelok & E. Cookson, *Carbamazepine Overdose: A Prospective Study of Serum Levels and Toxicity*, 28(4) J. TOXICOLOGY: CLINICAL TOXICOLOGY 445-48 (1990) (same); D. Weaver, P. Camfield & A. Fraser, *Massive Carbamazepine Overdose: Clinical and Pharmacologic Observations in Five Episodes*, 38(5) NEUROLOGY 755-59 (1988) (same); Perucca, et al., *Antiepileptic Drugs as a Cause of Worsening Seizures*, 39(1) EPILEPSIA at 7 (discussing seizure-worsening effects of TBG); P. Marioni, F. Galletti, M. Brinciotti & A. Pelliccia, *Nonconvulsive Status Epilepticus in Relation to Phenobarbital Poisoning*, 39(20) MINERVA PEDIATRICA 865-68 (1987) (discussing seizure-worsening effects of PB); O. Eeg-Olofsson & U. Lindskog, *Acute Intoxication with Valproate*, 319(8284) THE LANCET 1306 (1982) (discussing seizure-worsening effects of valproic acid).

After administration of pentobarbital to a child with benign Rolandic epilepsy, negative myoclonus was aggravated and an almost continuous unilateral or bilateral central spike-and-wave activity was triggered.  This activity was markedly improved after pentobarbital discontinuation.  R. Guerrini, *Exacerbation of Epileptic Negative Myoclonus by Carbamazepine*

18.     It is important to note as well, that the abrupt discontinuation of gabapentin has been documented to cause a number of serious withdrawal symptoms.  These symptom include tachycardia, catatonia, and epileptic seizures.[12]   Symptoms typically resolve after restarting gabapentin.[13]

19.     As with gabapentin, substantial risks are presented by Mr. Pizzuto's history of chronic opioid use and will complicate a pentobarbital execution further.

20.     That history includes the following.  Mr. Pizzuto's usage of Tramadol (sometimes referred to by the brand name Ultram) dates back to January 2004 with dosages of 50 to 100 milligrams three times a day until he was weaned off at the recommendation of a palliative care specialist in October 2019.  Mr. Pizzuto was given fentanyl (brand name Sublimaze) injections in July 2019 and again in September 2019.  He was treated with morphine sulfate from July 2019 to

---

*or Phenobarbital in Children with Atypical Benign Rolandic Epilepsy*, 36(3) EPILEPSIA S65 (1995).  Similarly, amobarbital administration led to tonic seizures in two pediatric patients with Lennox-Gastaut syndrome.  Perucca, et al., *Antiepileptic Drugs as a Cause of Worsening Seizures*, 39(1) EPILEPSIA at 8.  Those children had already been part of a study group who developed tonic seizures following benzodiazepine injections.  However, tonic seizures and polyspike discharges had been previously reported in Lennox-Gastaut patients with other nonbarbiturate drugs, such as Fluothane and propanidid.  Those patients' brain vulnerability to changes in inhibitory transmitter activities may account for the described response to the medications.  *Id.*  Pentobarbital has also been suspected of worsening absence seizures in children.  *Id*.

[12] *See* T.R. Hellwig, R. Hammerquist & J. Termaat, *Withdrawal Symptoms After Gabapentin Discontinuation*, 67 AM. J. HEALTH-SYST. PHARM. 910, 911 (2010).

[13] Barrueto, et al., described the case of a 34 year-old male with no previous medical history of seizures.  The patient was placed on gabapentin to treat chronic back pain.  After 9 months of 8000 mg/day therapy, gabapentin was abruptly discontinued and the patient developed status epilepticus within two days of withdrawal.  The patient was then restarted on gabapentin and was discharged with no further seizure activity.  F. Barrueto, Jr., J. Green, M.A. Howland, R.S. Hoffman & L.S. Nelson, *Gabapentin Withdrawal Presenting as Status Epilepticus*, 40(7) J. TOXICOLOGY 925-28 (2002).

November 2019.  Finally, Mr. Pizzuto has taken Oxycodone HCL for pain continuously from November 2019 to the present.  Dosages of Oxycodone HCL began at five to ten milligrams every four to six hours (which is sixty milligrams a day at the most) and has been increased on at least nine separate occasions since then—in the latest records I reviewed, it was up to 160 milligrams daily, which is more than 100% what it was originally.  That is a very high dose of Oxycodone— it would likely immediately have detrimental effects such as respiratory depression with catastrophic complications in a "normal" person, i.e., someone who had not developed as much tolerance as Mr. Pizzuto.

      21.     Due to opioid induced inhibition of GABA-mediated neurotransmission, a prisoner with a history of chronic opioid use, like Mr. Pizzuto, will be even more likely not to respond to the administration of five grams of pentobarbital as intended by the protocol.[14]  In chronic opioid users, there is a GABA interneuron containing μ-receptors that will innervate the dopaminergic projection neurons' interaction.  Agonist binding to μ-opioid receptors (such as occurs with fentanyl, morphine, Oxycodone, and tramadol) negatively modulates GABA transmission onto dopaminergic neurons.[15]  Associated with these changes, in parallel, chronic morphine exposure also causes synaptic adaptations in the GABA signal, resulting in a compensatory upregulation of GABA receptor.[16]  Even though most studies have been conducted with the intent to ascertain how GABA attenuates the rewarding effects of opioids, the same mechanistical interaction of opioids

---

[14] *See* C.W. Vaughan, S.L. Ingram, M.A. Conner, M.J. Christie, *How opioids inhibit GABA–mediated neurotransmission*, 390 NATURE 611–14 (1997).

[15] *See* S.W. Johnson & R.A. North, *Opioids Excite Dopamine Neurons by Hyperpolarization of Local Interneurons*, 12(2) J. NEUROSCIENCE 483–488 (1992).

[16] *See* A. Bonci & J.T. Williams, *Increased Probability of GABA Release During Withdrawal from Morphine*, 17(2) J. NEUROSCIENCE 796–803 (1997).

(μ-receptors) and GABA demonstrates this upregulation and supports and explains why GABA receptors will increase in circumstances of chronic opioid usage. Therefore, the Opioid–GABA interaction described above will further enhance the Gabapentin–GABA upregulation and further interfere with pentobarbital's effect on the brain.

22.     For the following reasons, it would not be reasonable to take Mr. Pizzuto off of opioids.

23.     First, because Mr. Pizzuto has taken such large amounts of Oxycodone for so long, removing him from the drug would induce withdrawal, which would be dangerous, especially in light of his several serious illnesses.

24.     Second, in light of the high dosages of Oxycodone over an extended period of time, Mr. Pizzuto has developed tolerance for the drug.[17]  He therefore will require more and more of the drug over time to obtain the same pain relieving result, not less.  Opioids are the strongest medication available to treat pain.  The fact that Mr. Pizzuto is being prescribed substantial and increasing amounts of Oxycodone indicates that his pain requires such medication.  Taking Mr. Pizzuto off Oxycodone under those circumstances would mean that his pain was not being properly treated, which is medically inappropriate.  It would create an unacceptable risk that Mr. Pizzuto would develop untreatable pain.  Medical guidelines prohibit such an approach.

25.     After a review of Mr. Pizzuto's medication history and the above-cited scientific literature, it is my expert opinion that an attempt to execute Mr. Pizzuto by an injection of five grams of pentobarbital poses a substantial risk of the following: prolonged and severely painful

---

[17] *See* Sang Hun Kim, Nicoleta Stoicea, Suren Soghomonyan, Sergio D. Bergese, *Remifentanil-acute opioid tolerance and opioid-induced hyperalgesia: a systemic review*, AM. J. THERAPEUTICS, May–June 2015, 22(3):e62–74.

death, awareness during the process of dying, severe seizures, and a paradoxical reaction that would limit the efficacy of the pentobarbital on his brain.

26.     The risks described above are significantly increased by shortcomings in the current execution protocol.

27.     According to the current execution protocol, members of the "Medical Team" need only have "three years of medical experience" in a variety of potential roles, such as nurses, paramedics, phlebotomists and so forth.  SOP 135.01.01.001 at p. 7.  However, individuals in these professions do not have the necessary training to adequately administer the drugs in the protocol while assessing the possibility that the inmate is conscious, sensate, or in pain. Practicing anesthesiologists with the appropriate tools would be fully qualified to do so.

28.     Anesthesiologists understand the pharmacology of anesthetic drugs and their interactions, which determines the sequence and timing of how chemicals should be injected. Other types of medical professionals, like nurses and paramedics, do not have that scientific background.  When drugs are administered and the pacing is off, it can create a painful reaction.

29.     A person may be experiencing pain and yet not expressing it in any way that is visible to the naked eye.  For example, an inmate could receive a large dose of pentobarbital at an execution and appear to go to sleep, yet still be going through a painful experience. Anesthesiologists are experts in determining whether there is pain in such circumstances and adapt to it if there is.  To do so, they rely on their clinical training, and tools such us brain monitors, a sophisticated piece of equipment that measures and converts brain signals helping to  understand level of consciousness and depth of anesthesia.  The current execution protocol does not provide for the use of a brain consciousness monitor.  If an individual without proper training were handling the drug administration at the execution under this protocol, and without a brain

DECLARATION OF DR. SERGIO D. BERGESE – Page 11

consciousness monitor, they would essentially be "guessing" the stage of consciousness and pain sensation.

30.      The problems with the protocol described above exacerbate the risks of a painful execution caused by Mr. Pizzuto's prescription history.  That is, the prescription drug history creates a danger of a painful execution, and then the presumed absence of an expert and a brain consciousness monitor adds more risk for pain (given the chance the medical team will make mistakes in the administration of the drugs), and then more risk still that the team will not react properly to the pain, either because they do not realize it is happening or are unable to adjust the drug administration accordingly.

31.      I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 16 day of May 2021.

_____

Dr. Sergio D. Bergese, M.D.

**References:**

1.  Z. Fourati, R.R. Ruza, D. Laverty, E. Drege, S. Delarue-Cochin, D. Joseph, P. Koehl, T. Smart & M. Delarue, *Barbiturates Bind in the GLIC Ion Channel Pore and Cause Inhibition by Stabilizing a Closed State*, 292(5) J. BIOL. CHEM. 1550-58 (2017).

2.  J. Yu, *A Novel Mechanism for Gabapentin Actions: Up-Regulation of δGABA-A Receptors*, University of Toronto (2014).

3.  L.D. Errante, A. Williamson, D.D. Spencer & O. Petroff, *Gabapentin and Vigabatrin Increase GABA in the Human Neocortical Slice*, 49 EPILEPSY RESEARCH 203-10 (2002).

4.  P.D. Whissell, D. Eng, I. Lecker, D-S. Wang, L.J. Martin & B.A. Orser, *Acutely Increasing δGABA-A Receptor Activity Impairs Memory and Inhibits Synaptic Plasticity in the Hippocampus*, 7(146) FRONTIERS IN NEURAL CIRCUITS 112 (2013).

5.  N.C. Saxena & R.L. Macdonald, *Assembly of GABA-A Receptor Subunits: Role of the δ Subunit*, 14(11) J. OF NEUROSCIENCE 7077-86 (1994).

6.  B.C. Drafts & J.L. Fisher, *Identification of Structures within GABA-A Receptor α Subunits that Regulate the Agonist Action of Pentobarbital*, 318(3) J. OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS 1094-1101 (2006).

7.  H-S. Xiao, et al., *Identification of Gene Expression Profile of Dorsal Root Ganglion in the Rat Peripheral Axotomy Model of Neuropathic Pain*, 99(12) PROCEEDINGS OF THE NATIONAL ACADEMY OF SCIENCES 8360-65 (2002).

8.  Florence B. Pomares, et al., *Upregulation of cortical GABA-A receptor concentration in* fibromyalgia, 161 J. OF THE INT'L ASS'N FOR THE STUDY OF PAIN 1, 74–82 (Jan. 2020).

9.  C.W. Vaughan, S.L. Ingram, M.A. Conner, M.J. Christie, *How opioids inhibit GABA–mediated neurotransmission*, 390 NATURE 611–14 (1997).

10. S.W. Johnson & R.A. North, Opioids Excite Dopamine Neurons by Hyperpolarization of Local Interneurons, 12(2) J. NEUROSCIENCE 483–488 (1992).

11. A. Bonci & J.T. Williams, Increased Probability of GABA Release During Withdrawal from Morphine, 17(2) J. NEUROSCIENCE 796–803 (1997).

12. Sang Hun Kim, Nicoleta Stoicea, Suren Soghomonyan, Sergio D. Bergese*, Remifentanil-acute opioid tolerance and opioid-induced hyperalgesia: a systemic review*, AM. J. THERAPEUTICS, May–June 2015, 22(3):e62–74.

13. I.C. Wong, D.W. Chadwick, P.B. Fenwick, G.E. Mawer & J. Sander, *The Long-Term Use of Gabapentin, Lamotrigine, and Vigabatrin in Patients with Chronic Epilepsy*, 40(10) EPILEPSIA 1439-45 (1999).

14.    E. Perucca, L. Gram, G. Avanzini & O. Dulac, *Antiepileptic Drugs as a Cause of Worsening Seizures*, 39(1) EPILEPSIA 5-17 (1998).

15.    D. Vossler, *Exacerbation of Seizures in Lennox-Gastaut Syndrome by Gabapentin*, 46(3) NEUROLOGY 852 (1996).

16.    Prescribers' Digital Reference, 2017 Web 01 May 2017 http://www.pdr.net/drug-summary/nembutal?druglabelid=2052.

12.    P. Sharma, R. Gupta, B. Bhardwaja & A. Mathur, *Status Epilepticus and Death Following Acute Carbamazepine Poisoning*, 40(8) J. OF THE ASSOCIATION OF PHYSICIANS OF INDIA 561-62 (1992).

13.    H.A. Spiller, E.P. Krenelok & E. Cookson, *Carbamazepine Overdose: A Prospective Study of Serum Levels and Toxicity*, 28(4) J. OF TOXICOLOGY: CLINICAL TOXICOLOGY 445-48 (1990).

14.    D. Weaver, P. Camfield & A. Fraser, *Massive Carbamazepine Overdose: Clinical and Pharmacologic Observations in Five Episodes*, 38(5) NEUROLOGY 755-59 (1988).

15.    P. Marioni, F. Galletti, M. Brinciotti & A. Pelliccia, *Nonconvulsive Status Epilepticus in Relation to Phenobarbital Poisoning*, 39(20) MINERVA PEDIATRICA 865-68 (1987).

16.    O. Eeg-Olofsson & U. Lindskog, *Acute Intoxication with Valproate*, 319(8284) THE LANCET 1306 (1982).

17.    Y. Ben-Ari, I. Khalilov, K.T. Kahle & E. Cherubini, *The GABA Excitatory/Inhibitory Shift in Brain Maturation and Neurological Disorders*, 18(5) THE NEUROSCIENTIST 467-86 (2012).

18.    K. Gajcy, S. Lochynski & T. Librowski, *A Role of GABA Analogues in the Treatment of Neurological Diseases*, 17(22) CURRENT MEDICINAL CHEMISTRY 2338-47 (2010).

19.    E. Planel, et al., *Anesthesia Leads to Tau Hyperphosphorylation Through Inhibition of Phosphatase Activity by Hypothermia*, 27(12) J. OF NEUROSCIENCE 3090-97 (2007).

20.    R. Guerrini, *Exacerbation of Epileptic Negative Myoclonus by Carbamazepine or Phenobarbital in Children with Atypical Benign Rolandic Epilepsy*, 36(3) EPILEPSIA S65 (1995).

21.    T.R. Hellwig, R. Hammerquist & J. Termaat, *Withdrawal Symptoms After Gabapentin Discontinuation*, 67 AM. J. OF HEALTH-SYST. PHARM. 910, 911 (2010).

22.    F. Barrueto, Jr., J. Green, M.A. Howland, R.S. Hoffman & L.S. Nelson, *Gabapentin Withdrawal Presenting as Status Epilepticus*, 40(7) J. OF TOXICOLOGY 925-28 (2002).

*Gerald Ross Pizzuto, Jr. v. Josh Tewalt, et al.,* Case No. 1:20-cv-114-DCN
Filed in Support of Plaintiff Gerald Ross Pizzuto, Jr.'s Memorandum
in Support of Motion for Preliminary Injunction or Temporary Restraining Order

# Exhibit 5, Appendix A
**(C.V. of Dr. Sergio Bergese)**

# CURRICULUM VITAE

**NAME**                                        **Sergio D. Bergese, M.D**.
                    **Professor of Anesthesiology and Neurological Surgery**

**CURRENT ACADEMIC TITLE:** Director of Neuroanesthesia
                                   Director of Neuroanesthesia Fellowship
                                   Director of Clinical and Neurological Research
                                   Departments of Anesthesiology and Neurological Surgery
                                   The Ohio State University

**SOCIAL SECURITY NUMBER** ###-##-####

**DATE OF BIRTH** August 8, 1963

**ADDRESS**

Residence:                  3839 Woodbridge Road
                            Columbus, OH 43220
                            614-442-9745

Business:                   Department of Anesthesiology
                            The Ohio State University Medical Center
                            N-416 Doan Hall
                            410 West 10th Avenue
                            Columbus, Ohio 43210
                            Telephone: (614) 293-8487
                            Fax Number: (614) 293-8153
                            E-mail:sergio.bergese@osumc.edu

**PERSONAL INFORMATION**

Citizenship:                U.S.A.

Marital Status:             Married (10/24/1992)

Spouse's Name:              Marta A. Bergese M.D.

Children:                   Enzo A. Bergese (11/12/1999)
                            Victoria A. Bergese (11/12/2001)

## FACULTY APPOINTMENTS

Professor Clinical
Director of Neuroanesthesia Division
Director of Neuroanesthesia Fellowship
Director of Clinical and Neurological Research
Department of Anesthesiology and
Department of Neurological Surgery
Physician Oversight of Anesthesia Technologists 21 FTE
The Ohio State University Medical Center
N-416 Doan Hall
410 West 10th Avenue
Columbus, Ohio 43210

## EDUCATION

Medical School
National University of Cordoba
Cordoba, Argentina
February, 1988 M.D.

## POSTDOCTORAL TRAINING

Internship
Department of Surgery
Italian Hospital
Cordoba, Argentina
Surgery
May 1988 to July 1991

Fellowship
Department of Surgery
Division of Transplantation
The Ohio State University
Columbus, Ohio
July 1992 to February 1997

Residency
Department of Surgery
Division of General Surgery
The Ohio State University
Columbus, Ohio
March 1997 to June 2000

## POSTDOCTORAL TRAINING

| | |
|---|---|
| Residency | Department of Anesthesiology<br>The Ohio State University<br>Columbus, Ohio<br>July 2000 to June 2003 |
| CBA | ASA 2006 Certificate in Business<br>Administration Program (CBA)<br>Houston, Texas<br>March 2006 to January 2007 |

**LICENSURE**:    OH 35-076519B
Diplomate of the National Medical Boards
Diplomate of the American Board of Anesthesiology
Diplomate of the National Board of Physicians and Surgeons
Basic Cardiac Life Support (BLS)
Advanced Cardiac Life Support (ACLS)
Advanced Trauma Life Support (ATLS)
Neonatal Resuscitation Program (NPR) Provider
C.I.T.I. (Collaborative Institutional Training Initiative)
Human Subject Protection Training
In Form 4.5 ITM for PI's (U.S.) Phase Forward

## PROFESSIONAL EXPERIENCE

## TEACHING POSITIONS:

| | |
|---|---|
| 1985-1986 | Assistant, Department of Surgery San Roque Hospital, National University of Cordoba |
| 1987-1988 | Department of Experimental Surgery, Cordoba Hospital, National University of Cordoba |
| 1988-1991 | Assistant, Department of Surgery 1, Division 3, National University of Cordoba |
| 2003-Present | Director of Neuroanesthesia Division, |
| 2005-2009 | Co-Director of Neuroanesthesia Fellowship, College of Medicine, The Ohio State University Medical Center. |
| 2006-Present | Discovery Institute of Medical Education (DIME) Faculty, Publicis Medical Education Group. |
| 2007-Present | The Academy for Continued Healthcare Learning (ACHL). |
| 2007-Present | Vascular Biology Working Group (VBWG)[SM], Continuing Medical Education, University of Florida. |
| 2009-Present | Acute Care Medical Education, DUKE University Continuing Medical Education. |

**TEACHING POSITIONS:** *(Continued)*:

| | |
|---|---|
| 2009-Present | Director of Neuroanesthesia Fellowship, College of Medicine, The Ohio State University Medical Center. |
| 2009-Present | Director of Clinical and Neurological Research, Department of Anesthesiology, The Ohio State University. |
| 2010-Present | The France Foundation, Sedation Algorithms Continuing Medical Education. |

**HOSPITAL ACTIVITIES:**

| | |
|---|---|
| 1985-1986 | Emergency Department and Department of Surgery, Police Hospital, Province of Cordoba. |
| 1987-1988 | Departments of Neurology, Surgery and Emergency. Medicine, Police Hospital, Province of Cordoba. |
| 1992-1997 | Research Associate, Department of Surgery, Division of Transplantation, The Ohio State University, Columbus OH. |
| 2003-Present | Assistant (03-09) Associate (09-Present) Professor Clinical, Departments of Anesthesiology and Neurological Surgery. Ohio State University Medical Center, Columbus Ohio. |
| 2003-Present | Director of Neuroanesthesia. The Ohio State University. |
| 2005-2009 | Co-Director of Neuroanesthesia Fellowship, The Ohio State University Medical Center. |
| 2009-Present | Director of Neuroanesthesia Fellowship, The Ohio State University Medical Center. |
| 2009-present | Director of Clinical and Neurological Research, Department of Anesthesiology, The Ohio State University. |

**PROFESSIONAL SOCIETIES:**

American Medical Association (AMA)
American Society of Anesthesiologists (ASA)
Association of University Anesthesiologists (AUA)
Society of Neurosurgical Anes. and Critical Care (SNACC)
International Anesthesia Research Society (IARS)
Society for Ambulatory Anesthesia (SAMBA)
American Society of Regional Anesthesia and Pain Medicine (ASRA)
Intra-Operative International Imaging Society
American College of Surgeons (ACS)
Argentinean Surgical Society
Argentinean Society of Anesthesiology
Ohio State Medical Association (OSA)
Columbus Medical Association (CMA)
Global Perioperative Research Society (GPRO)

## PROFESSOR HONORIS CAUSA:

Faculty of Medicine, University of Antioquia, Medellin, Colombia.

## EDITOR IN CHIEF:

Spanish Journal of Anesthesiology and Critical Care. Wolters Kluwer Health, Lippincott Williams & Wilkins Editorials.

## EDITORIAL BOARD:

Journal of Neurosurgical Anesthesiology, Wolters Kluwer Health, Lippincott Williams & Wilkins Editorials.
Anesthesiology ISRN, Hindawi Publishing Corporation.
International Journal of Clinical Anesthesiology, SCI Med Central.
International Journal of Medical Sciences and Biotechnology (IJMSB), oiirj Editorials.
International Journal of Clinical Medicine; Scientific Research Publishing Inc.
Journal of OA Clinical Trials, OA Publishing London.
Journal of Clinical Trials. OMICS Publishing Group.
Ibnosina Journal of Medicine and Biomedical Sciences, IJBMS Editorials.
Journal of Pain and Relief. OMICS Publishing Group.
World Journal of Anesthesiology, Baishideng Publishing Group (BPG).
Clinical Medicine Insights: Circulatory, Respiratory and Pulmonary Medicine, Libertas Academica.
International Journal of Life Science and Medical Research (LSMR), Academic Pub.
International Interdisciplinary Research Journal (OIIRJ); Lokavishkar International Journal.
Advances in Anesthesiology, Hindawi Publishing Corporation.
Open Journal of Clinical Diagnostics; Scientific Research Publishing.
Journal of Anesthesia and Analgesia; Austin Publishing Group.
International Journal of General Medicine Research and Public Health.

## JOURNAL REVIEWER:

Journal of Neurosurgical Anesthesiology, Wolters Kluwer Health, Lippincott Williams & Wilkins Editorials.

Journal of Clinical Anesthesia, Elsevier Editorials.

Journal of Critical Care Medicine, Lippincott Williams & Wilkins Editorials.

Journal of Pediatric Critical Care Medicine, Lippincott Williams & Wilkins Editorials.

Journal of Experimental Neuroscience, Libertas Academica Editorials.

The Scientific World Journal, Anesthesiology, The Scientific World Editorials.

Journal of Applied Technology in Pulmonary Medicine, Wolters Kluwer Health Editorials.

Journal of Expert Opinion On Pharmacotherapy, Informa Pharmacological Sciences Editorials.

Clinical Medicine Reviews in Vascular Health, Libertas Academica Editorials.

Current Drug Discovery Technologies (CDDT), Bentham Science Publishers.

International Journal of Clinical Pharmacology and Therapeutics, Dustri-Verlag Publishers.

Circulatory, Respiratory and Pulmonary Medicine, Libertas Academica Editorials.

Trauma and Intensive Medicine, Libertas Academica Editorials.

Ibnosina Journal of Medicine and Biomedical Sciences

World Journal of Anesthesiology, Baishideng Publishing Group (BPG).

Anesthesiology ISRN, Hindawi Publishing Corporation.

Journal of Surgical Laparoscopy, Endoscopy and Percutaneous Technique, Wolters Kluger Health, Lippincot Williams & Wilkins Editorials.

Journal of Therapeutics and Clinical Risk Management, Dove Press Editorials.

Journal of Current Drug Safety (CDS) Bentham Science Publishers.

Scholar One Manuscripts, Makerere Medical School, African Health Sciences Editorials,

Journal of Drugs Evaluation. Wolters Kluwer Health Editorials.

Journal of Database for Clinics and Practice, Page Press Editorials.

Journal of Pain and Relief, OMICS Publishing Group.

.

**JOURNAL REVIEWER** *(Continued):*

Journal of Clinical Drug Investigation, Adis Springer Editorial Group.
Acta Anaesthesiologica Scandinavica, Wiley Blackwell Editorials.
Aesthetic Surgery Journal, American Society for Plastic Surgery, Sage Pub Editorials.
World Journal of Meta-Analysis, Baishideng Publishing Group.
International Journal of Clinical Medicine; Scientific Research Publishing Inc.
Journal of Radiology; Baishideng Publishing Group.
Journal of OA Clinical Trials, OA Publishing London.
Clinical Ophthalmology, Dove Press Editorials.
World Journal of Neurology, Baishideng Publishing Group.
Journal of Pain Medicine, Wiley-Blackwell Editorials.
International Journal of Nanomedicine, Dove Press.
International Interdisciplinary Research Journal (OIIRJ); Lokavishkar International Journal.
Journal of Anaesthesiology Clinical Pharmacology; Wolters Kluwer Health, Lippincott Williams & Wilkins Editorials.
British Journal of Medicine and Medical Research; Science Domain International.
World Journal of Gastroenterology; Baishideng Publishing Group.
European Neurological Review; All Media Partners Editorials.
Open Journal of Clinical Diagnostics; Scientific Research Publishing.
Medical Science Monitor; International Scientific Information Inc.
Journal of Anesthesia and Analgesia; Austin Publishing Group.
BJA, British Journal of Anaesthesia, Royal College of Anaesthetists, Oxford Journals.

## SYMPOSIUM SLIDES, ABSTRACTS AND MONOGRAMS REVIEWER:

Society for Ambulatory Anesthesia (SAMBA), 24th Annual Meeting, Ambulating Without Assistance.
Society for Ambulatory Anesthesia (SAMBA), 24th Annual Meeting, Sedation.
Society for Ambulatory Anesthesia (SAMBA), 24th Annual Meeting, Analgesia Techniques Symposium.
Society for Ambulatory Anesthesia (SAMBA), Official Publication on Sedation Monogram. For the 24th Annual Meeting.
Scientific Abstract Reviewer SNACC 40th Annual Meeting October 11th -12[th], 2012.
Scientific Abstract Reviewer SNACC 41st Annual Meeting October 10th -11[th], 2013
Scientific Abstract Reviewer; Outcomes and Database Section; Anesthesiology 2013; American Society of Anesthesiologists; October 12th -16[th] 2013.

## BIBLIOGRAPHY COLLECTION AUTHOR:

Intraoperative Magnetic Resonance Imaging (iMRI) Collection; SNACC (Society for Neuroscience in Anesthesiology and Critical Care.
http://test4.societyhq.com/snacc/members/biblio/64.iphtml?id=64

## COLLEGE-UNIVERSITY ADMISSION COUNCIL:

The Ohio State University, College of Medicine, Admissions Application Screener 2012-2014.

## OTHER FACULTY APPOITMENTS:

F-1000 Prime, Faculty, Anesthesiology and Pain Management. (Peer Nominated)
F-1000 Prime, Faculty, Clinical Trials. (Peer Nominated)
Neurology Central; Faculty and Expert Panel Member
http://www.neurology-central.com/expert-panel/

.

**COMMITTEES:**

Clinical Competence Committee (Education) 03-05.
Anesthesia Research Committee (Chair) 03-05.
Blood Brain Barrier Committee 03-12.
Head Trauma Committee 03-14.
Executive Clinical Committee 03-07.
Anesthesia Research Committee 03-Present.
Project Manager Clinical Space Reorganization Committee, Intra Operative MRI (Project Number 315-2001-911-6) and Intra Operative Endovascular Suite.
Leadership Council for Clinical Value Enhancement, 08-12
Subcommittee of Clinical Evaluation Policy Group, 08-12
Faculty Recruitment Committee 05-Present.
Department of Anesthesiology Electronic Records Implementation Committee 04-06.
Neuro-SICU Re-implementation Committee 05-10
University Hospitals pre-operative process Committee (Chairperson) 06-10.
Peri-Operative and Nurse Anesthetist Personnel Committee 07-09.
Neurosciences Clinical Quality Management Committee, The Ohio State University Hospitals (Chairperson) 07-11.
College of Medicine, Anesthesiology Chairperson Search Committee, 08-09.
Anesthesiology Leadership Committee, 08- Present.
The Ohio State University Medical Center Leadership Council for Clinical Value Enhancement (LCCVE) 08-12.
The Ohio State University Medical Center Pharmacy and Therapeutics Executive Committee (P&T) 09-13.
Department of Anesthesiology, Promotion and Tenure Committee 10-Present.
College of Medicine, Neurological Surgery Chairperson Search Committee, 12-13.
College of Medicine, Grievance & Appeals Committee 14-Present.
Brain and Spine Institute; Wexner Medical Center; Executive Committee; 15-Present
Faculty Advancement, Mentoring and Engagement (FAME) 14-Present

.

## NATIONAL COMMITTEES:

ASA (American Society of Anesthesiology) Committee on Neuroanesthesia 2010-2014

ASA (American Society of Anesthesiology) Sub-Committee on Education in Neuroanesthesia 2013-2014

SAMBA (Society for Ambulatory Anesthesia) 2008-2014 National Committee on Development.

SAMBA (Society for Ambulatory Anesthesia) 2008-2014 National and International Committee for Latin American Relationships.

SNACC (The Society for Neuroscience in Anesthesia and Critical Care) Consensus Statement Committee. 2011-15.

SNACC (The Society for Neuroscience in Anesthesia and Critical Care) Scientific Affairs Committee. 2011-Present.

SNACC (The Society for Neuroscience in Anesthesia and Critical Care) Directors of Neuroanesthesia Fellowship.

ASA (American Society of Anesthesiology) Educational Track Subcommittee on Neuro Anesthesia 2014-Present.

SNACC (The Society for Neuroscience in Anesthesia and Critical Care) Membership Committee; 2015-Present

## CONSORTIUM MEMBER:

Outcome Research Consortium (Cleveland Clinic Foundation). 08- Present.

Global Perioperative Research Organization (GPRO), *(an International Anesthesia Research Society (IARS) and DCRI (Duke Clinical Research Institute) Collaboration).* 08- Present.

Bio Cruces Health Research Institute; CNS Diseases, Depth of Anesthesia Monitoring Group; Pais Vasco Spain, **(International).** 14- Present.

Evidence Anesthesia Review Group; Expert Contributor; Complutense University of Madrid; Technical Superior School of Communication and Engineering of Madrid and SEDAR (Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapéutica del dolor); Madrid, Spain **(International).** 15- Present.

Case 1:17-cv-01705-SCJ  Document 55-2  Filed 05/11/21  Page 24 of 189

## CONSESUS AND POLICY COMMITTEES:

-Consensus Statement on Interventional Endovascular Treatment of Stroke, Society for Neuroscience in Anesthesia and Critical Care (SNACC) Consensus Statement Committee. 11-Present.
-PONV Consensus Statement. Society of Ambulatory Anesthesia (SAMBA) Consensus Committee. 11-Present.
-Consensus Statement for POCD (Post-Operative Cognitive Dysfunction) and Delirium, Society for Neuroscience in Anesthesia and Critical Care (SNACC) Consensus Statement Committee. 13-Present.

## GRANTS REVIEWER:

Samuel J. Roessler Medical Research Scholarship.
NIH Roadmap Training Program in Clinical Research.
Clinical and Translational Research Intramural Funding Program
OSU Center for Clinical and Translational Science (CCTS) KL2 Career Development Program

## INTERNATIONAL GRANTS REVIEWER:

The Portuguese Foundation for Science and Technology (FCT); Portuguese Research Council for scientific areas of science and technology. MINISTÉRIO DA EDUCAÇÃO E CIÊNCIA; Government of Portugal.

## AWARDS:

Elected, "Who's Who Among Rising Young Americans."
Elected, "Who's Who in Health and Medical Services."
America's Top Anesthesiologist 2006 (Neuroanesthesia), *Selected by the Consumer's Research Council of America.*
Elected, "Leading Health Professional of the World" 2012, *Selected Intl. Biographical Centre, Cambridge, England.*
Elected "Top 100 Health Professionals" 2013, *Selected Intl. Biographical Centre, Cambridge, England.*
*"2017 Best in Medicine" award;* American Health Council; *http://bestinmedicine.org*

## SOCIETIES FOUNDING MEMBER:

"Latin Neuro" Latin-American Society of Neuroanesthesia and Neuro Critical Care.

## SCIENTIFIC MEETING AND SEMINAR FACULTY:

1. Faculty; II National and Latin-American Annual Meeting for Physician Residents in General Surgery, Regional Hospital of Comodoro Rivadavia, Neuquén (Argentina) April 10 – 15th, 1989.

2. Faculty; III National and Latin-American Annual Meeting for Physician Residents in General Surgery, Embalse de Rio III, Calamuchita, Cordoba (Argentina) April 9 – 13th, 1990.

3. Faculty; XV National and International Meeting of Colonoproctology, Cordoba (Argentina), May 24 – 26th, 1990.

4. Faculty; 3rd Annual Polestar User's Meeting. Louisville, Colorado, February 2nd – 3rd, 2006.

5. "Guest Speaker" Monitoring Consciousness, St. Joseph County Academy of Anesthesiology, University Club Campus of Notre Dame, South Bend, Indiana, May 2nd, 2006.

6. Faculty; 3rd Annual Magnetic Resonance Imaging Seminar "Contemporary Clinical and Research solutions for today's MRI Technologists". Columbus, Ohio, February 24 – 25th, 2007.

7. Faculty; 4th Annual Polestar User's Meeting. Saint Julien, Boulder, Colorado, March 8– 9th, 2007.

8. Faculty, 6th Annual OSUMC Graduate & Postgraduate Research Day (Judge), Columbus, Ohio, March 29th, 2007.

9. Faculty, Clinical Skills Immersion Experience, Central Lines, Indications and Placements. Clinical Skills Education and Assessment Center, The Ohio State University College of Medicine, Columbus, Ohio, August 20th, 2007.

10. "Guest Speaker" Evoked Potentials, Anesthetic Considerations. Western Pennsylvania Society of Anesthesiology, Pittsburgh, Pennsylvania, September 20th, 2007.

11. Faculty, OSANA (Ohio State Association of Nurse Anesthetists), AANA (American Association of Nurse Anesthetists) Bi-Annual Fall Meeting, Columbus, Ohio, September 14th – 23rd, 2007.

12. Faculty, TANA (Tennessee Association of Nurse Anesthetists), AANA (American Association of Nurse Anesthetists), 70th Annual Meeting and Convention, Franklin Cool Spring, Franklin, Tennessee, October 19th – 21st, 2007.

13. Faculty, National Faculty Meeting of the Vascular Biology Working Group. Vascular Dysfunction: Sequelae of Severe Hypertension. University of Florida (Gainesville), Orlando, Florida, November 1st – 2nd, 2007.

14. "Guest Speaker" The Management of Hypertensive Emergencies in the Neuro Acute Care Setting, Missouri Anesthesia Society (MAS), St. Louis Anesthesiology Association (SLSA), St. Louis, Missouri, January 8th, 2008.

15. Faculty, 37th Critical Care Congress, Society of Critical Care Medicine (SCCM), Annual Meeting, Honolulu, Hawaii, February 1st – 6th, 2008.

16. Faculty; 5th Annual Polestar User's Meeting. Hyatt Regency Resort and Spa, Lake Tahoe, Utah, February 20th, 2008.

17. Faculty, Intraoperative Imaging Society, National and International Meeting, Lake Tahoe, Utah, February 21st – 23rd, 2008.

**SCIENTIFIC MEETING AND SEMINAR FACULTY** (*Continued*):

18. Faculty, "The 26th Annual Emergencies in Medicine Conference", David Holland's Resort, Mountain Village, Park City, Utah, March 9–14th, 2008.

19. "Guest Speaker" Evoked Potentials, Update on SSEP's, MEP's and Their Anesthetic Considerations. Washington DC Society of Anesthesiologists, Washington DC, District of Columbia, April 8th, 2008.

20. Faculty, 7th Annual OSUMC Graduate & Postgraduate Research Day (Judge), Columbus, Ohio, April 10th, 2008.

21. Faculty, 5th Annual Anesthesiology Convention in Wyndham Rio Mar. Puerto Rico Society of Anesthesiology, Annual Meeting. San Juan, Puerto Rico, July 3rd – 5th, 2008.

22. "Guest Speaker" Neurophysiologic Monitoring, Evoked Potentials, Update on SSEP's and MEP's and Their Anesthetic Considerations. Louisville Society of Anesthesiology, Louisville, Kentucky, August 5th, 2008.

23. Faculty, Texas Society of Anesthesiology 2008 Annual Meeting, Hyatt Regency Lost Pines Resort Lost Pines, Texas, September 4 – 7th 2008.

24. Faculty, American College of Cardiology, Cardiovascular Professional Association Chapter Meeting, Canton-Akron, Ohio, February 10th, 2009.

25. Faculty, "The 27th Annual Emergencies in Medicine Conference", Prospector Square Lodge & Conference Center, Park City, Utah, March 1st – 6th, 2009.

26. Faculty, University of Michigan/Flint-Hurley Medical Center Anesthesia Program – Annual Conference, Bavarian Inn Lodge, Frankenmuth, Michigan, March 13 – 15th, 2009.

27. Faculty, 8th Annual OSUMC Graduate & Postgraduate Research Day (Judge), Columbus, Ohio, April 2nd, 2009.

28. Faculty, **World** Federation of Societies of Anesthesiologists and 38th Argentinean Congress of Anesthesiologists, Cordoba, Argentina, September 2nd – 9th, 2009.

29. Faculty, 8th Annual SSMC Neurosciences and Stroke Symposium, Huntington, West Virginia, September 24 – 25th, 2009.

30. Faculty, Neuroscience Signature Program 1st Annual Poster Day (Judge), The Ohio State University, Columbus, Ohio, November 3rd, 2009.

31. Faculty, 6th Annual Anesthesiology Convention in Wyndham Rio Mar. Puerto Rico Society of Anesthesiology, Annual Meeting. San Juan, Puerto Rico, November 6 – 9th, 2009.

32. Faculty, 13th Annual Meeting on Neuromodulation, **North American** Neuromodulation Society, Winn Encore, Las Vegas, Nevada, December 3rd – 6th, 2009.

33. Faculty, "The 28th Annual Emergencies in Medicine Conference," The Canyons, Park City, Utah, March 3rd – 10th, 2010.

34. Faculty, American Association of Critical Care Nurses, Mohawk Valley Chapter, 2010 Annual Meeting, Verona, New York, April 9, 2010.

35. Faculty, 9th Annual OSUMC Graduate & Postgraduate Research Day (Judge), Columbus, Ohio, April 9th, 2010.

36. Faculty, "Head to Toe: Contemporary Concepts Conference" McMenamin's Kennedy School, Providence Portland Medical Center Critical Care Conference, Portland, Oregon, April 21st, 2010.

**SCIENTIFIC MEETING AND SEMINAR FACULTY** (*Continued*):

37.  "Guest Speaker", New York Society of Anesthesiologists (NYSSA), Hudson Valley Region, Bi-Annual Meeting, The Culinary Institute of America, Poughkeepsie, New York, April 28th, 2010.

38.  Faculty, 4th Academic Congress of **International** Chinese Neurosurgical Sciences, Chengdu, China, June 18 – 20th, 2010.

39.  Faculty, 1st Annual **World** Congress of NeuroTalk, Singapore Expo, Changi, Singapore, June 25 – 28th, 2010.

40.  "Guest Speaker," The Management of Hypertensive Emergencies in the Neuro Acute Care Setting, Rethinking Acute Hypertension Management. Missouri Anesthesia Society (MAS), St. Louis Anesthesiology Association (SLSA), St. Louis, Missouri, September 14th, 2010.

41.  Faculty, **World** Federation of Societies of Anesthesiologists and 39th Argentinean Congress of Anesthesiologists, Iguazu (Misiones) Argentina, September 22 – 25th, 2010.

42.  Faculty, Anesthesiology 2010, American Society of Anesthesiologists Annual Meeting, San Diego, California, October 16 – 20th, 2010.

43.  Faculty, XX Venezuelan Congress of Anesthesiology, Sociedad Venezolana de Anesthesiology, Maracaibo (Zulia) Venezuela, November 8 – 12th, 2011.

44.  Faculty, 3rd **International** Convention on Drug Discovery & Therapy, Dubai, United Arab Emirates, February 7 – 10th, 2011.

45.  Faculty, XXIX Colombian Congress of Anesthesiology and Critical Care, 1st Congress **Meso-American** of Anesthesiology and Critical Care, Medellin, Colombia, March 17– 20th, 2011.

46.  Faculty, 10th Annual OSUMC Graduate & Postgraduate Research Day (Judge), Columbus, Ohio, April 7th, 2011.

47.  Faculty, Yangtze River **International** Congress of Cardiology, Sofitel Forebase Chongqing, Chongqing China, April 22nd – 23rd, 2011.

48.  Faculty, Chongqing **International** Medicine Forum 2011, Daping Hospital, Third Military Medical University (TMMU), Daping Wanyou Conifer Center, Chongqing China, April 22nd – 23rd, 2011.

49.  Faculty, Neuro Talk 2011, BIT Life Sciences 2nd Annual **World** Congress of Neuro talk. Dalian World Expo center, Dalian, China, May 22nd – 25th, 2011.

50.  2nd **World** Congress on Bioavailability & Bioequivalence 2011- Pharmaceutical R&D Summit, Renaissance Las Vegas, Nevada, June 6 – 8th, 2011.

51.  Faculty, **International** BIT Life Sciences' 1st Annual Symposium of Drug Delivery Systems (SDDS) -2011, Shenzhen, China, November 3rd – 6th, 2011.

52.  Faculty, IV Anesthesiology Congress, "Alumni Home Coming" University of Antioquia, Medellin, Colombia (**International**), September 9 – 10th, 2011.

53.  Faculty, Anesthesiology 2011, American Society of Anesthesiologists Annual Meeting, Chicago, Illinois, October 14 – 19th, 2011.

54.  Faculty, 87th Annual Meeting of the Korean Society of Anesthesiologists. (**International**), Daegu**,** South Korea, November 3rd – 5th, 2011.

55.  Faculty, China (**International**), 1st Annual Symposium of Drug Delivery Systems (SDDS), Frontier of Science for Dosage Form Design, Shenzhen, China, November 4– 7th, 2011.

**SCIENTIFIC MEETING AND SEMINAR FACULTY** (*Continued*):

56.    Faculty, 6th Annual Neurosciences Symposium, Emory Healthcare, Emory University Hospital, Atlanta, Georgia, November 10th, 2011.

57.    Faculty, IV **International** Conference on Treatment of Hypertension, Dyslipidemia and Diabetes Mellitus, Fixed Combination 2011. Paris, France, December 1st – 4th, 2011.

58.    Faculty, Indian Society of Anesthesiologist **(International),** Mumbai, ISACON 2011, "59th meeting of the Indian Society of Anesthesiologists, Hotel Grand Hyatt, Mumbai India, December 26 – 29th, 2011.

59.    Faculty, 4th **International** Convention on Drug Discovery & Therapy, Dubai Men's College, Dubai, United Arab Emirates, February 12 – 15th, 2012.

60.    Faculty, 1st **World** Congress of Biotechnology, Dubai Men's College, Dubai, United Arab Emirates, February 14 – 15th, 2012.

61.    Faculty, 12th Annual OSUMC Graduate & Postgraduate Research Day (Judge), Columbus, Ohio, April 7th, 2012.

62.    Faculty, II **World** Congress on Experimental and Clinical Cardiology, Omaha, Nebraska, March 5 –7th, 2012.

63.    Faculty, XV WFSA World Congress of Anesthesiologists. WCA (**World** Congress of Anesthesiology) Buenos Aires Argentina, March 25 – 30th, 2012.

64.    Faculty, Networking **World** Anesthesia Congress (NWAC), Istanbul, Turkey, April 24– 28th, 2012.

65.    Faculty, 27th Annual Meeting, Society of Ambulatory Anesthesia (SAMBA), Miami, Florida, May 3rd – 6th, 2012.

66.    Faculty, Neuro Talk 2012, BIT Life Sciences 3rd Annual **World** Congress of Neuro Talk Beijing, China, May 18 – 20th, 2012.

67.    Faculty, WSPC 2012-15th World Congress of Pain Clinicians **(International),** Granada, Spain, June, 27 – 30th, 2012.

68.    Faculty, Royal College of Anesthesiologists of Thailand (RCAT) Annual Meeting **(International),** Bangkok, Thailand, July 18th, 2012.

69.    Faculty, First Central American & Caribbean Societies of Critical Care Medicine Congress of Neurocritical Care, **(International),** Ciudad de Panama, Panama, July 24– 26th, 2012.

70.    Faculty, **International** Conference of Orthopedics. Chicago IL, August 13 – 15th, 2012.

71.    Faculty, 16th EFNS Congress (European Federation of Neurological Societies), **(International),** Stockholm, Sweden, September 8 – 12th, 2012.

72.    Faculty, The Fourth ( IV) **International** Congress of Obstetric Anesthesia and Perinatal Medicine with Recent Advances in Anaesthesiology, Perioperative Medicine and Pain Therapy, Poznan, Poland, October 4 – 6th, 2012.

73.    Faculty, Anesthesiology 2012, American Society of Anesthesiologists Annual Meeting, Washington DC, October 13 – 17th, 2012.

74.    Faculty, XXI **International** Venezuelan Congress of Anesthesiology, Venezuelan Society of Anesthesiology, Valencia, Venezuela, November 6 – 10th, 2012.

75.    Faculty, **International** Puerto Rican Society of Anesthesiology Annual Meeting, San Juan Puerto Rico, November 8 – 10th, 2012.

76.    Faculty, II **International** Congress on Neurology and Epidemiology, Nice, France, November 8 – 12th, 2012.

**SCIENTIFIC MEETING AND SEMINAR FACULTY** *(Continued)*:

77. Faculty, Perioperative Patient Safety, "A Collaborative Endeavour". Central Ohio Association of OR Nurses, The Ohio State University, Columbus, Ohio, January 12th, 2013.

78. Faculty, **International** Annual Conference of Indian Society of Neuroanaesthesiology and Critical Care, Varanasi, India, February 8 – 10th, 2013.

79. Faculty, 4th **International** Intraoperative Imaging Society Meeting, Gateway to the Surgery of the Future, Saint Louis, Missouri, February 27 – 29th, 2013.

80. Faculty, AD/PD 2013: 11th International Conference on Alzheimer's and Parkinson's Diseases and related neurological disorders. **(International)**, Florence, Italy, March 6–10th, 2013

81. Faculty, Neurtoplasticity and Cognitive Modifiability Conference, **(International)**, Jerusalem, Israel, March 10 – 13th, 2013.

82. Faculty, 13th Annual OSUMC Graduate & Postgraduate Research Day (Judge), Columbus, Ohio, April 11th, 2013.

83. Faculty, XXX Colombian Congress of Anesthesiology and Resuscitation and First Global Congress TIVA of the IFIVA - **International** Federation of Intravenous Anesthesia-, "A stronghold for the patient´s safety, a wall for the "Karoshi" Cartagena, Colombia, May 9–12th, 2013.

84. Faculty, **(International)**, Neuro Talk 2013, BIT Life Sciences 4rd Annual World Congress of Neuro Talk Xincheng District, Xi'an, China, May 20 – 24th, 2013.

85. Faculty, XXII European Stroke Conference, **(International)**, London, United Kingdom, May 28th – 31st, 2013.

86. Faculty, First International Congress on Brain Protection: "Optimizando la seguridad del cerebro en Anestesia y Cuidado Intensivo: Y Si fuera mi cerebro? Santa Fe Foundation **(International);** University of Los Andes; Bogota Colombia; August 29 th – 31 st 2013.

87. Faculty; Asociación Sanjuanina de Anestesia, Analgesia y Reanimación (A.S.A.A.R.) and Federación Argentina de Asociaciones de Anestesia, Analgesia y Reanimación (FAAAAR), Argentinean Society of Anesthesiology; **(International)**, San Juan, Argentina, September 25 – 28th, 2013.

88. Faculty; CLASA; XXXII Latin-American Congress of Anesthesiology; VII Paraguayan Congress of Anesthesiology and XXVII CLASA Congress of Anesthesiology "50 Anniversary of CLASA; **(International)**, Asunción, Paraguay September 30th October 3rd 2013.

89. Faculty, Biennial Congress of the Latin American Confederation of Societies of Anesthesiology **(International)**, Asuncion Paraguay, September 30th – October 3rd, 2013.

90. Poster Moderator; SNACC 41st Annual Meeting; San Francisco CA; October 10th -11th, 2013.

91. Faculty; and Poster Moderator; Anesthesiology 2013; American Society of Anesthesiologists; Annual Meeting; San Francisco CA; October 12th -16th 2013.

92. Faculty; AIIMS Neuroanesthesia Update; Pre-conference Workshop and Symposium. All India Institute of Medical Sciences, **(International)**, New Delhi, India October 18th -20th 2013.

.

**SCIENTIFIC MEETING AND SEMINAR FACULTY** (*Continued*):

93.  Faculty**;** Inhalatory Anesthesia Update and Workshops; Kolkata Anesthesia Academy and Apollo Gleaneagles Hospitals; (**International**), Kolkata (Calcutta), India October 26th, 2013.

94.  Faculty; Bangalore Anesthesia Summit; All Indian Association of Practicing Anesthesiologists (AIAOPA); South Chapter; Bangalore Section; (**International),** Bangalore, India October 26th-27th 2013.

95.  Faculty, 41th Chilean Congress of Anesthesia (**International**), Santiago de Chile; Chile, November 21st – 23rd, 2013.

96.  Faculty, 5th International Congress of Cardiology (**International**), "Healthy Heart, Healthy Life" Rome, Italy, December 4th and 5th, 2013.

97.  Faculty; 9th Thai Annual Anesthesia Meeting of Anesthesiology; "Geriatric Patient versus the Anesthesia Service Team" Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, (**International),** Khon Kaen, Thailand; Thailand March 4th to 7th 2014.

98.  Faculty; 79th Bi-Annual Meeting of the Royal College of Anesthesiologists of Thailand (RCAT) "Are we ready for the New Era? Episode I: Perioperative Medicine for the Anesthesia Provider. (**International),** Bangkok, Thailand, March 15th to 18th, 2014.

99.  Faculty; VII Annual Meeting of the Critical Care Section of the Spanish Society of Anesthesiology and Reanimation (Critical Care); (**International),** Madrid; Spain, June 5th to 7th 2014.

100.  Faculty; V Annual Meeting in Education and Training of the Critical Care Section of the Spanish Society of Anesthesiology and Reanimation (Critical Care); (**International),** Madrid; Spain, June 5th to 7th 2014.

101.  Faculty; 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. (**International),** Buenos Aires; Argentina, August 27th to 30th 2014.

102.  Faculty: 3WCCS 3rd. World Congress on Clinical Safety, (**International),** Madrid; Spain, September 10th to 12th 2014.

103.  Faculty 42nd Annual Meeting SNACC (Society for Neuroscience in Anesthesiology and Critical Care; (**International),** New Orleans, LA, October 9th and 10th.

104.  Faculty; 15th World Congress of Pain; IASP (International Association for the study of Pain); (**International),** Buenos Aires; Argentina October 6th to 11th, 2014.

105.  Faculty; Anesthesiology 2014; American Society of Anesthesiologists, (**International),** New Orleans, LA, October 11th to 15th 2014.

106.  Faculty; State of the Art Endoscopic Skull Base Surgery Course, Hilton Columbus at Easton; (**International),** Columbus, OH, October 16th to 18th 2014.

107.  Faculty; Latin Neuro, 1st Latin-American Meeting of Neuroanesthesia and Neuro Critical Care; (**International),** Medellin, Colombia, November 6th to 8th 2014.

108.  Faculty; IX International Meeting of SEDAR; XIII Reunión de SEPSIS Valladolid, VII Curso de Residentes, V Jornadas de Enfermería; (**International),** Valladolid; Spain, November 20th to 22nd 2014.

**SCIENTIFIC MEETING AND SEMINAR FACULTY** (*Continued*):

109. Faculty; 42nd Annual Meeting of the Chilean Society of Anesthesiology. Chilean Society of Anesthesiology; Viña del Mar; Chile **(International);** November 26th to 29th 2014.

110. Faculty; OSU-India Health Sciences Innovation Conference and Trade Show 2015; The Taj Mahal Palace Apollo Bunder, Mumbai, Maharashtra, India; **(International);** January 15th to 17th 2015.

111. Faculty, Lonavala Anesthesia Summit. All India Association of Practicing Anesthesiologist (AIAOPA), Lonavala, Pune District, Maharashtra, India; **(International);** January 16th to 17th 2015.

112. Faculty; Asian-Oceanic Society of Regional Anesthesia & Pain Medicine, the Royal College of Anesthesiologists of Thailand; 13th Asian-Oceanic Society of Regional Anesthesia and Pain Medicine Congress 2015 (AOSRA-PM 2015) in conjunction to the 81st Annual Meeting of the Royal College of Anesthesiologists of Thailand (RCAT), Bangkok, Thailand; **(International);** January 22nd to 24th 2015.

113. Faculty, Bangalore Anesthesia Summit. South India District. All India Association of Practicing Anesthesiologist (AIAOPA), Bangalore; India; **(International);** February 7th to 8th 2015.

114. Faculty, 5th Bi-Annual Meeting of Intraoperative Imaging Society (IOIS); "The Oberoi" Gurgaon, (New Delhi); India; **(International);** February 14th 2015.

115. Judge, Central Ohio Region Science and Engineering Fair; ISEF (Society for Science and the Public; Upper Arlington High School; Columbus OH; March 7th 2015.

116. Faculty, 2015 Anesthesia Asia-Pacific Congress Annual Meeting; Singapore; Singapore **(International);** April 11th and 12th, 2015.

117. Faculty, XIX Congreso Uruguayo de Anestesiología; Simposio Internacional de Anestesia Ambulatoria; XIII Jornada de Anestesia Regional; **(International);** April 23rd to 26th, 2015.

118. Faculty; International Bi-Annual Meeting of Actualization on Total Intevenous Anesthesia; TIVA America and Cuban Anesthesiology and Critical Care Society; **(International);** Havana Cuba; May 15-16th, 2015.

119. Faculty; Panamá National Society of Anesthesiology Annual National Meeting; Chitre; Panamá **(International);** August 21st and 22nd 2015.

120. Faculty; 42nd Annual National Meeting of the Argentinean National Society of Anesthesiology; Analgesia and Reanimation; Rosario; Argentina **(International);** August 26th and 29th 2015.

121. Faculty; XXVIII Ordinary Assembly of CLASA (Confederation of Anesthesiology Societies of Latin America); XXXIII Latin American Congress of Anesthesiology; XXVI National Peruvian Congress of Anesthesiology; Dr. Juan Koster Jahnsen; Lima, Peru; **(International);** September 21st and 24th 2015.

122. Faculty; AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2015; New Delhi; New Delhi; India **(International);** September 26th and 27th 2015.

123. Faculty; All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; South Chapter; Hyderabad Section; Hyderabad; Andhra Pradesh and Telangana, India **(International);** October 2nd 2015.

**SCIENTIFIC MEETING AND SEMINAR FACULTY** *(Continued)*:

124. Faculty; State-of-the-Art Endoscopic Skull Base Surgery, A hands on Course. The Ohio State University Comprehensive Cancer Center; James Cancer Hospital and Solove Research Institute; Columbus, Ohio; October 8th and 9th 2015.

125. Faculty; XXXII Congreso Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapéutica del dolor; Santander, Cantabria Spain (**International**); October 15th to 18th 2015.

126. Faculty; Sociedad Madrilena de Anestesiología y Reanimación (SMA) Quarterly Meeting; Hospital General Universitario Gregorio Marañón; (**International**), Madrid; Spain, October 21st, 2015.

127. Faculty; All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; South Chapter; Chennai Section; Chennai; India (**International**); January 31st 2016.

128. Faculty; 17th Annual Conference of Indian Society of Neuroanaesthesiology and Critical Care, ISNACC, NIMHANS The National Institute of Mental Health and Neuroscience Convention Centre, Bengaluru, India; (**International**); February 5th to 7th, 2016.

129. Faculty; 2016 Indiana Society of Anesthesiologists (ISA) Annual Meeting, Ritz Charles Carmel, (Indianapolis) IN; February 20th, 2016.

130. Faculty; GERM (Early Recovery Group –Fast Track Enhanced Recovery-; ERAS Spain Group) Annual Meeting; Zaragoza, Aragon, Spain (**International**); March 10th to 11th, 2016.

131. Faculty; Innovation at the Forefront in Critical Medicine Annual Meeting. Institute of Health Sciences of Castilla y Leon; Faculty of Medicine; University of Valladolid; Bio Critic; Biomedicine in Critical Care; Valladolid, Spain (**International**); April 7-8th, 2016.

132. Faculty; Actualization on Post-Operative Pain "Starting from the Beginning" INspira Network; Hotel Meliá Castilla; Madrid, Spain (**International**); April 13-14th 2016.

133. Faculty; 9th International Update on Neuroanesthesia and Neurointensive Care, EURONEURO 2016: Barcelona, Spain (**International**); April 14-16th, 2016.

134. Faculty; 1st Annual Meeting on Peripoerative Control of Blood Arterial Pressure; Melia Castilla; Madrid, Spain; (**International**); April 21-22nd, 2016.

135. Faculty, 2016 Anesthesia Asia-Pacific Congress Annual Meeting; Bangkok, Thailand; (**International**); April 30th and May 1st, 2016.

136. Faculty; All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; Ahmedabad Section; Ahmedabad, Gujarat; India (**International**); May 7-8th 2016.

137. Faculty; Singapore Anesthesia Refresher Course; Singapore Society of Anesthesiologists; Singapore General Hospital and KK Women's and Children's Hospital; Academia; Singapore General Hospital; Singapore; (**International**), August 20th and 21st 2016.

138. Faculty; The Royal College of Anesthesiologists of Thailand 84thAnnual Meeting; "Traveling for Best Practices: Crisis and Emergency Management", Thailand Society of Anesthesiologist; Ladprao, Bangkok Thailand; (**International**), August 20th and 21st, 2016.

139. Faculty; 16th World Congress of Anaesthesiologists; WFSA (World Federation of Societies of Anaesthesiologists); Hong Kong Convention and Exhibition Centre, Hong Kong, (**International**), 28th August – 2nd September 2016.

Case 1:20-cv-00174-AKB   Document 55-7   Filed 05/19/21   Page 36 of 192
Case 1:17-cv-01705-SCJ   Document 55-7   Filed 05/19/21   Page 36 of 192

Sergio Bergese, MD
Curriculum Vitae
Page 20

**SCIENTIFIC MEETING AND SEMINAR FACULTY** (*Continued*):

140.   Faculty; 43rd Argentinean Nacional Meeting of Anesthesiology; Tucuman National Association of Anesthesiology and Reanimation; Argentinean Federation of Anesthesia, Analgesia and Reanimation, Tucuman, Argentina, (**International**), September 21st to 23rd 2016.

141.   Faculty; AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2016; New Delhi; New Delhi; India (**International**); September 30th to October 2nd 2016.

142.   Faculty; All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; New Delhi Section; New Delhi; India (**International**); October 2nd 2016.

143.   Faculty; XI National Congress of Pediatric Anesthesia and Reanimation; HGU Gregorio Maranon and Novotel Madrid Center; Spanish Society of Anesthesiology and Reanimation; Madrid; Spain (**International**); April 20th to 22nd, 2016.

144.   Faculty; State of the Art Endoscopic Skull Base Surgery Course, The Ohio State University Comprehensive Cancer Center; James Cancer Hospital and Solove Research Institute; Hilton Columbus at Polaris; (**International**), Columbus, OH, October 27th to 29th 2016.

145.   Faculty; L (50th) Annual Mexican Meeting of Anesthesiology; Mexican Federation of Anesthesiology (FMCA) and Anesthesiology College of the State of Chihuahua; Chihuahua Convention Center; (**International**), Chihuahua; Chihuahua; Mexico; November 2nd to 5th 2016.

146.   Faculty; 44th Chilean National Congress of Anesthesiology; Chilean Society of Anesthesiology; Concepcion; Chile, (**International**) November 17th to 20th, 2016.

147.   Faculty; 18th Annual Conference of the Indian Society of Neuroanaesthesiology and Critical Care (ISNACC); at Postgraduate Institute of Medical Education and Research Chandigarh, Chandigarh, India. (**International**) February 24th to 26th, 2017.

148.   Faculty; International Meeting of Total Intravenous Anesthesia; Panama Society of Anesthesiology; Panama City; Panama, (**International**) March 10th to 11th, 2017.

149.   Faculty; SANCON 2017 18th Annual Meeting, Society of Anesthesiology of Nepal Annual Meeting; Kathmandu, Nepal, (**International**) March 23rd to 25th, 2017.

150.   Faculty, 2017 Anesthesia Asia-Pacific Congress Annual Meeting; Bangkok, Thailand; (**International**); April 22nd and 23 th, 2017.

151.   Faculty, Malaysian Society of Anesthesiologists and College of Anesthesiologists, AMM Annual Scientific Congress 2017, "Re-Emergence"; Pre-Congress Meeting; Johor Bharu, Johor, Malaysia, (**International**); April 27th to 30th, 2017.

152.   Faculty, XXXIII Congreso Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapia del Dolor; SEDAR 2017; Alicante; Spain (**International**); May 4th to 6th, 2017.

.

## SCIENTIFIC MEETING AND SEMINAR CHAIRMAN:

1.  Chairman, Scientific Program Panel Neuroanesthesia/Neurosurgery XV WFSA **World** Congress of Anesthesiologists. WCA (World Congress of Anesthesiology) Buenos Aires, Argentina, March $25^{th} – 30^{th}$, 2012.
2.  Chairman, Scientific Program Panel Neuroanesthesia/Neurosurgery, Biennial Congress of the Latin American Confederation of Societies of Anesthesiology (**International**), Asuncion, Paraguay, September $30^{th} –$ October 3rd, 2013.
3.  Chairman, 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. (**International**), Buenos Aires; Argentina, August 27th - 30th 2014.
4.  Chairman, Latin Neuro, 1st Latin-American Meeting of Neuroanesthesia and Neuro Critical Care; (**International**), Medellin, Colombia, November 6th to 8th 2014.
5.  Chairman; Anesthesia Session; 5th Bi-Annual Meeting of Intraoperative Imaging Society (IOIS); "The Oberoi" Gurgaon, (New Delhi); India; (**International**); February 14th 2015.
6.  Chairman, Neuroanaesthesiology Section; 42nd Annual National Meeting of the Argentinean National Society of Anesthesiology; Analgesia and Reanimation; Rosario; Argentina (**International**); August 26th to 29th 2015.
7.  Chairman, Annual Meeting on Peripoerative Control of Blood Arterial Pressure; Melia Castilla; Madrid, Spain; (**International**); April 21-22nd, 2016.
8.  Chairman, Pre-Congress Meeting "Hot Topics in Anesthesiology", XXXIII Congreso Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapia del Dolor; SEDAR 2017; Alicante; Spain (**International**); May $3^{th}$, 2017.

**SCIENTIFIC MEETING KEYNOTE SPEAKER:**

1.   **Bergese SD,** James Cottrell, IV Anesthesiology Congress, "Alumni Home Coming," University of Antioquia, Medellin, Colombia (International), September 9-10[th], 2011.
2.   **Bergese SD,** Royal College of Anesthesiologists of Thailand (RCAT) Meeting (International), Bangkok, Thailand, July 18th, 2012.
3.   **Bergese SD,** Indian Society of Anesthesiology, Chennai Chapter, (International), Chennai, India, February 16th, 2013.
4.   **Bergese SD,** Inaugural Lectures Series Dr. Guruswamy Balakrishnan, Departments of Anesthesiology; Henry Ford Health System; Detroit, Michigan, July 24th 2013.
5.   **Bergese SD,** AIIMS Neuroanesthesia Update; Pre-conference Workshop and Symposium. All India Institute of Medical Sciences, **(International)**, New Delhi, India October 18th -20[th] 2013.
6.   **Bergese SD,** Inhalatory Anesthesia Update and Workshops; Kolkata Anesthesia Academy and Apollo Gleaneagles Hospitals; **(International)**, Kolkata, India October 26th, 2013
7.   **Bergese SD,** Bangalore Anesthesia Summit; All Indian Association of Practicing Anesthesiologists (AIAOPA); South Chapter; Bangalore Section; **(International),** Bangalore, India October 26th-27[th] 2013.
8.   **Bergese SD,** 9th Thai Annual Anesthesia Meeting of Anesthesiology; "Geriatric Patient versus the Anesthesia Service Team" Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, Thailand, March 4th to 7th 2014.
9.   **Bergese SD,** 79th Bi-Annual Meeting of the Royal College of Anesthesiologists of Thailand (RCAT) "Are we ready for the New Era? Episode I Perioperative Medicine for the Anesthesia Provider. **(International),** Bangkok, Thailand, July 15th to 18th, 2014.
10.  **Bergese SD,** Lonavala Anesthesia Summit. All India Association of Practicing Anesthesiologist (AIAOPA), Lonavala, Pune District, Maharashtra, India; **(International);** January 17th 2015.
11.  **Bergese SD,** Asian-Oceanic Society of Regional Anesthesia & Pain Medicine, the Royal College of Anesthesiologists of Thailand; 13th Asian-Oceanic Society of Regional Anesthesia and Pain Medicine Congress 2015 (AOSRA-PM 2015) in conjunction to the 81st Annual Meeting of the Royal College of Anesthesiologists of Thailand (RCAT), Bangkok, Thailand; **(International);** January 22nd to 24th 2015.
12.  **Bergese SD,** XXXII Congreso Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapéutica del dolor; Santander, Cantabria Spain **(International)**; October 15th to 18th 2015.
13.  **Bergese SD,** Dr. Malathi Memorial Oration, 17th Annual Conference of Indian Society of Neuroanaesthesiology and Critical Care, ISNACC, NIMHANS The National Institute of Mental Health and Neuroscience Convention Centre, Bengaluru, India; **(International)**; February 5th to 7th, 2016.
14.  **Bergese SD,** Fragile Brains: The Brain of the Elderly. Inaugural Lecture; GERM (Early Recovery Group –Fast Track Enhanced Recovery-; ERAS Spain Group) Annual Meeting; Zaragoza, Aragon, Spain **(International)**; March 10th to 11th, 2016.

.

**SCIENTIFIC MEETING KEYNOTE SPEAKER** *(Continued)*:

15.   **Bergese SD,** Quality of Recovery after Surgery; Role of Anesthetic Drugs. Keynote Speaker Lecture for The Royal College of Anesthesiologists of Thailand 84th Annual Meeting; "Traveling for Best Practices: Crisis and Emergency Management", Thailand Society of Anesthesiologist; Ladprao, Bangkok Thailand; **(International),** August 21st, 2016.

## SCIENTIFIC MEETING AND SEMINAR SECTION CHAIR, MODERATOR AND/OR SCIENTIFIC COMMEETTE MEMBER:

1. Section Chair, Hemorrhage, Vascular Cognitive Impairment and Imaging in Cerebrovascular Diseases, Neuro Talk 2011, BIT Life Sciences 2nd Annual **World** Congress of Neuro Talk. Dalian World Expo Center, Dalian, China, May 22nd-25th 2011.

2. Scientific Committee, IV **International** Conference on Treatment of Hypertension, Dyslipedemia and Diabetes Mellitus, Fixed Combination 2011. Paris, France, December 1st – 4th, 2011.

3. Section Chair, Basic Neuroanesthesia. Section I. Panel Neuroanesthesia/Neurosurgery XV WFSA **World** Congress of Anesthesiologists. WCA (World Congress of Anesthesiology) Buenos Aires, Argentina, March 25 – 30th, 2012.

4. Section Chair, Neuromonitoring and Patient Management, Section II, Panel Neuroanesthesia/Neurosurgery XV WFSA **World** Congress of Anesthesiologists. WCA (World Congress of Anesthesiology) Buenos Aires, Argentina, March 25th -30th, 2012.

5. Section Chair, Special Procedures, Section III, Panel Neuroanesthesia/Neurosurgery XV WFSA **World** Congress of Anesthesiologists. WCA (World Congress of Anesthesiology) Buenos Aires, Argentina, March 25 – 30th 2012

6. Section Chair, Session 625: Micro-Neurosurgery & Minimally Invasive Neurosurgery. Neuro Talk 2012, BIT Life Sciences 3rd Annual **World** Congress of Neuro Talk Beijing, China, May 18 – 20th, 2012.

7. Section Chair: Plenary Session 11: "Updates on Multiple Sclerosis" II **International** Congress on Neurology and Epidemiology, Nice, France November 8th-12th 2012.

8. Section Chair: Awake Craniotomy, DBS (Deep Brain Stimulation) and High-Risk Neurosurgery. **International,** Annual Conference of Indian Society of Neuroanaesthesiology and Critical Care, Varanasi India February 8th, 2013.

9. Section Chair: Stroke and Other Diseases of the Neurological Nervous System, **(International)**, Neuro Talk 2013, BIT Life Sciences 4rd Annual World Congress of Neuro Talk Xincheng District, Xi'an, China, May 23rd, 2013.

10. POCD (Post-Operative Cognitive Dysfunction), First International Congress on Brain Protection: "Optimizando la seguridad del cerebro en Anestesia y Cuidado Intensivo: Y Si fuera mi cerebro? Santa Fe Foundation **(International);** University of Los Andes; Bogota Colombia; August 29th – 31st 2013.

11. Moderator: Medically Challenging Cases Section; Anesthesiology 2013; American Society of Anesthesiologists; Annual Meeting **(International);** San Francisco CA; October 12th -16th 2013.

12. Moderator: Outcomes and Database Section; Anesthesiology 2013; American Society of Anesthesiologists Annual Meeting **(International);** San Francisco CA, October 12th -16th 2013.

13. Moderator: Anesthesia for Glioma Surgery Panel; Bangalore Anesthesia Summit; All Indian Association of Practicing Anesthesiologists (AIAOPA); South Chapter; Bangalore Section; **(International),** Bangalore, India October 27th 2013.

14. Moderator: BIS and Awareness; Pro and Con. Bangalore Anesthesia Summit; All Indian Association of Practicing Anesthesiologists (AIAOPA); South Chapter; Bangalore Section; **(International),** Bangalore, India October 27th 2013.

.

**SCIENTIFIC MEETING AND SEMINAR SECTION CHAIR, MODERATOR AND/OR SCIENTIFIC COMMEETTE MEMBER** *(Continued)*:

15. Moderator and Chair; Extreme Positions in Anesthesia; 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 28th 2014.

16. Moderator and Chair; Positions in Neuro Anesthesia; 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 28th 2014.

17. Moderator and Co-Chair; Geriatric Anesthesia; 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 29th 2014.

18. Moderator and Chair; Neuro Anesthesia; 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 30th 2014.

19. Moderator and Chair; Neuro protection and Neurotoxicity; Latin Neuro, 1st Latin-American Meeting of Neuroanesthesia and Neuro Critical Care; **(International),** Medellin, Colombia, November 6th 2014.

20. Moderator and Chair; Delirium and POCD, Latin Neuro, 1st Latin-American Meeting of Neuroanesthesia and Neuro Critical Care; **(International),** Medellin, Colombia, November 6th 2014.

21. Moderator and Chair; Poster Session; Latin Neuro, 1st Latin-American Meeting of Neuroanesthesia and Neuro Critical Care; **(International),** Medellin, Colombia, November 7th 2014.

22. Moderator and Chair; BRAIN REGENERATION AND STIMULATION OSU-India Health Sciences Innovation Conference and Trade Show 2015; The Taj Mahal Palace Apollo Bunder, Mumbai, Maharashtra, India; (International); January 17th 2015.

23. Moderator and Chair; NEUROGENETICS IN NEUROMUSCULAR DISORDERS OSU-India Health Sciences Innovation Conference and Trade Show 2015; The Taj Mahal Palace Apollo Bunder, Mumbai, Maharashtra, India; **(International);** January 17th 2015. 110. Faculty; OSU-India Health Sciences Innovation Conference and Trade Show 2015; The Taj Mahal Palace Apollo Bunder, Mumbai, Maharashtra, India; **(International);** January 15th to 17th 2015.

24. Chairman, "Improving Clinical Practice" Lonavala Anesthesia Summit. All India Association of Practicing Anesthesiologist (AIAOPA), Lonavala, Pune District, Maharashtra, India; **(International);** January 16th to 17th 2015.

25. Chairman; "TIVA or Inhaled Anesthetic; Pro and Con" Asian-Oceanic Society of Regional Anesthesia & Pain Medicine, the Royal College of Anesthesiologists of Thailand; 13th Asian-Oceanic Society of Regional Anesthesia and Pain Medicine Congress 2015 (AOSRA-PM 2015) in conjunction to the 81st Annual Meeting of the Royal College of Anesthesiologists of Thailand (RCAT), Bangkok, Thailand; **(International);** January 22nd to 24th 2015.

**SCIENTIFIC MEETING AND SEMINAR SECTION CHAIR, MODERATOR AND/OR SCIENTIFIC COMMEETTE MEMBER** (*Continued*):

26. Chairman, "Improving Clinical Practice" Bangalore Anesthesia Summit. South India District. All India Association of Practicing Anesthesiologist (AIAOPA), Lonavala, Pune District, Maharashtra, India; (International); February 7th and 8th 2015.

27. Chairman; 5th Anesthesia for Intraoperative MRI (Magnetic Resonance Imaging); a "Perspective for Neuro Surgeons" "Bi-Annual Meeting of Intraoperative Imaging Society (IOIS); "The Oberoi" Gurgaon, (New Delhi); India; **(International);** February 14th 2015.

28. Chairman Neuroanaesthesiology Section; 42nd Annual National Meeting of the Argentinean National Society of Anesthesiology; Analgesia and Reanimation; Rosario; Argentina **(International);** August 26th 29th 2015.

29. Moderator and Chairman Neuro Anesthesia Basics; a Question and Answers Section. XXVIII Ordinary Assembly of CLASA (Confederation of Anesthesiology Societies of Latin America); XXXIII Latin American Congress of Anesthesiology; XXVI National Peruvian Congress of Anesthesiology; Dr. Juan Koster Jahnsen; Lima, Peru; **(International);** September 23rd 2015.

30. Chairman: Neurotoxicity; Neuroinflamation and  Myths; AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2015; New Delhi; New Delhi; India **(International);** September 28th 2015.

31. Moderator; Surgery and Anaesthesia at the extreme of ages: consequences for the brain 9th International Update on Neuroanesthesia and Neurointensive Care, EURONEURO 2016: Barcelona, Spain **(International)**; April 15th, 2016.

32. Chairman: "Poster Sessions" 9th International Update on Neuroanesthesia and Neurointensive Care, EURONEURO 2016: Barcelona, Spain **(International)**; April 15th, 2016.

33. Chairman: New Approaches in Neurosurgery; 9th International Update on Neuroanesthesia and Neurointensive Care, EURONEURO 2016: Barcelona, Spain **(International)**; April 16th, 2016.

## WORKSHOP COURSE FACULTY:

1.  Workshop: Monitoring the Brain. EEG based Section Workshop. XXX Colombian Congress of Anesthesiology and Resuscitation and First Global Congress TIVA of the IFIVA - International Federation of Intravenous Anesthesia-, "A stronghold for the patient´s safety, a wall for the "Karoshi" (**International**), Cartagena Colombia, May 11th, 2013.

2.  Workshop: Practical principles applied to the clinical practice of Neuroanesthesia Pre-conference Workshop and Symposium. All India Institute of Medical Sciences, (**International**), New Delhi, India October 18th -20[th] 2013.

3.  "Tricks of the Trade" The perfect Anesthetic. Inhalatory Anesthesia Update and Workshops; Kolkata Anesthesia Academy and Apollo Gleaneagles Hospitals, Apollo Gleneagles Hospital; (**International**), Kolkata (Calcutta), India October 26th 2013.

4.  "Clipping of an Intracerebral Aneurism" AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2015; New Delhi; New Delhi; India (**International**); September 27th 2015.

5.  "A Spinal Tumor; Intraoperative Treatment and Analysis of Neuromonitoring" AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2015; New Delhi; New Delhi; India (**International**); September 27th 2015.

6.  Awake Craniotomy; AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2015; New Delhi; New Delhi; India (**International**); September 27th 2015.

7.  Anesthesia for Neurosurgery: My patient is not waking up; how to avoid it. 2016 Asia-Pacific Congress Annual Meeting; Royal College of Anesthesiology of Thailand; Bangkok, Thailand; (**International**); April 30th and May 1st, 2016.

8.  Neuromonitoring Workshops. 16th World Congress of Anaesthesiologists; WFSA (World Federation of Societies of Anaesthesiologists); Hong Kong Convention and Exhibition Centre, Hong Kong, (International), 28th August – 2nd September 2016.

9.  Spine Surgery and Neuromonitoring. AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2016; New Delhi; New Delhi; India (**International**); October 1st 2016.

10. Awake Craniotomy. AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2016; New Delhi; New Delhi; India (**International**); October 1st 2016.

11. Epilepsy and Robotic Assisted Pituitary Surgery. AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2016; New Delhi; New Delhi; India (**International**); October 1st 2016.

12. Online Course of Text Editing and Correcting of Style of Scientific Publications; Title "How to Text Editing a Scientific Paper" Module 1: Editorial Process and Revision. (ISBN: 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-051-5), Catholic University of Valencia "San Vicente Mártir" with 5 credits ECTS (European Credit Transfer System), Pan-American Editorial; (**International**); November 2016.

13. Online Course of Text Editing and Correcting of Style of Scientific Publications; Title "Indexing y Types". Scopus, PubMed, Science Direct, Orci" Module 1: Editorial Process and Revision. (ISBN: 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-051-5), Catholic University of Valencia "San Vicente Mártir" with 5 credits ECTS (European Credit Transfer System), Pan-American Editorial; (**International**); November 2016.

**WORKSHOP COURSE FACULTY** *(Continued)*:

14. Online Course of Text Editing and Correcting of Style of Scientific Publications; Title "Clinical Trials". Scopus, PubMed, Science Direct, Orci" Module 2: Statistics and Study Design. (ISBN: 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-051-5), Catholic University of Valencia "San Vicente Mártir" with 5 credits ECTS (European Credit Transfer System), Pan-American Editorial; **(International);** November 2016.

15. Anesthesia for Awake Craniotomy; SNACC (Society of Neuro Anesthesia and Critical Care); Live Podcast; Residents and Neuroanesthesiology Fellows; March 29th 2017. http://www.snacc.org/education-research/fellow-resident-audio/


**BOARD PREPARATORY COURSE FACULTY:**

1. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep Part I, Chicago, Illinois, June 2012.

2. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, June 2012.

3. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep Part I, Chicago, Illinois, December 2012.

4. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, December 2012.

5. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep Part I, Chicago, Illinois, May 2013.

6. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, May 2013.

7. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep Part I, Chicago, Illinois, June 2013.

8. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, June 2013.

9. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep Part I, Chicago, Illinois, November 2013.

10. American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, November 2013.

11. Anesthesia and Neuromuscular Diseases in Adults; Audio Digest Anesthesiology Board Review 2nd Edition; (49 AMA PRA Category 1 Credits). http://lp.audio-digest.org/Promotions/15/7/E/157aanbrh133


**MEDICAL SIMULATION COURSE FACULTY:**

1. Paper Scalpel Rock; Medical Simulation Events, General Anesthesia Technique for LMA (Laryngeal Mask Airway) with Inhaled Anesthetics Simulation Experience. Melbourne, Australia, **(International),** May 27th and 28th 2016. (10 RACGP quality improvement and continuing professional development (QI&CPD); Australian Post Medical Education Category 1 Credits).

**LECTURES AND GRAND ROUNDS PRESENTED:**

1. Aortic Thoracic Aneurism, "A Surgical Emergency," III National and Latin-American Annual Meeting for Physician Residents in General Surgery, Embalse de Rio III, Calamuchita, Cordoba Argentina, April 9th, 1990.

2. Spleenectomies, Surgical Advances. III National and Latin-American Annual Meeting for Physician Residents in General Surgery, Embalse de Rio III, Calamuchita, Cordoba Argentina, April 10th, 1990.

3. Surgical Approach to Trauma, III National and Latin-American Annual Meeting for Physician Residents in General Surgery, Embalse de Rio III, Calamuchita, Cordoba Argentina, April 11th, 1990.

4. Peritonitis of Colonic Origen. XV National and International Meeting of Colonoproctology, Cordoba, Argentina, May 24th, 1990.

5. Angiodisplasias, XV National and International Meeting of Colonoproctology, Cordoba, Argentina, May 24th, 1990.

6. Pilonidal Cyst and Its Surgical Management. XV National and International Meeting of Colonoproctology, Cordoba Argentina, May 25th, 1990.

7. Surgical Management of Megacolon XV National and International Meeting of Colonoproctology, Cordoba Argentina, May 25th, 1990.

8. Gastrointestinal Fistulas XV National and International Meeting of Colonoproctology, Cordoba, Argentina, May 25th, 1990.

9. Plastic Surgery for the General Surgeon. XV National and International Meeting of Colonoproctology, Cordoba, Argentina, May 26th, 1990.

10. Transplant Immunology. Zollinger Surgical Society, University of Wisconsin Madison and The Ohio State University, Madison, Wisconsin, May 3rd, 1994.

11. Treatment of Mice with Anti-CD3 mAb Induces Endothelial Vascular Cell Adhesion Molecule-1 Expression. Zollinger Surgical Society, Presidential Symposium, Columbus, Ohio, January 13th, 1995.

12. Graft Endothelial VCAM-1 Is Not Necessary For Acute Cardiac Allograft Rejection in Mice. Zollinger Surgical Society, Presidential Symposium, Columbus, Ohio, February 18th, 1996.

13. Transplant Immunology, Division of Transplantation, Department of General Surgery, The Ohio State University, Columbus, Ohio, July 12th, 1998.

14. Neurophysiology and Anesthesia. Department of Neurosurgery, The Ohio State University, Columbus, Ohio, September 23rd, 2004.

15. Anesthesia for Neurosurgery. Division of Neurosurgery, Department of Surgery, Grant Hospital, Columbus, Ohio, March 16th, 2005.

16. Management of the Neurosurgical Patient under Anesthesia, Miami Valley Hospital, Department of Anesthesiology, Dayton, Ohio, March 30th, 2005.

17. Sedation in the Neuro SICU Patient. Miami Valley Hospital, Department of Anesthesiology, Dayton, Ohio. July 13th, 2005.

18. Sedation in the Neuro SICU patient. Grant Hospital, Division of Neurosurgery, Department of Surgery, Columbus, Ohio, October 20th, 2005.

19. Evoked Potentials in Neuroanesthesia. Marshfield Clinic Hospital, Ministry of Health, Department of Anesthesiology, Marshfield, Wisconsin, October 25th, 2005.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

20.   Evoked Potentials in Neuroanesthesia. Wausau Hospital, Ministry of Health, Department of Anesthesiology, Wausau, Wisconsin, November 16th, 2005.

21.   Intraoperative MRI, a Success Story. Medtronic-Odin User Meeting, Louisville, Colorado, February 1st – 3rd, 2006.

22.   Alpha 2 Agonists Use in Neuroanesthesia. Saint Mary's Medical Hospital Systems, Department of Anesthesiology, Saginaw, Michigan, February 22nd, 2006.

23.   Monitoring Consciousness. Grant Hospital, Ohio Health Systems, Department of Anesthesiology, Columbus, Ohio, March 15th, 2006.

24.   Clinical Features of Fever Associated with Poor Outcome in Severe Pediatric Brain Injury. Neuroanesthesia Grand Rounds, Department of Anesthesiology, The Ohio State University, Columbus, Ohio, April 12th, 2006.

25.   Hypertensive Emergencies in Neurological Surgery. Eastern Maine Medical Center, Department of Anesthesiology, Bangor, Maine, April 17th, 2006.

26.   Monitoring Consciousness, "Guest Speaker" St. Joseph County Academy of Anesthesiology, University Club Campus of Notre Dame, South Bend, Indiana, May 2nd, 2006.

27.   ICH, SAH and Ischemic Stroke: Treatment Modalities and Outcomes. Wake Forest University, Department of Neurological Surgery, Winston-Salem, North Carolina, June 21st, 2006.

28.   Live Web Cast: Intra-operative Real-time Imaging During Brain Surgery, The Ohio State University Medical Center for Continuing Medical Education, Columbus, Ohio, June 23rd, 2006.

29.   Post-Operative Nausea and Vomiting, a Follow up. Grant Hospital, Ohio Health Systems, Department of Surgery, Columbus, Ohio, August 2nd, 2006.

30.   Hypertensive Emergencies in Surgery: Pathophysiology and Perioperative management. Medical Center of Central Georgia, Department of Surgery and Anesthesiology. Mercer School of Medicine, Macon, Georgia, August 17th, 2006.

31.   Management of Acute Hypertensive Emergencies in the Acute Setting. Eastern Maine Medical Center, Departments of Anesthesiology, Surgery and Neurology. Bangor, Maine, August 21st, 2006.

32.   Evoked Potentials and Anesthesia. Clinical Implications. Medical Center of Central Georgia, Department of Anesthesiology. Mercer School of Medicine, Macon, Georgia, October 12th, 2006.

33.   Clinical Research in Neuroanesthesia: An Update. The Ohio State University Medical Center, School of Medicine, Department of Anesthesiology, Columbus, Ohio, October 27th, 2006.

34.   Anesthetic Considerations for Somato Sensorial Evoked Potentials. Ingham and Sparrow Medical Center. Michigan State University School of Medicine, Lansing, Michigan, November 16th, 2006.

35.   Evoked Potentials and Anesthesia. Grant Medical Center, Ohio Health, Columbus, Ohio, December 6th, 2006.

36.   Evoked Potentials, Anesthetic Considerations. Miami Valley Hospital, Department of Anesthesiology, Dayton, Ohio, February 7th, 2007.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

37.   Hypertension Management and Neurosurgical Diseases, a Review. Saint Luke's Hospital, Kansas City, Missouri, February 22 nd, 2007.

38.   Pharmacologic Management of Evoked Potentials and its Anesthetic Considerations, Bethesda Hospital, Cincinnati, Ohio, March 16th, 2007.

39.   The Management of Hypertensive Emergencies in the Neuro Acute Care Setting, Department of Anesthesiology, The Cleveland Clinic Health System, Fairview Hospital, Cleveland, Ohio, April 18th, 2007.

40.   The Management of Hypertensive Emergencies in the Neuro Acute Care Setting, Via Christy Medical Center, Department of Anesthesiology, Kansas University School of Medicine. Wichita, Kansas, May 15th, 2007.

41.   The role of the Anesthesiologist and The Management of Hypertensive Emergencies for Interventional Radiology, Wesley Medical Center, Department of Radiology, Interventional Radiology, The University of Kansas School of Medicine. Wichita, Kansas, May 15th, 2007.

42.   Evoked Potentials, Anesthetic Considerations, Via Christy Medical Center, Department of Anesthesiology and Medical Education, Kansas University School of Medicine. Wichita, Kansas, May 15th, 2007.

43.   Electro-Physiologic Principles of Somato-Sensorial and Motor Evoked Potentials and their Anesthetic Considerations. Department of Anesthesiology, Ruby Memorial Hospital, West Virginia University, Morgantown, West Virginia, June 6th, 2007.

44.   Management of Evoked Potentials in the Pediatric Population and their Anesthetic Considerations. Department of Anesthesiology, Presbyterian Pittsburgh Children Hospital, UPMC, University of Pittsburgh School of Medicine, Pittsburgh Pennsylvania, June 12th, 2007.

45.   Monitoring Consciousness. Department of Anesthesiology, Community Health Partners Hospital, CPH Regional Medical Center, Lorain, Ohio, June 25th, 2007.

46.   Role of Consciousness Monitors Devices in Anesthesiology. An Overview of Electro Physiologic Principles and Current Marketed Technology. The Cleveland Clinic Health System, Department of Anesthesiology, Fairview Hospital, Cleveland, Ohio, July 10th, 2007.

47.   Management of Hypertensive Emergencies in the Neuro Acute Care Setting, Department of Anesthesiology, Ruby Memorial Hospital, West Virginia University, Morgantown, West Virginia, August 21st, 2007.

48.   Management of Hypertensive Emergencies in the Neuro Acute Care Setting, Departments of Neurological Surgery and Anesthesiology, St. Francis Hospital, Cape Girardeau, Missouri, August 27th, 2007.

49.   The Role of the Anesthesiologist Managing Hypertensive Emergencies and Stroke for Interventional Radiology, Department of Neurology, St. Anthony Hospital, St. Louis, Missouri,  August 28th, 2007.

50.   Current Uses and Stage of Evoked Potentials (SSEPs and MEPs), Anesthetic Considerations. Department of Anesthesiology, Riverside Methodists Hospital, Columbus, Ohio, September 5th, 2007.

**LECTURES AND GRAND ROUNDS PRESENTED** (*Continued*):

51. Newer Anesthetic Agents and Considerations for Neurophysiologic Monitoring. Department of Anesthesiology, Visitor Professor Series, University of Alabama School of Medicine, Birmingham, Alabama, September 17th, 2007.

52. Evoked Potentials, Anesthetic Considerations. Department of Anesthesiology, Shadyside Hospital, University of Pittsburgh School of Medicine, UPMC, Pittsburgh, Pennsylvania, September 19th, 2007.

53. Evoked Potentials, Anesthetic Considerations. Western Pennsylvania Society of Anesthesiology and University of Pittsburgh School of Medicine, Department of Anesthesiology, UPMC, Pittsburgh, Pennsylvania, September 20th. 2007.

54. Electro-Physiologic Principles of Somato-Sensorial and Motor Evoked Potentials and their Anesthetic Considerations. OSANA (Ohio State Association of Nurse Anesthetists), Columbus, Ohio, September 23rd, 2007.

55. Evoked Potentials, Newer Anesthetic Agents and Considerations for Neurophysiologic Monitoring. Department of Anesthesiology, St. Louis University, St. Louis, Missouri, September 26th, 2007.

56. Management of Hypertensive Emergencies in the Neuro Acute Care Setting, Departments of Neurological Surgery, Anesthesiology and Emergency Department, St. Anthony's Hospital, St. Louis, Missouri, September 27th, 2007.

57. The Role of the Anesthesiologist and The Management of Hypertensive Emergencies for Neurosurgery, Department of Neurological Surgery, St Mary's Health Center, St. Louis University, St. Louis, Missouri, October 2nd, 2007.

58. Neurological Implications and Management of Hypertensive Emergencies. "A Neurological Focus," Departments of Anesthesiology, Neurology and Neurological Surgery, SSM De Paul Health Center, Bridgeton, Missouri, October 3rd, 2007.

59. Evoked Potentials, Anesthetic Considerations: A Close looks to MEP's Clinical Correlation. Department of Anesthesiology, University Hospitals, The Ohio State University, Columbus, Ohio, October 11th, 2007.

60. Brain Function Monitoring on Monitoring Consciousness TANA (Tennessee Association of Nurse Anesthetist), AANA (American Association of Nurse Anesthetists), 70th Annual Meeting and Convention, Franklin Cool Spring, Franklin, Tennessee, October 19th, 2007.

61. The Management of Hypertensive Emergencies in the Neuro Acute Care Setting, Missouri Anesthesia Society (MAS), St. Louis Anesthesiology Association (SLSA), St. Louis, Missouri, January 8th, 2008.

62. Alpha Agonists Use in Anesthesia and Progression into Sedation algorithms for the SICU. Department of Anesthesiology and Critical Care, Bronson Methodist Hospital, Kalamazoo, Michigan, January 15th, 2008.

63. Hypertension Management and Neurosurgical Diseases, a Review. Treatment of Hypertensive Emergencies in the Neuro Acute Care Setting, Department of Anesthesiology University of Missouri-Columbia, Columbia, Missouri, January 23rd, 2008.

64. Benefits of Using Sedation Protocols. 37th Critical Care Congress, Society of Critical Care Medicine (SCCM), Annual Meeting, Honolulu, Hawaii, February 2nd, 2008.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

65. Anesthesia for Intra-Operative Magnetic Resonance Imaging (MRI), 5th Annual Polestar User's Meeting. Hyatt Regency Resort and Spa, Lake Tahoe, Nevada, February 20th, 2008.

66. Anesthesia for Intra-Operative Magnetic Resonance Imaging (MRI), Intraoperative Imaging Society, National and International Meeting, Lake Tahoe, Nevada, February 21st– 23rd, 2008.

67. Sedation Protocols for the Emergency Medicine Patient. "The 26th Annual Emergencies in Medicine Conference", David Holland's Resort, Mountain Village, Park City, Utah, March 13th, 2008.

68. Evoked Potentials, Anesthetic Considerations: A Close Look at MEP's Clinical Correlation. Department of Anesthesiology, Western Pennsylvania Hospital, West Penn Allegheny Health System, Pittsburgh, Pennsylvania, March 18th, 2008.

69 Beta Blockade and Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Anesthesiology, Western Pennsylvania Hospital, West Penn Allegheny Health System, Pittsburgh, Pennsylvania, March 19th, 2008.

70. Evoked Potentials, Anesthetic Considerations: A Close Look at MEP's Clinical Correlation. Department of Anesthesiology, Washington Hospital Center, Washington DC, District of Columbia, April 8th, 2008.

71. Newer Anesthetic Agents and Considerations for Neurophysiologic Monitoring. Department of Anesthesiology, Division of Education, George Washington University, Washington DC, District of Columbia, April 8th, 2008.

72. Evoked Potentials, Update on SSEP's and MEP's and its Anesthetic Considerations. Washington DC Society of Anesthesiologists, Washington DC, District of Columbia, April 8th, 2008.

73. Vascular Dysfunction, Sequelae of Acute Hypertension. Departments of Internal Medicine, Surgery and Anesthesiology, Saint Joseph Hospital, Parkesburg, West Virginia, April 10th, 2008.

74. Economics of Return of Patients with Postoperative Nausea and Vomiting (PONV): Should We Treat All Surgical Patients Prophylactically? 7th Annual OSUMC Research Day, Columbus, Ohio, April 10th, 2008.

75. Vascular Dysfunction, Sequelae of Acute Hypertension. Departments of Surgery and Anesthesiology. Bay Regional Medical Center, Bay City, Michigan, April 15th, 2008

76. Novel Approaches to Sedation in the Acute Care Setting and Progression into Sedation Algorithms for the SICU. Memorial Hospital, Chattanooga, Tennessee, April 23rd, 2008.

77. Newer Anesthetic Agents and Considerations for Neurophysiologic Monitoring. Evoked Potentials, Update on SSEP's and MEP's. Department of Anesthesiology, Eastern Maine Medical Center, Bangor, Maine, April 28th, 2008.

78. Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Pharmacy, Mercy Medical Center, Sioux City, Iowa, May 13th, 2008.

79. Anesthesia Management of Awake Craniotomy, "The Return of a Giant". Department of Nursing, The Ohio State University, Columbus, Ohio, May 14th, 2008.

80. Vascular Dysfunction, Sequelae of Acute Hypertension. Role of Beta Blockers. Department of Anesthesiology, University of Toledo, Toledo, Ohio, May 14th, 2008.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

81.   Evoked Potentials, Update on SSEP's and MEP's and its Anesthetic Considerations. Department of Anesthesiology, University of Toledo, Toledo, Ohio, May 14th, 2008.

82.   Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Internal Medicine, Division of Cardiology, Westchester Medical Center, Valhalla, New York, May 20th, 2008.

83.   Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Internal Medicine, Surgery, Anesthesiology and Emergency Department, Baptist Health Medical Center, Little Rock, Arkansas, June 11th, 2008.

84.   Neurophysiologic Monitoring in Neurosurgery, and the Anesthetic Approach, an Update. 5th Annual Anesthesiology convention in Wyndham Rio Mar, Puerto Rico Society of Anesthesiology, Annual Meeting. San Juan, Puerto Rico, July 5th, 2008.

85.   Neurophysiologic Monitoring in Neurosurgery, and the Anesthetic Approach, an Update. New Drugs Used Neuroanesthesia and Neurophysiologic Monitoring. Department of Anesthesiology, Reading Hospital, West Reading, Pennsylvania, July 10th, 2008.

86.   Newer Anesthetic Agents and Considerations for Neurophysiologic Monitoring. Evoked Potentials, Update on SSEPs and MEPs. Department of Internal Medicine, Division of Neurology, Neurophysiologic Monitoring Section. The Ohio State University, Columbus Ohio, July 31st, 2008.

87.   Newer Anesthetic Agents and Considerations for Neurophysiologic Monitoring. Evoked Potentials, Update on SSEPs and MEPs. Department of Internal Medicine, Division of Neurology. The Ohio State University, Columbus, Ohio, August 4th, 2008.

88.   Newer Anesthetic Agents and Considerations for Neurophysiologic Monitoring. Evoked Potentials, Update on SSEPs and MEPs. Department of Anesthesiology, University of Louisville, Louisville, Kentucky, August 5th, 2008.

89.   Neurophysiologic Monitoring, Evoked Potentials, Update on SSEPs, MEPs, and Their Anesthetic Considerations. Louisville Society of Anesthesiology, Louisville, Kentucky, August 5th, 2008.

90.   Newer Anesthetic Agents and Considerations for Neurophysiologic Monitoring. Evoked Potentials, Update on SSEPs and MEPs. Department of Anesthesiology, Miller School of Medicine, Miami University, Miami, Florida, August 21st, 2008.

91.   Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Family Medicine, Department of Internal Medicine and Division of Cardiology, Miami Valley Hospital, Dayton, Ohio, September 3rd, 2008.

92.   The Role of Alpha Agonists in Anesthesia and Sedation. Texas Society of Anesthesiology 2008 Annual Meeting, Hyatt Regency Lost Pines Resort, Lost Pines, Texas, September 7th, 2008.

93.   Beta Blockers and Vascular Dysfunction, Sequelae of Acute Hypertension. Mangano's versus POISE" Department of Internal Medicine and Division of Cardiology, Parkview Hospital, Fort Wayne, Indiana, September 17th, 2008.

94.   Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Surgery and Anesthesiology, Division of Surgical Intensive Care, Ruby Memorial Hospital, West Virginia University, Morgantown, West Virginia, September 25th, 2008.

.

## LECTURES AND GRAND ROUNDS PRESENTED *(Continued)*:

95.  Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Anesthesiology, Ruby Memorial Hospital, West Virginia University, Morgantown, West Virginia, September 26th, 2008.

96.  Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Internal Medicine and Division of Cardiology, Hospital, Palm Beach, Florida, October 2nd, 2008.

97.  Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Internal Medicine and Division of Cardiology and Department of Emergency Medicine, Ball Memorial Hospital Inc, Muncie, Indiana, October 8th, 2008.

98.  Vascular Dysfunction, Sequelae of Acute Hypertension. Deaconess Hospital, Department of Internal Medicine and Division of Cardiology and Department of Emergency Medicine, Hospital, Evansville, Indiana, November 11th, 2008.

99.  Vascular Dysfunction, Sequelae of Acute Hypertension. Providence Hospital, Department of Internal Medicine, Division of Intensive Care, Detroit, Michigan, November 11th, 2008.

100. Vascular Dysfunction, Sequelae of Acute Hypertension. McLaren Hospital, Department of Surgery and Department of Anesthesiology, Hospital, Owosso, Michigan, November 12th, 2008.

101. Vascular Dysfunction, Sequelae of Acute Hypertension. Prince George's Hospital, Departments of Internal medicine and Family Practice, Cheverly, Maryland (Washington DC Area), November 18th, 2008.

102. Vascular Dysfunction, Sequelae of Acute Hypertension. American College of Cardiology, Cardiovascular Professional Association Chapter Meeting, Canton-Akron, Ohio, February 10th, 2009.

103. Newer Anesthetic Agents and Considerations for Neurophysiologic Monitoring: Evoked Potentials, Update on SSEPs and MEPs. Department of Anesthesiology, Aultman Hospital, Canton-Akron, Ohio, February 11th, 2009.

104. Neurophysiologic Monitoring in Neurosurgery, and the Anesthetic Approach, an Update. New Drugs used Neuroanesthesia and Neurophysiologic Monitoring. Department of Anesthesiology, Miami Valley Hospital, Dayton, Ohio, February 18th, 2009.

105. Acetaminophen IV "An Introduction to Pain", "The 27th Annual Emergencies in Medicine Conference", Prospector Square Lodge & Conference Center, Park City, Utah, March 2nd, 2009.

106. The Role of Alpha 2 Agonists for Sedation in Intubated and Non-Intubated Patients in the ED "The 27th Annual Emergencies in Medicine Conference," Prospector Square Lodge & Conference Center, Park City, Utah, March 3rd, 2009.

107. Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Anesthesiology, John Strogger, Cook County Hospital, Chicago, Illinois, March 4th, 2009.

108. Vascular Dysfunction, Sequelae of Acute Hypertension and Journal Club Moderation. Department of Cardiothoracic Surgery, University of Kentucky, Lexington, Kentucky, March 5th, 2009.

109. Neurophysiologic Monitoring in Neurosurgery and the Anesthetic Approach, an Update on New Drugs Used in Neuroanesthesia and Neurophysiologic Monitoring. Department of Anesthesiology, The Ohio State University, Columbus, Ohio, March 12th, 2009.

**LECTURES AND GRAND ROUNDS PRESENTED** (*Continued*):

110. Vascular Dysfunction, Sequelae of Acute Hypertension. University of Michigan/Flint-Hurley Medical Center Anesthesia Program – Annual Conference, Bavarian Inn Lodge, Frankenmuth, Michigan, March 14th, 2009.

111. Vascular Dysfunction, Sequelae of Acute Hypertension; "The Acute Neurological Impact." Neuro-Trauma Grand Rounds, Department of   Medicine, Intensive Care Division, Parkview Hospital, Pueblo, Colorado, April 2nd, 2009.

112. Monitoring Consciousness: Use of Brain Monitoring Devices Outside of the Operating Room. Department of Anesthesiology and Intensive Care Medicine, Washington Hospital Center, Washington DC, April 8th, 2009.

113. Vascular Dysfunction, Sequelae of Acute Hypertension. Prince George's Hospital, Department of Anesthesiology and Departments of Internal Medicine, Family Practice and Cardiology, Cheverly, Maryland (Washington DC Area), April 9th, 2009.

114. Neurophysiologic Monitoring in Neurosurgery, and the Anesthetic Approach, an Update. New Drugs used Neuroanesthesia and Neurophysiologic monitoring. Department of Anesthesiology, Metro Health, Metro Hospital, Cleveland, Ohio, April 14th, 2009.

115. Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Anesthesiology, The Cleveland Clinic Health System, Fairview Hospital, Cleveland, Ohio, April 15th, 2009.

116. Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Neurosurgery and Division of Intensive Care Medicine, Sacred Heart Hospital, Eau Claire, Wisconsin, April 30th, 2009.

117. Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Neurosurgery and Department of Neurosurgery, Cottage Health System, Santa Barbara Cottage Hospital, Santa Barbara, California, May 13th, 2009.

118. Hypertension and the Clinical Impact of the Disease, Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Anesthesiology, Allegheny Hospital, Allegheny Health System, Pittsburgh, Pennsylvania, May 19th, 2009.

119. Newer Clinical Indication for Alpha 2 Agonists. The Data Behind "Clinical Trials and Newer Data", Department of Anesthesiology, Abbott Northwestern Medical Center, Minneapolis, Minnesota, May 26th, 2009.

120. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, The Ohio State University, Columbus, Ohio, May 28th, 2009.

121. Neurological Impact of Hypertension. New Guidelines for ICH (Intracerebral Hemorrhage), Ischemic and Hemorrhagic Stroke. Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Internal Medicine, Division of Neurology, Kaiser Permanente Medical Center, Los Angeles, California, June 10th, 2009.

122. Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Anesthesiology, Saint Joseph Medical Center, Tulsa, Oklahoma, June 11th, 2009.

123. Newer Clinical Indication for Alpha 2 Agonists. The Data Behind "Clinical Trials and Newer Data," Department of Neurological Surgery and Division of Neuro Intensive Care, University of Texas Southwestern (UT Southwestern) at Dallas, Dallas, Texas, June 12th, 2009.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

124. Neurophysiologic Monitoring in Neurosurgery, and the Anesthetic Approach, an Update. New Drugs used Neuroanesthesia and Neurophysiologic monitoring. Department of Anesthesiology, University of Kentucky Medical Center, Lexington, Kentucky, June 17th, 2009.

125. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have we made any progress?" Department of Anesthesiology, Saint Joseph Mercy Hospital, Ann Arbor, Michigan, June 23rd, 2009.

126. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, Sparrow Regional Hospital, Lansing, Michigan, June 23rd, 2009.

127. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, Ingham Regional Medical Center, Lansing, Michigan, June 23rd, 2009.

128. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, Advocate Christ Hospital and Advocate Hope Children Hospital, Oak Lawn, Chicago, Illinois, June 24th, 2009.

129. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, Advocate Illinois Masonic Medical Center Hospital, Lakeview, Chicago, Illinois, June 25th, 2009.

130. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Department of Medicine, Division of Neurology, Charleston Area Medical Center System, Charleston, West Virginia, July 1st, 2009.

131. Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Internal Medicine, Division of Neurology Saint Francis Hospital and Medical Center, Hartford, Connecticut, August 26th,2009.

132. Vascular Dysfunction, Sequelae of Acute Hypertension. Department of Internal Medicine, Division of Neurology and Neuro intensive Care, Westmoreland Regional Hospital/Excela Health, Greensburg, Pennsylvania, August 27th, 2009.

133. Neurophysiologic Monitoring in Neurosurgery, and the Anesthetic Approach, an Update World Federation of Societies of Anesthesiologists and 38th Argentinean Congress of Anesthesiologists, Cordoba, Argentina, September 3rd, 2009.

134. "Breakfast with the Experts Panel" World Federation of Societies of Anesthesiologists and 38th Argentinean Congress of Anesthesiologists, Cordoba, Argentina, September 3rd, 2009.

135. Newer Clinical Indication for Alpha 2 Agonists: The Data Behind "Clinical Trials and Newer Data," World Federation of Societies of Anesthesiologists and 38th Argentinean Congress of Anesthesiologists, Cordoba, Argentina, September 4th, 2009.

136. Brain Function Monitoring on Monitoring Consciousness. World Federation of Societies of Anesthesiologists and 38th Argentinean Congress of Anesthesiologists, Cordoba, Argentina, September 5th, 2009.

137. Vascular Dysfunction, Sequelae of Acute Hypertension. 8th Annual SSMC Neurosciences and Stroke Symposium, Huntington, West Virginia, September 24th, 2009.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

138.  Monitoring Consciousness and Brain Function Monitoring. Department of Anesthesiology, Sparrow Medical Center, Lansing, Michigan, September 25th, 2009.

139.  Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component. Department of Medicine, Division of Intensive Care Medicine, Ingham Regional Medical Center, Lansing, Michigan, September 26th, 2009.

140.  Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component, Department of Internal Medicine and Neurology, Saint Elizabeth Medical Center, Youngstown, Ohio, October 1st, 2009.

141.  Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component Department of Internal Medicine and Neurology, Saint Luke Medical Center, Utica, New York, October 2nd, 2009.

142.  Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component Department of Anesthesiology and Division of Cardiothoracic Surgery, Miami Valley Hospital, Dayton, Ohio, October 7th, 2009.

143.  Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component Department of Anesthesiology, Westmoreland Medical Center, Excela Health, Greensburg, Pennsylvania, October 15th, 2009.

144.  Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component Department of Anesthesiology and department of Internal Medicine Division of Neurology, Kaleida Health, Buffalo General Hospital and Millard Fillmore General Hospital, Buffalo, New York, October 22nd, 2009.

145.  Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component Department of Anesthesiology and department of Surgery, Division of Cardiovascular Surgery, Mercy Hospital, Buffalo, New York, October 23rd, 2009.

146.  Vascular Dysfunction, Sequelae of Acute Hypertension:  The Neurovascular Component Department of Internal Medicine,  Medical Intensive Care Unit Division (ICU), West Virginia University, Morgantown, West Virginia, November 5th, 2009.

147.  The Impact of Anesthetics on the Consciousness: Alpha Agonists Use in Anesthesia and Progression into Sedation Algorithms for the SICU. Puerto Rican Society of Anesthesiologists, 6th Annual Meeting, Wyndham Rio Mar Beach Resort, El Yunque, Puerto Rico, November 7th, 2009.

148.  Anesthesia for Deep Brain Stimulators and Other Modulation Devices. "The Role of the Anesthesiologist," 13th Annual Meeting on Neuromodulation, North American Neuromodulation Society, Winn Encore, Las Vegas, Nevada, December 6th, 2009.

149.  Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component Department of Anesthesiology, Department of Surgery, and Department of Internal Medicine, Division of Neurology. University Health Care System of Eastern Carolina Hospital, East Carolina University, Greenville, North Carolina, December 9th, 2009.

150.  Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Department of Medicine, Division of Neurology, Charleston Area Medical Center System, Charleston, West Virginia, December 16th, 2009.

151.  Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Department of Medicine, Department of Surgery and Department of Anesthesiology. Bassett Healthcare, Cooperstown, New York, January 4th, 2010.

**LECTURES AND GRAND ROUNDS PRESENTED** (*Continued*):

152. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Rethinking Acute Hypertension Management. General Hospital Rounds. Department of Medicine, Department of Surgery and Department of Anesthesiology. United Health Services Hospitals, Johnson City, New York, January 4th, 2010.

153. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. "Master Grand Rounds" Department of Medicine, Family Medicine, Department of Surgery and Department of Anesthesiology. St. Elizabeth's Memorial Hospital, Utica, New York, January 5th, 2010.

154. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Department of Medicine, Department of Surgery and Department of Anesthesiology. Sharon Regional Health Systems, Sharon, Pennsylvania, January 6th, 2010.

155. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Rethinking Acute Hypertension Management. Department of Anesthesiology, University Hospitals, University of Tennessee, Knoxville, Tennessee, January 20th, 2010.

156. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Rethinking Acute Hypertension Management. Department of Medicine, Division of Neurology, Penn State University, Milton S Hershey Medical Center, Hershey, Pennsylvania, February 19th, 2010.

157. EEG Monitoring: "Principles and Fundamentals." Neurophysiologic monitoring Update. Department of Anesthesiology, The Ohio State University Medical Center, Columbus, Ohio, February, 25th, 2010.

158. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Rethinking Acute Hypertension Management. Hospital Grand Rounds. Lourdes Hospital, Ascension Health, Binghamton, New York, March 4, 2010.

159. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Rethinking Acute Hypertension Management. Department of Anesthesiology and Department of Neurology, Parkview Hospital, Fort Wayne, Indiana, March 9th, 2010.

160. Vascular Dysfunction, Sequelae of Acute Hypertension, Why Patho Physiology Matters. Sparrow Medical Center, Department on Internal Medicine, Division of Cardiology, "Fellows and Medical Students Conference" East Lansing, Michigan, March 10th, 2010.

161. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Rethinking Acute Hypertension Management. Hospital Grand Rounds, Community Medical Center, Scranton-Wilkes Barre, Pennsylvania, April 8th, 2010.

162. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Rethinking Acute Hypertension Management, American Association of Critical Care Nurses, Mohawk Valley Chapter, 2010 Annual Meeting, Verona, New York, April 9th, 2010.

163. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Rethinking Acute Hypertension Management, "Head to Toe: Contemporary Concepts Conference." McMenamin's Kennedy School, Providence Portland Medical Center Critical Care Conference, Portland, Oregon, April 21st, 2010.

164. Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component. Rethinking Acute Hypertension Management, Department of Anesthesiology, Swedish Medical Center, Seattle, Washington, April 22nd, 2010.

**LECTURES AND GRAND ROUNDS PRESENTED** (*Continued*):

165. Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component. Rethinking Acute Hypertension Management, Seattle Science Foundation, Neuroscience Institute, Swedish Medical Center, Seattle, Washington, April 22nd, 2010.

166. Vascular Dysfunction, Sequelae of Acute Hypertension: The Neurovascular Component. Rethinking Acute Hypertension Management. New York Society of Anesthesiologists (NYSSA), Hudson Valley Region, Bi-Annual Meeting, The Culinary Institute of America, Poughkeepsie, New York, April 28th, 2010.

167. EEG Monitoring: "Principles and Fundamentals." Neurophysiologic Monitoring Update. SSEPs and MEPs: An Update on Evoked Potentials. Department of Anesthesiology, Albany Medical Center, Albany Medical College, Albany, New York, April 29th, 2010.

168. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component: Rethinking Acute Hypertension Management. Comprehensive Transplant Symposium, Department of Surgery, Division of Transplantation, The Ohio State University, Columbus, Ohio, May 12th, 2010 .

169. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, University of Pittsburgh Medical Center (UPMC) St. Margaret Hospital, Pittsburgh, Pennsylvania, May 19th, 2010.

170. Vascular Dysfunction, Sequelae of Acute Hypertension. The Neurovascular Component. Rethinking Acute Hypertension Management. Medical Center General Grand Rounds. Holzer Medical Center, Holzer Cardiovascular Symposium. Gallipolis, Ohio, June 4th, 2010.

171. Intraoperative Magnetic Resonance (iMRI), "The Anesthetic Management" 4th Academic Congress of International Chinese Neurosurgical Sciences, Chengdu, China, June 20th, 2010.

172. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology Ingham Regional Medical Center, Lansing, Michigan, June 23th, 2010.

173. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Sparrow Medical Center, Lansing, Michigan, June 24th, 2010.

174. Fragile Brains: The Young and the Old. Impact of Anesthetics on the brain and the Long-Term Effects. Department of Anesthesiology, Clinica Colombia Medical Center, **(International),** Bogota, Colombia, August 23rd, 2010.

175. Fragile Brains: The Young and the Old. Impact of Anesthetics on the brain and the Long-Term Effects. Department of Anesthesiology, Clinica San Rafael Medical Center, **(International),** Bogota, Colombia, August 23rd, 2010.

176. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, San Vicente de Paúl University Hospital, Residents Grand Rounds, **(International),** Medellin, Colombia, August 24th, 2010.

177. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long Term Effects. Department of Anesthesiology, Clinica de la Costa Medical Center, **(International),** Barranquilla, Colombia, August 25th, 2010.

**LECTURES AND GRAND ROUNDS PRESENTED** (*Continued*):

178. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Clinica General Del Norte Medical Center, **(International),** Barranquilla, Colombia, August 25th, 2010.

179. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Clinica Asuncion Medical Center, **(International),** Barranquilla, Colombia, August 25th, 2010.

180. A Practical Case: "Hands on" Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long Term Effects. Department of Anesthesiology, Clínica Materno Infantil los Farallones, Medical Center, **(International),** Cali, Colombia, August 26th, 2010.

181. The Management of Hypertensive Emergencies in the Neuro Acute Care Setting, Rethinking Acute Hypertension Management. Missouri Anesthesia Society (MAS), St. Louis Anesthesiology Association (SLSA), St. Louis, Missouri, September 14th, 2010.

182. "Research Update" Department of Anesthesiology and Cardiovascular Surgery, Division of Clinical Research, New York Presbyterian, Weil Cornell Medical Center, Cornell University, New York, New York, September 15th, 2010.

183. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. World Federation of Societies of Anesthesiologists and 39th Argentinean Congress of Anesthesiologists, **(International),** Iguazu (Misiones) Argentina, September 22nd, 2010.

184. Neurological Trauma Overview, "Questions and Answers" World Federation of Societies of Anesthesiologists and 39th Argentinean Congress of Anesthesiologists, **(International),** Iguazu (Misiones) Argentina, September 23rd, 2010.

185. Principles and Fundamentals of Neurophysiologic monitoring. SSEPs and MEPs: An Update on Evoked Potentials World Federation of Societies of Anesthesiologists and 39th Argentinean Congress of Anesthesiologists, **(International),** Iguazu (Misiones) Argentina, September 23rd, 2010.

186. Role of Consciousness Monitoring Devices in Anesthesiology: An Overview of Electro Physiologic Principles and Their Use. World Federation of Societies of Anesthesiologists and 39th Argentinean Congress of Anesthesiologists, **(International),** Iguazu (Misiones) Argentina, September 24th, 2010.

187. Neuroanesthesiology Open Forum "Q&A". World Federation of Societies of Anesthesiologists and 39th Argentinean Congress of Anesthesiologists, **(International),** Iguazu (Misiones) Argentina, September 25th, 2010.

188. Neuroanesthesia Update. World Federation of Societies of Anesthesiologists and 39th Argentinean Congress of Anesthesiologists, **(International),** Iguazu (Misiones) Argentina, September 25th, 2010.

189. Anesthesia for Functional Neurosurgery. Anesthesia for Movements Disorders. Lecture and Panel Discussion. American Society of Anesthesiology 2010 Annual Meeting, San Diego, California, October 17th, 2010.

190. Is Dexmedetomidine Too Long-Acting for Ambulatory Anesthesia? Lecture and Panel Discussion. American Society of Anesthesiology 2010 Annual Meeting, San Diego, California, October 19th, 2010.

**LECTURES AND GRAND ROUNDS PRESENTED** (*Continued*):

191. EEG Monitoring: "Principles and Fundamentals." Neurophysiologic monitoring Update. SSEPs and MEPs: An update on Evoked Potentials. Department of Anesthesiology, The Ohio State University, Columbus, Ohio, November 4th, 2010.

192. Neurophysiology and Principles in Neuroanesthesia, Medical Student Lecture, College of Medicine, The Ohio State University, Columbus, Ohio, November 5th, 2010.

193. Neuroanesthesia Update. XX Venezuelan Congress of Anesthesiology, 2010 Annual Meeting. (**International**), Maracaibo, Venezuela, November 9th, 2010.

194. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. XX Venezuelan Congress of Anesthesiology, 2010 Annual Meeting, (**International**), Maracaibo, Venezuela, November 9th, 2010.

195. Role of Consciousness Monitors Devices in Anesthesiology. An Overview of Electro Physiologic Principles and Their Use. XX Venezuelan Congress of Anesthesiology, 2010 Annual Meeting. (**International**), Maracaibo, Venezuela, November 11th, 2010.

196. Role of Alpha 2 Agonists in Anesthesia. The Use of Dexmedetomidine. XX Venezuelan Congress of Anesthesiology, 2010 Annual Meeting. (**International**), Maracaibo, Venezuela, November 9th, 2010.

197. Sedation in the Preoperative Setting. Department of Anesthesiology and Surgery, Division of Surgical Intensive Care, The Ohio State University, Columbus, Ohio, (AM Lecture), December 14th, 2010.

198. Sedation in the Preoperative Setting. Department of Anesthesiology and Surgery, Division of Surgical Intensive Care, The Ohio State University, Columbus, Ohio, (PM Lecture), December 14th, 2010.

199. Neurophysiologic Monitoring in Neurosurgery, and the Anesthetic Approach, an Update, Department of Anesthesiology, CA III Lecture, The Ohio State University, Columbus, Ohio, January 21st, 2011.

200. Neurophysiologic Monitoring in Neurosurgery, and the Anesthetic Approach, an Update Department of Anesthesiology, CA II Lecture, The Ohio State University, Columbus, Ohio, February 4th, 2011.

201. Perioperative Blood Pressure Control, is Clevidipine the Answer? 3rd International Convention on Drug Discovery & Therapy. Participation Including Five Nobel Laureates, (**International**), Dubai, United Arab Emirates, February 7th, 2011.

202. Fast Track Anesthesia: Impact of the Inhaled Anesthetics- The Role of Desflurane. XXIX Colombian Congress of Anesthesiology and Critical Care, 1st Congress Meso-American of Anesthesiology and Critical Care, (**International**), Medellin, Colombia, March 19th, 2011.

203. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Universita La Sapienza, (**International**), Rome, Italy, March 23rd, 2011.

204. Neurophysiology and Principles in Neuroanesthesia, Medical Student Lecture, College of Medicine, The Ohio State University, Columbus, Ohio, March 29th, 2011.

205. Sedation Management for the Perioperative Patient. Department of Anesthesiology and Critical Care, Houston North West Hospital Medical Center, Via Webinar, Houston, Texas, April 14th, 2011.

**LECTURES AND GRAND ROUNDS PRESENTED** (*Continued*):

206. Sedation Management for the Perioperative Patient. Department of Anesthesiology and Division of Neuroanesthesia, Toronto Western Hospital, University Health, **(International),** Toronto Ontario, Canada, April 14th, 2011.

207. Sedation Management for the Perioperative Patient. Department of Medicine, Anesthesiology and Critical Care, Saint Michael's Hospital, **(International),** Toronto Ontario, Canada, April 14th, 2011.

208. Perioperative Blood Pressure Control: Is Clevidipine the Answer? Yangtze River **International** Congress of Cardiology, Sofitel Forebase Chongqing, Chongqing, China, April 22nd, 2011

209. Perioperative Blood Pressure Control: Is Clevidipine the Answer? Chongqing **International** Medicine Forum 2011, Daping Hospital, Third Military Medical University (TMMU), Daping Wanyou Conifer Center, Chongqing, China, April 23rd, 2011.

210. Update in Anesthesiology, "Grab Bag", Department of Anesthesiology, Ingham Medical Center. Michigan State University School of Medicine, Lansing, Michigan, May 12th, 2011.

211. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Wolford College, Department of Anesthesiology, Tampa, Florida, May 20th, 2011.

212. Perioperative Blood Pressure Control, Is Clevidipine the Answer? Neuro Talk 2011, BIT Life Sciences 2nd Annual World Congress of Neuro Talk. Dalian World Expo Center, Dalian, China, May 25th, 2011.

213. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Hospital General Grand Rounds, Veterans Administration Hospital (VA Clinic), Dayton, Ohio, June 22nd, 2011.

214. Neurophysiology and Principles in Neuroanesthesia, Medical Students Lecture, College of Medicine, The Ohio State University, Columbus, Ohio, July 5th, 2011.

215. "A Multimodal Approach to Acute Pain Management". Clinical Trials Update on IV NSAIDs and IV Acetaminophen," Hospital General Grand Rounds, Samaritan Regional Hospital, Ashland, Ohio, July 15th, 2011.

216. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, Memorial Regional Hospital, Hollywood, Florida, August 9th, 2011.

217. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, Hartford Hospital, Hartford Healthcare, Hartford, Connecticut, August 18th, 2011.

218. Neurophysiology and Principles in Neuroanesthesia, Medical Students Lecture, College of Medicine, The Ohio State University, Columbus, Ohio, August 24th, 2011.

219. Neurophysiology and Principles in Neuroanesthesia, Medical Students Lecture, College of Medicine, The Ohio State University, Columbus, Ohio, September 6th, 2011.

220. Advances in Balanced Anesthesia and Sedation for Invasive Neurosurgery (Webinar), Department of Anesthesiology and Neuro Critical Care, Long Beach Memorial Medical Center, Long Beach, California, September 9th, 2011.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

221. Neurophysiologic monitoring Update. SSEPs and MEPs: An update on Evoked Potentials. Current Role of Motor Evoked Potentials. EEG Monitoring: "Principles and Fundamentals." IV Anesthesiology Congress, "Alumni Home Coming" University of Antioquia, Medellin, Colombia **(International),** September 10th, 2011.

222. Neurophysiology and Principles in Neuroanesthesia, Medical Students Lecture, College of Medicine, The Ohio State University, Columbus, Ohio, September 29th, 2011.

223. Update in Neurosciences, Department of Pharmaceutical Sciences, College of Pharmacy, Nursing and Allied Sciences, North Dakota State University, Fargo, North Dakota, October 5th, 2011.

224. Key Anesthesia Challenges and New Updates. "Focus in Neurosurgery" Department of Anesthesiology, Jeonnam University Hospital **(International),** GwangJu**,** South Korea, October 31st, 2011.

225. Key Anesthesia Challenges and New Updates. "Focus in Neurosurgery" Department of Anesthesiology, Chosun Univ. Hospital **(International),** GwangJu**,** South Korea, November 1st, 2011.

226. The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned. Department of Anesthesiology, St. Mary DaeJeon, Division Hospital of  Catholic University Hospital **(International),** DaeJeon**,** South Korea, November 1st, 2011.

227. The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned.  Department of Anesthesiology, ChungNam University Hospital **(International),** DaeJeon**,** South Korea, November 1st, 2011.

228. The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned. Department of Anesthesiology, St. Mary Seoul, Catholic University Hospital, **(International),** Seoul**,** South Korea, November 2nd, 2011.

229. The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned. Department of Anesthesiology, SUNH, Seoul University Hospital, **(International),** Seoul**,** South Korea, November 3rd, 2011.

230. The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned. Department of Anesthesiology, *Broadcasted* to SUNH-Bundang, Seoul University Hospital, **(International),** Seoul**,** South Korea, November 3rd, 2011.

231. The Impact of Rapid recovery in neurological Surgery. Lessons Learned. Department of Anesthesiology, *Broadcasted* to Boraemae University Hospital, **(International),** Seoul**,** South Korea, November 3rd, 2011.

232. The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned. Department of Anesthesiology, *Broadcasted* to NCC National Cancer Center **(International),** Seoul**,** South Korea, November 3rd, 2011.

233. The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned. Department of Anesthesiology, KyeongHee University Hospital **(International),** Seoul**,** South Korea, November 3rd, 2011.

234. The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned. 87th Annual Meeting of the Korean Society of Anesthesiologists. **(International),** Daegu**,** South Korea, November 5th, 2011.

.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

235.    Neurophysiology and Principles in Neuroanesthesia, Medical Students Lecture, College of Medicine, The Ohio State University, Columbus, Ohio, November 8th, 2011.

236.    Sedation in the Neuro Intensive Care. Demonstrating Advances in the intensive Care and Perioperative Setting 6th Annual Neurosciences Symposium, Emory Healthcare, Emory University Hospital, Atlanta, Georgia, November 10th, 2011.

237.    Advances in Balanced Anesthesia and Sedation for Invasive Neurosurgery (Webinar), Department of Anesthesiology and Neuro Critical Care, Kaiser Permanente, Sacramento, California, December 1st, 2011.

238.    Perioperative Blood Pressure Control, is Clevidipine the Answer? IV **International** Conference on Treatment of Hypertension, Dyslipedemia and Diabetes Mellitus, Fixed Combination 2011. **(International),** Paris, France, December 2nd, 2011.

239.    Advances in Balanced Anesthesia and Sedation for Invasive Neurosurgery (Webinar), Department of Anesthesiology and Neuro Critical Care, Kaiser Permanente, Roseville California, December 7th, 2011.

240.    Analgesia Management for the Perioperative Patient. Department of Anesthesiology and Surgery, Gwinnett Medical Center, Lawrenceville (Atlanta), Georgia, December 12th, 2011.

241.    Advances in Balanced Anesthesia and Sedation for Invasive Neurosurgery (Webinar), Department of Anesthesiology and Neuro Critical Care and Nursing, Bronson Methodist Hospital, Kalamazoo, Michigan, December 15th, 2011.

242.    Brains at Risks: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term effects. Department of Anesthesiology, The Ohio State University, Columbus Ohio, January 6th, 2012.

243.    Neurophysiologic Monitoring Update. SSEPs and MEPs: An Update on Evoked Potentials. Current Role of Motor Evoked Potentials. EEG Monitoring: "Principles and Fundamentals." Department of Anesthesiology, The Ohio State University, Columbus, Ohio, January 6th, 2012.

244.    The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned, The Role of Inhaled Anesthetic Agents, Department of Anesthesiology, Westmoreland Hospital, Excela Health, Greensburg, Pennsylvania, January 19th, 2012.

245.    The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned, The Role of Inhaled Anesthetic Agents, Department of Anesthesiology, Department of Anesthesiology, Lawrence General Hospital, Lawrence, Massachusetts, February 1st, 2012.

246.    The Efficacy of Liposome Extended Release Bupivacaine in Analgesia Management for the Perioperative Patient; the Preclinical and Clinical Data. 4th **International** Convention on Drug Discovery & Therapy, Dubai, United Arab Emirates, February 15th, 2012.

247.    Analgesia Management for the Perioperative Patient. Department of Anesthesiology McLaren Medical Center, Michigan State University, Lansing, Michigan, February 22nd, 2012.

248.    Analgesia Management for the Perioperative Patient. Department of Obstetrics and Gynecology McLaren Medical Center, Michigan State University, Lansing, Michigan, February 22nd, 2012.

**LECTURES AND GRAND ROUNDS PRESENTED** (*Continued*):

249. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" San Antonio Society of Anesthesiologists, San Antonio, Texas, February 23rd, 2012.

250. EEG and Neurophysiologic monitoring Update. SSEPs and MEPs: An update on Evoked Potentials. Department of Anesthesiology, The Ohio State University, Columbus, Ohio, March 1st, 2012.

251. Perioperative Blood Pressure Control: Is Clevidipine the Answer? II **World** Congress on Experimental and Clinical Cardiology, Omaha, Nebraska, March 6th, 2012.

252. Anesthesia for Awake Craniotomy, XV WFSA **World** Congress of Anesthesiologists. WCA (World Congress of Anesthesiology) Buenos Aires, Argentina, March 27th, 2012.

253. Symposium: Brain Monitoring Technologies, Improving Outcomes, XV WFSA **World** Congress of Anesthesiologists. WCA (World Congress of Anesthesiology) Buenos Aires, Argentina, March 27th, 2012.

254. Sedation Management for the Perioperative Patient. Advances in the Intensive Care Setting, and Role of Sedatives on Cognitive Changes. Department of Medicine, Division of Medical Intensive Care, Department of Surgery, Division of Surgical Intensive Care and Department of Anesthesiology and Critical Care, West Virginia University, Morgantown, West Virginia, April 3rd, 2012.

255. Role of Depofoam Bupivacaine for the Treatment of Surgical Pain. Networking **World** Anesthesia Congress (NWAC), Istanbul, Turkey, April 27th, 2012.

256. Analgesia Management for the Surgical Patient. Newly Approved Agents. 27th Annual Meeting, Society of Ambulatory Anesthesia (SAMBA), Miami, Florida, May 4th,2012.

257. TIVA (Total Intravenous Anesthesia) or Inhaled Anesthetics. The Current Role of Inhaled Anesthetics, Department of Anesthesiology, Westchester Medical Center, New York Medical College, Westchester, New York, April 7th, 2012.

258. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, University of Toledo, Toledo, Ohio, May 8th, 2012.

259. Fragile Brains: "Fragile Brains" The Young and the Old. Department of Anesthesiology, University of Toledo, Toledo, Ohio, May 9th, 2012.

260. Anesthesia for Deep Brain Stimulators (DBS) Placement Procedures, Neuro Talk 2012, BIT Life Sciences 3rd Annual **World** Congress of Neuro Talk Beijing, China, May 20th, 2012.

261. Neurophysiology and Principles in Neuroanesthesia, Medical Students Lecture, College of Medicine, Wexner Medical Center, The Ohio State University, Columbus, Ohio, May 24th, 2012.

262. TIVA (Total Intravenous Anesthesia) or Inhaled Anesthetics. The Current Role of Inhaled Anesthetics, Nurse Anesthetists CRNA School, College of Nursing, University of Akron, Akron, Ohio, May 30th, 2012.

263. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, June 5th, 2012.

**LECTURES AND GRAND ROUNDS PRESENTED** (*Continued*):

264. CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, June 6th, 2012.

265. PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, June 6th, 2012.

266. Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, Wexner Medical Center, The Ohio State University, Columbus, Ohio, June 7th, 2012.

267. The Efficacy of Liposome Extended Release Bupivacaine in Analgesia Management for the Perioperative Patient (Short oral presentation). WSPC 2012-15th World Congress of Pain Clinicians **(International),** Granada, Spain, June, 29th, 2012.

268. Brain Monitoring Technologies, Improving Outcomes, Department of Anesthesiology, Medical Sciences Campus, School of Medicine, National University of Puerto Rico (Universidad Nacional de Puerto Rico), **(International),** San Juan, Puerto Rico, July 11th, 2012.

269. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Faculty of Medicine Siriraj Hospital, Mahidol University. **(International),** Bangkok, Thailand, July 16th, 2012.

270. The Current Role of Inhaled Anesthetics, in Anesthesia for Neurological Surgery. Department of Anesthesiology, Division of Neuroanesthesiology, Faculty of Medicine Siriraj Hospital, Mahidol University. **(International),** Bangkok, Thailand, July 16th, 2012.

271. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Faculty of Medicine, Chulalongkorn University and the Thai Red Cross College of Nursing King Chulalongkorn Memorial Hospital Chulalongkorn, Thai Red Cross Society, **(International),** Bangkok, Thailand, July 16th, 2012.

272. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Phramongkutklao Army Hospital, Pramongkul, **(International),** Bangkok, Thailand, July 17th, 2012.

273. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Faculty of Medicine Ramathibodi Hospital, Mahidol University **(International),** Bangkok, Thailand, July 18th, 2012.

274. **Keynote Speaker:** Fragile Brains: The Young and the Old. Impact of Anesthetics on the brain and the long term effects. POCD and Delirium. Royal College of Anesthesiologists of Thailand (RCAT) Meeting **(International),** Bangkok, Thailand, July 18th, 2012.

275. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, School of Medicine, Thammasat University Hospital, **(International),** Bangkok, Thailand, July 19th, 2012.

276. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, July 20th, 2012.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued):*

277.  Current Practices in Neurological Surgery, "Hands on" in a Neurovascular Case. Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, July 20th, 2012.

278.  Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Osaka City (Municipal) Hospital, Osaka City University, **(International),** Osaka, Japan, July 23rd, 2012.

279.  Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Kyoto University Hospital, Kyoto University, **(International),** Kyoto, Japan, July 23rd, 2012.

280.  The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned. Department of Anesthesiology, Okayama University Hospital, Okayama University, **(International),** Okayama, Japan, July 24th, 2012.

281.  Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. POCD and Delirium. Department of Anesthesiology, Okayama University Hospital, Okayama University, **(International),** Okayama, Japan, July 24th, 2012.

282.  Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Tokushima University Hospital, Tokushima University, **(International),** Tokushima, Japan, July 25th, 2012.

283.  Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Nagasaki University Hospital, Nagasaki University, **(International),** Nagasaki, Japan, July 26th, 2012.

284.  The Impact of Rapid Recovery in Neurological Surgery. Lessons Learned. Web-Based Lecture, Broadcasted to over forty Departments of Anesthesiology nationwide (Japan), **(International),** From Fukuoka, Japan, July 27th, 2012.

285.  Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Kyushu University Hospital, Medical Sciences, Kyushu University, **(International),** Fukuoka, Japan, July 28th, 2012.

286.  Clevidipine Rapidly and Safely Reduces Blood Pressure in Acute Intracerebral Hemorrhage: The ACCELERATE Trial. 16th EFNS Congress (European Federation of Neurological Societies), **(International),** Stockholm, Sweden, September 10th, 2012.

287.  Airway Management during Anesthesia. University at Buffalo School of Medicine, The State University of New York, Buffalo, New York, September 19th, 2012.

288.  Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. POCD and Delirium. Department of Anesthesiology, University at Buffalo, The State University of New York, Buffalo, New York, September 19th, 2012.

289.  Update on Post Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology, The State University of New York, Buffalo, New York, September 20th, 2012.

290.  Research Update, Department of Clinical Outcomes Research, Department of Anesthesiology, The Cleveland Clinic Foundation, Cleveland, Ohio, September 27th, 2012.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

291. Sedation Education Demonstrating Advances in the Intensive Care & Perioperative Settings. Department of Anesthesiology & Perioperative Medicine, Crozer Chester Medical Center, Philadelphia (Upland), Pennsylvania, October 9th, 2012.
292. Seizure Management and Prophylaxis. Anesthesiology 2012, American Society of Anesthesiologists Annual Meeting, Washington DC, October 15th, 2012.
293. Update on PONV: Triple Therapy. Research Consortium, Anesthesiology 2012, American Society of Anesthesiologists Annual Meeting, Washington DC, October 17th, 2012.
294. Anesthetic Management for Neuromonitoring. Pharmacologic Approach. Department of Anesthesiology, Wexner Medical Center, The Ohio State University, Columbus, Ohio, October 25th, 2012.
295. Update on Neuroanesthesia, XXI **International** Venezuelan Congress of Anesthesiology, Venezuelan Society of Anesthesiology, Valencia, Venezuela, November 7th, 2012.
296. Effects of the General Anesthetics on the Brain. The Brains at Risk. XXI **International** Venezuelan Congress of Anesthesiology, Venezuelan Society of Anesthesiology, Valencia, Venezuela, November 7th, 2012.
297. Clevidipine Rapidly and Safely Reduces Blood Pressure in Acute Intracerebral Hemorrhage; The ACCELERATE Trial. II **International** Congress on Neurology and Epidemiology, Nice, France, November 12th, 2012.
298. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, University Hospital Germams Trias and Pujol, Institute Catalan of Health, **(International),** Barcelona, Spain, November 26th, 2012.
299. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, University Provincial Hospital Clinic Barcelona, **(International),** Barcelona, Spain, November 26th, 2012.
300. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, University Hospital Ramon y Cajal, **(International),** Madrid, Spain, November 27th, 2012.
301. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, University Hospital of Segovia, **(International),** Segovia, Spain, November 28th, 2012.
302. Fragile Brains: The Young and the Old. Impact of Anesthetics on the brain and the long term effects. POCD and Delirium. Spanish Society of Anesthesiology, Reanimation and Treatment of Pain (SEDAR) **(International),** Madrid, Spain, November 28th, 2012.
303. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, Neurology, Intensive Care, and Surgery, University Hospital Cruces, **(International),** Bilbao, Spain, November 29th, 2012.
304. Quality and Safety in Anesthesia for Neurological Surgery. Department of Anesthesiology, University Hospital Marques de Valdecilla (HUMV), **(International),** Santander, Spain, November 30th, 2012.
305. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. POCD and Delirium. Department of Anesthesiology, University Hospital Marques de Valdecilla (HUMV), **(International),** Santander, Spain, November 30th, 2012.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

306. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have we made any progress?" American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, December 1st, 2012.

307. CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, December 2nd, 2012.

308. PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, December 2nd, 2012.

309. CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology, Wexner Medical Center, The Ohio State University, Columbus, Ohio, January 11th, 2013.

310. PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology, Wexner Medical Center, The Ohio State University, Columbus, Ohio, January 11th, 2013.

311. Analgesia Management for the Perioperative Patient. Multi-Modality Approach and New Therapeutic Agents. Perioperative Patient Safety, "A Collaborative Endeavour." Central Ohio Association of OR Nurses, The Ohio State University, Columbus, Ohio, January 12th, 2013.

312. Current Role of Inhalatory Agents for Neurosurgery. Department of Anesthesiology, Institute of Medical Sciences, Banaras Hindu University, **(International),** Varanasi, India, February 8th, 2013.

313. Newer Technologies in Neuroanesthesia. **(International)**, Annual Conference of Indian Society of Neuroanaesthesiology and Critical Care, Varanasi, India, February 9th, 2013.

314. Predictable Recovery in Neurosurgery. Does it Matter Clinically? Department of Anesthesiology, Institute of Medical sciences, Banaras Hindu University, **(International),** Varanasi, India, February 9th, 2013.

315. Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Neuro Anesthesiology, AIIMS (All India Institute of Medical Sciences), Medical Research Public University **International,** New Delhi, India, February 11th, 2013.

316. Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, MAX Super Specialty Hospital Patparganj, **International,** New Delhi, India, February 11th, 2013.

317. Predictable Recovery in Neurosurgery. Does it Matter Clinically? Department of Anesthesiology, Medanta The Medicity Hospital, **International,** Gurgaon (New Delhi), India, February 12th, 2013.

318. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. POCD and Delirium. Department of Anesthesiology, Fortis Memorial Research Institute, Super Specialty Hospital, **(International),** Gurgaon (New Delhi), India, February 12th, 2013.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

319.  Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. POCD and Delirium. Department of Anesthesiology and Neurological Surgery, King Edward Memorial (KEM) University Hospital Seth Gordhandas Sunderdas Medical College (GSMC), Maharashtra University of Health Sciences, **(International),** Mumbai, India, February 13th, 2013.

320.  Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Sion Hospital, Lokmanya Tilak Hospital, Seth Gordhandas Sunderdas Medical College (GSMC), Maharashtra University of Health Sciences, **(International),** Mumbai, India, February 13th, 2013.

321.  Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Bathia Hospital **(International),** Mumbai, India, February 14th, 2013.

322.  Update in Neuroanaesthesiology, "A Round Table" Department of Anesthesiology, Holy Family Hospital, **(International),** Mumbai, India, February 14th, 2013.

323.  Study Design in Clinical Research, Department of Anesthesiology, Christian Medical College and Hospital (CMC) Vellore University, **(International),** Vellore, India, February 15th, 2013.

324.  Predictable Recovery in Neurosurgery. Does it Matter Clinically? Department of Anesthesiology, SRMC Hospital, Sri Ramachandra Medical College and Research Institute, Sri Ramachandra University **(International),** Chennai, India, February 16th, 2013.

325.  Update in Neuroanaesthesiology, "A Round Table" Department of Anesthesiology, Apollo Hospital, **(International),** Chennai, India February 16th, 2013.

326.  Fragile Brains: The Young and the Old. Impact of Anesthetics on the brain and the long term effects. POCD and Delirium. Indian Society of Anesthesiology, Chennai Chapter, **(International),** Chennai, India, February 16th, 2013.

327.  Anesthesia for Intraoperative MRI, "A Review for Surgeons" 4th International Intraoperative Imaging Society Meeting, Gateway to the Surgery of the Future, **(International)**, St. Louis, Missouri, February 27th, 2013.

328.  Perioperative Management for Deep Brain Stimulators (DBS) Placement for Parkinson Disease, "A Review and New MRI Guided Approach" AD/PD 2013: 11th International Conference on Alzheimer's and Parkinson's Diseases and Related Neurological Disorders. **(International)**, Florence (Firenze), Italy, March 8th, 2013.

329.  Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Saitama Medical University, School of Medicine, Moroyama Iruma-Gun Saitama Tokyo, Japan, **(International)**, April 19th, 2013.

330.  TIVA and Inhalatory Anesthesia: Principles and Fundaments. JAPANAC Meeting, Makoto Ozaki MD, PhD Chairman (Department of Anesthesiology, Tokyo Women's Medical University), **(International)**, Tokyo, Japan, April 20th, 2013.

331.  TIVA component of a Combined Inhalatory-Intra Venous technique. Remifentanil and Dexmedetomidine. JAPANAC Meeting, Makoto Ozaki MD, PhD Chairman (Department of Anesthesiology, Tokyo Women's Medical University), **(International)**, Tokyo, Japan, April 20th, 2013.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

332. Predictable Recovery in Neurosurgery. Does It Matter Clinically? JAPANAC Meeting, Makoto Ozaki MD, PhD Chairman (Department of Anesthesiology, Tokyo Women's Medical University), **(International)**, Tokyo, Japan, April 20th, 2013.

333. Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Ajou University Hospital, School of Medicine, **(International)**, Suwon-si, Gyeonggi-do, South Korea, April 22nd, 2013.

334. Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Seoul National University Hospital, **(International)**, Bundang Hospital Campus, Bundang-gu, Seonganm-si, South Korea, April 22nd, 2013.

335. Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Korea University Guro Hospital, Korea National University Hospital, **(International)**, Seoul, South Korea, April 23rd, 2013.

336. Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Seoul National University Hospital, **(International)**, Seoul, South Korea, April 23rd, 2013.

337. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. POCD and Delirium. "Neuro Experts Meeting", Asian Society of Neuro Anesthesiology and Critical Care, Busan Chapter, **(International)**, Busan, South Korea, April 24th, 2013.

338. Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Pusam University Hospital at Busan, **(International)**, Busan, South Korea, April 24th, 2013.

339. Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Kyungpook National University Hospital, **(International)**, Daegu, South Korea, April 24th, 2013.

340. Predictable Recovery in Neurosurgery. Does it Matter Clinically? Department of Anesthesiology, Sinchon Severance Hospital, Yonsei University System, **(International)**, Seoul, South Korea, April 25th, 2013.

341. Fragile Brains: The Young and the Old. Impact of Anesthetics on the brain and the Long-Term Effects. POCD and Delirium. "Neuro Experts Meeting," Asian Society of Neuro Anesthesiology and Critical Care, Seoul Chapter, **(International)**, Seoul, South Korea, April 25th, 2013.

342. Predictable Recovery in Neurosurgery. Does It Matter Clinically? Department of Anesthesiology, Samsung Hospital-Medical Center, Sung Kyunkwan University, **(International)**, Seoul, South Korea, April 26th, 2013.

343. Monitoring the Brain. EEG based Section Workshop. XXX Colombian Congress of Anesthesiology and Resuscitation and First Global Congress TIVA of the IFIVA - International Federation of Intravenous Anesthesia-, "A stronghold for the patient´s safety, a wall for the "Karoshi" **(International)**, Cartagena, Colombia, May 11th, 2013.

344. Brain Monitoring Technologies: Improving Outcomes? XXX Colombian Congress of Anesthesiology and Resuscitation and First Global Congress TIVA of the IFIVA - International Federation of Intravenous Anesthesia-, "A Stronghold for the Patient´s Safety, A Wall for the "Karoshi" **(International)**, Cartagena, Colombia, May 12th, 2013.

.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

345.  Seizure Prophylaxis: Should We Treat Everybody? XXX Colombian Congress of Anesthesiology and Resuscitation and First Global Congress TIVA of the IFIVA - International Federation of Intravenous Anesthesia, "A Stronghold for the Patient´s Safety, A Wall for the "Karoshi" **(International)**, Cartagena, Colombia, May 12th, 2013.

346.  "An Update on Post-Operative Nausea and Vomiting (PONV). The New 2013 Guidelines," Department of Anesthesiology, Detroit Receiving Hospital, Wayne State University, Detroit, Michigan, May 15th, 2013.

347.  Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. POCD and Delirium. Department of Anesthesiology, Detroit Receiving Hospital, Wayne State University, Detroit, Michigan, May 15th, 2013.

348.  Clevidipine Rapidly and Safely Reduces Blood Pressure in Acute Intracerebral Hemorrhage; The ACCELERATE Trial **(International)**, Neuro Talk 2013, BIT Life Sciences 4rd Annual World Congress of Neuro Talk Xincheng District, Xi'an, China, May 24th, 2013.

349.  Clevidipine Rapidly and Safely Reduces Blood Pressure in Acute Intracerebral Hemorrhage: The ACCELERATE Trial. XXII European Stroke Conference, **(International)**, London, May 31st, 2013.

350.  Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, June 1st, 2013.

351.  CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, June 1st, 2013.

352.  PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, June 1st, 2013.

353.  Predictable Recovery in Neurosurgery. Does It Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, San Jose Hospital, University Foundation for the Health Sciences Bogota DC, Bogota, Colombia, June 17th, 2013.

354.  Predictable Recovery in Neurosurgery. Does it Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, Central Military Hospital, Military University Nueva Granada, Bogota, Colombia, June 17th, 2013.

355.  Predictable Recovery in Neurosurgery. Does It Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, Colombian Society of Anesthesiology, Bogota Chapter, Bogota, Colombia, June 17th, 2013.

356.  Predictable Recovery in Neurosurgery. Does it Matter Clinically? The long Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, La Foscal Clinic; Autonomy University of Bucaramanga, Bucaramanga, Colombia, June 18th, 2013.

357.  "Anesthesiology Review" Department of Anesthesiology, **(International)**, La Foscal Clinic; Autonomy University of Bucaramanga, Bucaramanga, Colombia, June 18th, 2013.

.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

358.    Predictable Recovery in Neurosurgery. Does It Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, Amiga Clinic Comfandi; University Valle Libre, Cali, Colombia, June 19th, 2013.

359.    Predictable Recovery in Neurosurgery. Does It Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, Valle del Lili Foundation, ICESI University, Cali, Colombia, June 19th, 2013.

360.    Predictable Recovery in Neurosurgery. Does it Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, Imbanaco Medical Center, Del Valle University, Cali, Colombia, June 19th, 2013.

361.    Predictable Recovery in Neurosurgery. Does It Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, Children's University Hospital of San Jose, University Hospital of San Jose, Bogota, Colombia, June 20th, 2013.

362.    Predictable Recovery in Neurosurgery. Does It Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, San Rafael University Hospital, San Rafael University, Bogota, Colombia, June 20th, 2013.

363.    Predictable Recovery in Neurosurgery. Does It Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, North General Clinic, Atlantic University, Barranquilla, Colombia, June 21st, 2013.

364.    Predictable Recovery in Neurosurgery. Does it Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, University Hospital of Barranquilla, University of Barranquilla, Barranquilla, Colombia, June 21st, 2013.

365.    Predictable Recovery in Neurosurgery. Does it Matter Clinically? The Long-Term Impact of Cognitive Changes. Department of Anesthesiology, **(International)**, Porto Azul Clinic, Metropolitan University Of Barranquilla, Barranquilla, Colombia, June 21st, 2013.

366.    Anesthesia for Awake Craniotomy and Deep Brain Stimulation Placemnet. Departments of Anesthesiology and Neurological Surgery, Henry Ford Health System, Detroit Michigan, July 24th, 2013.

367.    Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. First International Congress on Brain Protection: "Optimizando la seguridad del cerebro en Anestesia y Cuidado Intensivo: Y Si fuera mi cerebro? Santa Fe Foundation **(International);** University of Los Andes; Bogota Colombia; August 30th 2013.

368.    Colloids and Crystalloids in Neuro Surgery; un apdate; First International Congress on Brain Protection: "Optimizando la seguridad del cerebro en Anestesia y Cuidado Intensivo: Y Si fuera mi cerebro? Santa Fe Foundation **(International);** University of Los Andes; Bogota Colombia; August 30th 2013.

369.    Neurophysiologic Monitoring Update. SSEPs and MEPs: An Update on Evoked Potentials. Current Role of Motor Evoked Potentials. EEG Monitoring: "Principles and Fundamentals." First International Congress on Brain Protection: "Optimizando la seguridad del cerebro en Anestesia y Cuidado Intensivo: Y Si fuera mi cerebro? Santa Fe Foundation **(International);** University of Los Andes; Bogota Colombia; August 30th 2013.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued):*

370. "Resident Update on Update on Neuromonitoring; SSEP's, MEP's and Their Anesthetic Considerations. Department of Anesthesiology; UMDNJ(University of Medicine and Dentistry at New Jersey, Rutgers University; Newark, NJ; September 3rd2013.

371. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology; UMDNJ(University of Medicine and Dentistry at New Jersey, Rutgers University; Newark, NJ; September 4th 2013.

372. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology; Tucson Medical Center; University of Arizona at Tucson; Tucson AZ; September 18th 2013.

373. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology; Tucson Medical Center; University of Arizona at Tucson; Tucson AZ; September 18th 2013.

374. Sedation in the ICU (Intensive Care Unit). New Guidelines Update. Asociación Sanjuanina de Anestesia, Analgesia y Reanimación (A.S.A.A.R.) and Federación Argentina de Asociaciones de Anestesia, Analgesia y Reanimación (FAAAAR), Argentinean Society of Anesthesiology; **(International),** San Juan, Argentina, September 27th, 2013.

375. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Asociación Sanjuanina de Anestesia, Analgesia y Reanimación (A.S.A.A.R.) and Federación Argentina de Asociaciones de Anestesia, Analgesia y Reanimación (FAAAAR), Argentinean Society of Anesthesiology; **(International),** San Juan, Argentina, September 28th, 2013.

376. Brain Monitoring Technologies: Improving Outcomes? Asociación Sanjuanina de Anestesia, Analgesia y Reanimación (A.S.A.A.R.) and Federación Argentina de Asociaciones de Anestesia, Analgesia y Reanimación (FAAAAR), Argentinean Society of Anesthesiology; **(International),** San Juan, Argentina, September 28th, 2013.

377. Update on Neuromonitoring; SSEP's, MEP's and Their Anesthetic Considerations CLASA; XXXII Latin-American Congress of Anesthesiology; VII Paraguayan Congress of Anesthesiology and XXVII CLASA Congress of Anesthesiology "50 Anniversary of CLASA; **(International)**, Asunción, Paraguay October 2nd 2013.

378. Society of Neuroscience in Anesthesiology and Critical Care Expert Consensus Statement: Anesthetic Management of Endovascular Treatment of Acute Ischemic Stroke CLASA; XXXII Latin-American Congress of Anesthesiology; VII Paraguayan Congress of Anesthesiology and XXVII CLASA Congress of Anesthesiology "50 Anniversary of CLASA; **(International)**, Asunción, Paraguay October 2nd 2013.

379. What's the Best anesthetic for Neurosurgery; Panel Discussion. CLASA; XXXII Latin-American Congress of Anesthesiology; VII Paraguayan Congress of Anesthesiology and XXVII CLASA Congress of Anesthesiology "50 Anniversary of CLASA; **(International)**, Asunción, Paraguay October 2nd 2013.

.

Case 1:20-cv-00140-AKB Document 55-7 Filed 05/19/21 Page 72 of 192
Case 1:17-cv-01705-SCJ Document 55-2 Filed 05/19/21 Page 69 of 189

Sergio Bergese, MD
Curriculum Vitae
Page 56

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

380. POCD and Cognitive Decline; Panel Discussion (Neus Fabregas). CLASA; XXXII Latin-American Congress of Anesthesiology; VII Paraguayan Congress of Anesthesiology and XXVII CLASA Congress of Anesthesiology "50 Anniversary of CLASA; **(International),** Asunción, Paraguay October 2nd 2013.

381. Update on Neuromonitoring; SSEP's, MEP's and Their Anesthetic Considerations; Department of Anesthesiology; Wexner Medical Center; The Ohio State University; Columbus, OH October 10th 2013.

382. PONV: Why we should not treat everybody? Pro and Con debate. Anesthesiology 2013; American Society of Anesthesiologists; **(International),** Annual Meeting; San Francisco CA; October 14th 2013.

383. Practical principles applied to the clinical practice of Neuroanesthesia. AIIMS Neuroanesthesia Update; Pre-conference Workshop and Symposium. All India Institute of Medical Sciences, **(International)**, New Delhi, India October 19th 2013.

384. Balanced use of anesthetics agents in Neuroanesthesia: Pharmacological basis and principles. AIIMS Neuroanesthesia Update; Pre-conference Workshop and Symposium. All India Institute of Medical Sciences, **(International)**, New Delhi, India October 19th 2013.

385. Improving Competence in Neuroanaesthesia for Patient Well Being. AIIMS Neuroanesthesia Update; Pre-conference Workshop and Symposium. All India Institute of Medical Sciences, **(International)**, New Delhi, India October 19th 2013.

386. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. AIIMS Neuroanesthesia Update; Pre-conference Workshop and Symposium. All India Institute of Medical Sciences, **(International)**, New Delhi, India October 20th 2013.

387. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Govind Ballabh Pant Hospital (GB Pant Hospital), Government of NCT; Faculty of Medical Sciences; University of Delhi; **(International)**, New Delhi, India October 21st 2013.

388. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Fortis *Noida* Memorial Research Institute, Super Specialty Hospital, **(International)**, New Delhi, India October 21st 2013.

389. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Postgraduate Institute of Medical Education and Research; Postgraduate Institute Hospital; Punjab University Chandigarh **(International)**, Chandigarh, India October 22nd 2013.

390. Pharmacological Principles of Intravenous and Inhaled Anesthetics. Predictable Recovery in Neurosurgery. Department of Anesthesiology, Fortis *Mohalis* Memorial Research Institute, Super Specialty Hospital, **(International),** Chandigarh, India October 22nd 2013.

391. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Grant Medical College and Sir Jamshedjee Jeejebhoy Group of Hospitals, Maharashtra University of Health Sciences, Nashik **(International),** Mumbai, India October 23rd 2013.

.

Case 1:20-cv-00174-AKB   Document 55-7   Filed 05/19/21   Page 73 of 192
Case 1:17-cv-01705-SCJ   Document 55-7   Filed 05/19/21   Page 73 of 192

Sergio Bergese, MD
Curriculum Vitae
Page 57

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

392. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Jaslok Hospital and Research Centre; **(International)**, Mumbai, India October 23rd 2013.

393. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, P D Hinduja National Hospital and Medical Research Centre; **(International)**, Mumbai, India October 24th 2013.

394. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Sion Hospital; Lokmanya Tilak Municipal General Hospital and Lokmanya Tilak Municipal Medical College, Sion Mumbai **(International)**, Mumbai, India October 24th 2013.

395. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Hinduja Healthcare Surgical Hospital Khar; **(International)**, Mumbai, India October 24th 2013.

396. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, Tata Memorial Hospital; University of Mumbai; **(International)**, Kolkata (Calcutta), India October 25th 2013.

397. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Department of Anesthesiology, I-NK Institute of Neurosciences Kolkata; **(International)**, Kolkata (Calcutta), India October 25th 2013.

398. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Inhalatory Anesthesia Update and Workshops; Kolkata Anesthesia Academy and Apollo Gleaneagles Hospital, Apollo Gleneagles Hospital; **(International)**, Kolkata (Calcutta), India October 26th 2013.

399. Predictable Recovery in Neurosurgery. Does it Matter Clinically? The Long-Term Impact of Cognitive Decline. Inhalatory Anesthesia Update and Workshops; Kolkata Anesthesia Academy and Apollo Gleaneagles Hospitals, Apollo Gleneagles Hospital; **(International)**, Kolkata (Calcutta), India October 26th 2013.

400. Predictable Recovery in Neurosurgery. Basis and Principles of our current Anesthetic Drugs; Bangalore Anesthesia Summit; All Indian Association of Practicing Anesthesiologists (AIAOPA); South Chapter; Bangalore Section; **(International)**, Bangalore, India October 27th 2013.

401. Fragile Brains: The Young and the Old. Impact of Anesthetics on the Brain and the Long-Term Effects. Bangalore Anesthesia Summit; All Indian Association of Practicing Anesthesiologists (AIAOPA); South Chapter; Bangalore Section; **(International)**, Bangalore, India October 27th 2013.

402. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, November 14th 2013.

403. CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, November 14th 2013.

.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

404. PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, November 14th 2013.

405. Perioperative Blood Pressure Control and Clevidipine Rapidly and Safely Reduces Blood Pressure in Acute Intracerebral Hemorrhage: The ACCELERATE Trial. LXIV Annual Meeting of the Spanish Society of Neurology; Interact 3 Section; **(International),** Barcelona, Spain; November 22nd 2013.

406. CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology; Wexner Medical Center; The Ohio State University; Columbus OH, January 17th, 2014.

407. PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology; Wexner Medical Center; The Ohio State University; Columbus OH, January 17th, 2014.

408. Geriatric Anesthesia: Fragile Brains: "The brain of the Elderly". Impact of Anesthetics on the Brain and the Long-Term Effects. 9th Thai Annual Anesthesia Meeting of Anesthesiology; "Geriatric Patient versus the Anesthesia Service Team" Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Thailand March 5th 2014.

409. "Neuroanesthesia Update" CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 7th 2014.

410. "Neuroanesthesia Update" PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia. Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 7th 2014.

411. Peri-operative Care in Neurology Patients and Neuro-critical Care, Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 10th 2014.

412. Pre-Operative Assessment for Neuroanesthesia. Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 10th 2014.

413. Anesthesia for Cranio Facial Trauma. Department of Neurological Surgery and Department of Plastic Surgery; (Cranio-facial combined Grand Rounds), Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 10th 2014.

414. Neuroanesthesia Grand Rounds; Anesthetic Management of the Neurosurgical Patient. Department of Neurological Surgery and Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 10th 2014.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

415.  The Neuro Critical Patient; "The NICU Grand Rounds". Department of Neurological Surgery and Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 10th 2014.

416.  Operating Room Vignettes. Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 11th 2014.

417.  Anesthetic Management of Cerebral Aneurisms. Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 12th 2014.

418.  The Basics of Clinical Research. Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 12th 2014.

419.  Neuroanesthesia and Neurophysiology; Part One Principles and Bases. Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 13th 2014.

420.  Neuroanesthesia and Neurophysiology; Part Two Principles and Bases. Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 13th 2014.

421.  Board Preparation: "Questions and Answers" Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 13th 2014.

422.  "How to do Clinical Research in a Modern Era" 79th Bi-Annual Meeting of the Royal College of Anesthesiologists of Thailand (RCAT) "Are we ready for the New Era? Episode I: Perioperative Medicine for the Anesthesia Provider. **(International),** Bangkok, Thailand, July 15th 2014.

423.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, University Hospital Nuestra Señora de Candelaria and University Hospital of Canaria; **(International),** Santa Cruz de Tenerife; Canary Islands, Spain, April 29th 2014.

424.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, University Hospital Miguel Servet; **(International),** Zaragoza (Aragon); Spain, May 5th 2014.

425.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, University Hospital of Navarra; **(International),** Pamplona (Navarra); Spain, May 5th 2014.

426.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Anesthesia Section of Valencia; **(International),** Valencia, Spain, May 6th, 2014.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

427. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Division of Cardiovascular Anesthesiology, Hospital General Universitari of Valencia; **(International),** Valencia, Spain, May 7th, 2014.

428. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Hospital Universitari de Bellvitge; University of Barcelona; **(International),** Barcelona; Spain, May 8th, 2014.

429. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, University Hospital 12 of October; **(International),** Madrid; Spain, May 9th, 2014.

430. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, May 16th 2014.

431. CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, May 16th 2014.

432. PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia, American Physician Institute for Advance Professional Studies, Anesthesiology Board Prep MOCA, Chicago, Illinois, May 16th 2014.

433. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, University Hospital Infanta Sofia; **(International),** Madrid; Spain, May 21st, 2014.

434. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, General University Hospital Gregorio Marañón; **(International),** Madrid; Spain, May 22nd, 2014.

435. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, University Hospital Clinic; University of Santiago de Compostela; **(International),** Santiago de Compostela; Galicia; Spain, May 23rd, 2014.

436. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and General Grand Rounds, Spain National University "La Paz Hospital", Madrid; **(International),** Spain, May 26th 2014.

437. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Anesthesia Regional Meeting in Andalucía; Sevilla; **(International),** Spain May 27th 2014.

438. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, VII Annual Meeting of the Critical Care Section of the Spanish Society of Anesthesiology and Reanimation (Critical Care); and V Annual Meeting of Education and Training of the Critical Care Section of the Spanish Society of Anesthesiology and Reanimation (Critical Care); **(International),** Madrid; Spain, June 6th 2014.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued):*

439. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" San Antonio Society of Anesthesiology (SASA), San Antonio TX, July 24th 2014.

440. Neuroanesthesia and Neurophysiology; Part One Principles and Bases. Department of Anesthesiology; Wexner Medical Center; The Ohio State University; Columbus OH, July 29th 2014.

441. Neuroanesthesia and Neurophysiology; Part Two Principles and Bases. Department of Anesthesiology; Wexner Medical Center; The Ohio State University; Columbus OH, July 29th 2014.

442. Neuroanesthesia and Neurophysiology; Part Three Principles and Bases. Department of Anesthesiology; Wexner Medical Center; The Ohio State University; Columbus OH, July 29th 2014.

443. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology; Wexner Medical Center; The Ohio State University; Columbus OH, July 29th 2014.

444. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Pharmacy and Hospital Executive Committee; Avera McKennan Hospital; Sioux Fall SD, August 18th 2014.

445. Sitting Position in Neuro Anesthesia; 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 28th 2014.

446. Reverse Tredelenburgh in Anesthesia; 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 28th 2014.

447. Positioning in Surgery and Anesthesia; "Debate with the Surgeons" 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 28th 2014.

448. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 29th 2014.

449. TIVA or Inhaled Anesthetics for Neurosurgery; Are we Closer to the perfect technique? 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 30th 2014.

.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

450. Neuromonitoring in Spine Surgery and Anesthesia. SSEP's; MEP's and More  41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 30th 2014.

451. Neuroanesthesia; Debate with the Experts. 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 30th 2014.

452. Decompressive Craniotomy; Debate with the Experts. 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 30th 2014.

453. "An Obese Patient with a Brain Mass" Problem Based Learning Discussion. 41st Annual Argentinean Congress of Anesthesiology "Learning as you doing" Argentinean Association of Anesthesiology and Province of Buenos Aires Association of Anesthesiology, Analgesia and Reanimation. **(International),** Buenos Aires; Argentina, August 30th 2014.

454. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology Grand Rounds; Wexner Medical Center; The Ohio State University; Columbus OH; September 4th 2014.

455. PCA (Patient-Controlled Analgesia): The Future of Postoperative Pain Management, A Review of the Sufentanil Sublingual Tablet System (SSTS) and Comparison to IV PCA 15th World Congress of Pain; IASP (International Association for the study of Pain); **(International),** Buenos Aires; Argentina October 11th, 2014.

456. Anesthesia for Endoscopic Skull Base Surgery: Pitfalls and Considerations. State of the Art Endoscopic Skull Base Surgery Course, Hilton Columbus at Easton; **(International),** Columbus, OH, October 16th 2014.

457. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Departments of Anesthesiology and General Surgery, Shawnee Mission Medical Center; Shawnee Mission (Kansas City) MS; October 24th 2014.

458. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Health System Perioperative Quality Management Committee meeting (PQMC) Wexner Medical Center; The Ohio State University; Columbus OH; October 28th 2014.

459. Brain Monitoring and Outcomes. Department of Anesthesiology and Neurosurgery; San Vicente de Paul Hospital; Foundation San Vicente; Universidad de Antioquia; **(International),** Medellin, Colombia, November 5th 2014.

460. Neuro protection and Neurotoxicity; Latin Neuro, 1st Latin-American Meeting of Neuroanesthesia and Neuro Critical Care; **(International),** Medellin, Colombia, November 6th 2014.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued):*

461.  Delirium and POCD Prevention and Treatment; Latin Neuro, 1st Latin-American Meeting of Neuroanesthesia and Neuro Critical Care; **(International),** Medellin, Colombia, November 6th 2014.

462.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology and Department of Critical Care Medicine, Hospital Clínic Universitari of Valencia; Universitat de València **(International),** Valencia, Spain, November 17th, 2014.

463.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Hospital Universitari i Politècnic La Fe of Valencia; **(International),** Valencia, Spain, November 17th, 2014.

464.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Hospital General Universitario Reina Sofía de Murcia; Universidad de Murcia, **(International),** Murcia, Spain, October 18th, 2014.

465.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, University Hospital Cruces, Kurutzetako Unibersidade Ospitalia, **(International),** Bilbao, Spain, October 19th, 2014.

466.  Principles and Fundaments of Clinical and Translational Research; Kurutzetako Unibersidade, University Hospital Cruces, Kurutzetako Unibersidade Ospitalia, **(International),** Bilbao, Spain, October 19th, 2014.

467.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, IX International Meeting of SEDAR; XIII Reunión de SEPSIS Valladolid, VII Curso de Residentes, V Jornadas de Enfermería; **(International),** Valladolid; Spain, November 20th 2014.

468.  Delirium and POCD; Diagnosis, Prevention and Treatment; 42nd Annual Meeting of the Chilean Society of Anesthesiology. Chilean Society of Anesthesiology; Viña del Mar; Chile **(International);** November 29th 2014.

469.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. 42nd Annual Meeting of the Chilean Society of Anesthesiology. Chilean Society of Anesthesiology; Viña del Mar; Chile **(International);** November 29th 2014.

470.  CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology; Wexner Medical Center; The Ohio State University; Columbus OH, December 30th, 2014.

471.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; Global Medical Hospital & Medical Institute for Liver Transplantation; Mumba, India; **(International);** January 14th 2015.

472.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; Fortis Hiranandani Hospital, Vashi Hospital. Mumbai, India; **(International);** January 15th 2015.

473.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Kokilaben Dhirubhai Ambani Hospital & Medical Research Institute; Mumbai, Versova, India; **(International);** January 16th 2015.

.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

474. Regenerating the Brain"; OSU-India Health Sciences Innovation Conference and Trade Show 2015; The Taj Mahal Palace Apollo Bunder, Mumbai, Maharashtra, India; **(International);** January 17th 2015.

475. Neurogenetics in Neuromuscular Disorders; OSU-India Health Sciences Innovation Conference and Trade Show 2015; The Taj Mahal Palace Apollo Bunder, Mumbai, Maharashtra, India; **(International);** January 17th 2015.

476. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Lonavala Anesthesia Summit. All India Association of Practicing Anesthesiologist (AIAOPA), West Zone; Lonavala, Pune District, Maharashtra, India; **(International);** January 17th 2015.

477. TIVA or Inhaled Anesthetics for Neurosurgery; Are we Closer to the perfect technique? Lonavala Anesthesia Summit. All India Association of Practicing Anesthesiologist (AIAOPA), West Zone; Lonavala, Pune District, Maharashtra, India; **(International);** January 17th 2015.

478. General Anesthesia; "Evolution of Intraoperative Management", Lonavala Anesthesia Summit. All India Association of Practicing Anesthesiologist (AIAOPA), West Zone; Lonavala, Pune District, Maharashtra, India; **(International);** January 17th 2015.

479. Pro and Con: Inhaled Anesthetics or Tiva? Protective effects or Neurotoxicity? (Albrecht Seven; Germany) Asian-Oceanic Society of Regional Anesthesia & Pain Medicine, the Royal College of Anesthesiologists of Thailand; 13th Asian-Oceanic Society of Regional Anesthesia and Pain Medicine Congress 2015 (AOSRA-PM 2015) in conjunction to the 81st Annual Meeting of the Royal College of Anesthesiologists of Thailand (RCAT), Bangkok, Thailand; **(International);** January 24th 2015.

480. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Asian-Oceanic Society of Regional Anesthesia & Pain Medicine, the Royal College of Anesthesiologists of Thailand; 13th Asian-Oceanic Society of Regional Anesthesia and Pain Medicine Congress 2015 (AOSRA-PM 2015) in conjunction to the 81st Annual Meeting of the Royal College of Anesthesiologists of Thailand (RCAT), Bangkok, Thailand; **(International);** January 24th 2015.

481. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chian Mai; Chian Mai Province; Thailand January 25th 2015.

482. Part I CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chian Mai; Chian Mai Province; Thailand January 25th 2015.

483. Part II CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chian Mai; Chian Mai Province; Thailand January 25th 2015.

.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

484.  Part I PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chiang Mai; Chiang Mai Province; Thailand January 26th 2015.

485.  Part II PNS (Peripheral Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chiang Mai; Chiang Mai Province; Thailand January 26th 2015.

486.  Clinical Research: "Approaches and Methodology" Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chiang Mai; Chiang Mai Province; Thailand January 28th 2015

487.  "How to Write an Review a Manuscript" Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chiang Mai; Chiang Mai Province; Thailand January 28th 2015

488.  Principles of Neuroanesthesia. Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chiang Mai; Chiang Mai Province; Thailand January 29th 2015.

489.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chiang Mai; Chiang Mai Province; Thailand January 29th 2015.

490.  Neurophysiologic Monitoring Update. SSEPs and MEPs: An Update on Evoked Potentials. Current Role of Motor Evoked Potentials. EEG Monitoring: "Principles and Fundamentals." Department of Anesthesiology and Faculty of Medicine, Chiang Mai University; **(International),** Chiang Mai; Chiang Mai Province; Thailand January 29th 2015.

491.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Brigham and Women's Hospital, Boston, MA, February 4th, 2015.

492.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Bangalore Anesthesia Summit. South India District. All India Association of Practicing Anesthesiologist (AIAOPA), Bangalore; India; **(International);** February 8th 2015.

493.  "Wake Vs. Recovery" Bangalore Anesthesia Summit. South India District. All India Association of Practicing Anesthesiologist (AIAOPA), Bangalore; India; **(International);** February 8th 2015.

494.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Neuroanesthesiology; The National Institute of Mental Health and Neurosciences (NIMHANS), Deemed University, Bangalore, India; **(International);** February 9th 2015.

495.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology Command Air Force Hospital, Military Hospital, India Defense Services, Bangalore, India; **(International);** February 9th 2015.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

496.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Manipal Hospital; Kasturba Medical College, Bangalore, India; **(International);** February 10th 2015.

497.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Sakra Hospital; Sakra Center of Excelence, Bangalore, India; **(International);** February 10th 2015.

498.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Apollo Hospital ayanambakkam; Chennai, Tamil Nadu, India; **(International);** February 11th 2015.

499.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Billroth Hospitals, Super Speciality Hospitals; Chennai, Tamil Nadu, India; **(International);** February 11th 2015.

500.  Update on Neuroanesthesia. Department of Anesthesiology, CMC Vellore (Christian Medical College and Hospital) Vellore, India; **(International);** February 12th 2015.

501.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Tamilnadu Government Hospitals; Super Specialty Hospital; Chennai, Tamil Nadu, India; **(International);** February 13th 2015.

502.  Anesthesia for Intraoperative MRI (Magnetic Resonance Imaging); a "Perspective for Neuro Surgeons" 5th Bi-Annual Meeting of Intraoperative Imaging Society (IOIS); "The Oberoi" Gurgaon, (New Delhi); India; **(International);** February 14th 2015.

503.  Neurological Anesthesiology for the General Practitioner in Anesthesia. Department of Anesthesiology, Safdarjung Hospital; Guru Gobind Singh Indraprastha University; New Delhi; India; **(International);** February 14th 2015.

504.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Fortis Vasant Kunj Hospital; New Delhi; India; **(International);** February 14th 2015.

505.  Neurophysiologic Monitoring Update. SSEPs and MEPs: An Update on Evoked Potentials. Current Role of Motor Evoked Potentials. EEG Monitoring: "Principles and Fundamentals." Department of Anesthesiology; The Ohio State University Wexner Medical Center; Columbus, OH March 12th 2015.

506.  Fragile Brains: The Brain of the Young and the brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; KK Women's and Children's Hospital; Hospital Wanita dan Kanak-kanak Kandang Kerbau, Singapore; Singapore **(International);** April 9th, 2015.

507.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, The Singapore General Hospital; Singapore; Singapore **(International);** April 9th, 2015.

508.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Role of Inhaled Anesthetics; The Singapore Society of Anaesthesiologists (SSA); Singapore; Singapore **(International);** April 9th, 2015.

509.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Tan Tock Seng Hospital; Singapore; Singapore **(International);** April 10th, 2015.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

510.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Changi General Hospital; Singapore; Singapore **(International);** April 10th, 2015.

511.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Asia-Pacific Congress Annual Meeting; Singapore; Singapore **(International);** April 11th, 2015.

512.  My Journey in Anesthesiology; Asia-Pacific Congress Annual Meeting; Singapore; Singapore **(International);** April 11th, 2015.

513.  Weak Up versus Recovery; The role of Inhaled Anesthetics and TIVA (Total Intravenous Anesthesia) Asia-Pacific Congress Annual Meeting; Singapore; Singapore **(International);** April 11th, 2015.

514.  An Introduction and Update in Neuroanesthesia. Basic Principles and Clinical considerations. XIX Congreso Uruguayo de Anestesiología; Simposio Internacional de Anestesia Ambulatoria; XIII Jornada de Anestesia Regional; **(International);** April 24th, 2015.

515.  Neurophysiologic Monitoring Update. SSEPs and MEPs: An Update on Evoked Potentials. Current Role of Motor Evoked Potentials. EEG Monitoring: "Principles and Fundamentals." XIX Congreso Uruguayo de Anestesiología; Simposio Internacional de Anestesia Ambulatoria; XIII Jornada de Anestesia Regional; **(International);** April 24th, 2015.

516.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. XIX Congreso Uruguayo de Anestesiología; Simposio Internacional de Anestesia Ambulatoria; XIII Jornada de Anestesia Regional; **(International);** April 24th, 2015.

517.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. International Bi-Annual Meeting of Actualization on Total Intevenous Anesthesia; TIVA America and Cuban Anesthesiology and Critical Care Society; Havana Cuba; **(International);** May 16th, 2015.

518.  Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" Department of Anesthesiology; The Ohio State University Wexner Medical Center; Columbus, OH; July 20th 2015.

519.  Neurophysiologic Monitoring Update. SSEPs and MEPs: An Update on Evoked Potentials. Current Role of Motor Evoked Potentials. EEG Monitoring: "Principles and Fundamentals." Department of Anesthesiology; The Ohio State University Wexner Medical Center; Columbus, OH; July 20th 2015.

520.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; The Ohio State University Wexner Medical Center; Columbus, OH; July 23rd 2015.

521.  Fundamentals of TIVA (Total Intravenous Anesthesia); The use of Dexmedetomidine. Department of Anesthesiology; St. Thomas Hospital; National University of Panamá; Panama; Panama **(International);** August 20th 2015.

522.  Dexmedetomidine use in Anesthesia; "fifteen years of experience". Panamá National Society Annual National Meeting; Chitre; Panamá **(International);** August 21st 2015.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

523.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Panamá National Society Annual National Meeting; Chitre; Panamá **(International);** August 22nd 2015.

524.  ICU (Intensive Care Unit) Sedation Guidelines; Panamá National Society Annual National Meeting; Chitre; Panamá **(International);** August 22nd 2015.

525.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. 42nd Annual National Meeting of the Argentinean National Society of Anesthesiology; Analgesia and Reanimation; Rosario; Argentina **(International);** August 26th 2015.

526.  Neuroanaesthesiology Update; a Round Table; 42nd Annual National Meeting of the Argentinean National Society of Anesthesiology; Analgesia and Reanimation; Rosario; Argentina **(International);** August 26th 2015.

527.  Update on PONV; "Interactive section" 42nd Annual National Meeting of the Argentinean National Society of Anesthesiology; Analgesia and Reanimation; Rosario; Argentina **(International);** August 26th 2015.

528.  Positioning for the Obese Patient; 42nd Annual National Meeting of the Argentinean National Society of Anesthesiology; Analgesia and Reanimation; Rosario; Argentina **(International);** August 28th 2015.

529.  Obesity "an Interactive round table"42nd Annual National Meeting of the Argentinean National Society of Anesthesiology; Analgesia and Reanimation; Rosario; Argentina **(International);** August 28th 2015.

530.  TIVA vs. Inhaled Anesthetics for the Obese; "Pro and Con (Hernan Boveri)"; 42nd Annual National Meeting of the Argentinean National Society of Anesthesiology; Analgesia and Reanimation; Rosario; Argentina **(International);** August 29th 2015.

531.  Seven Secrets for Neuroanesthesia for the Non Neuro Anesthesiologist; (Adrian Gelb) Moderator; XXVIII Ordinary Assembly of CLASA (Confederation of Anesthesiology Societies of Latin America); XXXIII Latin American Congress of Anesthesiology; XXVI National Peruvian Congress of Anesthesiology; Dr. Juan Koster Jahnsen; Lima, Peru; **(International);** September 22nd 2015.

532.  Principles of Neuroanesthesia; XXVIII Ordinary Assembly of CLASA (Confederation of Anesthesiology Societies of Latin America); XXXIII Latin American Congress of Anesthesiology; XXVI National Peruvian Congress of Anesthesiology; Dr. Juan Koster Jahnsen; Lima, Peru; **(International);** September 23rd 2015.

533.  Anesthesia for DBS (Deep Brain Stimulation) Surgery; XXVIII Ordinary Assembly of CLASA (Confederation of Anesthesiology Societies of Latin America); XXXIII Latin American Congress of Anesthesiology; XXVI National Peruvian Congress of Anesthesiology; Dr. Juan Koster Jahnsen; Lima, Peru; **(International);** September 23rd 2015.

534.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. XXVIII Ordinary Assembly of CLASA (Confederation of Anesthesiology Societies of Latin America); XXXIII Latin American Congress of Anesthesiology; XXVI National Peruvian Congress of Anesthesiology; Dr. Juan Koster Jahnsen; Lima, Peru; **(International);** September 23rd 2015.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

535. Neuro Anesthesia Basics; a Question and Answers Section. XXVIII Ordinary Assembly of CLASA (Confederation of Anesthesiology Societies of Latin America); XXXIII Latin American Congress of Anesthesiology; XXVI National Peruvian Congress of Anesthesiology; Dr. Juan Koster Jahnsen; Lima, Peru; **(International);** September 23rd 2015.

536. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2015; New Delhi; New Delhi; India **(International);** September 27th 2015.

537. Update in Neuroanesthesia; Anterior Cervical Discectomy, A Clinical Case; Department of Anesthesiology, Krishna Institute of Medical Sciences; KIMS Hospital; Hyderabad, Andhra Pradesh and Telangana, India **(International),** September 28th, 2015

538. Update in Neuroanesthesia; Department of Anesthesiology, Global Hospital Lakdi-ka-pul; Hyderabad Andhra Pradesh and Telangana, India **(International),** September 28th, 2015.

539. Update in Neuroanesthesia; Department of Anesthesiology, Gandhi General Hospital; Gandhi Medical College; NTR University of Health Sciences; Secunderabad; (Hyderabad) Telangana, India **(International),** September 29th, 2015.

540. Update in Neuroanesthesia; Department of Anesthesiology, Sunshine Hospital; Hyderabad, Andhra Pradesh and Telangana, India **(International),** September 29th, 2015.

541. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, BLK Hospital; Karol Bagh; New Delhi; New Delhi; India **(International);** September 30th 2015.

542. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology Rajiv Gandhi Cancer Institute & Research Centre; Rajiv Gandhi University of Health Sciences, Tahirpur, New Delhi; New Delhi; India **(International);** September 30th 2015.

543. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology (General), AIIMS (All India Institute of Medical Sciences); New Delhi; New Delhi; India **(International);** October 1st 2015.

544. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Anesthesia Summit; Challenges in Contemporary Anesthesia Practices; "Evidence Based Approach" All Indian Association of Practicing Anesthesiologists (AIAOPA); South Chapter; Hyderabad (South) Section; Ramoji Film City; (Hyderabad); India **(International);** October 2nd 2015.

545. Wake up Versus Recovery; Anesthesia Summit; Challenges in Contemporary Anesthesia Practices; "Evidence Based Approach" All Indian Association of Practicing Anesthesiologists (AIAOPA); South Chapter; Hyderabad (South) Section; Ramoji Film City; (Hyderabad); India **(International);** October 2nd 2015.

546. Wake up Versus Recovery and Enhanced recovery after surgery (ERAS) protocols; Department of Anesthesiology; Continental Hospital; Tech City; Telangana, Hyderabad, India **(International);** October 3rd 2015.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

547. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects; General Grand Rounds; Departments of Neurological Surgery; Neurology; Psychiatry; Psychology; Anesthesiology; Pharmacy and Internal Medicine; Nizam's Institute of Medical Sciences (NIMS); Autonomous University; Telangana, Hyderabad, India **(International);** October 3rd 2015.

548. Neuro Anesthesia Basic for Surgeons; State-of-the-Art Endoscopic Skull Base Surgery, A hands on Course. The Ohio State University Comprehensive Cancer Center; James Cancer Hospital and Solove Research Institute; Columbus Ohio October 8th 2015.

549. Inaugural Lecture: Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects; XXXII Congreso Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapéutica del dolor; Santander, Cantabria Spain **(International)**; October 15th 2015.

550. Perioperative Blood Pressure Control in Acute Intracerebral Hemorrhage: The ACCELERATE Trial. XXXII Congreso Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapéutica del dolor; Santander, Cantabria Spain **(International)**; October 16th 2015.

551. Anesthetic Management of the Patient with Ischemic Stroke. XXXII Congreso Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapéutica del dolor; Santander, Cantabria Spain **(International)**; October 16th 2015.

552. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Dr. Peset Hospital **(International),** Valencia; Spain, October 20th, 2015.

553. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Denia Hospital (Alicante) **(International),** Denia (Valencia) Alicante; Spain, October 20th, 2015.

554. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Hospital General de Cataluña at Sant Cugat; Barcelona University; **(International),** Sant Cugat (Barcelona); Cataluña; Spain, October 20th, 2015.

555. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Hospital Universitari de Bellvitge; University of Barcelona; **(International),** Barcelona; Cataluña; Spain, October 20th, 2015.

556. Deep Hypnotic Time and Low Blood Pressure, Significance and Clinical Consequences. Sociedad Madrilena de Anestesiología y Reanimación (SMA) Quarterly Meeting; Hospital General Universitario Gregorio Marañón; **(International),** Madrid; Spain, October 21st, 2015.

557. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Juan Canalejo Hospital; University of Galicia; **(International),** A Coruna; Galicia, Spain October 22nd 2015.

558. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, University Hospital Clinic; University of Santiago de Compostela; **(International),** Santiago de Compostela; Galicia; Spain, October 23rd, 2015.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

559.  CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology, Wexner Medical Center, The Ohio State University, Columbus, Ohio, December 1st, 2015.

560.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology and General Grand Rounds, Spain National University "La Paz Hospital", Madrid; **(International),** Spain, January 18th 2016.

561.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology University Hospital Puerta del Mar; University of Cadiz, Cadiz; **(International),** Spain, January 19th 2016.

562.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology Virgen de las Nieves Hospital; Granada; **(International),** Spain, January 20th 2016.

563.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology; Gregorio Marañón Hospital; General University Hospital; Madrid; **(International),** Spain, January 21st 2016.

564.  Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Critical Care and General Grand Rounds; University Hospital Rio Hortega, Junta de Castilla y Leon; Valladolid; **(International),** Spain, January 22nd 2016.

565.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects; All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; South Chapter; Chennai Section; Chennai; India **(International);** January 31st 2016.

566.  Recovery and Anesthesia; The impact of a General Anesthetic. All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; South Chapter; Chennai Section; Chennai; India **(International);** January 31st 2016.

567.  Clinical Vignettes; Anesthetic Management. All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit;  Chapter; Chennai Section; Chennai; India **(International);** January 31st 2016.

568.  Recovery and Anesthesia; The impact of a General Anesthetic. Department of Anesthesiology; Apollo General Hospital Chennai Main Campus; Chennai; India **(International);** February 2nd 2016.

569.  Recovery and Anesthesia; The impact of a General Anesthetic. Department of Anesthesiology; Tata Memorial Center and Cancer Hospital, Advanced Centre for Treatment, Research and Education in Cancer (ACTREC); Kolkata; India **(International);** February 3rd 2016.

570.  Recovery and Anesthesia; The impact of a General Anesthetic. Department of Anesthesiology; The Institute of Post-Graduate Medical Education and Research and Seth Sukhlal Karnani Memorial Hospital, P G Hospital or SSKM Hospital, Kolkata; India **(International);** February 4th 2016.

571.  Recovery and Anesthesia; The impact of a General Anesthetic. Department of Anesthesiology; R. G. Kar Medical College and Hospital, Kolkata; India **(International);** February 5th 2016.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued):*

572. Recovery and Anesthesia; The impact of a General Anesthetic. Department of Anesthesiology; Fortis Hospital Medical Center Main Campus; Kolkata; India **(International);** February 5th 2016.

573. Dr. Malathi Memorial Oration, Fragile Brains: The Brain of the Elderly. 17th Annual Conference of Indian Society of Neuroanaesthesiology and Critical Care, ISNACC, NIMHANS The National Institute of Mental Health and Neuroscience Convention Centre, Bengaluru, India; **(International)**; February 7th, 2016.

574. Clinical Vignettes; Anesthetic Management from the Theatre to the Critical Care Unit. 17th Annual Conference of Indian Society of Neuroanaesthesiology and Critical Care, ISNACC, NIMHANS The National Institute of Mental Health and Neuroscience Convention Centre, Bengaluru, India; **(International)**; February 7th, 2016.

575. Fragile Brains: The Brain of the Elderly. 2016 Indiana Society of Anesthesiologists (ISA) Annual Meeting, Ritz Charles Carmel, (Indianapolis) IN; February 20th 2016.

576. Update on Post-Operative Nausea and Vomiting (PONV) and Post Discharge Nausea and Vomiting (PDNV). "Have We Made Any Progress?" 2016 Indiana Society of Anesthesiologists (ISA) Annual Meeting, Ritz Charles Carmel, (Indianapolis) IN; February 20th 2016.

577. Fragile Brains: The Brain of the Elderly. Department of Anesthesiology; General Surgery and Critical Care; St. Luke's University Hospital; Temple University; Betlemhem PA; March 2nd 2016.

578. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Son Espases University Hospital (Hospital Universitari); Palma de Malloraca; Islas Baleares; Spain; **(International)**; March 7th, 2016.

579. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology Gran Canaria Doctor Negrin University Hospital (Hospital Universitari); Las Palmas de Gran Canarias; Las Palmas; Islas Canarias; Spain; **(International)**; March 9th, 2016.

580. Monitoring the Brain; "Residents Grand Rounds" Department of Anesthesiology Gran Canaria Doctor Negrin University Hospital (Hospital Universitari); Las Palmas de Gran Canarias; Las Palmas; Islas Canarias; Spain; **(International)**; March 9th, 2016.

581. Fragile Brains: The Brain of the Elderly. Inaugural Lecture; GERM (Early Recovery Group –Fast Track Enhanced Recovery-; ERAS Spain Group) Annual Meeting; Zaragoza, Aragon, Spain **(International)**; March 10th, 2016.

582. Neuromuscular Blocking agents and their Antagonists; Sugammadex and the Pre-clinical data in the United States. Department of Anesthesiology; Jackson Memorial Hospital; Miller School of Medicine, University of Miami; Miami, FL; March 17th, 2016.

583. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Innovation at the Forefront in Critical Medicine Annual Meeting. Institute of Health Sciences of Castilla y Leon; Faculty of Medicine; University of Valladolid; Bio Critic; Biomedicine in Critical Care; Valladolid, Spain **(International)**; April 8th, 2016.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

584. Fragile Brains: The Brain of the Elderly. Innovation at the Forefront in Critical Medicine Annual Meeting. Institute of Health Sciences of Castilla y Leon; Faculty of Medicine; University of Valladolid; Bio Critic; Biomedicine in Critical Care; Valladolid, Spain **(International)**; April 8th, 2016.

585. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology Universitari General Hospital of Alicante; La Residencia; Alicante; Spain **(International)**; April 11th, 2016.

586. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Del Mar Hospital of Barcelona; Autonomic University of Barcelona; Barcelona; Spain **(International)**; April 12th, 2016.

587. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Vall de Hebron Hospital; Autonomic University of Barcelona; Barcelona; Spain **(International)**; April 12th, 2016.

588. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology University Clinical Hospital of Salamanca; Salamanca; Spain **(International)**; April 14th, 2016.

589. Current Perspectives in the Management of Acute Pain. Intravenous (IV) Ibuprofen for the multimodal approach; The US experience. Actualization on Post-Operative Pain "Starting from the Beginning" INspira Network; Hotel Meliá Castilla; Madrid, Spain **(International)**; April 14th 2016.

590. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology and Department of Critical Care; Puerta de Hierro Majadahonda University Hospital; University of Madrid; Madrid; Spain **(International)**; April 15th, 2016.

591. Vascular Dysfunction, Sequelae of Acute Hypertension in the Neurosurgical Patient: Rethinking Acute Hypertension Management, 9th International Update on Neuroanesthesia and Neurointensive Care, EURONEURO 2016: Barcelona, Spain **(International)**; April 16th, 2016.

592. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management; Department of Anesthesiology; Hospital Universitari Príncipe de Asturias (HUPA); University of Alcala; Alcala de Henares; (Madrid); Spain **(International)**; April 18th, 2016.

593. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, Universitari Clinic Hospital (Hospital Clinico de Barcelona); University of Barcelona; Barcelona; Spain **(International)**; April 19th, 2016.

594. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Critical Care Medicine, Vall de Hebron Hospital; Autonomic University of Barcelona; Barcelona; Spain **(International)**; April 19th, 2016.

595. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, Department of Anesthesiology, University Hospital Virgen de la Arrixaca; University of Murcia; Spain **(International)**; April 20th, 2016.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued):*

596.   Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management; 1st Annual Meeting on Perioperative Control of Blood Arterial Pressure; Melia Castilla; Madrid, Spain; **(International)**; April 22nd, 2016.

597.   Deep Hypnotic Time; Acute Post-operative pain and Hypertension; perioperative management; 1st Annual Meeting on Perioperative Control of Blood Arterial Pressure; Melia Castilla; Madrid, Spain; **(International)**; April 22nd, 2016.

598.   Fragile Brains: The Brain of the Elderly. 2016 Asia-Pacific Congress Annual Meeting; Royal College of Anesthesiology of Thailand; Bangkok, Thailand; **(International);** April 30th, 2016.

599.   TIVA (Total Intravenous Anesthesia) and Inhaled Anesthetics for intraoperative monitoring. 2016 Asia-Pacific Congress Annual Meeting; Royal College of Anesthesiology of Thailand; Bangkok, Thailand; **(International);** April 30th, 2016.

600.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; Fortis Hospital Mohali; Chandigarh; India; **(International);** May 2nd, 2016.

601.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Neuroanesthesiology; Postgraduate Institute of Medical Education and Research, PGI University Hospital Chandigarh; India; **(International);** May 2nd, 2016.

602.   ERAS Enhanced recovery after surgery in Neurosurgery. Department of Anesthesiology and Neuroanesthesiology;  ; Postgraduate Institute of Medical Education and Research, PGI University Hospital Chandigarh; India; **(International);** May 3rd, 2016.

603.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Neuroanesthesiology; Sanjay Gandhi Post Graduate Institute of Medical Sciences (SGPGI) University Hospital, Chowk, Lucknow; U.P. India; **(International);** May 5th, 2016.

604.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Neurological Surgery; King George's Medical University Hospital (KGMU), Chowk, Lucknow; U.P. India; **(International);** May 5th, 2016.

605.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; Sree Krishna Karamsad University Hospital Anand – Gujarat; India; **(International);** May 6th, 2016.

606.   "Principles of Neuroanesthesia"; Department of Anesthesiology; Sree Krishna Karamsad University Hospital Anand – Gujarat; India; **(International);** May 6th, 2016.

607.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; CIMS; Care Institute of Medical Sciences;  Ahmedabad– Gujarat; India; **(International);** May 7th, 2016.

608.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; Ahmedabad Section; Ahmedabad, Gujarat; India **(International);** May 8th 2016.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

609.  "Principles of Neuroanesthesia" Recovery versus Wake up; All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; Ahmedabad Section; Ahmedabad, Gujarat; India **(International);** May 8th 2016.

610.  Anticholinergics, Opioids and Benzodiazepines; The cholinergic hypothesis of cognitive aging revisited again: cholinergic functional compensation. All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; Ahmedabad Section; Ahmedabad, Gujarat; India **(International);** May 8th 2016.

611.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology Royal Perth Hospital; University of Western Australia; Perth, Australia **(International);** May 23rd 2016.

612.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; The Canberra University Hospital, Australian National University, Canberra, Australia **(International);** May 25th 2016.

613.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; St Georges University Hospital, University of New South Wales, Kogarah, Sydney, Australia **(International);** May 26th 2016.

614.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Paper Scalpel Rock; Medical Simulation Events, General Anesthesia Technique for LMA (Laryngeal Mask Airway) with Inhaled Anesthetics Simulation Experience. Melbourne, Australia, **(International),** May 27th 2016.

615.  General Anesthesia Technique for LMA (Laryngeal Mask Airway) with Inhaled Anesthetics. Paper Scalpel Rock; Medical Simulation Events, General Anesthesia Technique for LMA (Laryngeal Mask Airway) with Inhaled Anesthetics Simulation Experience. Melbourne, Australia, **(International),** May 28th 2016.

616.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; The University of Mississippi Medical Center, Jackson, MS; June 15th, 2016.

617.  The Role of Research in an Academic Medical Center and the Implication on Resident Training. Department of Anesthesiology and Critical Care; The University of Mississippi Medical Center, Jackson, MS; June 15th, 2016.

618.  Neuromuscular Blocking agents and their Antagonists; Sugammadex and the Pre-clinical data in the United States. Departamental Journal Club, Department of Surgery, McLaren Medical Center, Michigan State University, Lansing, Michigan, July 19th, 2016.

619.  CNS (Central Nervous System), Neurophysiology and Principles in Neuroanesthesia, Department of Anesthesiology, Wexner Medical Center, The Ohio State University, Columbus, Ohio, July 26th, 2016.

620.  Neurophysiologic Monitoring Update. SSEPs and MEPs: An Update on Evoked Potentials. Current Role of Motor Evoked Potentials. EEG Monitoring: "Principles and Fundamentals." Department of Anesthesiology; The Ohio State University Wexner Medical Center; Columbus, OH; July 28th 2016.

.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

621. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Singapore Anesthesia Refresher Course; Singapore Society of Anesthesiologists; Singapore General Hospital and KK Women's and Children's Hospital; Academia; Singapore General Hospital; Singapore; **(International),** August 20th, 2016.

622. Quality of Recovery after Surgery; Role of Anesthetic Drugs. Keynote Speaker Lecture for The Royal College of Anesthesiologists of Thailand 84th Annual Meeting; "Traveling for Best Practices: Crisis and Emergency Management", Thailand Society of Anesthesiologist; Ladprao, Bangkok Thailand; **(International),** August 21st, 2016.

623. Quality of Recovery after Surgery; Role of Anesthetic Drugs in Delirium and POCD. Department of Anesthesiology and Neurological Surgery; Ng Teng Fong General Hospital; Singapore; **(International),** August 22nd, 2016.

624. Quality of Recovery after Surgery; Role of Anesthetic Drugs in Delirium and POCD. Department of Anesthesiology and Neurological Surgery; National University Hospital; National University of Singapore, Singapore; **(International),** August 22nd, 2016.

625. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Update for Practicing Anesthesiologists. Singapore Society of Anesthesiologists; Singapore; **(International),** August 22nd, 2016.

626. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Neurological Surgery; Khoo Teck Puat Hospital, Singapore; **(International),** August 23rd, 2016.

627. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Neurological Surgery; Singapore General Hospital; National University of Singapore, Singapore; **(International),** August 23rd, 2016.

628. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Neurological Surgery; Prince of Wales Hospital; Chinese National University of Hong Kong; Hong Kong; **(International),** August 24th, 2016.

629. ERAS (Enhanced Recovery After Surgery); Principles and Implications. Department of Anesthesiology and Neurological Surgery; Prince of Wales Hospital; Chinese National University of Hong Kong; Hong Kong; **(International),** August 24th, 2016.

630. ERAS (Enhanced Recovery After Surgery); Principles and Implications. Department of Anesthesiology and Neurological Surgery; United Christian Hospital; Hong Kong; Hong Kong; **(International),** August 24th, 2016.

631. Neurophysiologic Monitoring Update. SSEPs and MEPs: An Update on Evoked Potentials. Current Role of Motor Evoked Potentials. EEG Monitoring: "Principles and Fundamentals." Department of Anesthesiology and Neurological Surgery; United Christian Hospital; Hong Kong; Hong Kong; **(International),** August 24th, 2016.

632. ERAS (Enhanced Recovery After Surgery); Principles and Implications. Department of Anesthesiology; Caritas Medical Center; Hong Kong; Hong Kong; **(International),** August 25th, 2016.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

633. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; Caritas Medical Center; Hong Kong; Hong Kong; **(International)**, August 25th, 2016.

634. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Neurological Surgery; Queen Mary Hospital; Faculty of Medicine, National University of Hong Kong; Hong Kong; **(International)**, August 25th, 2016.

635. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Neurological Surgery; Tuen Mun Hospital; Faculty of Medicine, National University of Hong Kong; Hong Kong; **(International)**, August 25th, 2016.

636. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Scientific Symposium Hong Kong Association of Private Anesthesiologists; Hong Kong; **(International)**, August 25th, 2016.

637. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology; Princess Margaret Hospital of Hong Kong; Hong Kong; **(International)**, August 26th, 2016.

638. Neuromonitoring; 16th World Congress of Anaesthesiologists; WFSA (World Federation of Societies of Anaesthesiologists); Hong Kong Convention and Exhibition Centre, Hong Kong, **(International)**, 28th August 2016.

639. Cerebral Oximetry and Outcomes; 16th World Congress of Anaesthesiologists; WFSA (World Federation of Societies of Anaesthesiologists); Hong Kong Convention and Exhibition Centre, Hong Kong, **(International)**, 28th August.

640. Neuromuscular Blocking agents and their Antagonists; Sugammadex and the Pre-clinical data in the United States. Fort Wayne Indiana Society of Anesthesiologists; Fort Wayne, Indiana, September 18th 2016.

641. Hyperalgesia and Opioids. 43rd Argentinean Nacional Meeting of Anesthesiology; Tucuman National Association of Anesthesiology and Reanimation; Argentinean Federation of Anesthesia, Analgesia and Reanimation, Tucuman, Argentina, **(International)**, September 21st 2016.

642. Acute Pain and Multimodal Approach; The Role of Paracetamol. 43rd Argentinean Nacional Meeting of Anesthesiology; Tucuman National Association of Anesthesiology and Reanimation; Argentinean Federation of Anesthesia, Analgesia and Reanimation, Tucuman, Argentina, **(International)**, September 21st to 2016.

643. Actualization in TIVA (Total Intravenous Anesthesia) 43rd Argentinean Nacional Meeting of Anesthesiology; Tucuman National Association of Anesthesiology and Reanimation; Argentinean Federation of Anesthesia, Analgesia and Reanimation, Tucuman, Argentina, **(International)**, September 21st 2016.

644. Principles and Fundaments of Clinical Research, 43rd Argentinean Nacional Meeting of Anesthesiology; Tucuman National Association of Anesthesiology and Reanimation; Argentinean Federation of Anesthesia, Analgesia and Reanimation, Tucuman, Argentina, **(International)**, September 21st 2016.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

645.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. 43rd Argentinean Nacional Meeting of Anesthesiology; Tucuman National Association of Anesthesiology and Reanimation; Argentinean Federation of Anesthesia, Analgesia and Reanimation, Tucuman, Argentina, **(International),** September 22nd 2016.

646.   TIVA (Total Intravenous Anesthesia) or Inhaled Anesthetics for Neurosurgery; Are we closer to a perfect technique? 43rd Argentinean Nacional Meeting of Anesthesiology; Tucuman National Association of Anesthesiology and Reanimation; Argentinean Federation of Anesthesia, Analgesia and Reanimation, Tucuman, Argentina, **(International),** September 23rd 2016.

647.   Society of Neuroscience in Anesthesiology and Critical Care Expert Consensus Statement: Anesthetic Management of Endovascular Treatment of Acute Ischemic Stroke AIIMS (All India Institute of Medical Sciences); Neuro Anesthesia Update 2016; New Delhi; New Delhi; India **(International);** October 2nd 2016.

648.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; New Delhi Section; New Delhi; India **(International);** October 2nd 2016.

649.   ERAS (Enhanced Recovery After Surgery); Principles and Implications. All Indian Association of Practicing Anesthesiologists (AIAOPA) Anesthesia Summit; New Delhi Section; New Delhi; India **(International);** October 2nd 2016.

650.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Jaypee Hospital, Wish Town, Noida, New Delhi, India **(International);** October 3nd 2016.

651.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, MGS Super Specialty Hospital, New Delhi, India **(International);** October 3nd 2016.

652.   ERAS (Enhanced Recovery After Surgery); Principles and Implications; Department of Anesthesiology, Victoria Hospital; Bangalore Medical College; Bangalore, India **(International);** October 4th 2016.

653.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, General Grand Rounds; Bangalore Medical College & Research Institute Superspecialty Hospital, Victoria Hospital, Bowring & Lady Curzon Hospital, Vani Vilas Hospital, and Minto Hospital; Bangalore Medical College; Bangalore, India **(International);** October 4th 2016.

654.   Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology, Fortis Hospital, Main Campus, Bangalore, India **(International);** October 5th 2016.

655.   ERAS (Enhanced Recovery After Surgery); Principles and Implications; Department of Anesthesiology, Meenakshi Mission Hospital & Research Centre, Madurai, India **(International);** October 7th 2016.

656.   PONV; ICU (Intensive Care Unit) Sedation, Neuroanesthesia Principles and other Anesthetic Vignettes; Meenakshi Mission Hospital & Research Centre, Madurai, India **(International);** October 7th 2016.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

657. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Madurai Society of Anesthesiologists, CME meeting; Indian Society of Anesthesiologists South India Chapter, Madurai, India **(International);** October 7th 2016.

658. Neuromuscular Blocking agents and their Antagonists; Sugammadex and the Pre-clinical data in the United States. Department of Anesthesiology; and Department of Pediatric Anesthesia; Spectrum Health Butterworth and Helen DeVos Children's Hospital; Grand Rapids, MI, October 12th, 2016.

659. Neuromuscular Blocking agents and their Antagonists; Sugammadex and the Pre-clinical data in the United States. Department of Surgery and Division of Colorectal Surgery; Spectrum Health Butterworth; Grand Rapids, MI, October 12th, 2016.

660. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management; Department of Anesthesiology; Hospital Universitario la Fe de Valencia; Valencia; Autonomous Community of Valencia; Spain **(International)**; April 14th, 2016.

661. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management; Department of Anesthesiology; University Hospital Foundation Jimenez Diaz, Madrid; Spain **(International)**; April 17th, 2016.

662. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management; Department of Anesthesiology; University Hospital Servei d'Anestesiologia Hospital Germans Trias i Pujol. Badalona, Barcelona Spain **(International)**; April 18th, 2016.

663. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management; Department of Anesthesiology; Surgery and Critical Care. Complejo Hospitalario de Navarra; Navarra University Hospital, Pamplona, Navarra; Spain **(International)**; April 19th, 2016.

664. Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management; Department of Anesthesiology; Basurto University Hospital, Bilbao; Pais Vasco, Spain **(International)**; April 20th, 2016.

665. Current Perspectives in the Management of Acute Pain. Intravenous (IV) Ibuprofen for the multimodal approach; The US experience. Actualization on Post-Operative Pain; XI National Congress of Pediatric Anesthesia and Reanimation; HGU Gregorio Maranon and Novotel Madrid Center; Spanish Society of Anesthesiology and Reanimation; Madrid; Spain **(International)**; April 21th, 2016.

666. Anesthesia for Endoscopic Skull Base Surgery: Pitfalls and Considerations. State of the Art Endoscopic Skull Base Surgery Course, The Ohio State University Comprehensive Cancer Center; James Cancer Hospital and Solove Research Institute; Hilton Columbus at Polaris; **(International),** Columbus, OH, October 27th 2016.

667. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects, L (50th) Annual Mexican Meeting of Anesthesiology; Mexican Federation of Anesthesiology (FMCA) and Anesthesiology College of the State of Chihuahua; Chihuahua Convention Center; **(International),** Chihuahua; Chihuahua; Mexico; November 2nd to 5th 2016.

.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

668. Update on PONV and PONV Guidelines; L (50th) Annual Mexican Meeting of Anesthesiology; Mexican Federation of Anesthesiology (FMCA) and Anesthesiology College of the State of Chihuahua; Chihuahua Convention Center; **(International)**, Chihuahua; Chihuahua; Mexico; November 2nd to 5th 2016.

669. POD (Post-Operative Delirium) and POCD (Post-Operative Cognitive Dysfunction); How do we make the diagnosis? Scales and Validations. 44th Chilean National Congress of Anesthesiology; Chilean Society of Anesthesiology; Concepcion; Chile, **(International)** November 18th, 2016.

670. TIVA (Total Intravenous Anesthesia) versus Inhaled Anesthetics; Outcomes, Morbidity and Mortality; Pro and Con (Luc Barvais). 44th Chilean National Congress of Anesthesiology; Chilean Society of Anesthesiology; Concepcion; Chile, **(International)** November 18th, 2016.

671. Monitoring Brain Function and Pain. 44th Chilean National Congress of Anesthesiology; Chilean Society of Anesthesiology; Concepcion; Chile, **(International)** November 18th, 2016.

672. Society of Neuroscience in Anesthesiology and Critical Care Expert Consensus Statement: Anesthetic Management of Endovascular Treatment of Acute Ischemic Stroke. 44th Chilean National Congress of Anesthesiology; Chilean Society of Anesthesiology; Concepcion; Chile, **(International)** November 18th, 2016.

673. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects, 44th Chilean National Congress of Anesthesiology; Chilean Society of Anesthesiology; Concepcion; Chile, **(International)** November 18th, 2016.

674. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects, Department of Anesthesiology and Critical Care; University of Louisville, Louisville, Kentucky; January 20th 2017.

675. TIVA (Total Intravenous Anesthesia) versus Inhaled Anesthetics; Outcomes, Morbidity and Mortality; The role of Inhaled anesthetics in Neuroanesthesia. Department of Anesthesiology and Critical Care; Osaka University Hospital; Osaka University; Osaka, Japan, **(International);** February 6th, 2017.

676. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Center of Medical Innovation and Translational Research; Graduate School of Medicine; CoMIT; Osaka University; Osaka, Japan, **(International);** February 6th, 2017.

677. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; Tohoku University Hospital; Tohoku University; Sendai, Japan, **(International);** February 7th, 2017.

678. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; Keio University Hospital; Keio University; Tokyo, Japan, **(International);** February 8th, 2017.

679. ERAS (Enhanced Recovery After Surgery); Department of Anesthesiology and Critical Care; St. Luke's International University Hospital; Tokyo, Japan, **(International);** February 9th, 2017.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued):*

680. ERAS (Enhanced Recovery After Surgery); Cases Presentation and Protocol Development. Department of Anesthesiology and Critical Care; St. Luke's International University Hospital; Tokyo, Japan, **(International);** February 9th, 2017.

681. Impact of the Anaesthetic technique on cognitive Recovery and Outcomes; Department of Anesthesiology and Critical Care; Department of Nursing and Department of Neurology; St Vincent's Hospital, St Vincent's Health; University of Melbourne; Fitzroy; Melbourne, Victoria; Australia; **(International);** March 2nd, 2017.

682. Impact of the Anaesthetic technique on cognitive Recovery and Outcomes; Department of Anesthesiology and Critical Care; Peter MacCallum Cancer Institute; Faculty of Medicine at Melbourne University; Melbourne, Victoria; Australia; **(International);** March 3rd, 2017.

683. Impact of the Anaesthetic technique on cognitive Recovery and Outcomes; Department of Anesthesiology and Care; The Alfred Hospital; Melbourne, Monash University; Victoria; Australia; **(International);** March 3rd, 2017.

684. Impact of the Anaesthetic technique on cognitive Recovery and Outcomes; Department of Anesthesiology and Critical Care; Sydney Adventist Hospital; Avondale College and University of Sydney; New South Wales; Wahroonga, Sydney; Australia; **(International);** March 7th, 2017.

685. Impact of the Anaesthetic technique on cognitive Recovery and Outcomes; Department of Anesthesiology and Critical Care; University of Sydney, Royal North Shore Hospital; Sydney; New South Wales; Australia; **(International);** March 8th, 2017.

686. ERAS (Enhanced Recovery After Surgery); Department of Anesthesiology and Critical Care; Fiona Stanley Hospital, Murdoch, Western Australia and Fremantle Hospital; Perth, Western Australia, Australia, **(International);** March 13th, 2017.

687. Anesthesia for Awake Craniotomy; SNACC (Society of Neuro Anesthesia and Critical Care); Live Podcast; Residents and Neuroanesthesiology Fellows; March 29th 2017.

688. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; Hokkaido University; Hospital; Hokkaido University; Sapporo, Japan, **(International);** April 17th, 2017.

689. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; Kokura Memorial Hospital, University of Occupational and Environmental Health; Kitakyushu University; Kifune-machi; Kitakyushu; Kokuro, Japan, **(International);** April 17th, 2017.

690. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; Okayama University Hospital, Okayama University, Okayama, Japan, **(International);** April 18th, 2017.

691. Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; Kobe University Hospital, Kobe University, Kobe, Japan, **(International);** April 18th, 2017.

692. Neurosurgical Anesthesia; Principles and Fundaments, (Clinical Cases), Department of Anesthesiology and Critical Care; Tama Metropolitan Medical Center, Teikyo University School of Medicine, Tokyo, Japan, **(International);** April 19th, 2017

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued)*:

693.  ERAS (Enhanced Recovery After Surgery); Impact on Morbidity and Mortality. Department of Anesthesiology and Critical Care; Tama Metropolitan Medical Center, Teikyo University School of Medicine, Tokyo, Japan, **(International);** April 19th, 2017.

694.  ERAS (Enhanced Recovery After Surgery); Impact on Morbidity and Mortality. 2017 Anesthesia Asia-Pacific Congress Annual Meeting; Royal College of Anesthesiology of Thailand; Bangkok, Thailand; **(International);** April 22nd, 2017.

695.  ERAS (Enhanced Recovery After Surgery); Practical Considerations **Part I.** Anesthesia 2017 Asia-Pacific Congress Annual Meeting; Royal College of Anesthesiology of Thailand; Bangkok, Thailand; **(International);** April 23th, 2017.

696.  ERAS (Enhanced Recovery After Surgery); Practical Considerations **Part II.** Anesthesia 2017 Asia-Pacific Congress Annual Meeting; Royal College of Anesthesiology of Thailand; Bangkok, Thailand; **(International);** April 23th, 2017.

697.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; University of Malaya Medical Center; University of Malaya; Kuala Lumpur, Malaysia, **(International);** April 25th, 2017.

698.  ERAS (Enhanced Recovery After Surgery); Department of Anesthesiology and Critical Care; University of Malaya Medical Center; University of Malaya; Kuala Lumpur, Malaysia, **(International);** April 25th, 2017.

699.  Perioperative Medicine in Anesthesia, Residents Grand Rounds; Department of Anesthesiology and Critical Care; University of Malaya Medical Center; University of Malaya; Kuala Lumpur, Malaysia, **(International);** April 25th, 2017.

700.  Clinical Vignettes; Residents Grand Rounds. Department of Anesthesiology and Critical Care; University of Malaya Medical Center; University of Malaya; Kuala Lumpur, Malaysia, **(International);** April 25th, 2017.

701.  ERAS (Enhanced Recovery After Surgery); Department of Anesthesiology and Critical Care; Jaya Seberang Medical Center; UCD School of Medicine and Medical Science; Central Seberang Perai District, Penang, Malaysia, **(International);** April 26th, 2017.

702.  Perioperative Medicine in Anesthesia, Residents Grand Rounds; Department of Anesthesiology and Critical Care; Jaya Seberang Medical Center; UCD School of Medicine and Medical Science; Central Seberang Perai District, Penang, Malaysia, **(International);** April 26th, 2017.

703.  Clinical Vignettes; Residents Grand Rounds. Department of Anesthesiology and Critical Care; Jaya Seberang Medical Center; UCD School of Medicine and Medical Science; Central Seberang Perai District, Penang, Malaysia, **(International);** April 26th, 2017.

704.  ERAS (Enhanced Recovery After Surgery); Department of Anesthesiology and Critical Care; Sultanah Aminah Hospital, Johor Bharu General Hospital, Jeffrey Cheah School of Medicine and Health Sciences, Monash University, Johor Bharu, Johor, Malaysia, **(International);** April 27th, 2017.

705.  Fragile Brains: The Brain of the Elderly. Impact of Anesthetics on the Brain and the Long- Term Effects. Department of Anesthesiology and Critical Care; Sultanah Aminah Hospital, Johor Bharu General Hospital, Jeffrey Cheah School of Medicine and Health Sciences, Monash University, Johor Bharu, Johor, Malaysia, **(International);** April 27th, 2017.

**LECTURES AND GRAND ROUNDS PRESENTED** *(Continued):*

706.   Neuro Anesthesia Clinical Vignettes; Residents Grand Rounds. Department of Anesthesiology and Critical Care; Sultanah Aminah Hospital, Johor Bharu General Hospital, Jeffrey Cheah School of Medicine and Health Sciences, Monash University, Johor Bharu, Johor, Malaysia, **(International);** April 27th, 2017.

707.   ERAS (Enhanced Recovery After Surgery); Malaysian Society of Anesthesiologists and College of Anesthesiologists, AMM Annual Scientific Congress 2017, "Re-Emergence"; Pre-Congress Meeting; Johor Bharu, Johor, Malaysia, **(International);** April 27th, 2017.

708.   Impact of the Anaesthetic technique on cognitive Recovery and Outcomes; Malaysian Society of Anesthesiologists and College of Anesthesiologists, AMM Annual Scientific Congress 2017, "Re-Emergence"; Johor Bharu, Johor, Malaysia, **(International);** April 28th, 2017.

709.   ERAS (Enhanced Recovery After Surgery); Principles and Results. Have we made any progress? Malaysian Society of Anesthesiologists and College of Anesthesiologists, AMM Annual Scientific Congress 2017, "Re-Emergence"; Johor Bharu, Johor, Malaysia, **(International);** April 28th, 2017.

710.   Anesthesia Challenges for the XXI Century; United States vs. Europe; it's a different Reality? XXXIII Congreso Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapia del Dolor; SEDAR 2017; Alicante; Spain **(International);** May 4th, 2017.

711.   Vascular Dysfunction, Sequelae of Acute Hypertension: Rethinking Acute Hypertension Management, XXXIII Congreso Nacional de la Sociedad Española de Anestesiología, Reanimación y Terapia del Dolor; SEDAR 2017; Alicante; Spain **(International);** May 4th, 2017.

712.

**VISITING PROFESSOR:**

1.  Visiting Professor New York University, Department of Anesthesiology, Division of Neuroanesthesia, New York, New York, April 2nd – 4th, 2007.
2.  Visiting Professor Department of Anesthesiology, The Cleveland Clinic Health System, Department of Anesthesiology, Fairview Hospital, Cleveland, Ohio, July 10th, 2007.
3.  Visiting Professor Department of Anesthesiology University of Alabama School of Medicine, Birmingham, Alabama, September 17 – 18th, 2007
4.  Visiting Professor Department of Anesthesiology, Shadyside Hospital, University of Pittsburgh School of Medicine, UPMC, Pittsburgh, Pennsylvania, September 19th, 2007.
5.  Visiting Professor Department of Anesthesiology, Presbyterian Hospital, University of Pittsburgh School of Medicine, UPMC, Pittsburgh, Pennsylvania, September 20th, 2007.
6.  Visiting Professor Department of Anesthesiology, Western Pennsylvania Hospital, West Penn Allegheny Health System, Pittsburgh, Pennsylvania, March 18th – 19th, 2008.
7.  Visiting Professor Department of Anesthesiology, Eastern Maine Medical Center, Bangor Maine, April 28th, 2008.
8.  Visiting Professor Department of Anesthesiology, Miami University, Miller School of Medicine, Miami Florida, August 21st, 2008.
9.  Visiting Professor Department of Anesthesiology, John Strogger Cook County Hospital, Chicago, Illinois, March 5th, 2009.
10. Visiting Professor Division of Surgical Intensive Care Medicine, Washington Hospital Center, Washington DC, April 8th, 2009.
11. Visiting Professor Departments of Internal Medicine and Family Practice Cheverly, Maryland (Washington DC Area), April 9th, 2009.
12. Visiting Professor Department of Anesthesiology, Kentucky University, Lexington Kentucky, June 17th, 2009.
13. Visiting Professor Department of Medicine, Division of Neurology, Charleston Area Medical Center System, Charleston, West Virginia, July 1st, 2009
14. Visiting Professor Department of Medicine, Division of Neurology, Charleston Area Medical Center System, Charleston, West Virginia, December 16th, 2009.
15. Visiting Professor Department of Medicine, Division of Neurology, Penn State University, Milton S Hershey Medical Center, Hershey, Pennsylvania, February 19th, 2010.
16. Visiting Professor Department of Anesthesiology, Universita La Sapienza, Rome, Italy, **(International),** March 21st – 26th, 2011.
17. Visiting Professor Department of Anesthesiology, University of Antioquia, Medellin, Colombia **(International),** September 9th, 2011.
18. Visiting Professor Department of Pharmaceutical Sciences, College of Pharmacy, Nursing and Allied Sciences, North Dakota State University, Fargo, North Dakota, October 5th, 2011.
19. Visiting Professor, Division of Critical Care, Department of Medicine, West Virginia University, Morgantown, West Virginia, April 3rd, 2012.
20. Visiting Professor, Department of Anesthesiology, University of Toledo, Toledo, Ohio, May 8 – 9th, 2012.

**VISITING PROFESSOR** *(Continued):*

21. Visiting Professor, Department of Anesthesiology, Medical Sciences Campus, School of Medicine, National University of Puerto Rico (Universidad Nacional de Puerto Rico), **(International),** San Juan, Puerto Rico, July 11th, 2012.

22. Visiting Professor, Department of Anesthesiology, Faculty of Medicine Siriraj Hospital, Mahidol University. **(International),** Bangkok, Thailand, July 16th, 2012.

23. Visiting Professor, Department of Anesthesiology, Phramongkutklao Army Hospital, Pramongkul, **(International),** Bangkok, Thailand, July 17th, 2012.

24. Visiting Professor, Department of Anesthesiology, Faculty of Medicine Ramathibodi Hospital, Mahidol University **(International),** Bangkok, Thailand, July 18th, 2012.

25. Visiting Professor, Department of Anesthesiology, School of Medicine, Thammasat University Hospital, **(International),** Bangkok, Thailand, July 19th, 2012.

26. Visiting Professor, Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, July 20th, 2012.

27. Visiting Professor, Department of Anesthesiology, Okayama University Hospital, **(International),** Okayama, Japan, July 24th, 2012.

28. Visiting Professor, Department of Anesthesiology, The State University of New York, Buffalo, New York, University at Buffalo, Buffalo, New York, September 20th, 2012.

29. Visiting Professor, Department of Clinical Outcomes Research, Department of Anesthesiology, The Cleveland Clinic Foundation, Cleveland, Ohio, September 27th, 2012.

30. Visiting Professor, Department of Anesthesiology, University Hospital Germams Trias and Pujol, Institute Catalan of Health, **(International),** Barcelona, Spain, November 26th, 2012.

31. Visiting Professor, Department of Anesthesiology, University Hospital Cruces, **(International),** Bilbao, Spain, November 29th, 2012.

32. Visiting Professor, Department of Anesthesiology University Hospital Marques de Valdecilla (HUMV), **(International),** Santander, Spain, November 30th, 2012.

33. Visiting Professor, Department of Neuro Anesthesiology, AIIMS (All India Institute of Medical Sciences), Medical Research Public University **International,** New Delhi, India February 11th, 2013.

34. Visiting Professor, Department of Anesthesiology and Neurological Surgery, King Edward Memorial (KEM) University Hospital Seth Gordhandas Sunderdas Medical College (GSMC), Maharashtra University of Health Sciences, **(International),** Mumbai, India, February 13th, 2013.

35. Visiting Professor, Department of Anesthesiology, Sion Hospital, Lokmanya Tilak Hospital, Seth Gordhandas Sunderdas Medical College (GSMC), Maharashtra University of Health Sciences, **(International),** Mumbai, India February 13th, 2013.

36. Visiting Professor, Department of Anesthesiology, Christian Medical College and Hospital (CMC) Vellore University, **(International),** Vellore, India February 15th 2013.

37. Visiting Professor, Department of Anesthesiology, Pusam University Hospital at Busan, **(International)**, Busan, South Korea, April 24th, 2013.

38. Visiting Professor; Department of Anesthesiology, Detroit Receiving Hospital, Wayne State University, Detroit, Michigan, May 15th, 2013.

**VISITING PROFESSOR** *(Continued)*:

39. Visiting Professor; Department of Anesthesiology, **(International)**, San Jose Hospital, University Foundation for the Health Sciences Bogota DC, Bogota, Colombia, June 17th, 2013.
40. Visiting Professor; Department of Anesthesiology, **(International)**, Central Military Hospital, Military University Nueva Granada, June 17th, 2013.
41. Visiting Professor; Department of Anesthesiology, **(International)**, La Foscal Clinic; Autonomy University of Bucaramanga, Bucaramanga, Colombia, June 18th, 2013.
42. Visiting Professor; Department of Anesthesiology, **(International)**, San Rafael University Hospital, San Rafael University, Bogota, Colombia, June 20th, 2013.
43. Visiting Professor; Department of Anesthesiology, **(International)**, North General Clinic, Atlantic University, Barranquilla, Colombia, June 21st, 2013.
44. Visiting Professor; Department of Anesthesiology, **(International)**, Porto Azul Clinic, Metropolitan University Of Barranquilla, Barranquilla, Colombia, June 21st, 2013.
45. Visiting Professor; Departments of Anesthesiology and Neurological Surgery; Henry Ford Health System; Detroit Michigan, July 24th, 2013.
46. Visiting Professor; Department of Anesthesiology; UMDNJ (University of Medicine and Dentistry at New Jersey; Rutgers University; Newark, NJ; September 3rd and 4th 2013.
47. Visiting Professor; Department of Anesthesiology; Tucson Medical Center; University of Arizona at Tucson; Tucson AZ; September 18th 2013.
48. Visiting Professor; Department of Anesthesiology; All India Institute of Medical Sciences (AIIMS), **(International)**, New Delhi; India; October 19th 2013.
49. Visiting Professor; Department of Anesthesiology, Govind Ballabh Pant Hospital (GB Pant Hospital), Government of NCT; Faculty of Medical Sciences; University of Delhi; **(International)**, New Delhi, India October 21st 2013.
50. Visiting Professor; Department of Anesthesiology, Sion Hospital; Lokmanya Tilak Municipal General Hospital and Lokmanya Tilak Municipal Medical College, Sion Mumbai **(International)**, Mumbai, India October 24th 2013.
51. Annual Visiting Professorship; Department of Anesthesiology; Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International)**, Khon Kaen, Thailand, March 6th to 17th 2014.
52. Department of Anesthesiology; San Vicente de Paul Hospital; Foundation San Vicente; Universidad de Antioquia; **(International)**, Medellin, Colombia, November 5th 2014.
53. Visiting Professor, Department of Anesthesiology, University Hospital Cruces, Kurutzetako Unibersidade Ospitalia, **(International)**, Bilbao, Spain, October 19th, 2014.
54. Visiting Professor, Faculty of Medicine and Department of Anesthesiology, Chiang Mai University; **(International)**, Chian Mai; Thailand January 21st to 31st 2015.
55. Visiting Professor, Department of Anesthesiology, Brigham and Women's Hospital, Boston, MA, February 3rd and 4th, 2015.
56. Visiting Professor, Department of Anesthesiology and Neuroanesthesiology; The National Institute of Mental Health and Neurosciences (NIMHANS), Deemed University, Bangalore, India; **(International)**; February 9th 2015.
57. Visiting Professor, Department of Anesthesiology; St. Thomas Hospital; National University of Panamá; Panama; Panama **(International)**; August 20th 2015.

**VISITING PROFESSOR** *(Continued):*

58. Visiting Professor, Department of Anesthesiology (General), AIIMS (All India Institute of Medical Sciences); New Delhi; New Delhi; India **(International);** October 1st 2015.

59. Visiting Professor, Department of Anesthesiology; The Institute of Post-Graduate Medical Education and Research and Seth Sukhlal Karnani Memorial Hospital, P G Hospital or SSKM Hospital, Kolkata; India (International); February 4th 2016.

60. Visiting Professor, Department of Anesthesiology; General Surgery and Critical Care; St. Luke's University Hospital; Temple University; Betlemhem PA; March 2nd 2016.

61. Visiting Professor, Department of Anesthesiology Gran Canaria Doctor Negrin University Hospital (Hospital Universitari); Las Palmas de Gran Canarias; Las Palmas; Islas Canarias; Spain; **(International);** March 9th, 2016.

62. Visiting Professor, Department of Anesthesiology; Jackson Memorial Hospital; Miller School of Medicine, University of Miami; Miami, FL; March 17th, 2016.

63. Visiting Professor, Department of Anesthesiology and Critical Care; Fortis Hospital Mohali; Chandigarh; India; **(International);** May 2nd, 2016.

64. Visiting Professor, Department of Anesthesiology and Neuroanesthesiology; Postgraduate Institute of Medical Education and Research, PGI University Hospital Chandigarh; India; **(International);** May 3rd, 2016.

65. Visiting Professor, Department of Anesthesiology and Neuroanesthesiology; Sanjay Gandhi Post Graduate Institute of Medical Sciences (SGPGI) University Hospital, Chowk, Lucknow; U.P. India; **(International);** May 4th, 2016.

66. Visiting Professor, Department of Anesthesiology and Neuroanesthesiology; King George's Medical University Hospital (KGMU), Chowk, Lucknow; U.P. India; **(International);** May 5th, 2016.

67. Visiting Professor, Department of Anesthesiology and Critical Care; The University of Mississippi Medical Center, Jackson, MS; June 15th, 2016.

68. Visiting Professor, Meenakshi Mission Hospital & Research Centre, Madurai, India **(International);** October 7th 2016.

69. Visiting Professor, Government Rajaji Hospital, Madurai, Tamil Nandu, India **(International);** October 8th 2016.

70. Visiting Professor, Department of Anesthesiology University of Louisville; Louisville Kentucky; January 19th 2017.

71. Visiting Professor, Department of Anesthesiology and Critical Care; St. Luke's International University Hospital; Tokyo, Japan, **(International);** February 9th, 2017

72. Visiting Professor, Department of Anesthesiology and Critical Care; Tama Metropolitan Medical Center, Teikyo University School of Medicine, Tokyo, Japan, **(International);** April 19th, 2017.

73. Visiting Professor, Department of Anesthesiology and Critical Care; University of Malaya Medical Center; University of Malaya; Kuala Lumpur, Malaysia, **(International);** April 25th, 2017.

74. Visiting Professor, Department of Anesthesiology and Critical Care; Jaya Seberang Medical Center; UCD School of Medicine and Medical Science; Central Seberang Perai District, Penang, Malaysia, **(International);** April 26th, 2017.

.

Case 1:20-cv-00145-AKB   Document 55-7   Filed 05/19/21   Page 104 of 192

**VISITING PROFESSOR** *(Continued):*

75.     Department of Anesthesiology and Critical Care; Sultanah Aminah Hospital, Johor Bharu General Hospital, Jeffrey Cheah School of Medicine and Health Sciences, Monash University, Johor Bharu, Malaysia, **(International);** April 27th, 2017.

## HONORED GUEST:

1.  Honored Guest of the Dean of the School of Medicine of the University of Antioquia, (Elmer de Jesus Gaviria Rivera MD), Medellin, Colombia **(International),** September 9th, 2011.
2.  Honored Guest of the Chief Medical Officer of All India Institute of Medical Sciences (AIIMS), (M C Misra MD) **(International)**, New Delhi; India; October 19th 2013.
3.  Honored Guest of the Associate Dean for International Relationships and Cooperation Strategies; (Supat Sinawat; MD, MSc, FRTCOG, FICS), Faculty of Medicine; Khon Kaen University, Khon Kaen, Thailand **(International),** March 14th 2014.
4.  Honored Guest of the Dean of the Faculty of Medicine (Watana Navacharoen, MD), and Assoicate Dean of Accademic Affairs (Nuthapong Ukarapol, MD) Chiang Mai University; **(International),** Chian Mai; Thailand January 26th 2015.
5.  Honored Guest of the Chancellor of King George's Medical University (Prof. Dr. Ravi Kant FRCS Engl, FRCS Edin, FRCS Glasg, FRCS Irel, FAMS MS, DNB FACS, FICS, FAIS; "Padma Shri") King George's Medical University (KGMU), Chowk, Lucknow; U.P. India; **(International);** May 5th 2016.

## INTERNATIONAL HONORARY PROFESSORSHIP APPOITMENT:

1.  Honorary Professorship (Hony Professor); Department of Anesthesiology, Institute of Medical Sciences, Banaras Hindu University, **(International),** Varanasi, India, 2014-Present.
2.  Professor Honoris Causa; School of Medicine of the University of Antioquia, **(International),** Medellin, Colombia, 2015-Present.
3.  Professor Honoris Causa; King George's Medical University (KGMU), Chowk, Lucknow; U.P. India; **(International);** 2016-Present..

## ANNUAL VISITING PROFESSORSHIP:

1.  Annual Visiting Professorship; Department of Anesthesiology; Department of Anesthesiology, Faculty of Medicine Khon Kaen University, Srinagarind Hospital. The Queen Sirikit Heart Center, Srinakarin, **(International),** Khon Kaen, Thailand, March 6th to 17th 2014.
2.  Annual Visiting Professor, Faculty of Medicine and Department of Anesthesiology, Chiang Mai University; **(International),** Chian Mai; Thailand January 21st to 31st 2015.

.

## MAJOR CLINICAL TRIAL DESIGN:

1. Levine J, **Bergese SD**, Provencio J, Sumeray M and The Medicines Company Study Group; The Medicines Company Protocol TMC-CLV-07-01. A Phase II, Clevidipine Effect on Intracranial Pressure for Patients with Hypertension and Hemorrhagic Stroke. May – September 2007.
2. Graffagnino C, **Bergese SD,** Sumeray M and The Medicines Company Study Group; The Medicines Company Protocol TMC-CLV-07-02. A Phase II, The Evaluation of Patients with Acute Hypertension and Intracerebral Hemorrhage with Intravenous Clevidipine Treatment. (ACCELERATE). July – October 2007.
3. **Bergese SD**, Krohn R: **Precision GA** A Prospective, Randomized, Double-Blinded Study Assessing Indices of SNAP™ II vs. VISTA™ during Abdominal Surgery under General Anesthesia, March – April 2008.
4. **Bergese SD**, Stoicea N, Soghomonyan S, Saager L,Sessler D, Perioperative Risk Factors for Postoperative Respiratory Complications in Patients at Risk for Obstructive Sleep Apnea, June –  September 2013.

## MAJOR CLINICAL TRIAL STEERING COMMITTEE MEMBER:

1. **Bergese SD,** Cohen L (Chair),Candiotti K, Gan TJ, Hsuan A, Mergener K, Vargo J. E2083-A001-406, A Double-blind, Randomized, Multicenter, Dose-ranging Study to Evaluate the Safety and Efficacy of LUSEDRA® (Fospropofol disodium) as an Intravenous Sedative for Diagnostic or Therapeutic Colonoscopy in Adult Special Populations.
2. **Bergese SD,** Candiotti K, Onel E, EXPAREL™, A Multi-Vesicular Liposomal Extended-Release Bupivacaine.
3. **Bergese SD**, Gan TJ, Whitman SL, Efficacy of Intravenous Ibuprofen Compared to Intravenous Ketolorac for Pain Control Following Arthroscopic Knee Surgery.
4. **Bergese SD**, Whitman SL, A Multicenter, Open Label Surveillance Trial to Evaluate the Safety and Eficacy of a Shorten Infusion Time of IV Ibuprofen.

## NATIONAL GUIDELINES (CONSENSUS STATEMENTS):

1. Talke P; Sharma D; Heyer E; **Bergese SD.** SNACC (Society of Neuroscience in Anesthesiology and Critical Care) Expert Consensus Statement: Anesthetic Management of Endovascular Treatment of Acute Ischemic Stroke. www.snacc.org
2. Gan TJ, Diemunsch P, Habib, AS, Kovac A, Kranke P, Meyer T, Watcha M, Chung F, Angus S, Apfel CC, **Bergese SD,** Candiotti K, Chan M, Davis PJ, Hooper V, Lagoo S, Myles P, Nezat G, Philip B, Tramèr MR. Consensus Guidelines for the Management of Postoperative Nausea and Vomiting; SAMBA (Society for Ambulatory Anesthesia).

**PUBLICATIONS:**

1.  **Bergese, S.D.**, Ballarino, G., Del Pino, P., Melappioni, C., Villagra, G. Public Health Assessment in the town of Yocsina (Provincia de Cordoba). A Direct Interview and Evaluation of the State of Health of the Population of Yocsina. *Publicacion de la Universidad Nacional de Córdoba, Volumen Segundo Cuarto (2/4),* 1986.

2.  **Bergese, S.D.**, Cotaimich, H., Barrionuevo, P. Blood Bank Project, a new Strategy for Blood Transfusion. *Publicacion del Policlinico de la Policia de Cordoba*, Volumen 1 No. 1, Julio 1987.

3.  **Bergese, S.D.**, Luna J.A., Castro-Pizarro, R.G., Campo, W.D. Gil, O.A., Martini, R.B. Colonic Vascular Malformations, A Case Report. *Revista Argentina de Cirujia* Volumen 69 No. 1, Julio – Agosto, 1989.

4.  **Bergese, S.D.**, Schneider, A., Castro-Pizarro, R.G., Traverso, R.A., Gil, O.A., Martini, R.B. Gastricvolvulus in the Retrocostoxifoid Hernia Region. *Revista Argentina de Cirugía* Volumen 70 No.3, Marzo – Abril, 1990.

5.  **Bergese, S.D.**, Pelletier, R.P., Ohye, R.G., Vallera, D.A., Orosz, C.G. Treatment of Mice with Anti-CD3 mAb Induces Endothelial Vascular Cell Adhesion Molecule-1 Expression. *Transplantation* Volume 57, Issue 5, Pages 711-717, March 1994. [MedLine 94188948]

6.  Orosz, C.G., **Bergese, S.D.**, Huang, E.H., VanBuskirk, A.M. Immunologic Characterization of Murine Cardiac Allograft Recipients with Long-Term Graft Survival Due to Anti-VCAM-1 Monoclonal Antibody Therapy. *Transpantation Proceedings* Volume 27, Issue 1, Pages 387-388, February 1995. [MedLine 95184669]

7.  **Bergese, S.D.**, Pelletier, R.P., Ferguson, R.M., Orosz, C.G. Graft Endothelial VCAM-1 Is Not Necessary for Acute Cardiac Allograft Rejection in Mice. *Transplantation Proeedings* Volume 27, Issue 1, Pages 480-481, February 1995. [MedLine 95184710]

8.  **Bergese SD**, Pelletier RP, Vallera D, Widmer M, Orosz CG. Regulation of Endothelial VCAM-1 Expression in Murine Cardiac Grafts: 1. Roles for TNF and IL4. *American Journal of Pathology*, Volume 146, Issue 4, Pages 989-998, April 1995. [MedLine 95233507]

9.  **Bergese SD**, Huang EH, Pelletier RP, Widmer MB, Ferguson RM, Orosz CG. Regulation of Endothelial VCAM-1 Expression in Murine Cardiac Grafts. Expression of Allograft Endothelial VCAM-1 Can Be Manipulated with Antagonist of IFNα or IL4 and Is Not Required for Allograft Rejection. *American Journal of Pathology*, Volume 147, Issue, Pages 166-175, July 1995. [MedLine 95328612]

10. Dahmen U, **Bergese SD**, Qian S, Pelletier RP, Wu H, Sedmak DD, Fung JJ, Orosz CG. Patterns of Inflammatory Vascular Endothelial Changes in Murine Liver Grafts. *Transplantation*, Volume 60, Issue 6, Pages 577-584, September 1995. [MedLine 96032953]

11. Orosz CG, Wakely E, **Bergese SD**, VanBuskirk AM, Ferguson RM, Mullet D, Apseloff G, Gerber N. Prevention of Murine Cardiac Allograft Rejection with Gallium Nitrate. Comparison with Anti-CD4 Monoclonal Antibody. *Transplantation,* Volume 61, Issue 5, Pages 783-791, March 1996. [MedLine 96179056]

12. **Bergese SD**, Klenotic SM, Wakely ME, Sedmak DD, Orosz CG. Apoptosis in Murine Cardiac Grafts. *Transplantation*, Volume 63, Issue 2, Pages 320-32, January 1997. [MedLine 97172254]

**PUBLICATIONS** *(Continued)*:

13.  Orosz CG, **Bergese SD**, Wakely ME, Xia D, Gordillo GM, VanBurskirk AM. Acute Versus Chronic Graft Rejection: Related Manifestations of Allosensitization in Graft Recipients. *Transplantation Reviews*, Volume 11, Pages 38-50, January 1997. [MedLine (non-indexed year)]

14.  Orosz CG, Wakely E, Sedmak DD, **Bergese SD**, VanBuskirk AM. Prolonged murine Cardiac Allograft Acceptance: Characteristics of Persistent Active Alloimmunity After Treatment with Gallium Nitrate Versus Anti-CD4 Monoclonal Antibody. *Transplantation* Volume 63, Issue 8, Pages 1109-1117, April 1997. [MedLine 97278895]

15.  Orosz CG, Huang EH, **Bergese SD**, Sedmak DD, Birmingham DJ, Ohye RG, VanBuskirk AM. Prevention of Acute Murine Cardiac Allograft Rejection: Anti-CD4 or Anti-Vascular Cell Adhesion Molecule One Monoclonal Antibodies Block Acute Rejection but Permit Persistent Graft-Reactive Alloimmunity and Chronic Tissue Remodeling. *Journal of Heart and Lung Transplantation*, Volume 16, Issue 9, Pages 889-904, September 1997. [MedLine 97463354]

16.  Kolattukudy PE, Quach T, **Bergese SD**, Breckenridge S, Hensley J, Altschuld R, Gordillo G, Klenotic S, Orosz C, Parker-Thornburg J. Myocarditis Induced by Targeted Expression of the MCP-1 Gene in Murine Cardiac Muscle. *American Journal of Pathology,* Volume 152, Issue 1, Pages 101-111, January 1998. [MedLine 98082991]

17.  Gordillo GM, Xia D, Mullins A, **Bergese SD**, Orosz CG. Gene Therapy in Transplantation: Pathological Consequences of Unavoidable Plasmid Contamination with Lipopolysaccharide. Transplant Immunology, Volume 7, Issue 2, Pages 83-94, June 1999. [MedLine 20011673]

18.  Wheatley GH, **Bergese SD**, Nuovo G, Steinberg S. Retroperitoneal Liposarcoma Presenting as an Incarcerated Inguinal Hernia. *Surgical Rounds*, Pages 506-511, October 2001.

19.  B Hachwa, M Walker, R Dalton, M A Gerhardt, **Bergese SD**, Giant Cerebral Aneurysm Clipping in Combination with CABG, *Anesthesia and Analgesia*, Volume 104, Issue 1, Pages 220-221, January 2007.

20.  **Bergese SD,** Khabiri B, Roberts W, Gerhardt M, McSweeney T, Howie MB, Use of Dexmedetomidine for Sedation in Difficult Awake Fiberoptic Intubation Cases, *Journal of Clinical Anesthesia*, Volume 19, Issue 2, Pages 141-144, March 2007.

21.  Baig MN, Immesoete P, Lubow M, **Bergese SD,** Elsayed-Awad H, Mendel E. Visual Loss After Spine Surgery: A Review of Literature, *Neurosurgical Focus, Journal of Neurosurgery,* Volume 23 Issue 5:15, Pages 1-9, November 2007.

22.  Dzwonczyk R, Fujii J, Simonetti O, Nieves-Ramos R, **Bergese SD,** Electrical Noise in the Intraoperative MRI (Magnetic Resonance Imagining) Setting Monitor. *Journal of Anesthesia and Analgesia,* Volume 108, Number 1, Pages 181-18, January 2009.

23.  Hirschl RA., Wilson J, Miller B., **Bergese SD.**, E.A Chiocca, The Predictive Value of Residual Tumor Detection for a Low-Field Strength Intraoperative MRI. *Journal of Neurosurgery,* Volume 10.3171/2008.9.JNS08729 Pages 1-7, January 2009.

.

**PUBLICATIONS** *(Continued)*:

24. Barua E, Johnston J, Dzwonczyk R, Chiocca EA, **Bergese SD,** Anesthesia for Brain Tumors under Intraoperative Magnetic Resonance Imaging (iMRI) with the Polestar N-20, Experience and Challenges. *Journal of Clinical Anesthesia,* Volume 2, Issue 5, Pages 371-376, October 2009.

25. Howie M, Del Río C, Khan F, Lopez L, Dzwonczyk R, **Bergese SD**. A Secure and Expandable Electronic Patient Record System Using Web-based Technology. *Ibnosina Journal of Medicine and Biomedical Sciences,* Volume 1, Issue 3, Pages 73-79, December 2009.

26. Candiotti K, Bokesch P, Bekker A, **Bergese SD.** Monitored Anesthesia Care with Dexmedetomidine: A Prospective, Randomized, Double-Blind, Multicenter Trial. *Anesthesia and Analgesia,* Volume 110, Issue 1, Pages 47-56, January 2010.

27. **Bergese SD,** Bender SP, McSweeney TD, Dzwonczyk R , Fernandez S, Sage K, A Comparative Study of Dexmedetomidine with Midazolam and Midazolam Alone for Sedation During Elective Awake Fiberoptic Intubation. *Journal of Clinical Anesthesia,* Volume 22, Issue 1, Pages 34-40, February 2010.

28. **Bergese SD,** Puente EG, "Clevidipine Butyrate: a promising new drug for the management of acute hypertension." *Expert Opinion on Pharmacotherapy,* Volume 11, Issue 2, Pages 281-95, DOI: /abs/10.1517/ 14656560903499293, February 2010.

29. Sweitzer BJ, Vigoda M, Milokjic N; Boedeker B, Robinson; Pilla MA; Gaiser R, Edwards AF; Olson RP, Caldwell MD; Beaman ST; Green JF; Ehrenfeld JM, Wakefield ML; Kalra P; Feinstein DM; Richman DC; Van Norman G; Loyd, GM; Kranner PW; Dubin S; Eappen S; **Bergese SD;** Karan S; Rowbottom JR; and Candiotti KC; Residents' Knowledge of ACC/AHA Guidelines for Preoperative Cardiac Evaluation Is Limited. *Cleveland Clinic Journal of Medicine,* Volume 77, E-Suppl 1, Pages 11-12, March 2010.

30. Dzwonczyk R, Puente E, Weaver T, **Bergese SD.**, Postoperative nausea and vomiting prophylaxis from the economic point of view. *American Journal of Therapeutics*, Pages 1536-3686, July 2010.

31. Hrelec C, Puente E, **Bergese SD,** Dzwonczyk R. SNAP II versus BIS VISTA monitors comparison during general anesthesia. *Journal of Clinical Monitoring and Computing,* Volume 24, Number 4, Pages 1387-1307, August 2010.

32. **Bergese SD**, Candiotti K, Zura A, Bokesch P, Bekker A, A Phase IIIb, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Safety and Efficacy of Dexmedetomidine Used for Sedation During Elective Awake Fiberoptic Intubation. *American Journal of Therapeutics,* Volume 17, Issue 6, Pages 586-95, November-December 2010.

33. Candiotti K, **Bergese SD,** Ferber L, Singla S, Viscusi E, Royal M, Singla N. Safety of Multiple-Dose Intravenous Acetaminophen in Adult Inpatients. *Pain Medicine,* Volume 11, Issue 12, Pages 1841-1848, December 2010.

34. Graffagnino C, **Bergese SD**, Love J, Schneider D, Lazaridis C, LaPointe M, Kiwon Lee, Lynch G, Ming-yi Hu, Williams GC. Assessment of Cerebral Perfusion Pressure (CPP) and Intracranial Pressure (ICP) in Patients with Acute Intracerebral Hemorrhage (ICH) Receiving Aggressive Blood Pressure Management with Clevidipine: An Analysis from the ACCELERATE Trial (A Single-arm, Open-label Study of Clevidipine). NEUROCRITICAL CARE; Humana Press; 1556-0961; 13; 59; 2010.

**PUBLICATIONS** *(Continued)*:

35.  Peruzzi P, Puente E, **Bergese SD**, Chiocca EA. Intraoperative MRI (ioMRI) in the Setting of Awake Craniotomies for Suptratentorial Glioma Resection. *Acta Neurochirurgica Supplement,* Volume 109, Pages 43-8, 2011.

36.  Peruzzi P, **Bergese SD**, Puente E, Viloria A, Chiocca E. A Retrospective, Cohort-Matched Comparison of Conscious Sedation Versus General Anesthesia for Supratentorial Glioma Resection. *Journal of Neurosurgery*, Volume 114, Issue 3, Pages 633-9, March 2011.

37.  Gan T, Gu J, Singla N, Chunf F, Pearman M, **Bergese SD**, Habib A, Candiotti K, Cantillion M, Huyck S, Creed M. Rolapitant for the Prevention of Postoperative Nausea and Vomiting A Prospective, Double-blinded, Placebo-controlled Randomized Trial. *Anesthesia and Analgesia,* Volume 112, Pages 804-812, April 2011.

38.  Bilotta F, Doronzio A, Stazi E, Titi L, Cianchi A, Zeppa I. O., Rosa G, Paoloni F. P., Abramowicz EA, Spinelli A, Ayrian E, Zelman V, Lumb P, **Bergese SD**, Asouhidou I, Ioannou P and Delphin E. Early postoperative cognitive dysfunction and postoperative delirium after anaesthesia with various hypnotics: a double blind, prospective, randomized, controlled clinical trial - The PINOCCHIO trial. *Trials,* Volume 12, Page 170, doi:10.1186/1745-6215-12-170**,** July 2011.

39.  Skordilis M, Rich N, Viloria A, Dimitrova G, **Bergese SD,** and Dzwonczyk R Electroencephalogram Response of Patients Undergoing Carotid Endarterectomy: A Pilot Study, *Annals of Vascular Surgery,* Volume 25, Pages 909-912, DOI: 10.1016, October 2011.

40.  Makary M, Chiocca E, Erminy N, Antor M, **Bergese SD**, Abdel-Rasoul M, Fernandez S, Dzwonczyk R, Clinical and Economic Outcomes of Low-Field Intraoperative MRI-Guided Tumor Resection Neurosurgery. *Journal of Magnetic Resonance Imaging (JMRI),* Volume 34, Pages 1022–1030, November 2011.

41.  **Bergese SD**, Onel E, Portillo J, Evaluation of DepoFoam bupivacaine for the treatment of postsurgical pain, *Journal of Pain Management,* Volume 1, Issue 16, Pages 539-54, November 2011.

42.  Smoot JD, **Bergese SD**, Onel E, Williams HT, Hedden W, The Efficacy and Safety of DepoFoam® Bupivacaine in Patients Undergoing Bilateral, Cosmetic, Submuscular Augmentation Mammoplasty: A Randomized, Double-Blind, Active-Control Study. *Aesthetic Surgery Journal,* Volume 32, Issue 1, Pages 69-76. doi: 10.1177/1090820X11430831, January 2012.

43.  **Bergese SD**, Ermini N, Antor MA, Uribe AA, Puente EG, Triple Therapy with Palonosetron, Dexamethasone and Promethazine for Prevention of Post Operative Nausea and Vomiting in High-Risk Patients Undergoing Neurological Surgery and General Anesthesia. *Journal of Clinical Trials,* Volume 2, Page 2, 100010, March 2012.

44.  **Bergese SD**, Onel E, Morganroth J, DepoFoam Bupivacaine Exhibits a Favorable Cardiac Safety Profile. *Regional Anesthesia and Pain Management,* Volume 37, Pages 145-15, March/April 2012.

45.  **Bergese SD**, Ramamoorthy S, Patou G, Bramlett K, MD and Gorfine S R, Candiotti KA, The Efficacy Profile of Liposome Bupivacaine: A Novel Formulation of Bupivacaine for Postsurgical Analgesia. *Journal of Pain Research,* Volume 2012, Issue 5, Pages 107-116, May 2012.

**PUBLICATIONS** *(Continued)*:

46. Tulman D, Stawicki S, Papadimos TJ, Murphy CV, **Bergese SD**, Advances in Management of Acute Hypertension, "A Concise Review". *Journal of Discovery Medicine, Johns Hopkins Medicine.* Volume 13, Number 72, May 2012.

47. Uribe A, Mirza B, Puente E, Viloria A, Mendel E , **Bergese SD**. Current Intraoperative Devices to Reduce Visual Loss after Spine Surgery. *Neurosurgery Focus.* Volume 33, Issue 2, E14, August 2012.

48. Antor MA, Puente EG, Portillo JG, Uribe AA, **Bergese SD**, Triple Therapy with Scopolamine, Ondansetron and Dexamethasone for Prevention of Post Operative Nausea and Vomiting in High Risk Patients Undergoing Neurological Surgery and General Anesthesia. *Journal of Clinical Trials,* Volume 2, Page 2, 1000108, 2012.

49. **Bergese SD**, Viloria A, Uribe AA, Antor MA, Fernandez S, Aprepitant Versus Ondansetron in Preoperative Triple-Therapy Treatment of Nausea and Vomiting in Neurosurgery Patients: Study Protocol for a Randomized, Controlled trial. *Trials,* Volume 13, Page 130, DOI: 10.1186/1745-6215-13-130, September 2012.

50. Dimitrova G, Tulman D, **Bergese SD**, Perioperative Management of Antiplatelet Therapy in Patients with Drug-Eluting Stents. *HSR Proceedings in Intensive Care and Cardiovascular Anesthesia,* Volume 4, Issue 3, Pages 153-167, 2012.

51. Tobias JD, Tulman DB, **Bergese SD**. Clevidipine for Perioperative Blood Pressure Control in Infants and Children. *Pharmaceuticals,* Volume 6, Pages 70-84; doi:10.3390/ph6010070, 2013.

52. Thongrong C, Kasemsiri P, Carrau R, **Bergese SD,** Minimizing Intraoperative Bleeding in Endoscopic Endonasal Surgery: Current Concepts to Improve Control of the Surgical Field, *ISRN Surgery,* Volume 2013, Article ID 191543, 11 pages, doi:10.1155/2013/191543, 2013.

53. Thongrong C, Kasemsiri P, Hofmann JP, **Bergese SD**, Papadimos TJ, Gracias VH, Adolph MD, Stawicki SPA. Amniotic Fluid Embolism, *International Journal of Critical Illness and Injury Science,* Volume 3, Issue 1, Pages 51-57, January-March 2013.

54. Stawicki SP, Firstenberg MS, Lyaker MR, Russell SB, Evans DC, **Bergese SD**, Papadimos TJ, Septic Embolism in the Intensive Care Unit, *International Journal of Critical Illness and Injury Science,* Volume 3, Issue 1, Pages 58-63,  January-March 2013.

55. Thongrong C, Kong N, Govindarajan B, Mendel E, **Bergese SD,** Current Purpose and Practice of Hypertonic Saline for Neurosurgery: A Review of the Literature, *World Neurosurgery,* pii: S1878-8750(13)00292-1. DOI: 10.1016/j.wneu.2013.02.027, February 2013.

56. **Bergese SD,** Dalal P, Vandse R, Satlin A, Lin Z, Candiotti K, Cohen L, Gan TJ: A double-blind, randomized, multicenter, dose-ranging study to evaluate the safety and efficacy of fospropofol disodium as an intravenous sedative for colonoscopy in high-risk populations. *American Journal of Therapeutics;* 2013 Mar-Apr;20(2):163-71

57. Hassanain H, Hassona MD, Puente EG, C Sun, Z Abouelnaga, Tulman D, **Bergese SD**, In Vitro Assessment of Clevidipine Using the Profilin1 Hypertensive Mouse Model. *Pharmaceuticals*, Volume 6, Issue 5, Pages 623-633; doi:10.3390/ph6050623, April 2013.

**PUBLICATIONS** *(Continued):*

58. Dalal PP, Otey AJ, McGonagle EA, Whitmill ML, Levine AJ, McKimmie RL, Thomas AC, Cook CH, Papadimos TJ, Reilley TE, **Bergese SD,** Steinberg SM, Stawicki SP, Evans DC, Intentional Foreign Object Ingestions: Need for Endoscopy and Surgery. *Journal of Surgical Research,* DOI*:* pii: S0022-4804(13)00447-2. 10.1016/j.jss.2013.04.078. PMID: 2372623, May 2013.

59. **Bergese SD**, Minkowitz H, Arpino P, Sane D, Levy J. Multi-Center Trial of Desirudin for the Prophylaxis of Thrombosis: an Alternative to Heparin-Based Anticoagulation (DESIR-ABLE). *Clinical and Applied Thrombosis/Hemostasis,* Volume 19, Issue 4, Pages 418-23, DOI: 10.1177/1076029612452779, July 2013.

60. Tulman DB, **Bergese SD**, Huffman L, Fowler JM, O'Malley DM, Salani R, Eisenhauer EL, Copeland LJ, Cohn DE. Prospective Evaluation of Postoperative Pain and Quality of Recovery in Patients Undergoing Robotic vs. Laparotomy for Staging of Endometrial Cancer. *Gynecologic Oncology Journal*, Volume 130, Issue 1, July 2013.

61. Pappada SM, Cameron BD, Tulman DB, Bourey RE, Borst MJ, Olorunto W; **Bergese SD**, Evans DC, Stawicki SP; Papadimos TJ. Evaluation of a Model for Glycemic Prediction in Critically Ill Surgical Patients. *PLoS ONE Journal; 8(7): e69475. doi:10.1371/journal.pone.0069475, July 2013*

62. Tobias JD, Tulman DB, **Bergese SD**. Dexmedetomidine: Applications During Fiberoptic Tracheal Intubation of the Patient with a Difficult Airway. *Journal of ICU Director,* September 2013 4: 232-241, doi:10.1177/1944451613499369

63. Graffagnino C, **Bergese SD**, Love J, Schneider D, Lazaridis C, LaPointe M, Kiwon Lee, Lynch G, Ming-yi Hu, Williams GC. Clevidipine Rapidly and Safely Reduces Blood Pressure in Acute Intracerebral Hemorrhage; The ACCELERATE Trial. *Journal of Cerebrovasc Dis October 2013;36:173-180 (DOI: 10.1159/000351149).*

64. Kurnutala L; Sandhu G; Vandse R; Soghomonyan S; **Bergese SD**, Innovative Approaches to the Management of Acute Arterial Hypertension – Clevidipine Butyrate. *International Journal of Anesthesiology & Research (IJAR). December 2013, 1:401.*

65. Bilotta F, Werner S, **Bergese SD**, Rosa G**.** Impact and Implementation of Simulation-Based Training for Safety. *The Scientific World JournalVolume 2013 (2013), Article ID 652956, 6 pageshttp://dx.doi.org/10.1155/2013/652956*

66. James IA; Moukalled A; Yu E; Tullman D; **Bergese SD**, Jones C;  Stawicki SPA; Evans DC; A systematic review on the need of MRI for the clearance of cervical spine injury in the obtunded blunt trauma patient after a normal cervical spine CT *J Emerg Trauma Shock 2014;7:251-5*

67. Gan TJ, Diemunsch P, Habib, AS, Kovac A, Kranke P, Meyer T, Watcha M, Chung F, Angus S, Apfel CC, **Bergese SD,** Candiotti K, Chan M, Davis PJ, Hooper V, Lagoo S, Myles P, Nezat G, Philip B, Tramèr MR. SAMBA Consensus Guidelines for the Management of Postoperative Nausea and Vomiting. *Anesthesia and Analgesia, January 2014 • Volume 118 • Number 1.*

**PUBLICATIONS** *(Continued):*

68. Stoicea N; Ellis T; Moran K; Ackermann W; Reyes E; Wilson T; Quevedo E; **Bergese SD**, Perioperative Outcome of Dyssomnia Patients with Chronic Methylphenidate Use. *Journal of Investigative Medicine; American Federation for Medical Research; DOI 10.1177/2324709614521398. January 2014*

69. Soghomonyan S; Joshi GP; Portillo J; Quevedo Reyes J; **Bergese SD.** Controversies in Management of Perioperative Arterial Hypertension in Noncardiac Surgery. *Journal of Cardiovascular Disease. ISSN: 2330-4596 (Print) / 2330-460X (Online) Vol. 2 No. 1 January 2014*

70. Apfel CC, Souza K, Portillo J, Dalal P, **Bergese SD**. Patient Satisfaction with Intravenous Acetaminophen: A Pooled Analysis of Five, Randomized, Placebo-controlled Studies in the Acute Post-Operative Setting. *Journal for Healthcare Quality, 16 JAN 2014 DOI: 10.1111/jhq.12062*

71. Garg A; Kurz A; Sessler D; et al; **Bergese SD**, et al; Devereaux, P.J.; Aspirin and clonidine in non-cardiac surgery: Acute kidney injury substudy protocol of the POISE 2 randomised controlled trial. *BMJ (British Medical Journal) BMJ Open 2014 25;4(2):e004886. February 2014.*

72. Portillo J, Kamar N; Melibary S, Quevedo E, **Bergese SD**, Safety of Liposome Extended-Release Bupivacaine for Postoperative Pain Control. *Journal of Frontiers Pharmacology; doi: 10.3389/fphar.2014.00090, 2014; 5: 90, March 2014*

73. Talke P; Sharma D; Heyer E; **Bergese SD;** Blackham KA; Stevens RD. SNACC (Society of Neuroscience in Anesthesiology and Critical Care) Expert Consensus Statement: Anesthetic Management of Endovascular Treatment of Acute Ischemic Stroke; *Journal of Neurosurgical Anesthesia; April 2014 - Volume 26 - Issue 2 - p 95-108doi: 10.1097/ANA.0000000000000042.*

74. Stoicea N, McVicker S, Quinones A, Agbenyefia P, **Bergese SD,** Delirium – Biomarkers and Genetic Variance; *Journal of Frontiers Pharmacology; Cardiovascular and Smooth Muscle Pharmacology. Front. Pharmacol. | doi: 10.3389/fphar.2014.00075, April 2014*

75. Soghomonyan S, Moran K, Sandhu GS, **Bergese SD**. Anesthesia and Evoked Responses in Neurosurgery, *Journal of Frontiers in Pharmacology. Front. Pharmacol., 14 April 2014 | doi: 10.3389/fphar.2014.00074*

76. Antor AA, Uribe AA, Ermini-Falcon N, Werner JG, Candiotti KA, Pergolizzi JV, **Bergese SD.** The Effect of Transdermal Scopolamine for the Prevention of Postoperative Nausea and Vomiting. *Journal of Frontiers Pharmacology; Cardiovascular and Smooth Muscle Pharmacology. Front. Pharmacol. | doi: 10.3389/fphar.2014.00055, April 2014*

77. Talke P; Sharma D; Heyer E; **Bergese SD.** Anesthetic Management of Endovascular Treatment of Acute Ischemic Stroke; *Journal of Neurocritical Care, April 2014; 45(8):e138-50. DOI: 10.1161/STROKEAHA.113.003412*

78. Kim S; Stoicea N; **Bergese SD.** Remifentanil-Acute opioid tolerance and Remifentanil-induced hyperalgesia; A systematic Review. *Frontiers in Pharmacology May 2014; 5:108. DOI: 10.3389/fphar.2014.00108*

**PUBLICATIONS** *(Continued):*

79.  Addison PS, Watson JN, Mestek ML, Ochs J, Uribe AA, **Bergese SD**, A study of Pulse Oximetry Derived Respiratory Rate (RRoxi) on the General Care Floor, *Journal of Clinical Monitoring and Computing, J Clin Monit Comput DOI 10.1007/s10877-014-9575-5*, May 2014

80.  Rankin D; Mathew PS; Kurnutala LN; Soghomonyan S; **Bergese SD.** Tension Pneumothorax During Surgery for Thoracic Spine Stabilization in Prone Position. A case report and Review of Literature. *Journal of Investigative Medicine High Impact Case Reports. 1-3; 2014 American Federation for Medical Research DOI: 1177/2324709614537233. June 2014*

81.  Saliba L, Stawicki SP, Thongrong C, Govindarajan B, **Bergese SD,** Papadimos TJ, Gerlach AT. Association Between in-Hospital Acute Hypertensive Episodes and Outcome in Older Trauma Patients. *Journal of Internal and Emergency Medicine (IAEM), Intern Emerg Med August 2014 DOI 10.1007/s11739-013-0984-0*

82.  Addison PS;  Wang R; McGonigle S; Uribe A; **Bergese SD**, Calculation of the Respiratory Modulation of the Photoplethysmogram (DPOP) Incorporating a Correction for Low Perfusion. *Anesthesiology Research and Practice, Volume 2014, Article ID 980149, 9 pages, http://dx.doi.org/10.1155/2014/980149, August 2014*

83.  Kurnutala LN, Soghomonyan S, **Bergese SD,** Perioperative Acute Hypertension – Role of Clevidipine. *Journal of Frontiers Pharmacology; Front. Pharmacol., 27 August 2014 | doi: 10.3389/fphar.2014.00197*

84.  Wang R, Addison P, Uribe AA, **Bergese SD.** Increasing Signal Processing Sophistication in the Calculation of the Respiratory Modulation of the Photoplethysmogram (DPOP). *Journal of Clinical Monitoring and Computing, DOI 10.1007/s10877-014-9613-3, September 2014*

85.  Zuleta-Alarcon A, Castellon-Larios K, Niño-de Mejía C,  **Bergese SD.** Total Intravenous Anesthesia (TIVA) versus Inhaled Anesthetics in Neurosurgery. *Rev Colomb Anestesiol. revcolombanest 2015;4 3(S 1):9–14*

86.  Wisler JR, Springer AN, Eiferman DS, Evans DC,  Cook CH, Gerlach AT, Murphy CV, Lindsey DE, Steinberg SM, **Bergese SD,** Papadimos TJ, Stawicki SP. Pre-Injury Neuro-Psychiatric Medication Use, Alone or in Combination with Cardiac Medications, May Affect Outcomes in Trauma Patients. *Journal of Postgraduate Medicine (J Postgrad Med) 2014 | October-December | Volume 60 | Issue 4 366-371*

87.  Candiotti KC, Sands LR, Lee E, **Bergese SD**, Harzman AE, Marcet J,  Kumar AS, Haas E; Liposome Bupivacaine for Postsurgical Analgesia in Adult Patients Undergoing Laparoscopic Colectomy: Results from Prospective Phase IV Sequential Cohort Studies Assessing Health Economic Outcomes. *Current Therapeutic Research; Volume 76, December 2014, Pages 1–6*

**PUBLICATIONS** *(Continued):*

88. Zuleta-Alarcon A, Casellon-Larios K, Moran KR, Kurnutala L, Soghomonyan S; **Bergese SD**, Anesthesia-Related Perioperative Seizures: Pathophysiology, Predisposing Factors, and Practical Recommendations. *Analgesia Austin J Anesthesia and Analgesia - Volume 2 Issue 4 – 2014*

89. Soghomonyan S, Moran KR, Shandu GS, **Bergese SD,** Anesthesia and Evoked Responses in Neurosurgery, *Journal of Frontiers Pharmacology; Cardiovascular and Smooth Muscle Pharmacology. Front. Pharmacol. |doi 10.3389/fphar.2014.00074*

90. Zuleta-Alarcon A, Castellon-Larios K, Moran KR, Soghomonyan S, Kurnutala LN, **Bergese SD,** Anesthesia-Related Perioperative Seizures:  Pathophysiology, Predisposing Factors, and Practical Recommendations. *Aust. J Anesthesia and Analgesia - Volume 2 Issue 4 – 2014*

91. Vandse R, Castellon-Larios K, Fujii J, Melibary S, Wei L, Nashed S, **Bergese SD,** Randomized Double Blind Control Study Comparing the Efficacy of Intracuff Alkalinized Lidocaine to Low Dose Remifentanil Infusion in Attenuating the Endotracheal Tube Induced Emergence Phenomena. *Journal of Anesthesia and Clinical Research 2014, 5: 435. 5:8; dx.doi.org/10.4172/2155-6148.1000435*

92. Ackerman W, Stoicea N, Wojda TR, Steiner N, Barnett CJ, **Bergese SD,** Does Post-Operative Cognitive Decline Promote/Accelerate Alzheimer's Disease Pathology? Perioperative Cerebrospinal Fluid Biomarkers and the Gap of Knowledge. *Aust. Journal of Anesthesia and Analgesia, Volume 2 Issue 7, 2014.*

93. Garg A; Kurz A; Sessler D; et al; **Bergese SD**, et al; Devereaux, P.J.; The effect of perioperative aspirin on acute kidney injury. A randomized clinical trial. POISE-2 AKI study. *JAMA. doi:10.1001/jama.2014.15284.*

94. Otey AJ, Houser JS, Jones C, Evans DC, Dalal P, Whitmill ML, Levine E, McKimmie R, Papadimos TJ, Steinberg SM, **Bergese SD,** Stawicki SP. Examination of financial charges associated with intentional foreign body ingestion by prisoners: A pattern of escalation. *OPUS 12 Scientist 2014;8(1):6-8*

95. **Bergese SD**, Ayad SS, Candiotti KA, Witham S, Gan TJ & the Intravenous Ibuprofen Surveillance Trial Investigational Sites. **Pre**-Surgical Population Treatment with a Shortened Infusion Time of Intravenous Ibuprofen; Safety and Efficacy evaluated on a Multi-Center Open Label, Surveillance Trial. *Clinical Therapeutics; S0149-2918(14)00813-3;DOI: 10.1016/j.clinthera.2014.12.004*

96. Gan TJ, Candiotti KA, Turan A, Buvanendran A, Philip BK, Viscusi ER, Withman S, **Bergese SD** & the Intravenous Ibuprofen Surveillance Trial Investigational Sites. Post-Surgical Population Treatment with a Shortened Infusion Time of Intravenous Ibuprofen; Safety and Efficacy evaluated on a Multi-Center Open Label, Surveillance trial. *Clinical Therapeutics; S0149-2918(14)00813-3;DOI:  org/10.1016/j.clinthera.2014.12.006*

**PUBLICATIONS** *(Continued):*

97. Pappada SM, Cameron BD, Bourey RE, Borst MJ, Olorunto W, **Bergese SD**, Papadimos TJ. Evaluating the Capabilities of a Neural Network Model for Prediction of Glucose in the Surgical and Critical Care Setting. *PLOS ONE, 8(7), e69475.*

98. Graffagnino C, **Bergese SD,** Love J, Schneider D, Lazaridis C, LaPointe M, Kiwon Lee, Lynch G, Ming-yi Hu, Williams GC. Control of Hypertension with Clevidipine in Acute ICH is Not Associated with Increased Intracerebral Pressure. *Cerebrovascular Diseases, 3(36), 173-180.*

99. Stoicea, N., Ackermann, W., Ellis, T., Moran, K., Reyes, E., Quinones, A., **Bergese, S.D.** Emergence Delirium: Revisiting a Clinical Enigma. *International Journal of Anesthesia and Research (IJAR), 1(301).*

100. Bilotta F, Titi L, **Bergese SD**, Cianchi A, Delphin E, Rosa G. Training and Evaluation of the Learning Curve for Anesthesia for Awake Craniotomy in Residents in Anesthesiology. *Journal of Clinical Anesthesia, 25, 5, 359-66.*

101. Ackermann W, Stoicea N, **Bergese SD,** Polypharmacy and Perioperative Management *Austin J Anesthesia and Analgesia, 2*(2), *1013.*

102. Stoicea N; Ackermann W; Ellis T; Moran K; Reyes E; Quinones A; **Bergese SD**, Emergence and Post-Operative Delirium Following Orthopedic Surgery. *International Journal of Anesthesiology & Research (IJAR) ISSN 2332-2780, Nov 2013.*

103. Portillo J, Kamar N, Melibary S, Quevedo E. **Bergese SD,** Safety of Liposome Extended-Release Bupivacaine for the Multimodal Treatment of Pain in the Immediate Postoperative Setting. *Frontiers in Pharmacology*, 90(5).

104. Kim S; Stoicea N; **Bergese SD.** Remifentanil-Acute opioid tolerance and Remifentanil-induced hyperalgesia; A systematic Review. *Front Pharmacol, 5(1), 108.*

105. Ackermann W, Stoicea N, Wojda TR, Steiner N, Barnett CJ, **Bergese, S.D.** Does Post-Operative Cognitive Decline Promote/ Accelerate Alzheimer's disease Pathology? Perioperative Cerebrospinal Fluid Biomarkers and the Gap of Knowledge. *Austin JAnesthesia and Analgesia, 2*(7), 1038.

106. Eikelboom J; Sessler D; et al; **Bergese SD**, et al; Devereaux, P.J.; Perioperative Aspirin for Prevention of Venous Thromboembolism: the PeriOperative ISchemia Evaluation-2 (POISE-2) Trial. *JAMA.* 312(21), 2254-2264.

107. Werner JG, Mallery S, Tulman DB, Smith MR, Moran K, Lopez AR, **Bergese SD.** "Bacterial Contamination on Reusable Electrocardiograph Wires on Successive Operative Days." *J Anesth Care ISSN: HACC, Open Access Journal. Volume 1. Issue 1. 002; 2014*

108. **Bergese SD**, Candiotti KA, Ayad SS, Soghomonyan S, Gan TJ. The Shortened Infusion Time of Intravenous Ibuprofen Part 1: A Multicenter, Open-Label, Surveillance Trial to Evaluate Safety and Efficacy; *Clinical therapeutics Clinical Therapeutics/Volume 37, Number 2, 2015 01/2015; DOI: 10.1016/j.clinthera.2014.12.004*

**PUBLICATIONS** *(Continued):*

109.  Gan TJ, Candiotti KA, Turan A,  Buvanendran A, Philip BK, Viscusi ER, Soghomonyan S,  **Bergese SD**, The Shortened Infusion Time of Intravenous Ibuprofen, Part 2: A *Multicenter, Open-label, Surgical Surveillance; Trial to Evaluate Safety; Clinical Therapeutics/Volume 37, Number 2, 2015doi.org/10.1016/j.clinthera.2014.12.006*

110.  Wang R, Addison P, Uribe AA, **Bergese SD.** Better estimating the relationship between clinical parameters: comparing respiratory modulations in the photoplethysmogram and blood pressure signal (DPOP v PPV). *Computational and Mathematical Methods in Medicine, vol. 2015, Article ID 576340, 6 pages, 2015. doi:10.1155/2015/576340.*

111.  Werner JG, Uribe AA, Larios KC, **Bergese SD**, McKiernan MP; Airway Management in a Patient with Metatropic Dysplasia: Grossly Abnormal Anatomy Combined with a Low Functional Residual Capacity. *Int J Anesthetic Anesthesiol 1:007; 2014.*

112.  Stoicea N; **Bergese SD**, Ackermann W; Moran KR; Hamilton C; Joseph N; Steiner N, Barnett CJ; Smith S; Ellis T; Current Status of Blood Transfusion and Antifibrinolytic Therapy in Orthopedic Surgeries; *Front. Surg., 12 February 2015 | doi: 10.3389/fsurg.2015.000.0*

113.  Stoicea N, **Bergese SD**, Ackermann W, Moran K, Hamilton C, Joseph N,  Steiner N, Barnett CJ, Smith S , Ellis TJ. "Current Status of blood transfusion and antifibrinolytic therapy in orthopedic surgeries Part II." *Frontiers in SURGERY, February 2015, doi:10.3389/fsurg.2015.00003.*

114.  Bilotta F, Lolli S, Schooley J, Soghomonyan S, **Bergese SD**, Santoro A, Delfini R, Rosa G, Primary Decompressive Craniectomy: Effects on Neurocritical Care Management, Long-term Neurologic Status and Mortality. *2015 Int J Anesth Res. 3(2), 79-84.*

115.  Stoicea N, Russell D, Weidner G, Durda M, Joseph N, **Bergese SD.** Opioid-Induced Hyperalgesia and the Mitigating Effects of Gabapentin. *Front. Pharmacol. 6:104. doi:10.3389/fphar.2015.00104*

116.  Uribe AA; Zvara DA, Puente EG, Otey AJ; Zhan J; **Bergese SD**. BMI as a Predictor for Potential Difficult Intubation. *Journal of Frontiers in Medicine; Intensive Care Medicine and Anesthesiology; doi: 10.3389/fmed.2015.00038; May 2015.*

117.  **Bergese SD**, Antor MA, Uribe AA, Yildiz V, Werner J; Triple Therapy with Scopolamine, Ondansetron and Dexamethasone for Prevention of Postoperative Nausea and Vomiting in Moderate to High Risk Patients Undergoing Craniotomy Under General Anesthesia: A Pilot Study. *Journal of Frontiers in Medicine; Intensive Care Medicine and Anesthesiology; doi: 10.3389/fmed.2015.00040; May 2015.*

118.  Kitzmiller JP, Barnett JC, Steiner NS, Stoicea N, Kamar N, Luzum JA, Mikulik E, **Bergese SD**; Buprenorphine: revisiting the efficacy of transdermal delivery system. *Therapeutic Delivery, Vol. 6, No. 4, Pages 419-422; 2015.*

.

**PUBLICATIONS** *(Continued)*:

119. Bharati SJ, Chowdhury T, **Bergese SD,** Ghosh S. Anesthetic's impact on cancer recurrence: What do we know? *Journal Can Res Ther. J Can Res Ther April-June 2016 - Volume 12 - Issue 2 464-468.*

120. Forbes R, Jones C, Njoku C, Tulman D, Evans DC, **Bergese SD,** Thongrong C, Kong N, Stawicki SP. Continuous versus Bolus Tube Feeds: Does the Modality Affect Glycemic Variability, tube feeding volume, caloric intake, or Insulin Utilization in ICU Patients with PEG tubes? *Journal of the American College of Surgeons. 2013; 217(3):S57-S8.*

121. Vandse R; Cook M; **Bergese SD;** Case Report: Perioperative management of a pregnant polytrauma patient for spine fixation surgery. *F-1000 Research Journal; [v2; ref status: indexed, http://f1000r.es/5oo] F1000Research 2015, 4:171 (doi: 10.12688/f1000research .6659.2)*

122. Soghomonyan S; Sandhu G;, Stoicea N;  Kurnutala LN; Cotterman-Hart S; Christofi FL; **Bergese SD;** Neurophysiological Monitoring during Surgery on the Central Nervous System: The Role of Evoked Responses. *(2015) Int J Anesth Res. 3(6), 119-129.*

123. Scharpf DT; Sharma M; Deogaonkar M; Rezai A; **Bergese SD,** Practical considerations and nuances in Anesthesia for patients undergoing Deep Brain Stimulation implantation surgery. *Korean J Anesthesiol 2015 August 68(4): 332-339 (pISSN 2005-6419·eISSN 2005-7563)*

124. Whitlock RP, Devereaux PJ, Teoh KH, Lamy A, Vincent J, Pogue J, Paparella D, Sessler DI, Karthikeyan G, Villar JC, Zuo Y, Avezum A, Quantz M, Tagarakis GI, Shah PJ, Abbasi SH, Zheng H, Pettit S, Chrolavicius S, Yusuf S; for the SIRS Investigators **Bergese SD** as Members listed in the appendix; Methylprednisolone in patients undergoing cardiopulmonary bypass (SIRS): a randomised, double-blind, placebo-controlled trial. *The Lancet Volume 386, No. 10000, p1243–1253, 26 September 2015DOI: http://dx.doi.org/10.1016/S0140-6736(15)00273-1*

125. Werner JG, Castellon-Latios K, Thongrong C, Knudson B, Lowery D, Antor MA, **Bergese SD**. Desflurane Allows for a Faster Emergence whenCompared to Sevoflurane Without Affecting the Baseline Cognitive Recovery Time. *Front. Med. | doi: 10.3389/fmed.2015.00075*

126. Rosero B; López Gómez A; Kimura S;  Shabsigh M,  Kapoor R; **Bergese SD**. Ultrasonography of the Airway: A Bedside Predictor of Difficulty to Intubate Obese Patients. *Front. Med. | doi: 167599/18/63331/fmed.2015.00075*

127. Castellon-Larios K, Fiorda-Diaz J, **Bergese SD**. Hypertensive Emergency: An Updated Review. Clinical and Experimental Hypertension 3(3):1029 · September 2015.

128. Castellon-Larios K, **Bergese SD**. The effectiveness of a single dose of oral ibuprofen plus caffeine in acute postoperative pain in adults. Systematic review with meta analysis. *Evidence-Based Medicine; Evid Based Med 2016;21:24 doi:10.1136/ebmed-2015-110278.*

129. Stoicea N; Gan TJ; Joseph N; Uribe AA; **Bergese SD,** Alternative Therapies for the Prevention of Postoperative Nausea and Vomiting; *Front. Med., 16 December 2015 | dx.doi.org/10.3389/fmed.2015.00087*

**PUBLICATIONS** *(Continued)*:

131.    Humeidan M; Otey A; Zuleta-Alarcon A; Mavarez-Martinez A; Stoicea N; **Bergese SD;** Perioperative Cognitive Protection - Cognitive Exercise and Cognitive Reserve (The Neurobics Trial): a single-blinded randomized trial. *Journal of Clinical Therapeutics; 10/2015;DOI:10.1016/j.clinthera.2015.10.013.ClinicalTherapeutics / Volume37, Number 12, 201; Pages 2641-2650.*

130.    Catellon-Larios K, Rosero-Britton BR, Nino de Mejía MC, Bergese SD; The Use of Cerebral Monitoring for the Prevention of Intraoperative Awareness; *Rev Colomb Anestesiol. Rev Colomb Anestesiol. revcolombanest. 2 0 1 6;4 4(1):23–29*

132.    Heredia-Rodríguez M; Fierro I; Bustamante-Munguira J, Lorenzo M; Jorge-Monjas P; Gómez-Sánchez E; Álvarez FJ; Muñoz MF; Eiros JM; Bermejo-Martin JF; Gómez-Herreras JI; **Bergese SD,** Tamayo E. Procalcitonin Cannot Be Used as a Biomarker of Infection in Heart-Surgery Patients with Acute Kidney Injury. *Journal of Critical Care, DOI: http://dx.doi.org/10.1016/j.jcrc.2016.01.015;33 (2016) 233–239*

133.    Soghomonyan S; Sandhu GS; Stoicea N; Kurnutala L; Cotterman-Hart S; Christofi FL; **Bergese SD**, Monitoring the Evoked Potentials Responses During Surgery of the Central Nervous System; *Int J Anesth Res. 3(6), 119-129. doi: dx.doi.org/10.19070/2332-2780-1500031*

134.    Cohn DE, Castellon-Larios K, Huffman L, Salani R, Fowler JM, Copeland LJ, O'Malley DM, Backes FJ, Eisenhauer EL, Abdel-Rasoul M, Puente EG, **Bergese SD,** A Prospective, Comparative Study for the Evaluation of Postoperative Pain and Quality of Recovery in Patients Undergoing Robotic versus Open Hysterectomy for Staging of Endometrial cance; *The Journal of Minimally Invasive Gynecology, ournal of Minimally Invasive Gynecology · 2016 Mar-Apr;23(3):429-34. doi: 10.1016/j.jmig.2016.01.002. Epub 2016 Jan 8. PubMed PMID: 26776677.*

135.    Chowdhury T, **Bergese SD,** Soghomonyan S, Cappellani RB; The Role of Simulation in Planning Intraoperative Magnetic Resonance Imaging (iMRI)-Guided Neurosurgical Procedures. *Anesthesia and Analgesia; accepted for publication Manuscript Number - AA-D-16-01386R1. September, 2016.*

136.    Castellon-Larios K, Rosero B, Niño-de Mejía MC; **Bergese SD;** Brain Function Monitoring and Intraoperative Recall (Awareness); a Review of the Literature. *Rev Colomb Anestesiol. revcolombanest. 2016;4 4(1):23–29*

137.    Stoicea  N; Versteeg G; Joseph N; Navarrete V; **Bergese SD;** Ketamine Use in Anesthesiology: A Risk/Benefit Overview. *Current Medicinal Chemistry, January 2016; Front. Med., frontiersin.org/review/180420/18/63331#*

138.    Stoicea N, Du A, Lakis DC, Tipton C, Arias-Morales C, **Bergese, SD.** MiRNA (micro RNA): Journey from theory to practice as a CNS disease biomarker. *Frontiers Journal Front. Genet., 09 February 2016 | dx.doi.org/10.3389/fgene.2016.00011*

.

**PUBLICATIONS** *(Continued)*:

139.   **Bergese SD;** Puente EG; Antor MA; Capo G; Yildiz V; Uribe AA; The Effect of a Combination Treatment Using Palonosetron, Promethazine, and Dexamethasone on the Prophylaxis of Postoperative Nausea and Vomiting and QTC interval duration in Patients Undergoing Craniotomy Under General Anesthesia: A pilot Study. *Journal: Frontiers in Medicine, Intensive Care Medicine and Anesthesiology. Front. Med., 02 February 2016 dx.doi.org/10.3389/fmed.2016.00001*

140.   Espinosa A, Ripollés Melchor A, Casans Francés R, Martínez Hurtado E, Navarro Pérez R, Abad Gurumeta A, Muñoz Aguilera R, López Timoneda F, **Bergese SD,** Calvo Vecino JM for the EAR Group. -Anesthesia Evidence Review Group. Perioperative use of Clevidipine; Systematic review and Meta-analysis. *Plos One; Index Medicus/ MEDLINE/PubMed, March 28, 2016 //dx.doi.org/10.1371/journal.pone.0150625.*

141.   **Bergese, SD.** Fragile brains; "The Brain of the Elderly" *J Neuroanesthesiol Crit Care 2016; 3:41-3.* (pISSN 2348-0548)

142.   Evans DC, Forbes R, Jones C, Cotterman R, Njoku C, Thongrong C, Tulman D, **Bergese SD,** Thomas S, Papadimos TJ, Stawicki SP. Continuous versus bolus tube feeds: Does the modality affect glycemic variability, tube feeding volume, caloric intake, or insulin utilization? *International Journal of Critical Illness and Injury Science | Vol. 6 | Issue 1 | Pages 9-15 Jan-Mar 2016.*

143.   Zuleta-Alarcón A, Fiorda-Diaz J, Martínez Ruiz A, Abad Gurumeta A, Torres Morera LM, **Bergese SD,** IV (Intravenous) Ibuprofen, Clinical Experience for the Treatment of Postoperative Pain. *Rev Soc Esp Dolor, March-April 2016; 23(2): 78-87.*

144.   Sacchet-Cardozo F, Mavarez-Martinez A, Arias-Morales C, Uribe AA,  Tobias JD, Stoicea  N, **Bergese SD,** Revisiting Clevidipine Experience in the Pediatric Population:  a Perioperative Perspective, *Quality in Primary Care (2016) 24 (1): 58-63.*

145.   Fiorda-Diaz J, Zuleta-Alarcón A, Martínez Ruiz A, Abad Gurumeta A, Torres Morera LM, **Bergese SD,** Intravenous (IV) Ibuprofen Clinical Experience in the United States of America. *Rev. Soc. Esp. Dolor, Vol. 23, Suplement I (2016); 35-43.*

146.   Sandhu G, Gonzalez-Zacarias A, Fiorda-Diaz J, Soghomonyan S, Targonski D, Prevedello LM, Prevedello DM, **Bergese SD;**  Impact of Intraoperative Ventilation with High Oxygen Content to Reduce the Incidence and Extent of Postoperative Pneumocephalus in Patients Undergoing Craniotomies. *J Clin Trials 2016, 6:3 http://dx.doi.org/10.4172/2167-0870.1000266 Volume 6 • Issue 2 • 1000266*

147.   Kurnutala LN; Sandhu G; **Bergese SD,** Nasopharyngoscopic Evaluation of a Potential Difficult Airway in a Patient with Elevated Intracranial Pressure (ICP), *Journal of Clinical Anesthesia; Journal of Clinical Anesthesia Nov 2016 , doi:10.1016/j.jclinane.2016.05.023*

148.   Stoicea N, Baddigam R, Wajahn J, Sipes AC, Arias Morales CE, Gastaldo N, **Bergese SD.** The Gap between Clinical Research and Standard of Care: A Review of Frailty Assessment Scales in Clinical Settings. *Frontiers in Medicine, section Geriatric Medicine; DOI: 10.3389/fpubh.2016.00150*

.

## PUBLICATIONS *(Continued)*:

149. **Bergese SD;** Puente EG; Antor MA; Viloria AL, Yildiz V; Kumar NA, Uribe AA; A Prospective, Randomized, Double-Blinded, Double-Dummy Pilot Study to Assess the Preemptive Effect of Triple Therapy with Aprepitant, Dexamethasone, and Promethazine versus Ondansetron, Dexamethasone, and Promethazine on Reducing the Incidence of Postoperative Nausea and Vomiting (PONV). *Clinical Trial Art, Front. Med., 05 July 2016 | http://dx.doi.org/10.3389/fmed.2016.00029*

150. Abad Gurumeta A, **Bergese SD,** Martínez Ruiz A, Casans Francés R, Ripollés Melchor J, Calvo Vecino JM; Intravenous (IV) Ibuprofen and Pharmacologic Combinations with Ibuprofen. *Rev Soc Esp Dolor 201;23 (Supl. I): 31-34.*

151. Devereaux PJ, Guyatt G, Gerstein H, Connolly S, Yusuf S…, **Bergese SD…,** Phil D (282 investigators in 33 countries) for The International Consortium of Investigators for Fairness in Trial Data Sharing; Toward Fairness in Data Sharing. N Engl J Med. 2016; 375: 405-407. *August 2016 DOI: 10.1056/NEJMp1605654*

152. Stoicea N, **Bergese SD,** Joseph N, Bhandary S, Essandoh M, The Benefits of Antegrade or Retrograde Cerebral Perfusion with Hypothermic Circulatory Arrest for Aortic Surgeries. *Journal of Cardiothoracic and Vascular Anesthesia, September 2016 DOI: 10.1053/j.jvca.2016.09.011*

153. Calvo Vecino JM, Bergese SD, Consciousness versus Memory and Intraoperative Pain. *Spanish Jopurnal of Anesthesiology; August 2016; DOI: 10.1016/j.redar.2016.07.004*

154. Iturri-Clavero F, Galbarriatu-Gutierrez L, Gonzalez-Uriarte A, Tamayo-Mendel G, De-Orte K, Martinez-Ruiz A, Castellon-Larios K, **Bergese SD,** 'Low-Field' Intraoperative MRI: A new scenario, a new adaptation. *Clinical Radiology Volume 71, Issue 11, November 2016, Pages 1193–1198CRAD-D-15-00574R2.*

155. Fiorda J, Stoicea N, **Bergese SD,** Anesthetic Management of Parkinson's Patients Undergoing Deep Brain Stimulation: Review of Outcomes and the Need for Standardization; *Internatinal Journal of Anesthesia Research (IJAR) 4(7), 284-289 doi:10.19070/2332-2780-1600060*

156. Kurnutala L; Sandhu G; Stoicea N; Wei L; **Bergese SD,** Semisitting position and venous air embolism In Neurosurgical Patients with Patent Foramen Ovale: A Systematic analysis. *International Journal of Anesthesiology & Research (IJAR), Acepted for Publication, Ref:   Ms. No.: IJAR-16-04-078 4(8), 305-312 doi:10.19070/2332-2780-1600060*

157. Peralta C, García A, Herrera J, Artaza L, Abad Gurumeta A, **Bergese SD,** Martínez Ruiz A, Applications and Use of Intravenous (IV) Ibuprofen for Emergencies and Critical Care. REV.SOC.ESP.Dolor; 2016; 23 (Supl. I): 13-20.

158. Eikelboom JW, Kearon C, Guyatt G, Sessler DI, Yusuf S, Cook D, Douketis J, Patel A, Kurz A, Allard R, Jones PM, Dennis RJ, Painter TW, **Bergese SD,** Leslie K, Wijeysundera DN, Balasubramanian K, Duceppe E, Miller S, Diedericks J, Devereaux PJ, on behalf of the POISE-2 Investigators. Perioperative Aspirin for Prevention of Venous Thromboembolism: the PeriOperative ISchemia Evaluation-2 (POISE-2) Randomized Trial and an Updated Metaanalysis. *Anesthesiology. doi:10.1097/aln.0000000000001352 Anesthesiology 2016; 125:1121-9*

**PUBLICATIONS** *(Continued)*:

159. Zuleta-Alarcon A; Soghomonyan S; Coffman J; Papadimos TJ; **Bergese SD;** Moran KR; Abuse of non-opioid medications commonly used in the anesthesia practice among anesthesia care providers: a narrative review. *Canadian Journal of Anesthesia/Journal canadien d'anesthésie ISSN: 0832-610X (Print) 1496-8975 (Online). Can J Anesth/J Can Anesth, DOI 10.1007/s12630-016-0698-7 Canadian Journal of Anesthesia/Journal canadien d'anesthésie; February 2017, Volume 64, Issue 2, pp 169–184*

160. Soghomonyan S, Stoicea N, Sandhu GS, Pasternak JJ, **Bergese, SD.** The Role of Permissive Hypotension in Current Neuroanesthesia Practice. *Journal: Frontiers in Surgery, section Neurosurgery; Front. Surg. | doi: 10.3389/fsurg.2017.00001 January 2017 | Volume 4 | Article 1IN pp 1-11.*

161. Rankin D; Zuleta-Alarcon A; Soghomonyan S; Abdel-Rasoul M; Castellon-Larios K; **Bergese SD**; Massive Blood Loss in Elective Spinal and Orthopedic Surgery: Retrospective Review of Intraoperative Transfusion Strategy. *Journal of Clinical Anesthesia 37 (2017) 69–73*

162. **Bergese SD**, Mestek ML, Kelly SD; McIntyre R, Uribe AA; Sethi R, Watson JN, Addison PS; Multicenter Study Validating Accuracy of a Continuous Respiratory Rate Measurement Derived From Pulse Oximetry: A Comparison with Capnography. *Anesthesia and Analgesia doi: 10.1213/ANE.0000000000001852. April 2017 - Volume 124 - Issue 4 - p 1153–1159*

163. **Bergese SD;** Uribe AA; Puente EG; Marcus RJL; Krohn R; Docsa S; Soto RG; Candiotti KA; A Prospective, Multicenter, Single-Blind Study assessing Indices of SNAP II™ versus BIS VISTA™ on Surgical Patients Undergoing General Anesthesia. *JMIR Research Protocols (JRP), Accepted for Publication. JMIR Res Protoc 2017 | vol. 6 | iss. 2 | e15 | p.-7. DOI: 10.2196/resprot.6741.*

164. Chowdhury T; Garg R; Sheshadri V; Venkatraghavan L; **Bergese SD;** Cappellani R; Schaller B.  Perioperative factors contributing the post-craniotomy pain: A Synthesis of concepts. *Frontiers in Medicine, section Intensive Care Medicine and Anesthesiology; 01 March 2017doi: 10.3389/fmed.2017.00023Volume 4 | Article 23*

165. Bennett-Guerrero E; Berry SM; **Bergese SD**; Fleshner PR; Minkowitz HS; Segura-Vasi AM; Itani KMF; Henderson KW; Rackowski FP; Aberle LH; Stryjewski ME; Corey GR; Allenby KS. A Randomized, Blinded, Multicenter Trial of a Gentamicin Vancomycin Gel (DFA-02) in Patients Undergoing Abdominal Surgery. *American journal of surgery 11/2016;, DOI:10.1016/j.amjsurg.2016.10.007*

166. Gan TJ; Kranke P; Minkowitz HS; **Bergese SD;** Motsch J; Eberhart L;  Leiman D; Melson T;  Chassard D;  Kovac A; Candiotti K; Fox G; and Diemunsch P; Intravenous amisulpride is effective as prophylaxis of postoperative nausea and vomiting: pooled analysis of two concurrent, randomised, double-blind, placebo-controlled trials; *Anesthesiology 2 2017, Vol.126, 268-275. doi:10.1097/ALN.0000000000001458*

167. Ripollés-Melchor J, Chappell D, Aya HD, Espinosa Á, Mhyten MG, Abad-Gurumeta A, **Bergese SD**, Casans-Francés R, Calvo-JM; Fluid Therapy Recommendations For Major Abdominal Surgery.VIA RICA RECOMMENDATIONS Revisited. Part 1: Physiological Background. *REDAR-D-17-00020R1 Rev. Esp. Anes. DOI: 10.1016/j.redar.2017.02.009 http://dx.doi.org/10.1016/j.redar.2017.02.008*

.

Case 1:20-cv-01145-AKB   Document 55-2   Filed 05/18/21   Page 120 of 189

**PUBLICATIONS** *(Continued)*:

168. Ripollés-Melchor J, Chappell D, Aya HD, Espinosa Á, Mhyten MG, Abad-Gurumeta A, **Bergese SD**, Casans-Francés R, Calvo-JM; Perioperative Fluid Therapy Recommendations For Major Abdominal Surgery. VIA RICA RECOMMENDATIONS Revisited. Part II: Goal Directed Hemodynamic Therapy. Rationale for Optimising Volume. *REDAR-D-17-00020R1 Rev. Esp. Anes. DOI: 10.1016/j.redar.2017.02.009 http://dx.doi.org/10.1016/j.redar.2017.02.009*

169. Ripollés-Melchor J, Chappell D, Aya HD, Espinosa Á, Mhyten MG, Abad-Gurumeta A, **Bergese SD**, Casans-Francés R, Calvo-JM; Fluid Therapy Recommendations For Major Abdominal Surgery. VIA RICA RECOMMENDATIONS Revisited. Part III: Goal Directed Hemodynamic Therapy. Rationale for Maintaining Vascular Tone and Contractility. *REDAR-D-17-00020R1 Rev. Esp. Anes. DOI: 10.1016/j.redar.2017.03.002 http://dx.doi.org/10.1016/j.redar.2017.03.002*

**PUBLICATIONS** *(Accepted):*

1.  Stoicea N, Fiorda-Diaz J, Joseph N, Shabsigh M, Arias-Morales C, Gonzalez-Zacarias AA, Mavarez-Martinez A, Marjoribanks S, **Bergese SD.** Revisiting Advanced Analgesic Drugs Delivery and Nano biotechnology. *Drugs, Accepted for Publication.* •*DOI: 10.1007/s40265-017-0744-y*

2.  Deiner S, Candiotti KC, **Bergese SD,** Harora H, Shander A, Flagerthy I, Saager L, Jankowski C, Sessler DI; Dexmedetomidine for prevention of postoperative delirium and cognitive dysfunction: a randomized, double-blind, placebo controlled trial. *JAMA, Accepted for Publication.*

3.  Uribe AA; Zuleta-Alarcon A, Kassem M, Sandhu G, **Bergese SD**, Intraoperative seizures: Anesthetic Drugs and Antiepileptic Drugs. *Current Pharmaceutical Design; Accepted for Publication.*

4.  Brower K; Murphy C; Arias-Morales CE; Rankin D; Palettas M; **Bergese SD**; Safety and Efficacy of Intravenous Clevidipine for the Perioperative Control of Acute Hypertension in Neurosurgical Patients: A Dose Update. *Clinical Insights: Therapeutics; Accepted for Publication.*

**PUBLICATIONS** *(Submitted):*

1.  Gudin J; **Bergese SD;** Buvanendran A; Candiotti KC; Raffa R; Turan A; Viscusi ER; Review Manuscript: Is the Role of Opioids in Acute Pain Management Evolving? *Journal of Pain, Submitted for publication June 2014.*

2.  Thongrong C, Melibary S, Kong N, Govindarajan B, Mendel E, **Bergese SD,** Role of Colloid and Crystalloid in Spine Surgery, *Journal of Neurosurgery: Spine, Submitted for Publication.*

3.  Rosero BB; Sulaiman O; **Bergese SD,** Negative Pressure Pulmonary Edema as a Risk Factor for Acute Pulmonary Thromboembolism; a Review of the Literature and a Case Presentation. *Spanish Journal of Anesthesiology and Critical Care, Submitted for Publication.*

4.  Uribe AA, Raqab H, Mendel E, Zuleta Alarcon A, Stoicea  N, **Bergese SD;** Blood Conservation in Spinal Surgeries: A Review of Perioperative Bloodless and Blood Conservation Techniques. *Submitted for Publication.*

5.  Bernthal NM, Sheth KR, **Bergese SD,** Ho HS, Apfel CC, Jahr JS; Non-steroidal anti-inflammatory drugs (NSAIDs) for pain management in joint surgery: an appraisal of the current clinical and scientific evidence, *Submitted for Publication.*

6.  Jahr JS; **Bergese SD,** Sheth KR, Bernthal NM,  Ho HS, Apfel CC; Current perspective on the use of opioids in perioperative practice: a multidisciplinary clinical appraisal, *Pain Medicine Journal; Submitted for Publication.*

7.  Sheth KR, Bernthal NM, Ho HS, **Bergese SD,** Apfel CC, Jahr JS; Perioperative use of non-steroidal anti-inflammatory drugs (NSAIDs) and bleeding: a current clinical appraisal, *The American surgeon (AM SURGEON) Journa*l; *Submitted for Publication.*

8.  Uribe AA, Arbona F, Flanigan D, Kaeding C, **Bergese SD.** Comparing the Efficacy of Intravenous Ibuprofen and Ketorolac in the Management of Postoperative Pain Following Arthroscopic Knee Surgery. *Journal of Ortopedics, Submitted for Publication.*

9.  Zuleta A, Woodling K, Stoicea N, Uribe AA, Bergese SD. ROTEM Retrospective. Journal of Clinical Trials; Contemporary Clinical Trials *Submitted for Publication.*

10. Kranke P, **Bergese SD;** Minkowitz HS; Melson T; Leiman D; Candiotti K; Liu N; Eberhart L;  Habib A, Wallenborn J, Kovac A, Diemunsch P, Fox G; Gan TJ; Amisulpride Prevents Post-Operative Nausea and Vomiting in Patients at High Risk: a Randomised, Double-Blind, Placebo-Controlled Trial; *The Lancet, Submitted for Publication.*

11. Stoicea N, You T, Eiterman A, Hartwell C, Rogers B, Davila V, SMarjoribanks S, Florescu C, **Bergese SD.** Post-acute Transitional Journey: Caring for Cardiac Surgery Patients. *Plos One, Submitted for Publication.*

12. Uribe AA, Mendel E, Peters Z, Bassel S, Abdel-Rasoul M, **Bergese SD,** Comparison of the Clinical Utility and Safety Profile of Intraoperative Visual Evoked Potential Monitoring Using SightSaver Visual Flash Stimulator during Prone Spine Surgeries under TIVA Versus Balanced General Anesthesia: A pilot study. *Journal of Neurosurgery: Spine, Submitted for Publication.*

13. Liñán-Rico A, Ochoa-Cortes F, Zuleta-Alarcon A, Alhaj M,  Titi E, Enneking J, Harzman A, Grants I, **Bergese SD,** Christofi F. UTP – gated Signaling Pathways of 5-HT Release From Human Enterochromaffin Cells. *Front. Pharmacol. - Gastrointestinal and Hepatic Pharmacology, Submitted for Publication.*

.

**PUBLICATIONS** *(Submitted; Continued):*

14. Soghomonyan S, Abdel-Rasoul M, Zuleta-Alarcon A, Grants I, Dandamudi P, Davila V, Yu J, Zhang C, Arsenescu R, Whitaker E, Stoicea N, **Bergese SD,** Christofi FL; Retrospective Analysis in IBS Patients Reveals a Higher Incidence of Gastrointestinal Symptoms in Clopidogrel Patients Influenced by Age and Gender. *Journal of Gastroenterolgy Submitted for Publication.*

15. Arruza Urquijo I, Ojinaga Garcia G, Herrero Goñi M, Aguirre Meñica M, Madariaga Dominguez L, Gonzalez Paniagua C, Najarro Ajuria G, Ortiz Labrado Gr, Martinez Goenaga L, Arruza Echevarria A, Mavarez-Martinez A, **Bergese SD,** Martinez Ruiz A, Pediatric Renal Transplantation in Children with Weight 20kg or Less: Multidisciplinary Experience at Hospital Universitario de Cruces. *PLOS Medicine. Submitted for Publication.*

16. Gomez-Pesquera E, Poves-Alvarez R, Martinez-Rafael B, Liu P, Lorenzo M, Fierro I, Alvarez FJ, Gomez-Sanchez E, Heredia-Rodriguez M, Gomez-Herreras JI, **Bergese SD,** Tamayo E. Cerebral oximetry with near-infrared spectroscopy and negative postoperative behavioral changes in pediatric surgery. *British Journal of Anesthesiology,* Submitted *for Publication.*

17. Mendel E, Stoicea N, Rao R, Niermeyer W, Revilla S, Cluse M, Sandhu G, Todaro GJ, **Bergese SD,** Revisiting Postoperative Vision Loss Following Nonocular Surgery: A Short Review of Etiology and Legal Considerations. *Journal of Neurosurgery, Submitted for Publication.*

18. Castellon-Larios K, Fiorda-Diaz J, Otto BA, MD; Uribe AA, **Bergese SD,** Guertin M, Postoperative Complications in Patients at High-risk for Obstructive Sleep Apnea Undergoing Ear, Nose, and Throat Surgeries. *Anesthesiology, Submitted for Publication.*

19. Uribe AA, Mendel E, Peters ZA, Shneker BF, Abdel-Rasoul M, **Bergese SD.** Comparison of Intraoperative Visual Evoked Potential Monitoring in Prone Spine Surgeries under TIVA Versus Balanced General Anesthesia. *Journal:   Clinical Neurophysiology,  Submitted for Publication.*

20. Uribe AA, Zuleta-Alarcon A, Jamshidi A, Prevedello DM, Durda M, Lawrence C, Stoicea N, Abdel-Rasoul M, **Bergese SD.** Outcomes in Endoscopic Endonasal Trans-Sphenoid Approach for Tumor Resection of Patients Undergoing Pituitary and Skull Base Surgery. *Submitted for Publication.*

21. Liñán-Rico A, Zuleta-Alarcon A, Ochoa-Cortes F, Zhou M, Whitaker  E, Grants I, Mutafova-Yambolieva V, Durnin L, Fiorda-Diaz J, **Bergese SD,** Cuomo R, Turco F, Harzman A, Christofi F. Ca2+ Waves in Enteric Glial Cells from Myenteric Ganglia of Human Colon Surgical Specimens: Mechanosensitivity, UTP Signaling and Gap Junction Communication. *Glia, Submitted for Publication.*

**OTHER PUBLICATIONS: EVALUATIONS, RATINGS AND RECOMMENDATIONS:**

1.  **Bergese SD,** Werner J. Hypothermia in Comatose Survivors from Out-of-Hospital Cardiac Arrest: Pilot Trial Comparing 2 Levels of Target Temperature. E Lopez-de-Sa, JR Rey, E Armada, P Salinas, A Viana-Tejedor, S Espinosa-Garcia, M Martinez-Moreno, E Corral and J Lopez-Sendon. *Circulation*, Volume 126, Issue 24, Pages 2826-33, December 11th, 2012.
    http://f1000.com/trials/717964519

2.  **Bergese SD,** Werner J. Unilateral Versus Bilateral Antegrade Cerebral Protection during Circulatory Arrest in Aortic Surgery: A Meta-Analysis of 5100 patients. E Angeloni, U Benedetto, JJM Takkenberg, I Stigliano, A Roscitano, G Melina and R Sinatra. *Journal of Thoracic and Cardiovasc Surgery*, PMID: 23142122 DOI: 10.1016/j.jtcvs. 2012.10.029, November 9th, 2012.
    http://f1000.com/trials/717964799

3.  **Bergese SD,** Werner J. The Effect of Furosemide on Intravascular Volume Status and Electrolytes in Patients Receiving Mannitol: An Intraoperative Safety Analysis. Bebawy JF, Ramaiah VK, Zeeni C, Hemmer LB, Koht A, Gupta DK. *Journal of Neurosurgical Anesthesiology,* Volume 25, Issue 1, Pages 51-4, January 2013.
    http://f1000.com/trials/717969293

4.  **Bergese SD,** Werner J. Prediction of Fluid Responsiveness in Mechanically Ventilated Children Undergoing Neurosurgery. Byon HJ, Lim CW, Lee JH, Park YH, Kim HS, Kim CS, Kim JT. *British Journal of Anaesthia*, December 18th, 2012.
    http://f1000.com/trials/717969615

5.  **Bergese SD,** Werner J. Cerebral Near-Infrared Spectroscopy Monitoring and Neurologic Outcomes in Adult Cardiac Surgery Patients: A Systematic Review. Zheng F, Sheinberg R, Yee MS, Ono M, Zheng Y, Hogue CW. *Anesthesia Analgesia*. December 24th, 2012.
    http://f1000.com/trials/717969719

6.  **Bergese SD,** Werner J. Neuromonitoring in Thyroidectomy: A Meta-Analysis of Effectiveness from Randomized, Controlled Trials. Sanabria A, Ramirez A, Kowalski LP, Silver CE, Suárez C, Khafif A, Rinaldo A, Ferlito A. *European Archives of Oto-Rhino-Laryngology*, Volume 270, Issue 8, Pages 2175-89, August 2013.
    http://f1000.com/trials/718016116

7.  **Bergese SD,** Werner J. Hypothermia for Neuroprotection in Children After Cardiopulmonary Arrest. Scholefield B, Duncan H, Davies P, Gao Smith F, Khan K, Perkins GD, Morris K. *Cochrane Database System Reviews*, 2:CD009442, 2013.
    http://f1000.com/trials/717995318

8.  **Bergese SD,** Werner J. Evaluating the Role of Flupirtine for Postcraniotomy Pain and Compare it With Diclofenac Sodium: A Prospective, Randomized, Double Blind, Placebo-controlled Study. Yadav G, Choupoo S, Das SK, Das SK, Behera SS, Khuba S, Mishra LD, Singh DK. *Journal of Neurosurgical Anesthesiology*, 10.1097/ANA.0b013e31829a04ad. Jun 11 2013.
    http://f1000.com/trials/71801959

**OTHER PUBLICATIONS: EVALUATIONS, RATINGS AND RECOMMENDATIONS**
*(Continued)*:

9.   **Bergese SD,** Soghomonyan S. Neurological Injury after Neonatal Cardiac Surgery: A Randomized Controlled Trial of Two Perfusion Techniques.Algra SO, Jansen N, Van der Tweel I, Van Haastert IC, Schoof P, de Vries LS, Haas F. Algra SO, Jansen N, Schouten A, Groenendaal F, Toet MC, van Oeveren W, van Haastert IC, Schoof P, de Vries LS, Haas F. Circulation. 2013 Oct 20
http://f1000.com/trials/718148981

10.   **Bergese SD,** Soghomonyan S. A randomized study of urgent computed tomography-based hematoma puncture and aspiration in the emergency department and subsequent evacuation using craniectomy versus craniectomy only. Xiao B, Wu FF, Zhang H, Ma YB. J Neurosurg. 2012 Sep; 117(3):566-73
http://f1000.com/trials/718172978

11.   **Bergese SD,** Lee L, Van Driest JG; Postoperative visual loss following cerebral arteriovenous malformation surgery: a case report. Nicolai Goettel, Jayati Ghosh, Pirjo H Manninen. v1; ref status: indexed, http://f1000r.es/2pl; January 27th 2014.
http://f1000research.com/articles/3-27/v1#article-reports

12.   **Bergese SD,** Soghomonyan S. Minimally invasive surgery for spontaneous supratentorial intracerebral hemorrhage: a meta-analysis of randomized controlled trials. Zhou X, Chen J, Li Q, Ren, Guo J, Li L, Guo J, Xie P. Stroke. 2012 Nov; 43(11):2923-30
http://f1000.com/prime/717958657

13.   **Bergese SD,** Soghomonyan S. Association between a chloride-liberal vs chloride-restrictive intravenous fluid administration strategy and kidney injury in critically ill adults.Yunos NM, Bellomo R, Hegarty C, Story D, Ho L, Bailey M. JAMA. 2012 Oct 17; 308(15):1566-72
http://f1000.com/prime/717960394

14.   **Bergese SD,** Werner J, Noncoding RNAs: new players in chronic pain. Lutz BM, Bekker A, Tao YX, Anesthesiology. 2014 Aug; 121(2):409-17
http://f1000.com/prime/718354341

15.   **Bergese SD,** Soghomonyan S. Transfusion of Plasma, Platelets, and Red Blood Cells in a 1:1:1 vs a 1:1:2 Ratio and Mortality in Patients with Severe Trauma. The PROPPR Randomized Clinical Trial; Holcomb JB, Tilley BC, Baraniuk S et al. JAMA. 2015;313(5):471-482. doi:10.1001/jama.2015.12.
http://f1000.com/prime/725338644

16.   **Bergese SD,** Humeidan M. Impact of Preoperative Environmental Enrichment on Prevention of Development of Cognitive Impairment following Abdominal Surgery in a Rat Model. Kawano T, Eguchi S, Iwata H, Tamura N, Kumagai N, Yokoyama M Anesthesiology. 2015 May 14; DOI: 10.3410/f.725508901.793509994.
http://f1000.com/prime/725508901

17.   **Bergese SD,** Humeidan M. Patient-specific Immune States before Surgery Are Strong Correlates of Surgical Recovery. Fragiadakis GK, Gaudillière B, Ganio EA, Aghaeepour N, Tingle M, Nolan GP, Angst MS. Anesthesiology 2015 Dec; 123(6):1241-55 PMID: 26655308 DOI: 10.1097/ALN.0000000000000887
http://f1000.com/prime/726008956

.

**OTHER PUBLICATIONS: EVALUATIONS, RATINGS AND RECOMMENDATIONS** *(Continued):*

18. **Bergese SD,** Stoicea N. Similar cerebral protective effectiveness of antegrade and retrograde cerebral perfusion combined with deep hypothermia circulatory arrest in aortic arch surgery: a meta-analysis and systematic review of 5060 patients. Hu Z, Wang Z, Ren Z, Wu H, Zhang M, Zhang H, Hu X. J Thorac Cardiovasc Surg. 2014 Aug; 148(2):544-60.
http://f1000.com/prime/718206947

19. **Bergese SD,** Stoicea N. A Comparison of Regional versus General Anesthesia for Lumbar Spine Surgery: A Meta-Analysis of Randomized Studies. Zorrilla-Vaca A, Healy RJ, Mirski MA. J Neurosurg Anesthesiol. 2016 Aug 25.
http://f1000.com/prime/726680436

20. **Bergese SD,** Stoicea N. Postoperative Cognitive Dysfunction and the Change of Regional Cerebral Oxygen Saturation in Elderly Patients Undergoing Spinal Surgery. J Kim, JK Shim, JW Song, EK Kim and YL Kwak. Anesthesia and Analgesia 2016 Aug 123(2): 436-44.
https://f1000.com/prime/726413719

21. **Bergese SD,** Stoicea N. Predicting fluid responsiveness in children: a systematic review. H Gan, M Cannesson, JR Chandler and JM Ansermino. Anesthesia and Analgesia 2013 Dec 117(6): 1380-92.
https://f1000.com/prime/718191475

**REVIEWS:**

1. Orosz CG, **Bergese SD**, Wakely E, Xia D, Gordillo GM, VanBuskirk AM. Acute Versus Chronic Graft Rejection: Related Manifestations of Allosensitization in Graft Recipients. *Transplant Review,* Volume 11, Pages 38-50, 1997.

2. **Bergese SD,** MRI-Compatible Systems Enable Safe Use of Infused Drugs in the Intraoperative Suite. Advances in Infusion Technology. *Acute Care Technology,* Volume 47, Issue 2, Pages 43-46, April – May 2007.

3. **Bergese SD,** Puente EG. Clevidipine Butyrate. *Expert Opinion on Pharmacotherapy,* Volume 11, Issue 2, Pages 281-295, 2010.

4. **Bergese SD,** Joshi GP; Controversies Surrounding Intraoperative Blood Pressure Control in Non-Cardiac Surgery, *American Society of Anesthesiology Newsletter; August 2010; Volume 74; Pages 8-9.*

5. Hoy SM, Keating GM, Sections of the manuscript reviewed by: Ard JL Jr., **Bergese SD**, Leslie JB, Liu L, and Venn R. Dexmedetomidine: A Review of its Use for Sedation in Mechanically Ventilated Patients in an Intensive Care Setting and for Procedural Sedation. *Drugs,* Volume 71, Issue 11, Pages 1481-1501, 0012-6667/11/0011-1481, 2011.

6. Stoicea N, Wilson T, Chandrasekhar K, **Bergese SD**, The Role of microRNAs as Potential Biomarkers in Central Nervous System Disorders. *International Journal of Clinical Anesthesia, Int J Clin Anesthesiol 1: 1009 (2013)*

7. Soghomonyan S, Castellon Larios K, Jipa AM, **Bergese SD**, Prevention of Intraoperative Cerebral Ischemia during Neurosurgical Operations, *International Journal of Clinical Anesthesia, Int J Clin Anesthesiol 1: 1008 (2013)*

**EDITORIALS:**

1. Mosley DE, Swain AR, **Bergese SD**, A Basic Approach to Lumbar Zygapophyseal Joint Disease: New Technology for Treatment, but does it Improve Outcomes? *Journal of Pain Relief*, 1:e107. doi:10.4172/jpar.1000e107

**LETTERS TO THE EDITOR:**

1. Stoicea N, Joshep N, **Bergese SD**, Clevidipine-Induced Dyspnea Relief in Acute Heart Failure Patients. *EBioMedicine Journal; 16-JUL-2016DOI: 10.1016/j.ebiom.2016.07.014*

## BOOK CHAPTERS:

1. **Bergese SD**, Puente EG. Anesthetic Considerations for Neurological Surgery with Magnetic Resonance Imaging in the Operating Room Setting. *Neurosurgery Clinics of North America,* 2009; 20: 155-162.

2. **Bergese SD,** Puente EG, Zisman G. Equipment Considerations Outside of the Operating Room. Sandberg W, Urman R, Ehrenfeld J, eds. *The MGH Textbook of Anesthetic Equipment*, 2010; 1 P 30-38.

3. **Bergse SD**, Puente EG, Zisman G. Neuroanesthesia Equipment Room. Sandberg W, Urman R, Ehrenfeld J, Editorials. *The MGH Textbook of Anesthetic Equipment*. 2010; 1 P 23-29.

4. **Bergese SD,** Puente EG. Cerebral Protection and Resuscitation. Anesthesiology Text Book, 3rd Edition. México, D.F: Manual Moderno J. Antonio Aldrete, Uriah Guevara, Emilio M. Capmourteres, Editorials.

5. **Bergese SD,** Puente EG. "Anesthesia in the Intraoperative MRI Environment. Clinical Implications." Esquinas A, Editorials. Applied Technologies in Pulmonary Medicine, 10th Ed. *2010.*

6. **Bergese SD,** Chapter Number Six. Patient Monitoring, Equipment, IV Fluids, IV Insertion. *The Manual of Moderate and Deep Sedation in Clinical Practice*, Cambridge University Press, The Edinburgh Building Shaftesbury Road Cambridge. 2011.

7. **Bergese SD,** Chapter number 14. Sedation in the Cardiology Suite. *The Manual of Moderate and Deep Sedation in Clinical Practice*, Cambridge University Press, The Edinburgh Building Shaftesbury Road Cambridge. 2011.

8. **Bergese SD**, Quevedo EA; "TIVA, Agentes Intravenosos y su Rol en la Protección Cerebral," Chapter in Spanish; International e-Book Collaboration for the *Latin American Association of Anesthesiology*.

9. **Bergese SD**, Ortega AJ, Soghomonyan S, Portillo J. Bupivacaine for Postoperative Pain management. E-Book: Current Issues in Postoperative Pain.

10. **Bergese SD**, Castellon Larios KM. Potenciales Evocados y Monitoria Multimodal. Evoked Potential and Multimodal Monitoring. International e-Book Collaboration for the *Latin American Association of Anesthesiology*.

11. **Bergese SD**, Castellon Larios KM. Monitoreo Cerebral y Despertar Intraoperatorio. Brain Monitoring and Intraoperative Awareness. *Colombian Journal of Anesthesiology*.

12. **Bergese SD**, Fiorda J. Anesthetic Considerations for Deep Brain Stimulation. Neurosurgery, *Book Editor: Francesco Signorelli. "Neurosurgery", ISBN 978-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-5.Intech Publishers.*

13. **Bergese SD**, Stoicea N, Deogaonkar M, Fiorda-Diaz J. Anesthetic Considerations for DBS (Deep Brain Stimulators), Neurosurgery. *Editor in Chief: Francesco Signorelli & Andrea Koric. INTECH Editorial, ISSN / ISBN 978-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-5. Medicine » Surgery » "From Bench to Bedside - Trauma, Tumors, Spine, Functional Neurosurgery", book edited by Francesco Signorelli, ISBN 978-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-4, Print ISBN 978-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-7, Published: September 28, 2016 under CC BY 3.0 license. © The Author(s).*

14. **Bergese SD,** Fiorda-Diaz J. Anaesthetic agents - neurotoxic or neuroprotective? Essentials of Neuroanesthesia, *Editor in Chief: Hemanshu Prabhakar & Kristi Anderson. Elsevier Editorial, (San Diego, USA). ISSN / ISBN9780128052990.*

**BOOK CHAPTERS** *(Continued)*:

15. **Bergese SD,** Fiorda-Diaz J. Emergence of Anesthesia , Essentials of Neuroanesthesia. *Editor in Chief: Hemanshu Prabhakar & Kristi Anderson. Elsevier Editorial, (San Diego, USA). ISSN / ISBN9780128052990*

16. **Bergese SD,** Sacchet-Cardozo F. Anesthetic Neurotoxicity and the Developing Brain, Essentials of Pediatric Neuroanesthesia. *Editor in Chief: Girija Prasad Rath; Editorial: Jaypee Brothers Medical Publishers.*

17. **Bergese SD,** Online Course of Text Editing and Correcting of Style of Scientific Publications; Title "How to Text Editing a Scientific Paper" Module 1: Editorial Process and Revision. (ISBN: 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-051-5), Catholic University of Valencia "San Vicente Mártir" with 5 credits ECTS (European Credit Transfer System), *Pan-American Editorial.*

18. **Bergese SD,** Online Course of Text Editing and Correcting of Style of Scientific Publications; Title "Indexing y Types". Scopus, PubMed, Science Direct, Orci" Module 1: Editorial Process and Revision. (ISBN: 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-051-5), Catholic University of Valencia "San Vicente Mártir" with 5 credits ECTS (European Credit Transfer System), *Pan-American Editorial.*

19. **Bergese SD,** Online Course of Text Editing and Correcting of Style of Scientific Publications; Title "Clinical Trials". Scopus, PubMed, Science Direct, Orci" Module 2: Statistics and Study Design. (ISBN: 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-051-5), Catholic University of Valencia "San Vicente Mártir" with 5 credits ECTS (European Credit Transfer System), *Pan-American Editorial.*

20. Sacchet-Cardozo F, **Bergese SD,** Organization and Design of Neuro-Operating Room and Neuro-Radiology Suite. Georg Thieme Verlag, Thieme Publishers; Stuttgart Germany. Shrestha et al. Neuroanesthesia and Neurocritical Care; Editor in Chief: Stephan Konnry. Chapter 1.

21. Sacchet-Cardozo F. Amoroso E, Stoicea N, **Bergese SD,** Anesthesia for Surgery of Supratentorial Space-Occupying Lesions. Georg Thieme Verlag, Thieme Publishers; Stuttgart Germany. Shrestha et al. Neuroanesthesia and Neurocritical Care; Editor in Chief: Stephan Konnry. Chapter 22.

22. Turconi L, Mavarez-Martinez A, **Bergese SD,** Anaesthesia for Carotid Surgery; Georg Thieme Verlag, Thieme Publishers; Stuttgart Germany. Shrestha et al. Neuroanesthesia and Neurocritical Care; Editor in Chief: Stephan Konnry. Chapter 24.

23. Zunino ME, Gonzalez-Zacarias A, **Bergese SD,** Epilepsy Surgery; Georg Thieme Verlag, Thieme Publishers; Stuttgart Germany. Shrestha et al. Neuroanesthesia and Neurocritical Care; Editor in Chief: Stephan Konnry. Chapter 29

24. King A, Sacchet-Cardozo F, **Bergese SD,** Anaesthesia for Paediatric Intracranial Procedures; Georg Thieme Verlag, Thieme Publishers; Stuttgart Germany. Shrestha et al. Neuroanesthesia and Neurocritical Care; Editor in Chief: Stephan Konnry. Chapter 30.

.

**ABSTRACTS:**

1.  **Bergese, S.D.**, Luna J.A., Castro-Pizarro, R.G., Campo, W.D. Gil, O.A., Martini, R.B. Colonic Vascular Malformations, Presented to the Latin American and National Symposium for Residents in General Surgery, Regional Hospital of Comodoro Rivadavia, Patagonia, Argentina, April 10 – 15th, 1989.

2.  **Bergese, S.D.**, Schneider, A., Castro-Pizarro, R.G., Traverso, R.A., Gil, O.A., Martini, R.B. Gastricvolvulus in the Retrocostoxifoid Hernia Region. Presented to the Third Latin American National Symposium for Residents in General Surgery, Embalse de Rio 3, Calamuchita, Argentina, April 9 – 13th, 1990.

3.  Ohye RG, Pelletier RP, **Bergese SD**, Orosz CG. Evidence for T cell lymphokines as inducers of endothelial VCAM-1 expression in rejecting cardiac allografts. Presented to American Society of Transplant Surgeons, Houston, Texas, May 1993.

4.  **Bergese SD**, Pelletier RP, Ohye RG, Orosz CG. Treatment of mice with anti-CD3 mAb induces endothelial VCAM-1 expression. Presented to the Big Sky Symposium, The Transplantation Society, Big Sky, Montana, September 8 – 11th, 1993.

5.  Ohye RG, Pelletier RP, **Bergese SD**, Orosz CG. Evidence for T cell lymphokines as inducers of endothelial VCAM-1 expression in rejecting cardiac allografts. Presented to the Big Sky Symposium, The Transplantation Society, Big Sky, Montana, September 8–11th, 1993.

6.  **Bergese SD**, Pelletier RP, Ohye RG, Wu H, Orosz CG. Treatment of mice with anti-CD3 mAb induces endothelial VCAM-1 expression. Presented to The Zollinger Surgical Society Sixth Annual Meeting, April 29 – 30th, 1994, Columbus, Ohio.

7.  Orosz CG, **Bergese SD**, Pelletier RP, Widmer M, Vallera D, Ferguson RM. Graft endothelial VCAM-1 expression: Regulation and subtle role in acute allograft rejection. Presented to the XVth World Cong Transplantation Society, Kyoto, Japan, August 28th–September 2nd, 1994.

8.  **Bergese SD**, Pelletier RP, VanBuskirk AM, Ferguson RM, Orosz CG. Graft endothelial VCAM-1 expression: regulation and subtle role in acute allograft rejection. Presented to the George F. Martin Research Day, Columbus, Ohio, February 1994.

9.  **Bergese SD**, Pelletier RP, VanBuskirk AM, Ferguson RM, Orosz CG. Graft endothelial VCAM-1 expression: regulation and subtle role in acute allograft rejection. Presented to the George F. Martin Research Day, Columbus, Ohio, February 1995.

10. Pelletier RP, **Bergese SD**, Orosz CG, Widmer M, Vallera D, Ferguson RM. Mechanism of in vivo regulation and the clinical relevance in anti-CD3 mAb induced endothelial VCAM-1 expression. Presented to the Society of University Surgeons, Denver, Colorado, February 9 – 11th, 1995.

11. **Bergese SD**, Pelletier RP, Widmer M, Vallera D, Orosz C, Ferguson RM. Graft endothelial VCAM-1 expression: regulation and subtle role in acute allograft rejection. Presented to the Society of University Surgeons, Denver, Colorado, February 9 – 11th, 1995.

12. **Bergese SD**, VanBuskirk AM, Wakely E, Huang E, Ferguson RM, Orosz CG. Donor-reactive cellular and humoral immunity during chronic allograft rejection. Presented to the First International Symposium on the Etiology and Pathobiology of Transplant Vascular Sclerosis, Southampton, Bermuda, March 1st – 5th, 1995.

**ABSTRACTS** *(Continued)*:

13. Wakely E, **Bergese SD**, VanBuskirk AM, Orosz CG. Development of a model for cardiac allograft rejection in SCID mice Presented to the Experimental Biology '95 Meeting, Atlanta, Georgia, April 9 – 13th, 1995.

14. **Bergese SD**, Pelletier RP, VanBuskirk AM, Ferguson RM, Orosz CG. Graft endothelial VCAM-1 expression: regulation and subtle role in acute allograft rejection. Presented to the 3rd Annual Basic and Clinical Research Day, Columbus, Ohio, April 1995.

15. VanBuskirk AM, Wakely ME, **Bergese SD**, Orosz CG. Passive transfer of graft-reactive IL4-producing TH2 cells promotes murine cardiac allograft rejection, not tolerance. Presented to The 9th International Congress of Immunology, San Francisco, California, July 23rd – 29th, 1995.

16. **Bergese SD**, VanBuskirk AM, Wakely ME, Orosz CG. Donor-reactive alloimmunity and chronic histopathology in accepted murine cardiac allografts. Presented 4th Basic Sciences Symposium of the Transplantation Society, Noordwijkerhout, The Netherlands, September 17 – 20th, 1995.

17. VanBuskirk AM, Wakely ME, **Bergese SD**, Orosz CG. Murine cardiac allograft rejection, not tolerance, promotes murine cardiac allograft rejection, not tolerance. Presented 4th Basic Sciences Symposium of the Transplantation Society, Noordwijkerhout, The Netherlands, September 17 – 20th, 1995.

18. VanBuskirk AM, Wakely ME, **Bergese SD**, Orosz CG. Passive transfer of graft-reactive TH2 cells promotes murine cardiac allograft rejection, not tolerance. Presented to First Annual Research Exposition, OSU Health Sciences College, Columbus, Ohio, December 1995.

19. **Bergese SD**, VanBuskirk AM, Wakely E, Huang EH, Ferguson RM, Orosz CG. Donor-reactive cellular and humoral immunity during chronic allograft rejection. Presented to First Annual Research Exposition, OSU Health Sciences College, Columbus, Ohio, December 1995.

20. Gordillo G, Xia D, **Bergese SD**, Mullins A, Klenotic S, Orosz CG. Gene therapy in murine graft recipients. Presented to the Columbus Surgical Society Presidential Symposium. Columbus, Ohio, January 13th, 1996.

21. Orosz C, Pidwell D, Adams P, **Bergese SD**. Unusual antibodies in high PRA sera. Presented to the 10th Annual Clinical Histocompatibility Workshop, Paradise Island, Bahamas, February 1996.

22. **Bergese SD**, Sedmak DD, Wakely ME, Klenotic SM, Orosz CG. Different apoptosis patterns in rejecting vs. tolerated murine cardiac allografts. Presented to the 22nd Annual Scientific Meeting, American Society of Transplantation Surgeons, Dallas, Texas, May 1996.

23. VanBuskirk AM, Wakely ME, **Bergese SD**, Orosz CG. Graft-reactive TH2 cells promote murine cardiac allograft rejection, not tolerance. Presented to the 22nd Annual Scientific Meeting, American Society of Transplantation Surgeons, Dallas, Texas, May 1996.

24. **Bergese SD**, Klenotic SM, VanBuskirk AM, Wakely ME, Orosz CG. The chemokine MCP-1 is not required for acute rejection. Presented to the American Society of Transplant Physicians, Dallas, Texas, May 26 – 29th, 1996.

**ABSTRACTS** (*Continued*):

25. Orosz CG, Wakely ME, VanBuskirk AM, **Bergese SD**. Relationships between acute rejection, chronic rejection and tolerance. Poster accepted American Society of Transplant Physicians, Dallas, Texas, May 26 – 29th, 1996.

26. Gordillo G, Xia D, **Bergese SD**, Wardrop R, Mullins A, Klenotic SM, Orosz CG. IL4 gene therapy in murine cardiac graft recipients. Presented to XVI Int'l Congress of The Transplantation Society, Barcelona, Spain, August 25 – 30th, 1996.

27. VanBuskirk A, Wakely E, **Bergese SD**, Orosz C. Graft-reactive TH2 cells promote murine cardiac allograft rejection, not tolerance. Presented to XVI Int'l Congress of The Transplantation Society, Barcelona, Spain, August 25 – 30th, 1996.

28. **Bergese SD**, Sedmak D, Wakely E, Klenotic S, Orosz C. Different apoptosis patterns in rejecting vs. tolerated murine cardiac allografts. Presented to XVI Int'l Congress of The Transplantation Society, Barcelona, Spain, August 25 – 30th, 1996.

29. **Bergese SD**, Klenotic SM, VanBuskirk AM, Wakely ME, Orosz CG. The chemokine MCP-1 is not required for acute rejection. Rej XVI Int'l Cong The Txt Soc, Barcelona, Spain, August 25 – 30th, 1996.

30. Orosz CG, Wakely ME, VanBuskirk AM, **Bergese SD**. Relationships between acute rejection, chronic rejection and tolerance. Rej XVI Int'l Cong The Txt Soc, Barcelona, Spain, August 25 – 30th, 1996.

31. **Bergese SD**, Armstrong A, Strauch A, Wewers M, Cosio F, Sedmak D, Starling R, Klenotic S, Wakely E, Orosz CG. Interstitial fibrosis can precede neointimal formation in experimental chronic graft rejection. Presented: Symposium on The Etiology and Pathobiology of Transplant Vascular Sclerosis. Southhampton, Bermuda, March 5 – 9th, 1997.

32. **Bergese SD**, Armstrong A, Strauch A, Wewers M, Cosio F, Sedmak D, Starling R, Klenotic S, Wakely E, Orosz CG. Computerized morphometric analysis of neointimal formation in experimental allografts.Presented: Symposium on The Etiology and Pathobiology of Transplant Vascular Sclerosis. Southhampton, Bermuda, March 5 – 9th, 1997.

33. Gordillo GM, Xia D, **Bergese SD**, Orosz CG. Consequences of plasmid-associated  LPS in experimental models of transplantation.  Poster presentation: 1997 Keystone symposia, Snowbird, Utah, April 13 – 19th, 1997.

34. Armstrong A, Strauch A, Wewers, Cosio F, Sedmak D, Starling R, **Bergese SD**, Klenotic S, Wakely E, Orosz CG. Morphometric analysis of the rate, location and intensity of neointimal formation in experimental allografts. Rej The American Society of Transplant Physicians 16th Annual Scientific Mtg., Chicago, Illinois, May 10 – 14th, 1997.

35. Klenotic SM, **Bergese SD**, Wakely ME, Orosz CG. Selective loss of TcR by graft-infiltrating T Cells. Presented: Fifth Basic Sciences Symposium of The Transplantation Society, Chautaqua, New York, September 6 – 11th, 1997.

36. Pelletier R, **Bergese SD**, Klenotic S, Alexander D, Larsen C, Pearson T, VanBuskirk A, Ferguson R, Orosz C. Alloantibodies are not required for development of transplant vascular sclerosis. Oral presentation to the American Society of Transplant Physicians, Chicago, Illinois, May 9 – 13th, 1998.

**ABSTRACTS** *(Continued)*:

37. Pelletier RP, **Bergese SD**, Klenotic SM, Alexander DZ, Larsen CP, Pearson TC, VanBuskirk AM, Ferguson RM, Orosz CG. Chronic allograft vasculopathy develops in the absence of alloantibodies. Poster presentation to the VII World Congress, The Transplantation Society, Montreal, Canada, July 12 – 17th, 1998.

38. **Bergese SD**, Miller R, Gerhardt MA. Non-bolus epidural dosing technique in a parturient with TGA following atrial switch (Mustard Procedure). Presented to the Midwest Anesthesia Residents Conference, Omaha, Nebraska, May 2002.

39. Roberts W, Khabiri B, Gerhardt MA, Lopez L, **Bergese SD**, Dexmedetomidine Infusion for AFOI (Awake fiber optic intubations). Presented to the Midwest Anesthesia Residents Conference, Minneapolis, Minnesota, March 19th – 21st, 2004.

40. **Bergese SD**, Roberts W, Gerhardt MA, Lopez L, Howie M, Approach to a difficult airway with Dexmedetomidine Infusion. Presented to the Third Annual Graduate & Postgraduate Research Day, OSU Health Sciences College, Columbus, Ohio, April 1st, 2004.

41. Walker MD, Hachwa B, Dalton R, Gerhardt MA, **Bergese SD,** Simultaneous Giant Basilar Aneurysm Clipping and Coronary Artery By-Pass Grafting Under Deep Hypothermic Circulatory Arrest.  Presented to the Midwest Anesthesia Residents Conference, (MARC), Madison, WI, March 19 – 25th, 2005.

42. Walker MD, Hachwa B, Dalton R. Gerhardt MA, **Bergese SD,** Simultaneous Giant Basilar Aneurysm Clipping and Coronary Artery By-Pass Grafting (CABG) Under Deep Hypothermic Circulatory Arrest. Presented to the Fourth Annual Graduate & Postgraduate Research Day, OSU Health Sciences College, Columbus, Ohio, March 31st, 2005.

43. Roberts WD, B. Gupta, **Bergese SD.** Anesthesia For Awake Craniotomy in a Polestar™ Open Field MRI Suite. Presented to the Midwest Anesthesia Residents Conference, (MARC), Chicago, Illinois, March 17 – 19th, 2006.

44. W. D. Roberts, B. Gupta, **Bergese SD.** Awake Craniotomy in a Polestar™ Open Field MRI , a case report. Presented to the Fifth Annual Graduate & Postgraduate Research Day, OSU Health Sciences College, Columbus, Ohio, March 30th, 2006.

45. **Bergese SD.** An Update on Brain Function Monitoring During Anesthesia Care. St. Joseph County Academy of Anesthesiologist, South Bend, Indiana, May 2nd 2006.

46. Intra-operative Real-time Imaging During Brain Surgery, Michael Knopp, Antonio Chiocca, and **Bergese SD,** The Ohio State University Medical Center, Live Webcasts, Center for Continuing Medical Education, Columbus, Ohio, June 23rd, 2006.

47. Martin P, Gonzalez D, Lopez L, Watson D, **Bergese SD** (et al) How to improve the Anesthesia Service on Gaswork .com. ASA Business Administration Program Meeting, The Woodlands (Houston), Texas, January 12 – 14th, 2007

48. Sage K, Bender P, **Bergese SD,** Midazolam versus Dexmedetomidine in Awake Fiber Optic Intubations  Presented to the 6th Annual Graduate and Postgraduate Research Day, The Ohio State University, Columbus, Ohio, March 29th, 2007.

49. Barua E., Dzwonczyk R., Rogers B **Bergese SD**, The OSU iMRI Experience Presented to the 6th Annual Graduate and Postgraduate Research Day, The Ohio State University, Columbus, Ohio, March 29th, 2007.

.

## ABSTRACTS *(Continued)*:

50. Bender SP, **Bergese SD,** Intraoperative Anemia and Brain Monitoring depressions, a case report. Presented to the 6th Annual Graduate and Postgraduate Research Day, The Ohio State University, Columbus, Ohio, March 29th, 2007.

51. Moran K, Mani M, **Bergese SD,** Anesthetics considerations of the McCune-Albright Syndrome: Anesthetic considerations. Presented to the 6th Annual Graduate and Postgraduate Research Day, The Ohio State University, Columbus, Ohio, March 29th, 2007.

52. Bender SP, **Bergese SD,** Change in BIS Value due to Acute Intraoperative Anemia: A Case Report. Presented to the Midwest Anesthesia Residents Conference, (MARC), St. Louis, Missouri, April 13 – 15th, 2007.

53. Moran K, Mani M, **Bergese SD,** Acromegaly, endocrine dysfunction and polyostotic fibrous dysplasia associated with McCune-Albright Syndrome: Anesthetic considerations. Presented to the Midwest Anesthesia Residents Conference, (MARC), St. Louis, Missouri, April 13 – 15th, 2007.

54. Godzik N, R. Dzwonczyk, **Bergese SD**, Clinical Evaluation of the MedRad Veris MR, iMRI Patient Monitor. Presented to the Midwest Anesthesia Residents Conference, (MARC), St. Louis, Missouri, April 13 – 15th, 2007.

55. Barua E., Dzwonczyk R., Rogers B, **Bergese SD**, The OSU iMRI Experience. Presented to the Midwest Anesthesia Residents Conference, (MARC), St. Louis, Missouri, April 13 – 15th, 2007.

56. Sage K, Goldman E, **Bergese SD,** Vigilance in Detecting a Venous Air Embolism in Semi Sitting Craniotomy, A Case Report. Presented to the Midwest Anesthesia Residents Conference, (MARC), St. Louis, Missouri, April 13 – 15th, 2007.

57. Sage K, **Bergese SD,** Midazolam versus Dexmedetomidine in Awake Fiber Optic Intubations. Presented to the Midwest Anesthesia Residents Conference, (MARC), St. Louis, Missouri, April 13 – 15th, 2007.

58. Bender SP, **Bergese SD,** Change in BIS Value due to Acute Intraoperative Anemia: A Case Report. Presented to The Ohio Society of Anesthesiologists, 68th Annual Meeting. Cincinnati, Ohio, September 14 – 16th, 2007.

59. Moran K, Mani M, **Bergese SD,** Acromegaly, endocrine dysfunction and polyostotic fibrous dysplasia associated with McCune-Albright Syndrome: Anesthetic considerations. Presented to The Ohio Society of Anesthesiologists, 68th Annual Meeting. Cincinnati, Ohio, September 14 – 16th, 2007.

60. Godzik N, R. Dzwonczyk, **Bergese SD**, Clinical Evaluation of the MedRad Veris MR, iMRI Patient Monitor. Presented to The Ohio Society of Anesthesiologists, 68th Annual Meeting. Cincinnati, Ohio, September 14 – 16th, 2007.

61. Barua E., Dzwonczyk R., Rogers B, **Bergese SD**, The OSU iMRI Experience. Presented to The Ohio Society of Anesthesiologists, 68th Annual Meeting. Cincinnati, Ohio, September 14 – 16th, 2007.

62. Sage K, Goldman E, **Bergese SD,** Vigilance in Detecting a Venous Air Embolism in Semi Sitting Craniotomy, A Case Report. Presented to The Ohio Society of Anesthesiologists, 68th Annual Meeting. Cincinnati, Ohio, September 14 – 16th, 2007.

**ABSTRACTS** *(Continued)*:

63. Sage K, **Bergese SD,** Midazolam versus Dexmedetomidine in Awake Fiber Optic Intubations. Presented to The Ohio Society of Anesthesiologists, 68th Annual Meeting. Cincinnati, Ohio, September 14 – 16th, 2007.

64. **Bergese SD**, Nieves-Ramos R, Dzwonczyk R, Phase II, Clinical Evaluation of the MedRad Veris MR, iMRI Patient Monitor. Presented to the American Society of Anesthesiologists Annual Meeting, San Francisco, California, October 13 – 17th, 2007.

65. **Bergese SD**, Barua E., Dzwonczyk R., Rogers B, Intraoperative MRI: A Analysis of its application and Benefits for Brain Tumor Resections. Presented to the American Society of Anesthesiologists Annual Meeting, San Francisco, California, October 13 – 17th, 2007.

66. **Bergese SD,** Bender P, Sage K, Midazolam versus Dexmedetomidine as a Base of a Combined Technique in Awake Fiber Optic Intubations, A Comparative Study. Presented to the American Society of Anesthesiologists Annual Meeting, San Francisco, California, October 13 – 17th, 2007.

67. **Bergese SD,** Bender P, McSweeney TD, Fernandez S, Sage K, A Comparative Study Using Primarily Dexmedetomidine or Midazolam for Sedation During Elective Awake Fiberoptic Intubation. Presented to the International Anesthesia Research Society, San Francisco, California, March 28th – April 1st, 2008.

68. **Bergese SD**, Candiotti K, Zura A, Bockesh P, Bekker A, A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Safety and Efficacy of Dexmedetomidine Used for Sedation During Elective Awake Fiberoptic Intubation, Presented to the International Anesthesia Research Society, San Francisco, California, March 28th – April 1st, 2008.

69. Weaver T, Johnston J, Shenk A, Head DM, **Bergese SD,** Economics of Return of Patients with Postoperative Nausea and Vomiting (PONV): Should we treat all surgical Patients Prophylactically? Presented to the International Anesthesia Research Society, San Francisco, California, March 28th – April 1st, 2008.

70. Fujii J, Dzwonczyk R, Nieves-Ramos R, **Bergese SD**, Electromagnetic interference in the Intraoperative magnetic resonance imaging setting. Presented to Midwest Anesthesia Resident Conference. Indianapolis, Indiana, April 4 – 6th, 2008.

71. Sage K, Bender P, McSweeney TD, Fernandez S, **Bergese SD,** A Comparative Study Using Primarily Dexmedetomidine or Midazolam for Sedation During Elective Awake Fiberoptic Intubation. Presented to 7th Annual OSUMC Research Day, Columbus, Ohio, April 10th, 2008.

72. Fujii J, Dzwonczyk R, **Bergese SD**, Electromagnetic interference in the Intraoperative magnetic resonance imaging setting. Presented to 7th Annual OSUMC Research Day, Columbus, Ohio, April 10th, 2008.

73. Weaver T, Johnston J, Shenk A, Head DM, **Bergese SD,** Economics of Return of Patients with Postoperative Nausea and Vomiting (PONV): Should we treat all surgical Patients Prophylactically? Presented to 7th Annual OSUMC Research Day, Columbus, Ohio, April 10th, 2008.

74. Pangrazzi G, Uhler J, Vaadyala P, **Bergese SD,** A Retrospective Comparative Study of the Anesthetic Management of Craniotomies with and without IV Alpha 2 Agonists. Presented to 7th Annual OSUMC Research Day, Columbus, Ohio, April 10th, 2008.

.

**ABSTRACTS** (*Continued*):

75. **Bergese SD**, Candiotti K,  Zura A, Bockesh P, Bekker A, A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Safety and Efficacy of Dexmedetomidine Used for Sedation During Elective Awake Fiberoptic Intubation, Presented to the American Society of Anesthesiologists Annual Meeting, Orlando, FL, October 18-22nd 2008.

76. Candiotti K, Bokesch P, Bekker A, **Bergese SD.** A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Safety and Efficacy of Dexmedetomidine Used for Sedation During MAC (Monitored Anesthesia Care). Presented to the American Society of Anesthesiologists Annual Meeting, Orlando, Florida, October 18th – 22nd, 2008.

77. Weaver T, Dzwonczyk R, **Bergese SD,** Economics and Impact of Return of Patients with Postoperative Nausea and Vomiting (PONV): Should we treat all surgical Patients Prophylactically? Presented to the American Society of Anesthesiologists Annual Meeting, Orlando, Florida, October 18th – 22nd, 2008.

78. Pangrazzi G, Uhler J, Vaadyala P, **Bergese SD,** A Retrospective Comparative Study of the Anesthetic Management of Craniotomies with and without IV Alpha 2 Agonists. Presented to the American Society of Anesthesiologists Annual Meeting, Orlando, Florida, October 18th – 22nd, 2008.

79. Huncke Tessa, Candiotti K, **Bergese SD,** Kim Sunmi, Bekker A. Prospective, Randomized, Placebo Control Study: Dexmedetomidine Sedation in Subset Vascular Procedures. Presented to the American Society of Anesthesiologists Annual Meeting, Orlando, Florida, October 18th – 22nd, 2008.

80. Hassona MDH, Abouelnaga ZA, Awad MM, Alhaj MA, Wani AA, **Bergese SD**, Hassanain H, Vascular Hypertrophy-Associated Hypertension of Profilin1 Transgenic Mouse Model led to Functional Remodeling of Vasculature. Presented to the Experimental Biology Meeting, American Association of Anatomists (AAA); American Physiological Society (APS): American Society for Biochemistry and Molecular Biology (ASBMB); American Society for Investigative Pathology (ASIP): American Society for Nutrition (ASN); American Society for Pharmacology and Experimental Therapeutics (ASPET); New Orleans, Louisiana, April 19th – 22nd, 2009.

81. Abouelnaga ZA, Hassona MDH, Awad MM, Alhaj MA, Badary OA, Hamada FM, **Bergese SD**, Hassanain H, Mechanical Strain in VSM Cells Triggers Vascular Remodeling and Hypertension and Activates Integrins in Profilin1 Transgenic Model. Presented to the Experimental Biology Meeting, American Association of Anatomists (AAA); American Physiological Society (APS): American Society for Biochemistry and Molecular Biology (ASBMB); American Society for Investigative Pathology (ASIP): American Society for Nutrition (ASN); American Society for Pharmacology and Experimental Therapeutics (ASPET); New Orleans, Louisiana, April 19th – 22nd, 2009.

**ABSTRACTS** (*Continued*):

82.  Awad MM,Talukder H, Kulkarni A, Abouelnaga Z, Hessein-Hassona M, Mostafa A, Abdelhami M, Alhaj M, Zweier Jay, Kuppusamy P, **Bergese SD**, Hassanain H, Hypertrophy and Postischemic Contractile Dysfunction in Mice Overexpressing the Active Form of Zea maize RacD in the Heart. Presented to the Experimental Biology Meeting, American Association of Anatomists (AAA); American Physiological Society (APS): American Society for Biochemistry and Molecular Biology (ASBMB); American Society for Investigative Pathology (ASIP): American Society for Nutrition (ASN); American Society for Pharmacology and Experimental Therapeutics (ASPET); New Orleans, Louisiana, April 19th – 22nd, 2009.

83.  Kim S, Candiotti K, **Bergese SD**, Bokesch PM, Bekker A; A prospective, randomized, double-blind, placebo-controlled study evaluating the efficacy of Dexmedetomidine for sedation during orthopedic procedures. Presented to International Anesthesia Research Society, 2009 Annual meeting, Manchester Grand Hyatt, San Diego, California, March 14th – 17th, 2009.

84.  **Bergese SD,** Mani M, Lu H, Viloria A, Bhatt A, Puente E.  Effect of Desflurane MAC on Intraoperative Somatosensory Evoked Potentials, Presented to International Anesthesia Research Society, 2009 Annual meeting, Manchester Grand Hyatt, San Diego, California, March 14th – 17th, 2009.

85.  Bhatt A, Beck A, Puente E, Viloria A, **Bergese SD.** Dexmedetomidine, Remifentanil, and Propofol is an Efficacious Anesthetic Combination in Deep Brain Stimulation Procedures, Presented to International Anesthesia Research Society, 2009 Annual meeting, Manchester Grand Hyatt, San Diego, California, March 14th – 17th, 2009.

86.  Bhatt A, Pangrazzi G, Uhler J, Dzwonczyk R, Gulati P, **Bergese SD.** Low dose adjuvant dexmedetomidine lowers the concentration of inhaled anesthetic required for adequate sedation. Presented to International Anesthesia Research Society, 2009 Annual meeting, Manchester Grand Hyatt, San Diego, California, March 14th – 17th, 2009.

87.  Skordilis M, Dzwonczyk R, Viloria A, Rosborough K, **Bergese SD** Dimitrova G. Variation of the Cerebral State Index during Carotid Cross-Clamping in Patients Undergoing Carotid Endarterectomy**,** Presented to International Anesthesia Research Society, 2009 Annual meeting, Manchester Grand Hyatt, San Diego, California, March 14th – 17th, 2009.

88.  Hrelec C, Puente E, Bonaventura B, Otey A, Dzwonczyk R, **Bergese SD.**  A head to head comparison of Stryker SNAP II and BIS VISTA indices during anesthesia and at awakening, Presented to International Anesthesia Research Society, 2009 Annual meeting, Manchester Grand Hyatt, San Diego, California, March 14th – 17th, 2009.

89.  Kim Sunmi, **Bergese SD,** Candiotti K, Bokesch P,  Bekker A. Prospective, Randomized, Placebo Control Study: Dexmedetomidine Sedation in Subset Orthopedics Procedures. Presented to International Anesthesia Research Society, 2009 Annual meeting, Manchester Grand Hyatt, San Diego, California, March 14th – 17th, 2009.

90.  **Bergese SD,** Mani M, Lu H, Viloria A, Bhatt A, Puente E.  Effect of Desflurane MAC on Intraoperative Somatosensory Evoked Potentials, Presented to 8th Annual OSUMC Research Day, Columbus, Ohio, April 2nd, 2009.

Case 1:20-cv-00147-SCJ   Document 55-7   Filed 05/18/21   Page 141 of 182
Case 1:20-cv-00147-SCJ   Document 55-7   Filed 05/18/21   Page 141 of 182

Sergio Bergese, MD
Curriculum Vitae
Page 125

**ABSTRACTS** *(Continued)*:

91. Bhatt A, Beck A, Puente E, Viloria A, **Bergese SD.** Dexmedetomidine, Remifentanil, and Propofol is an Efficacious Anesthetic Combination in Deep Brain Stimulation Procedures, Presented to 8th Annual OSUMC Research Day, Columbus, Ohio, April 2nd, 2009.

92. Bhatt A, Pangrazzi G, Uhler J, Dzwonczyk R, Gulati P, **Bergese SD.** Low dose adjuvant dexmedetomidine lowers the concentration of inhaled anesthetic required for adequate sedation. Presented to 8th Annual OSUMC Research Day, Columbus, Ohio, April 2nd, 2009.

93. Skordilis M, Dzwonczyk R, Viloria A, Rosborough K, **Bergese SD** Dimitrova G. Variation of the Cerebral State Index during Carotid Cross-Clamping in Patients Undergoing Carotid Endarterectomy**,** Presented to 8th Annual OSUMC Research Day, Columbus, Ohio, April 2nd, 2009.

94. Hrelec C, Puente E, Bonaventura B, Otey A, Dzwonczyk R, **Bergese SD.** A head to head comparison of Stryker SNAP II and BIS VISTA indices during anesthesia and at awakening, Presented to 8th Annual OSUMC Research Day, Columbus, Ohio, April 2nd, 2009.

95. Awad MM,Talukder H, Kulkarni A, Abouelnaga Z, Hessein-Hassona M, Mostafa A, Puente E, Abdelhami M, Alhaj M, Zweier Jay, Kuppusamy P, **Bergese SD**, Hassanain H, Hypertrophy and Postischemic Contractile Dysfunction in Mice Overexpressing the Active Form of Zea maize RacD in the Heart. Presented to 8th Annual OSUMC Research Day, Columbus, Ohio, April 2nd, 2009.

96. Hassona MDH, Abouelnaga ZA, Awad MM, Alhaj MA, Wani AA, Puente E, **Bergese SD**, Hassanain H, Vascular Hypertrophy-Associated Hypertension of Profilin1 Transgenic Mouse Model led to Functional Remodeling of Vasculature. Presented to 8th Annual OSUMC Research Day, Columbus, Ohio, April 2nd, 2009.

97. Abouelnaga ZA, Hassona MDH, Awad MM, Alhaj MA, Badary OA, Hamada FM, Puente E, **Bergese SD**, Hassanain H, Mechanical Strain in VSM Cells Triggers Vascular Remodeling and Hypertension and Activates Integrins in Profilin1 Transgenic Model. Presented to 8th Annual OSUMC Research Day, Columbus Ohio, April 2nd, 2009.

98. Spanos SP, Small R, Bonaventura B, Rosborough K, **Bergese SD**, Comparison of J Tip needle-Free Injection of 1% Lidocaine and Needle Infiltration of 1% Lidocaine Prior To Labor Epidural Placement. Presented to 8th Annual OSUMC Research Day, Columbus, Ohio, April 2nd, 2009.

99. Singla N, Ferber L, **Bergese SD**, Royal M, Breitmeyer J, A Phase III, Multi-Center, Open-Label, Prospective, Repeated Dose, Randomized, Controlled, Multi-Day Study of the Safety of Intravenous Acetaminophen in Adult Inpatients, Presented to American Society of Regional Anesthesia and Pain Medicine 34th Annual Regional Anesthesia Meeting and Workshops, Pointe Hilton at Tapatio Cliffs, Phoenix, Arizona, April 30th – May 3rd, 2009.

100. **Bergese SD**, Simonetti O, Fujii J, Bailey M, Dzwonczyk R, Low Field Magnetic Resonance Imager Scans Produce Electrical Noise that diminishes Electrocardiogram Signal Quality. Presented to The Second Meeting of Intraoperative Imaging Society, The Marmara, Istanbul, Turkey, June 14 – 17th, 2009.

**ABSTRACTS** *(Continued)*:

101.   Huncke T, **Bergese SD**, Bokesch PM, Candiotti K, Bekker A; A prospective, randomized, double-blind, placebo-controlled study evaluating the efficacy of Dexmedetomidine for Ambulatory Surgery. Presented to the American Society of Anesthesiologists Annual Meeting, New Orleans, Louisiana, October 17th – 21st, 2009.

102.   Rich N, Skordilis M, Dzwonczyk R, Viloria A, Dimitrova G, **Bergese SD**. Variation of the Cerebral State Index during Carotid Cross-Clamping in Patients Undergoing Carotid Endarterectomy**,** Presented to the American Society of Anesthesiologists Annual Meeting, New Orleans, Louisiana, October 17th – 21st, 2009.

103.   **Bergese SD**, Puente E, Hrelec C, Otey A, Uribe A. Stryker SNAP II and BIS VISTA Brain Function Indices in Patients Under General Anesthesia. Presented to the American Society of Anesthesiologists Annual Meeting. New Orleans, Louisiana, October 17th – 21st, 2009.

104.   **Bergese SD**, Mani M, Bhatt A, Viloria A , Puente E. Relationship between Somatosensory Evoked Potentials (SSEP's) and Variable Desflurane MAC. Presented to the American Society of Anesthesiologists Annual Meeting, New Orleans, Louisiana, October 17th – 21st, 2009.

105.   Gang TJ, **Bergese SD**, Candiotti K, Singla N, Chung F. A dose-Ranging Study of Oral Rolapitant for the Prevention of Postoperative Nausea and Vomiting (PONV). Presented to the American Society of Anesthesiologists Annual Meeting, New Orleans, Louisiana, October 17th – 21st, 2009.

106.   **Bergese SD**, Puente EG, Hrelec C, Otey A, Dzwonczyk R. Stryker SNAP II and BIS VISTA Brain Function Indices in Patients under General Anesthesia. Presented to the Neurosciences Poster Day. The Ohio State University Medical Center, Columbus, Ohio, November 3rd, 2009.

107.   **Bergese SD**, Mani M, Viloria A, Lu H, Bhatt A, Puente EG. Relationship between Intraoperative Somatosensory Evoked Potentials and Variable Desflurane MAC. Presented to the Neurosciences Poster Day. The Ohio State University Medical Center, Columbus, Ohio, November 3rd, 2009

108.   Graffagnino C, **Bergese SD**, Love J, Schneider D, Lazaridis C, Lee K, Lynch  G on behalf of the ACCELERATE Investigators, Clevidipine Rapidly and Safely Reduces Blood Pressure in Patients with Acute Intracerebral Hemorrhage: Interim Results of the "ACCELERATE" Trial. 7th Neurocritical Care Society Meeting, Hilton New Orleans Riverside, New Orleans, Louisiana, November 11–14th, 2009.

109.   Kerchin G, Bailey M, Rosborough K, **Bergese SD**, Dzwonczyk R. Intraoperative MRI Electrical Noise Affects ECG Arrhythmia Detection and Identification. 2010 IARS Annual Meeting, Honolulu, Hawaii, March 20th – 23rd, 2010.

110.   Habib A, **Bergese SD**, Gu J, Apfel C, Cantillion M, Gan T. The Impact of postoperative Nausea and Vomiting on the Quality of Recovering Following Anesthesia.  2010 IARS Annual Meeting. Honolulu, Hawaii, March 20th – 23rd, 2010.

111.   Puente EG, Uribe AA, Khan F, Dubosh N, Holt S, **Bergese SD**. Is BMI a good Predictor for Difficult Intubation in Overweight Males? 2010 IARS Annual Meeting. Honolulu, Hawaii, March 20th – 23rd, 2010.

**ABSTRACTS** *(Continued)*:

112.  **Bergese SD**, Hassona MD, Khan F, Beck A, Puente EG, Hassanain H. Low doses of Clevidipine have an increased vasodilatory effect on the hypertrophic mesenteric vessel from a profilin-1 hypertensive transgenic mouse model. 2010 IARS Annual Meeting. Honolulu, Hawaii, March 20th – 23rd, 2010.

113.  Bailey M, Kerchin G, Rosborough K, Bonaventura B, **Bergese SD**, Dzwonczyk R. Intraoperative MRI Electrical Noise Affects ECG Arrhythmia Detection and Identification. 2010 MARC Annual Meeting, Cincinnati, Ohio. February 19th – 21st, 2010.

114.  Uribe A, Puente EG, Viloria A, Mirza B, Mendel E, **Bergese SD**. Current Intraoperative Devices to Reduce Visual Loss after Spine Surgery. Presented to 9th Annual OSUMC Research Day, Columbus, Ohio, April 8th, 2010.

115.  Holt S, Khan F, Puente EG, **Bergese SD**. Can difficult intubation be anticipated in male gender with high BMI? Presented to 9th Annual OSUMC Research Day, Columbus, Ohio, April 8th, 2010.

116.  Puente EG, **Bergese SD**, Khan F, Beck A, Zisman G, Hassanain H. Vasodilatory Effect of Low Doses of Clevidipine on the Hypertrophic Mesenteric Vessel of Profilin1 Hypertensive Transgenic Mouse Model. Presented to 9th Annual OSUMC Research Day, Columbus, Ohio, April 8th, 2010.

117.  Hassona MD, Elnakish M, Puente EG, **Bergese SD**, Khan F, Beck A, Antor M, Hassanain H. Structure and Functional Remodeling in the Heart of the Hypertensive Profilin1 Transgenic Model. Presented to 9th Annual OSUMC Research Day, Columbus, Ohio, April 8th, 2010.

118.  Abouelnaga ZA, Puente EG, **Bergese SD**, Khan F, Beck A, Erminy N, Hassanain H. Mechanical Strain in Vasculature Activates Integrins Signaling and Triggers Vascular Remodeling in Profilin1 Transgenic Model. Presented to 9th Annual OSUMC Research Day, Columbus, Ohio, April 8th, 2010.

119.  Peruzzi P, **Bergese SD**, Viloria A, Puente EG, Abdel-Rasoul M, Chiocca EA. Conscious Sedation Anesthesia versus General Anesthesia: Length of Stay Comparison in Patients Undergoing Craniotomy Surgery. Presented to 9th Annual OSUMC Research Day, Columbus, Ohio, April 8th, 2010.

120.  Kerchin G, Bailey M, Rosborough K, Bonaventura B, **Bergese SD**, Dzwonczyk R. Intraoperative MRI Electrical Noise Affects ECG Arrhythmia Detection and Identification. Presented to 9th Annual OSUMC Research Day, Columbus, Ohio, April 8th, 2010.

121.  Antor MA, Hassona MD, Khan F, Beck A, Puente EG, Hassanain H, **Bergese SD**. Assessment of the Efficacy of Clevidipine as Compared SNP and Labetalol using the Profilin1 Hypertensive Mouse Model. Presented at SNACC (Society of Neuro Anesthesia and Neuro Critical Care) 38th Annual meeting. American Society of Anesthesiology 2010 Annual Meeting, San Diego, California, October 15th, 2010.

**ABSTRACTS** (*Continued*):

122. Ermini Falcon N, Graffagnino C, **Bergese SD**, Love J, Schneider D, Lazaridis C, Lee K, Lynch G Clevidipine Rapidly and Safely Reduces Blood Pressure in Patients with Acute Intracerebral Hemorrhage: Interim Results of the ACCELERATE Trial – First Clinical Experience in ICH, Presented at SNACC (Society of Neuro Anesthesia and Neuro Critical Care) 38th Annual meeting. American Society of Anesthesiology 2010 Annual Meeting, San Diego, California, October 15th, 2010.

123. Peruzzi P, **Bergese SD**, Viloria A, Puente EG, Abdel-Rasoul M, Chiocca EA. Conscious Sedation Anesthesia versus General Anesthesia: Length of Stay Comparison in Patients Undergoing Craniotomy Surgery. Presented at the American Society of Anesthesiology 2010 Annual Meeting, San Diego, California, October 19th, 2010.

124. Uribe AA, Puente EG, Khan F, Dubosh N, Holt S, **Bergese SD**. Is BMI a good Predictor for Difficult Intubation in Overweight Males? Presented at the American Society of Anesthesiology 2010 Annual Meeting, San Diego, California, October 20th, 2010.

125. Graffagnino C, **Bergese SD**, LaPointe M, Lazaridis C, Lee K, Love J, Lynch G, Schneider G. Assessment of Cerebral Perfusion Pressure (CPP) and Intracranial Pressure (ICP) in Patients with Acute Cerebral Hemorrhage (ICH) Receiving Aggressive Blood Pressure Management with Clevidipine, An ACCELERATE Analysis. Presented at The North East Cerebrovascular Consortium, Boston, Massachusetts, October 29th, 2010.

126. Antor MA, Hassona MD, Khan F, Beck A, Puente EG, Hassanain H, **Bergese SD**. Assessment of the Efficacy of Clevidipine as Compared SNP and Labetalol using the Profilin1 Hypertensive Mouse Model. Presented at Second Annual Neurosciences poster day. The Ohio State University, Columbus, Ohio, December 1st, 2010.

127. Ermini Falcon N, Graffagnino C, **Bergese SD**, Love J, Schneider D, Lazaridis C, Lee K, Lynch G Clevidipine Rapidly and Safely Reduces Blood Pressure in Patients with Acute Intracerebral Hemorrhage: Interim Results of the ACCELERATE Trial – First Clinical Experience in ICH, Presented at Second Annual Neurosciences poster day. The Ohio State University, Columbus, Ohio, December 1st, 2010.

128. Antor MA**,** Ermini Falcon N, Puente E, Werner J, **Bergese SD**, Scopolamine used in triple therapy in combination with Dexamethasone and Ondansetron as an effective treatment for the prevention of PONV in high-risk patients undergoing neurological surgery and general anesthesia. Presented at Second Annual Neurosciences poster day. The Ohio State University, Columbus, Ohio, December 1st, 2010.

129. Antor MA, Hassona MD, Khan F, Beck A, Puente EG, Hassanain H, **Bergese SD**. Assessment of the Efficacy of Clevidipine as Compared SNP and Labetalol using the Profilin1 Hypertensive Mouse Model. Presented at 3rd International Convention on Drug Discovery & Therapy, Dubai, United Arab Emirates, February 7 – 10th, 2011.

130. Graffagnio C, **Bergese SD**, LaPointe M, Lazaridis C, Lee K, Love J, Lynch G, Schneider G. Aggressive Blood Pressure Control with Clevidipine in Patients with Acute Intracerebral Hemorrhage is Rapid and Well Tolerated: The ACCELERATE Trial. Presented at 2011 International Stroke Conference, Los Angeles, California, February 9–11th, 2011.

**ABSTRACTS** (*Continued*):

131. Antor AA, Puente EG, Erminy N, Calhoun DW, Werner J, **Bergese SD**. Scopolamine Used in Combination with Dexamethasone and Ondansetron as an Effective Triple Therapy Regimen for the Prevention of PONV in High-Risk Patietns. Presented at MARC (Mid West Anesthesia Residents Conference) Chicago, Illinois, April 2nd, 2011.

132. Puente EG, Antor MA, Taylor C, Lopez E, Cohn D, **Bergese SD.** Robotic vs. Open Laparotomy for Staging of Endometrial Caner: An Evaluation of Postoperative Pain. Presented to 10th Annual OSUMC Research Day, Columbus, Ohio, April 7th, 2011

133. Antor MA, Puente EG, Calhoun D, Erminy N, Werner J, **Bergese SD**. A Combined Regimen of Scopolamine, Dexamthasone and Ondansetron for the prevention of Postoperative nausea and vomiting in neurosurgical patients. Presented to 10th Annual OSUMC Research Day, Columbus, Ohio, April 7th, 2011

134. Puente EG, Kurz M, Antor MA, Mohammed A, Belum RV, **Bergese SD**. Safety of the use of Desirudin for Prophylaxis in a Subset of Patients Undergoing Major Orthopedic Surgery with Regional Anesthesia. Presented to 10th Annual OSUMC Research Day, Columbus, Ohio, April 7th, 2011

135. Puente EG, Kurz M, Antor MA, Uribe A, Erminy N, **Bergese SD**. Deep Vein Thrombosis Prophylaxis with Desirudin in Patients Undergoing Major Orthopedic Surgery: Safety Report. Presented to 10th Annual OSUMC Research Day, Columbus, Ohio, April 7th, 2011

136. Puente EG, Erminy N, Antor MA, Uribe A, Frimpong RG, **Bergese SD**. Triple Therapy with Palonosetron for Postoperative Nausea and Vomiting Prophylaxis in Patients Undergoing Neurosurgery and General Anesthesia. Presented to 10th Annual OSUMC Research Day, Columbus, Ohio, April 7th, 2011

137. Uribe A, Puente EG, Viloria A, Zisman G, **Bergese SD**. Postoperative Nausea and Vomiting Prophylaxis with Aprepitant vs. Ondansetron as part of a Triple Therapy Regimen in Neurosurgical Patients. Presented to 10th Annual OSUMC Research Day, Columbus, Ohio, April 7th, 2011.

138. **Bergese SD**, Candiotti KA, Gorfine SR. The Efficacy of Exparel, A Multi-Vesicular Liposomal Extended-Release Bupivacaine. Presented at SAMBA 26th Annual Meeting, San Antonio, Texas, May 5 – 8th, 2011.

139. **Bergese SD**, Smoot JD, Williams H. Exparel (Bupivacaine Extended-Release Liposome Injection), An Investigational Analgesic, Provides Postsurgical Pain Relief and Decreased Opioid Use as Demonstrated by Integrated Analysis. Presented at SAMBA 26th Annual Meeting, San Antonio, Texas, May 5 – 8th, 2011.

140. **Bergese SD**, Candiotti K, Gorfine S. The Efficacy of EXPAREL™, A Multi-Vesicular Liposomal Extended-Release Bupivacaine. Presented at 2011 IARS Meeting, Vancouver, Canada, May 21st – 24th, 2011.

**ABSTRACTS** (*Continued*):

141. Puente EG, Kurz M, Antor AA, Mohammed AH, Belum VR, **Bergese SD**. Safety Report from the Desirudin Post-Marketing Registry-Europe in Patients Undergoing Major Orthopedic Surgery with Regional Anesthesia. Presented at 2011 IARS Meeting, Vancouver, Canada, May 21st – 24th, 2011.

142. Antor AA, Puente EG, Erminy N, Calhoun DW, Werner J, **Bergese SD**. Scopolamine Used in Combination with Dexamethasone and Ondansetron as an Effective Triple Therapy Regimen for the Prevention of PONV in High-Risk Patietns. Presented at 2011 IARS Meeting, Vancouver, Canada, May 21st – 24th, 2011.

143. Puente EG, Antor AA, Lopez E, Cohn DE, **Bergese SD**. The Evaluation of Postoperative Pain in Patients Undergoing Robotic vs. Open Laparotomy Approach for Staging of Endometrial Cancer. Presented at 2011 IARS Meeting, Vancouver, Canada, May 21st – 24th, 2011.

144. **Bergese SD**. Palonosetron as Part of a Triple Combination with Dexamethasone, and Promethazine for Prophylaxis of PONV in High-Risk Patients Undergoing Neurological Surgery and General Anesthesia. Presented at 2011 IARS Meeting, Vancouver, Canada, May 21st – 24th, 2011.

145. **Bergese SD**. Aprepitant vs. Ondansetron as Triple-therapy for the Prophylaxis of Postoperative Nausea and Vomiting. Presented at 2011 IARS Meeting, Vancouver, Canada, May 21st – 24th, 2011.

146. **Bergese SD**, Kurz M, Antor M, Mohammed A, Belum V. Subset of Patients Undergoing Major Orthopedic Surgery with Regional Anesthesia from the Desirudin Registry: Safety Report. Presented at 2011 IARS Meeting, Vancouver, Canada, May 21st – 24th, 2011.

147. Levy JH, **Bergese SD**, Jaffer A, Minkowitz H, Kurz MA, Sane DC Multi-Center Trial of Desirudin for the Prophylaxis of Thrombosis: an Alternative to Heparin-Based Anticoagulation: Results from the DESIRABLE Trial. Presented at Annual 57th International SCC Meeting of the International Society of Thrombosis and Haemostasis. Kyoto, Japan, July 23rd – 28th, 2011.

148. **Bergese SD**, Antor MA, Puente EG, Erminy N, Tulman D, Werner J. An Effective Triple Therapy Regiment for PONV Prophylaxis with Scopolamine, Dexamethasone and Ondansetron in High-Risk Patients. Presented at 2011 ASA Annual Meeting in Chicago, Illinois, October 15 – 19th, 2011.

149. Renuka Shenoy, Puente EG, Erminy N, Tulman D, **Bergese SD**. Triple Therapy with Scopolamine, Dexamethasone and Ondansetron for PONV Prophylaxis in Neurosurgical Patients (Subset 1). Presented at 2011 ASA Annual Meeting in Chicago, Illinois. October 15 – 19th, 2011.

150. **Bergese SD**, Antor MA, Puente EG, Taylor C, Lopez E. Evaluation of Post-Op Pain and Opioid Consumption in Patients Undergoing Open Laparotomy vs. Robotic Hysterectomy. Presented at 2011 ASA Annual Meeting in Chicago, Illinois. October 15 – 19th, 2011.

**ABSTRACTS** (*Continued*):

151. Uribe A, Tulman D, Puente E, Portillo J, Antor MA, **Bergese SD**, Comparing Triple Therapy with Scopolamine, Dexamethasone and Ondansetron Versus Palonosetron as Part of a Triple Combination with Dexamethasone, and Promethazine for PONV. Presented at The Ohio State University Neuroscience Poster Day, Columbus, Ohio. November 3rd, 2011.

152. Dalal P, Tulman D, Puente E, Portillo J, Uribe A, **Bergese SD**, Aprepitant Versus Ondasetron as Part of a Triple Combination with Dexamethasone, and Promethazine for the prophylaxis of Nausea and Vomiting. Presented at The Ohio State University Neuroscience Poster Day, Columbus, Ohio. November 3rd, 2011.

153. Renuka Shenoy, Puente EG, Erminy N, Tulman D, **Bergese SD**. Triple Therapy with Scopolamine, Dexamethasone and Ondansetron for PONV Prophylaxis in Neurosurgical Patients. Presented at 2011 American Medical Association (AMA) Medical Student Section (MSS) Interim Meeting, New Orleans, Louisiana, November 10 – 12th, 2011.

154. **Bergese SD**, Candiotti K, Gorfine S. The Efficacy of EXPAREL™, a Multivesicular Liposomal Extended Release Bupivacaine, Presented at the 65th PGA, Post Graduate Assembly in Anesthesiology, Marriott Marquis, New York, New York, December 9 – 13th, 2011.

155. Portillo, J., Dalal, P.P., Uribe, A., **Bergese, S.D**. Global patient satisfaction of IV Acetaminophen: An integrated summary of randomized, placebo-controlled, repeated-dose studies of acute pain in adults. 2012 American Society of Regional Anesthesia Meeting. San Diego, California, March 16th, 2012.

156. Syed A**,** Dalal P,  Mcgonagle EA, Thongrong C, Portillo J,  **Bergese SD**. Aprepitant Versus Ondansetron in Preoperative Triple-Therapy Treatment of Nausea and Vomiting, Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

157. Dalal P**,**  Lopez E, Otey A, Portillo J, Vandse R, **Bergese SD.** A Double-blind, Randomized, Multicenter, Dose-ranging Study to Evaluate the Safety and Efficacy of fospropofol disodium as an Intravenous Sedative for Diagnostic or Therapeutic Colonoscopy in High Risk Populations, Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

158. Otey A, Quevedo E, Dalal P,  Portillo J, Lopez E,  **Bergese SD**. Safety of Liposome Extended-Release Bupivacaine for the Multimodal Treatment of Pain in the Immediate Postoperative Setting, Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

159. Vincent M, Weber V**,**  Tulman D, Lopez A, **Bergese SD**, Cohn D. Comparision of pain and quality of recovery for patients undergoing hysterectomy for staging of endometrial cancer via open Laparotomy or robotic surgery, Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

160.  Beaver JD**,** McGonagle EA, Kong N, Lopez EL, Belum VR, **Bergese SD**, Effective management of a large, multi-center, clinical trial, Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

**ABSTRACTS** (*Continued*):

161.  Niazi K, Portillo J, Dalal P, Beaver JD, Tulman DB, **Bergese SD**.Comparing The Triple Therapy Combination of Scopolamine, Dexamethasone and Ondansetron Versus Palonosetron, Dexamethasone, and Promethazine To Prevent Postoperative Nausea and Vomiting In Patients Undergoing Craniotomy", Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

162. Thongrong C**,** Portillo J, Vandse R, Dalal P, Tulman D, **Bergese SD**. Randomized Double Blind Control Study Comparing the Efficacy of Intracuff Alkalinized Lidocaine to Low Dose Remifentanil Infusion in Attenuating the Endotracheal Tube Induced Emergence Phenomena, Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

163. McGonagle EA, Beaver JD, Kong N**,** Otey AJ, Portillo JG, **Bergese SD**. POISE-2 UTILIZING IHIS,  Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

164. Portillo J, Thongrong C, Tulman DB, Dalal P, Uribe A, **Bergese SD**. Global Patient Satisfaction of IV Acetaminophen: An Integrated Summary of Randomized, Placebo-Controlled, Repeated-Dose Studies of Acute Pain in Adults, Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

165. Otey AJ, Uribe A, Lopez E, Smith S, Zhang J, **Bergese SD**. Determining Difficult Intubation: BMI as a Predictor, Presented at The Ohio Sate Research Day, Columbus, Ohio, April 18 – 19th, 2012.

166. Evans DC, Govindarajan B, Gerlach AT, Eiferman D, Cook CH, Justiniano C, Reddy Belum V, **Bergese SD,**  Steinberg S, Stawicki SPA, Pre-Injury Warfarin Use in Older Trauma Patients: Risks and Appropriateness of Indications. Presented to The American College of Surgeons' 98th Annual Clinical Congress, Chicago, Illinois, September 30th, 2012.

167. Thongrong C, Melibary S, Govindarajan B, Kong N, Tulman D, **Bergese SD**. Effect of Dexmedetomidine Combined with Remifentanil Infusion on Anesthetic Requirements and Perioperative Hemodynamics in Neurosurgery. Presented to Society for Neuroscience in Anesthesiology and Critical Care (SNACC) 40th Annual Meeting, Washington, DC, October 12th, 2012.

168. Tulman DB, **Bergese SD**, Mani M, Lumbley J, Rerucha J, French B, Mendel E, Rankin D. Massive blood loss in elective neurosurgical patients without subsequent coagulopathy- A retrospective analysis to investigate the ideal ratio for resuscitation. Presented to Society for Neuroscience in Anesthesiology and Critical Care (SNACC) 40th Annual Meeting, Washington, DC, October 12th, 2012.

169. Mestek ML, Addison PL, Neitenbach AM, **Bergese SD**, Kelly SD. Accuracy of Continuous Non-invasive Respiratory Rate Derived from Pulse Oximetry in the Intensive Care Unit. Presented to the European Society of Intensive Care Medicine, Lisbon, Portugal, October 14th, 2012.

**ABSTRACTS** *(Continued):*

170. Mestek ML, Addison PS, Neitenbach A, **Bergese SD**, Kelley SD. Accuracy of Continuous Non-invasive Respiratory Rate Derived From Pulse Oximetry in the Post-Anesthesia Care Unit. Presented to American Society of Anesthesiologists (ASA) Meeting 2012. Boulder, Colorado, October 17th, 2012.

171. Portillo J, Dalal P, Allen D, Ali SA, Otey A, Quevedo E, **Bergese SD**. Safety of Liposome Extended-Release Bupivacaine for the Treatment of Pain in the Postoperative Setting.Presented to American Society of Anesthesiologists (ASA) Meeting 2012. Boulder, Colorado, October 17th, 2012.

172. Schwartz JS, Govindarajan B, Gerlach AT, Eiferman DS, Cook CH, Justiniano CF, Belum VR, **Bergese SD,** Steinberg SM, Stawicki SPA, Evans DC. Appropriateness of pre-injury Warfarin use in older trauma patients. Presented at Ohio Committee on Trauma Resident Paper Competition, Dublin, Ohio, October 27th, 2012.

173. **Bergese SD**, Mestek M, Agarwal S, Erslon MG, Kelley SD. Accuracy of Continuous Non-invasive Respiratory Rate Derived from Pulse Oximetry in Chronic Obstructive Pulmonary Disease Patients. Presented to CHEST 2012. Atlanta, Georgia, October 24th, 2012.

174. **Bergese SD**, Mestek M, Agarwal S, Erslon MG, Kelley SD. Accuracy of Continuous Non-invasive Respiratory Rate Derived from Pulse Oximetry in Congestive Heart Failure Patients. Presented to CHEST 2012. Atlanta, Georgia, October 24th, 2012.

175. Shenoy R, **Bergese SD,** Aprepitant versus Ondasetron in Pre-operative Triple Therapy for the Treatment of Nausea and Vomiting. Presented to the 10th Annual AMA (American Medical Association) Research Symposium, 2012 AMA-MSS Interim Meeting, Honolulu Hawaii, November 10th, 2012.

176. Portillo J, Souza K, Apfel CC, Dalal P, **Bergese SD,** Patient Satisfaction with Intravenous Acetaminophen: A Pooled-Analysis of Randomized, Placebo-controlled, Scheduled-dosed Studies in the Acute Postoperative Setting. Presented at the American Association of Health System Pharmacists (ASHP), Las Vegas Nevada, December 5th, 2012.

177. Mestek M, Ochs JP, Neitenbach AM, **Bergese SD**, Kelly SD, Accuracy of Continuous Non-invasive Respiratory Rate Derived from Pulse Oximetry in Patients with High Respiratory Rates. Presented to Society for Technology in Anesthesia, Phoenix, Arizona, January 12th, 2013.

178. Dalal PP, Otey AJ, McGonagle EA, Whitmill ML, Thomas AC, Cook CH, Papadimos TJ, Reiley TE, **Bergese SD,** Steinberg SM, Stawicki SP, Evans DC. Intentional Foreign Object Ingestions: Determining Factors Associated With Hospital Admission, Therapeutic Endoscopy, And Surgery. Academic Surgical Congress, New Orleans, Louisiana, February 5th, 2013.

179. Hateley K, Evans DC, Cook CH, Papadimos TJ, **Bergese SD,** Stawicki SP. Glucose And Oxygen Saturation Variability Correlates With Survival In Older Patients With Traumatic Brain Injury. Academic Surgical Congress, New Orleans, Louisiana, February 7th, 2013.

ABSTRACTS *(Continued)*:

180. Tulman D, **Bergese SD**, Huffman L, Fowler J, O'Malley DM, Salani R, Eisenhauer E, Copeland LJ, Cohn DE. Prospective Evaluation of Postoperative Pain and Quality of Recovery in Patients Undergoing Robotic vs. Laparotomy for Staging of Endometrial Cancer. Presented to Society of Gynecologic Oncology (SGO). Los Angeles, California, March 9th, 2013.

181. Uribe A, Otey AJ, Puente EG, Portillo J, Quevedo E, **Bergese SD**. BMI as a Predictor Factor of Potential Difficult Intubation Airway. Presented at the 12th Annual OSUWMC Trainee Research Day, Columbus, Ohio, April 11th, 2013.

182. Agbenyefia P, Portillo J, Essandoh M, **Bergese SD**. A Prospective, Single Center, Randomized, Double-Blinded, Placebo-Controlled Trial measuring the efficacy of 900mg of gabapentin in the Prevention of Postoperative Delirium and early Postoperative Cognitive Dysfunction In elderly Patients Undergoing Coronary Artery Bypass Graft Surgery. Presented at the 12th Annual OSUWMC Trainee Research Day, Columbus, Ohio, April 11th, 2013.

183. Uribe A, Lopez E, **Bergese SD**, Portillo J, Quevedo E, Arbona F. A Pilot Study to Determine the Efficacy of Intravenous Ibuprofen for Pain Control following Arthroscopic Knee Surgery. Presented at the 12th Annual OSUWMC Trainee Research Day, Columbus, Ohio, April 11th, 2013.

184. Otey AJ, Wilson T, Dalal R, Quevedo E, Connors D, **Bergese SD**. Early postoperative cognitive dysfunction and postoperative delirium after anesthesia with various hypnotics: a double blind, prospective, randomized, controlled clinical trial. Presented at the 12th Annual OSUWMC Trainee Research Day, Columbus, Ohio, April 11th, 2013.

185. Stoicea N, **Bergese SD**, Ackermann W, Quevedo E, Ellis T. Active Emergence from Isoflurane General Anesthesia Induced by Methylphenidate. Presented at the 12th Annual OSUWMC Trainee Research Day, Columbus, Ohio, April 11th, 2013.

186. Vandse R, Throngrong C, Allen D, Melibary S, **Bergese SD.** Randomized Double Blind Control Study Comparing the Efficacy of Intra-Cuff Alkalinized Lidocaine to Low Dose Remifentanil Infusion in Attenuating the Endotracheal Tube-Induced Emergence Phenomena. Presented at the 12th Annual OSUWMC Trainee Research Day, Columbus, Ohio, April 12th, 2013.

187. Mallery SA, Werner J, Tulman D, Smith MR, **Bergese SD**. Type and Frequency of Bacterial Contamination on Reusable Electrocardiograph Wires. Presented at the 12th Annual OSUWMC Trainee Research Day, Columbus, Ohio, April 12th, 2013.

188. Syed A, Dalal P, Mcgonagle EA, Thongrong C, Portillo J, **Bergese SD**, Postoperative Nausea and Vomiting Prophylaxis with Aprepitant vs Ondansetron as part of a Triple Therapy Regimen in Neurosurgical Patients. Presented at the 12th Annual OSUWMC Trainee Research Day, Columbus, Ohio, April 11-12, 2013.

189. Apfel CC, Souza K, Portillo J, **Bergese SD,** Patient Satisfaction with Intravenous Acetaminophen: A Pooled-Analysis of Randomized, Placebo-controlled, Scheduled-dosed Studies in the Acute Postoperative Setting. Presented at the National Patient Safety Foundation Congress (NPSF), New Orleans, Louisiana, May 9th, 2013.

**ABSTRACTS** *(Continued):*

190. Otey AJ, Stawicki SPA, Dalal P, McGonagle E, Whitmill ML, Levine E, McKimmie R, Bush K, Papadimos TJ, Steinberg SM, Cook CH, Bergese S, Evans DC, Intentional Foreign Body Ingestions by Prisoners: A Pattern of Escalation. Presented at The Fourth Annual Central Ohio Trauma System (COTS) Trauma Research Symposium, Columbus, Ohio. September 9th, 2013.

191. Forbes R, Jones C, Njoku C, Tulman D, Evans DC, **Bergese SD**, Thongrong C, Kong N, Stawicki SP. Continuous versus Bolus Tube Feeds: Does the Modality Affect Glycemic Variability or Insulin Requirements? A prospective, randomized study of critically ill adult patients undergoing percutaneous endoscopic gastronomy (PEG) placement for enteral nutrition from Mar-Dec 2012. Presented at The American College of Surgeons' 99th Clinical Congress, Washington DC, October 6 – 10th, 2013.

192. **Bergese SD**, Werner J, Puente EG, Uribe AA, Agbenyefia P, Antor MA, Triple Therapy With Scopolamine, Ondansetron and Dexamethasone for Prevention of Post Operative Nausea and Vomiting in Patients Undergoing Neurological Surgery and General Anesthesia. To be presented at American Society of Anesthesiologists 2013 Annual Meeting, San Francisco, CA, October 12th, 2013.

193. Uribe AA, Puente EG, Otey AJ, Allen D, Dubosh N, **Bergese SD**, BMI as a Predictor Factor of Potential Difficult Intubation Airway. To be presented at American Society of Anesthesiologists 2013 Annual Meeting, San Francisco, CA, October 13, 2013.

194. **Bergese SD**, Candiotti KA, Ayad SS, Philip BK, Turan A, Buvanendran A, Viscusi ER, Witham S, Gan TJ, Multicenter, Open-label Surveillance Trials to Evaluate the Safety and Efficacy of a Shortened Infusion Time of Intravenous Ibuprofen. To be presented at American Society of Anesthesiologists 2013 Annual Meeting, San Francisco, CA, October 14th, 2013.

195. Uribe AA, Arbona F, Lopez E, Otey A, Hamilton C, Roth A, Norton J, DeSocio P, Khabiri B, **Bergese SD**, A Pilot Study to Determine the Efficacy of Intravenous Ibuprofen for Pain Control Following Arthroscopic Knee Surgery. To be presented at American Society of Anesthesiologists 2013 Annual Meeting, San Francisco, CA, October 14th, 2013.

196. **Bergese SD**, Puente EG, Zisman G, Uribe AA, Erminy NF, Prevention of Postoperative Nausea and Vomiting With Triple Therapy with Palonosetron, Dexamethasone and Promethazine in Patients Undergoing Craniotomy and General Anesthesia. To be presented at American Society of Anesthesiologists 2013 Annual Meeting, San Francisco, CA, October 15th, 2013.

197. Kurnutala LN, Sandhu G, Rankin D, Stoicea N, Rickborn L, **Bergese SD**. Semi-Sitting Craniotomy in Intracardiac Shunt Patient. Presented at NYSSPGA (New York Society Post Graduated Assembly) Conference; New York, NY December 13-17, 2013.

198. Kurnutala LN, Sandhu G, **Bergese SD**; Nasopharyngoscopic Evaluation of a Potential Difficult Airway in a patient with raised intracranial pressure (ICP). Presented at NYSSPGA (New York Society Post Graduated Assembly) Conference; New York, NY December 14th, 2013.

**ABSTRACTS** *(Continued):*

199. Watson JN; Sethi R; Lyon G; **Bergese SD**. Automated Triggering of NIBP (Non Invasive Blood Pressure) Measurements Using Oximetry Data. 2014 STA (Society of Technology in Anesthesia) Meeting; Rosen Plaza; Orlando FL; January 16th, 2014.

200. Jones C, McGonagle EA, Stawicki SP, Otey AJ, Dalal PP, Whitmill ML, Levine EJ, McKimmie RL, Papadimos TJ, Steinberg SM, Cook CH, **Bergese SD,** Evans DC; Intentional Ingestion of Foreign Bodies and Psychiatric Disease Among Prisoners. Presented at The Academic Surgical Congress; San Diego, CA; February 5th 2014.

201. Castellon Larios K; Rybka K; Greene-Chandos D, **Bergese SD,** Torbey M; The Effect of Telestroke Network on Tissue Plasminogen Activator Utilization and Door to Needle Time on Rural Hospitals. Presented at the International Stroke Conference, San Diego CA, February 12th 2014.

202. Castellon Larios K; Zuleta Alarcon A; Werner J; Werner SM; **Bergese SD**. A Prospective, Single-blinded Randomized study of Awake vs. Intubated General Anesthesia in patients undergoing elective craniotomy for supratentorial glioma resection. The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

203. Castellon Larios K; Larsen A; Cohn D; **Bergese SD.** Prospective, double-arm study for the evaluation of postoperative pain and quality of recovery in patients undergoing robotic vs. open laparotomy for staging endometrial cancer. The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

204. McVicker SP; Stoicea N; Quinone's AK; **Bergese SD**. Biomarkers, Genetic Variance and Postoperative Delirium. The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

205. Stoicea N; Wilson T; Moran K; Ackerman W; Rosenthal J; **Bergese SD**. Emergence Delirium and Cognitive Reserve. The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

206. Stoicea N; Wilson T; Moran K; Ackerman W; Rosenthal J; **Bergese SD**. Safety of titration phase in methylphenidate- naïve brain injury patients. The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

207. Zuleta Alarcon A; Werner SM; **Bergese SD**; Rosa Giovanni; Bilotta FF. Clinical Outcomes of Training for Safety: Simulation- Based Training in Residency and Continuing Medical Education. The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

208. Rankin D; Zuleta Alacron A; Otey AJ; **Bergese SD**. A retrospective analysis of major spine surgery and massive blood loss: what is the ideal hemostatic resuscitation ratio? The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

**ABSTRACTS** *(Continued)*:

209. Rankin D; Zuleta Alacron A; Otey AJ; **Bergese SD**. A retrospective analysis of major spine surgery and massive blood loss: what is the ideal hemostatic resuscitation ratio? The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

210. Otey AJ; Stawicki SP; Houser JS; Larsen A; **Bergese SD**; Evans DC. Intentional foreign body ingestions by prisoners: A pattern of escalation. The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

211. Otey AJ; Stoicea N; Uribe A; Reyes Quevedo E; **Bergese SD;** Humeidan ML. Perioperative Cognitive Protection- Cognitive Exercise and Cognitive Reserve (The Neurobic Trial). The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

212. Melibary S; Vandse R; Castellon Larios K; Fujii J; **Bergese SD.** Randomized Double Blind Control Study Comparing the Efficacy of Intra Cuff Alkalinized Lidocaine to Low Dose Remifentanil Infusion in Attenuating the ETT Induced Emergence Phenomena. The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

213. Zuleta Alarcon A; Castillo de la Peña C; Otey AJ; **Bergese SD**; Moran MK. Commitment Statements and Successful Match: Are they correlated? The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

214. Portillo J; Apfel C;  PhD; Souza K;  Dalal P; **Bergese SD**; Patient Satisfaction with Intravenous Acetaminophen: A Pooled Analysis of Five Randomized, Placebo-Controlled Studies in the Acute Postoperative Setting. The 13th Annual OSUWMC (Ohio State University Wexner Medical Center) Trainee Research Day; Columbus OH; April 9th & 10th, 2014.

215. Steiner N, Stoicea N, Ellis TJ, Ackermann W, Moran K, **Bergese SD.** Chronic Amphetamine Use and General Anesthesia, FAER Poster Presentation; Anesthesiology 2014; The American Society of Anesthesiologists (ASA) Annual Meeting, New Orleans; LA; October 11th to 15th 2014.

216. Steiner NS, **Bergese SD**, Stoicea N, Thomas E, Ackermann W, Moran K. To Stop or to Continue Amphetamines in Patients Undergoing Surgery with General Anesthesia? Methylphenidate May Have the Answer. Drexel University College of Medicine Medical Student Research Day; Philadelphia, Pennsylvania, February 13th, 2015.

217. Flanigan DC; Kaeding CC; Uribe AA; Norton J; Hamilton C; Roth A; **Bergese SD**; DeSocio P; Arbona F. "Efficacy of Intravenous Ibuprofen for Pain Control Following Arthroscopic Knee Surgery: A Pilot Study", 2015 American Academy of Orthopaedic Surgeons Annual Meeting; Las Vegas NV, March 25th, 2015.

218. Uribe A; **Bergese SD;** Shneker B; Peters Z; Mendel E. Efficacy and Safety of Detecting Subtle Visual Evoked Potential (VEP) Changes Using SightSaver ™ Visual Stimulator during Spine Prone Surgery: A Pilot Study. American Association of Neurological Surgeons (AANS); Neurosurgery's Founding Principles; 83rd AANS Annual Scientific Meeting, The Walter E. Washington Convention Center. Washington, D.C. May 2nd, 2015.

**ABSTRACTS** *(Continued)*:

218. Chowdhury T; **Bergese SD;** Soghomonyan S; Capellani R; The Role of Anesthesia Simulation in I-MRI Guided Neurosurgery. 2015 CAS Annual Meeting; Canadian Neurological Science Federation; **(International),** Toronto, Ontario June 9th-12th, 2015.

219. Stoicea N; Quinones A; Abdel-Rasoul; **Bergese SD**; Post-Operative Delirium in Patients Undergoing Total Hip Arthroplasty: Does Intraoperative Morphine Administration Predict Emergence Delirium? 2015 Trainee Research Day; The Ohio State University Wexner Medical Center; Columbus, OH; April 15th & 16th, 2015.

220. Castellon-Larios K; Guertin M, **Bergese SD**; A Retrospective Chart Review of Patients with Obstructive Sleep Apnea Undergoing ENT Procedures that Required Hospital Admission. 2015 Trainee Research Day; The Ohio State University Wexner Medical Center; Columbus, OH; April 15th & 16th, 2015.

221. Stoicea N; Francis M; Durda M; Joseph N; Arias C; **Bergese SD**; Opioid-Induced Hyperalgesia and Gabapentin Mitigating Effect. 2015 Trainee Research Day; The Ohio State University Wexner Medical Center; Columbus, OH; April 15th & 16th, 2015.

222. Stoicea N; Mohamed O; Francis M; Callis M; Joseph N; **Bergese SD**; Tranexamic Acid Use and Blood Loss in Total Hip Arthroplasty. 2015 Trainee Research Day; The Ohio State University Wexner Medical Center; Columbus, OH; April 15th & 16th, 2015.

223. Stoicea N; Peters Z; Durda M; Joseph N; Francis M; **Bergese SD**; Cerebrospinal Fluid microRNA Expression in Patients Undergoing Neurosurgeries. 2015 Trainee Research Day; The Ohio State University Wexner Medical Center; Columbus, OH; April 15th & 16th, 2015.

224. Rosero B; Zuleta-Alarcon A; Portillo J; Wojda T; Bryant R; **Bergese SD**; A Prospective, Single Center Interventional Study to Determine the Effectiveness of a Modified Sellick's Maneuver Using an Ultrasound Probe (Ultra-Sellick) for the Compression of the Esophagus in Anesthetized Patients. 2015 Trainee Research Day; The Ohio State University Wexner Medical Center; Columbus, OH; April 15th & 16th, 2015.

225. Stoicea N; Peters Z; Joseph N; Durda M; Callis M; **Bergese SD**; Cerebrospinal Fluid microRNA Expression in Patients Undergoing Orthopedic Surgeries. 2015 Trainee Research Day; The Ohio State University Wexner Medical Center; Columbus, OH; April 15th & 16th, 2015.

226. Uribe A; Peters Z; Zuleta-Alarcon A; Mavarez-Martinez A; Rosero B; **Bergese SD**; Efficacy and Safety of Detecting Subtle Visual Evoked Potential (VEP) Changes Using Sight Saver™ Visual Stimulator during Spine Prone Surgeries: A Pilot Study. 2015 Trainee Research Day; The Ohio State University Wexner Medical Center; Columbus, OH; April 15th & 16th, 2015.

227. Humeidan ML, Davis VA, **Bergese SD,** Gerhardt, GA. Extracellular Glutamate is Significantly Elevated in the Hippocampus of Awake-behaving Aged Fischer-344 Rats Compared to Young Rats Following Craniotomy. International Anesthesia Research Society Annual Meeting and International Science Symposium, Honolulu, HI 2015.

228. Du A, Stoicea N, Joseph N, Abdel-Rasoul, M , **Bergese SD**. Preoperative, Intraoperative, and Postoperative Opioid Consumption in Patients Undergoing Anterior vs. Posterior Total Hip Arthroplasty. Poster presented at Ohio State University College of Medicine for Student Research. October 2nd, 2015.

**ABSTRACTS** *(Continued):*

229. Lakis DC, Du A, Tipton C, Stoicea N, **Bergese, SD**. MiRNA (micro RNA): Journey from theory to practice as a CNS disease biomarker. Poster presented at Ohio State University College of Medicine for Student Research. October 2nd, 2015.

230. Nidhi N, Stoicea N, Dimitrova G, **Bergese, SD**. ROTEM; Thromboelastometry a viscoelastometric method for haemostasis testing in whole blood for measures of the interactions of coagulation factors, inhibitors and cellular components during the phases of clotting and subsequent lysis. Poster presented at Ohio State University College of Medicine for Student Research. October 2nd, 2015.

231. Tipton C, Stoicea N, Joseph N, Abdel-Rasoul M, **Bergese SD**. Postoperative Visual Analogue Scale Measurements in Patients Undergoing the Anterior and Posterior Approaches for Hip Arthroplasty. Poster presented at Ohio State University College of Medicine for Student Research. October 2nd, 2015.

232. Rosero-Britton B, Hernandez JJ, Ruiz HA, Ramírez L, Camargo JD, Garcia HF, **Bergese SD**. Goal Directed Propofol Deep Sedation Using Jugular Venous Oxygen Saturation (SjVO2) In a Victim of The War Conflict in Colombia South America with Severe Traumatic Brain Injury: Case Report. Presented at 2015 American Society of Anesthesiologists (ASA) Annual Meeting, San Diego, California. October 25th 2015.

233. Rosero-Britton BR, Sulaiman OM, Torres CE, Reyes LE, **Bergese SD**. Acute Pulmonary Embolism After A Negative Pressure Pulmonary Edema In A Young Patient Without Significant Past Medical History. Presented at 2015 American Society of Anesthesiologists (ASA) Annual Meeting, San Diego, California. October 26th 2015..

234. Uribe AA, Mendel E, Zuleta-Alarcon A, Peters Z, Rosero-Britton B, Shneker B, **Bergese SD**. A Pilot Study to Assess the Efficacy and Safety Using SightSaver™ to Monitor Visual Evoked Potential (VEP) During Spine Prone Surgery. Presented at 2015 American Society of Anesthesiologists (ASA) Annual Meeting, San Diego, California. October 27th 2015.

235. Rausch B, Stoicea N, **Bergese SD**. Intravenous Tranexamic Acid Use in Reducing Blood Loss in Total Hip Arthroplasty. FAER Poster Presentation at 2015 American Society of Anesthesiologists (ASA) Annual Meeting, San Diego, California. October 25th 2015.

236. Humeidan ML, Davis VA, Bergese S, Gerhardt, GA. Extracellular Glutamate is Significantly Elevated in the Hippocampus of Awake-behaving Aged Fischer-344 Rats Compared to Young Rats Following Craniotomy. Society for Neuroanesthesia and Critical Care Annual Meeting (SNACC), San Diego, California. October 25th 2015.

237. **Bergese SD**. "The shortened infusion time of intravenous ibuprofen: a multicenter, open-label, surveillance trial to evaluate safety and efficacy. "The 11th International Congress on Coronary Artery Disease – ICCAD 2015, Florence, Italy **(International),** November 29th December 2, 2015.

238. Humeidan M, Davis V, **Bergese SD**, Gerhardt G. Extracellular Glutamate is Significantly Elevated in the Hippocampus of Awake-Behaving Aged Fischer-344 Rats Compared to Young Rats Following Craniotomy. Euroneuro2016 Congress, Barcelona, Spain **(International),** 14th-16th April 2016.

**ABSTRACTS** *(Continued):*

239. Soghomonyan S, Grants I, Ochoa Cortes F, Abdel-Rasoul M, Davila V, Yu J, Zhang C, Arsenescu R, Whitaker E, Zuleta Alarcon A, **Bergese SD,** Christofi FL. Retrospective Analysis in IBS Patients Reveals a Higher Incidence of GI Symptoms in Plavix Patients Influenced by Age and Gender. DDW 2016, Digestive Disease Week; San Diego, CA, May 21st-24th, 2016.

240. Stoicea N, Fiorda-Díaz J, Sacchet-Cardozo F, Mavarez-Martinez A, Uribe AA, Kimura S, Rosero-Britton B, **Bergese SD**. Neurovascular Surgery in Kidney Transplant Recipient: hemodynamics challenges. 10th FENS; Forum of Neurosciences; Federation of European Neurosciences Society and Danish Society of Neurosciences; Copenhagen Denmark; July 2nd to 6th 2016.

245. Kurnutala LN, Paisansathan C, Sandhu GS, **Bergese SD**. Neurosurgical anesthesia in sitting position patients: a survey of American experience. Presented at 2016 Society for Neuroscience in Anesthesiology and Critical Care Conference (SNACC) Annual Meeting, Chicago, IL. October 22nd 2016.

246. Zuleta-Alarcon A, Werner JG, Uribe AA, Durda M, LawreC, Jamshidi AO, Prevedello DM, Abdel-Rasoul M, **Bergese SD.** A retrospective case review for transsphenoidal skull base surgeries. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 25 th 2016.

247. Uribe AA.; Mendel E; Peters ZA; Gonzalez-Zacarias AA; Sacchet-Cardozo F; Shabsigh M; Abdel-Rasoul M; **Bergese SD.** Comparison of Utility and Safety of Visual Evoked Potential Monitoring Using SightSaver™ during Spine Surgeries. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 25th 2016.

248. Sacchet-Cardozo F; Dimitrova GT; Castellon-Larios K; Uribe AA; Zuleta-Alarcon A; Stoicea N; **Bergese SD.** A Prospective, Randomized, Parallel-Group Single Center Study to Evaluate Thromboelastometry (ROTEM) Versus Standard Coagulation Tests in Patients Undergoing Spine Surgery. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 25th 2016.

249. Mavarez-Martinez A; Gonzalez-Zacarias AA, Stoicea N; Lipps J; Russell D; Rogers B; **Bergese SD.** Blood Glucose Control in Diabetes Mellitus Type II Patients Receiving Basal Insulin Treatment Undergoing Surgery. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 25th 2016.

250. Candiotti KA, Kranke P, **Bergese SD**, Melson TI, Motsch J, Siddiqui N, Minkowitz HS, Leiman DG, Diemunsch P, Chung F, Fox GM and the DP10018 Study Investigators. A randomised, double-blind, placebo-controlled study of intravenous amisulpride as treatment of established post-operative nausea and vomiting (PONV), in patients who have had no prior prophylaxis. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 25th 2016.

251. Shenoy, R; Sandhu G; **Bergese SD**, Anesthetic Considerations for a Patient with Eisenmenger's Syndrome. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 25th 2016.

**ABSTRACTS** *(Continued):*

252. Eiterman A, Mavarez A, Palettas M, Mentors: Rogers B, Stoicea N, **Bergese SD;** Perioperative Blood Glucose Control: A Prospective Analysis of Demographic Factors and HbA1c Levels. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 31th 2016.

253. Hartwell C, Mentors: Sandhu G, Soghomonyan S, **Bergese SD;** International Collaborators: Lubnin Y, Israelyan L; The effects of sitting position on tumor resection extent, diuresis, and blood loss during surgery on posterior cranial fossa and pineal region. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 31th 2016.

254. Cluse M, Fiorda J, Stoicea N, Soghomonyan S, Sandhu G Mentors: Sandhu G, Fiorda J, **Bergese SD**. Hemodynamic Changes in Patients Undergoing Neurosurgical Procedures under General Anesthesia with Sevoflurane or Desflurane. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 31th 2016.

255. Revilla S, Lipps J, Winfield S, Palettas M, Stoicea N, Panambore SB, Mentors: Stoicea N, Panambore SB, **Bergese SD;** Workload Assessment of Cardiac-specific Anesthesia Scenarios for Resident Education and Assessment. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 31th 2016.

256. You T, Marjoribanks S, Abdel-Rasoul M, Stoicea N, Christofi F; Mentors: Christofi F, Stoicea N, **Bergese SD;** Hemodynamics and Cognitive Outcomes in Total Hip Arthroplasty. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 31th 2016.

257. Niermeyer WL, Abdel-Rasoul M Mentors: Stoicea N, **Bergese SD;** Opioid Consumption in Patients Undergoing Ambulatory Surgery: A Prospective Three Days Post-operative Follow-up Study. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 31th 2016.

258. Niermeyer WL, Abdel-Rasoul M, Glassman A, Ryan J, Granger J, Harrison R, Vasileff W, Hamilton III C, Moran K, Mentors: Stoicea N, **Bergese SD;** The Effect of Tranexamic Acid on Perioperative Blood Loss in Primary Total Hip Arthroplasty. Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 31th 2016.

259. Bitticker E, Dalia A, Sacchet F, Stoicea N, Abdel-Rasoul M, Fan Q, Flores A; Mentors: **Bergese SD**. Implementation of a Point-of-Care Blood Management Algorithm During Orthotopic Liver Transplantation Presented at 2016 American Society of Anesthesiologists (ASA) Annual Meeting, Chicago, IL. October 31th 2016.

260. **Bergese SD;** Stoicea N, Uribe AA, Joseph N. DepoFoam Extended-Release Bupivacaine Formulation for Postoperative Pain Management. APSA 2016; Annual Conference; The University of Sydney; Precision Medicine; Personalized Healthcare. The University of Sydney, Sydney Australia (**International**) December 2nd to 5th 2016.

261. Jones LM, Uribe AA, Coffey R, Puente EG, Murphy C, Abdel-Rasoul M, Stavsky J, **Bergese SD**. Prospective, Multi-Center, Randomized, Double-Blind, Placebo-Controlled Trial for the Evaluation of the Efficacy of 300 mg or 600 mg of Pregabalin versus Placebo in the Reduction of Pain and Opioid Consumption in Patients with Partial and Full Thickness Burn Injuries. Presented at 2017 49th American Burn Association (ABA) Annual Meeting. Boston, MA. (**International**) March 21th - 24th, 2017.

**ABSTRACTS** *(Continued):*

262.  Christofi F; **Bergese SD**. UTP is a Potential Physiological Regulator of Human Enteric Glial Cell Communication by Activating P2Y4 and P2Y6 Receptors. Presented to Digestive Disease Week (DDW) 2017, ASGE (American Society of Gastroenterologists) Chicago; IL, **(International)** May 6th to 9th, 2017.

263.  Christofi F; **Bergese SD**. IL-1 β / IL-1R Signaling in Human Enteric Glial Cells – Induction of a Reactive Phenotype and Disruption of Mechanosensitivity, Purinergic Signaling and Ca2+ Waves. Presented to Digestive Disease Week (DDW) 2017, ASGE (American Society of Gastroenterologists) Chicago; IL, **(International)** May 6th to 9th, 2017.

.

## PRESENTATION AWARDS:

1.  Ohye RG, Pelletier RP, **Bergese SD**, Orosz CG. Evidence for T cell lymphokines as inducers of endothelial VCAM-1 expression in rejecting cardiac allografts. *First Place, Research Day Award, Basic Sciences Component.*The Zollinger Surgical Society Fifth Annual Meeting, Columbus, Ohio, April 25-26[th], 1993.

2.  Sage K, Bender P, **Bergese SD,** Midazolam versus Dexmedetomidine in Awake Fiber Optic Intubations, *Recipient of the 2007 OSUMC Research Day Award. First Place Presentation at* 6th Annual Graduate and Postgraduate Research Day, The Ohio State University, Columbus, Ohio, March 29th, 2007.

3.  Fujii J, Dzwonczyk R, Nieves-Ramos R, **Bergese SD**,  Electromagnetic interference in the Intraoperative magnetic resonance imaging setting. Presented to Midwest Anesthesia Resident Conference. *First Place Presentation,* Indianapolis, Indiana, April 4[−]6th, 2008.

4.  Sage K, Bender P, McSweeney TD, Fernandez S, **Bergese SD,** A Comparative Study Using Primarily Dexmedetomidine or Midazolam for Sedation During Elective Awake Fiberoptic Intubation. *First Place Presentation* at 7th Annual OSUMC Research Day, Columbus, Ohio, April 10th, 2008.

5.  **Bergese SD**, Hassona MD, Khan F, Beck A, Puente EG, Hassanain H. Low doses of Clevidipine have an increased vasodilatory effect on the hypertrophic mesenteric vessel from a profilin-1 hypertensive transgenic mouse model. 2010 IARS Annual Meeting., Selected within the top nine (9th) (American) for the Kosaka Abstract competition. Honolulu, Hawaii, March 20th-23[rd], 2010.

6.  Kerchin G, Bailey M,  Rosborough K, Bonaventura B, **Bergese SD**, Dzwonczyk R. Intraoperative MRI Electrical Noise Affects ECG Arrhythmia Detection and Identification. *Recipient of the 2007 OSUMC Research Day Award. First Place Presentation at* 9th Annual Graduate and Postgraduate Research Day, The Ohio State University, Columbus, Ohio, April 8th, 2010.

7.  Watson JN; Sethi R; Lyon G; Bergese SD.  Automated Triggering of NIBP (Non Invasive Blood Pressure) Measurements Using Oximetry Data. 2014 STA (Society of Technology in Anesthesia) Meeting; Rosen Plaza; Orlando FL; January 16th, 2014. "Best of Submission"


## OTHER AWARDS:

1.  Prevedello D, Carrau R, **Bergese SD** "Team Values in Action Award" Wexner Medical Center, The Ohio State University, Columbus, Ohio, November 2nd, 2012.

2.  **Bergese SD** LASER/Latino and Latin American Space for Enrichment and Research Featured role model; 6th annual Latino Role Models Day, The Office of Diversity and Inclusion, LASER, The Ohio State University, Columbus, Ohio, April 13th, 2017.

**ARTICLES IN NEWSPAPERS, INTERNET, TV AND MAGAZINES (PERIODICALS):**

1.  A Peek inside the Brain, Technology Helps Surgeons Gauge Progress Right Away. Crane M, (Chiocca EA, **Bergese SD),** The Columbus Dispatch, Columbus, Ohio. June 27th, 2005.
    http://www.dispatchnie.com/pdfs/FrontPage.pdf

2.  How GPS and MRI Technology Helps Surgeons See Progress Right Away. (Chiocca EA, **Bergese SD),** WBNS 10 TV, Eyewitness News (CBS), June 28th, 2005. Columbus, Ohio.
    http://www.wbns10tv.com/

3.  Live Web cast: Intra-operative Real-time Imaging During Brain Surgery, The Ohio State University Medical Center for Continuing Medical Education, Columbus, Ohio, June 23rd, 2006. (Chiocca EA, Knopp M, and **Bergese SD**), Columbus, Ohio.
    http://www.ccme.osu.edu/cmeactivities/onlineeducation/ondemand/program/index.cfm?id=269

4.  MRI-compatible systems enable safe use of Infused Drugs in the Intraoperative Suite. Advances in Infusion Technology. Leahy M, (**Bergese SD),** April – May 2007. Acuity Care Technology Magazine. Chicago, Illinois.
    http://www.acuitycare.net/

5.  Infusion Technology: "Magnetic Appeal" Leahy M, (**Bergese SD);** The Reilly Communication Group, May 2007.  Chicago, Illinois.
    http://new.reillycomm.com/acuity/article_detail.php?id=348

6.  Service-Oriented Architecture Drives Improved Operational Efficiency and Quality of Data. Microsoft.com/Business and Industry. (Howie MB, Del Rio C, Khan F, Lopez LA, **Bergese SD**). 2006 – 2007. Seattle, Washington.
    http://www.microsoft.com/business/peopleready/business/innovation/casestudy/ohiostate.mspx

7.  Waking up for Brain Surgery, (Chiocca EA, **Bergese SD),** Front Page, The Columbus Dispatch, May 13th, 2007. Columbus, Ohio.
    http://www.dispatch.com/dispatch/content/health/stories/2007/05/13/AWAKE.ART_ART_05-13-07_A1_OQ6MQUF.html

8.  Chatting Under the Knife. (Chiocca EA, **Bergese SD),** The Youngstown Vindicator, Associated Press, May 20th, 2007. Youngstown, Ohio.
    http://www.vindy.com/content/national_world/329633825865036.php

9.  Talking her way Through Surgery. (Chiocca EA, **Bergese SD),** May 20th, 2007.The Canton Repository, Canton, Ohio.
     http://www.cantonrep.com/printable.php?ID=355267

10. Patients Response during Surgery Helps Doctors. (Chiocca EA, **Bergese SD),** Zanesville Times Recorder, June 20th, 2007. Zanesville, Ohio.
     http://www.zanesvilletimesrecorder.com/apps/pbcs.dll/article?AID=2007705200328

11. PONV Prophylaxis for all? Universal prevention may avoid readmissions, make money for Hospitals. **Bergese SD.** Anesthesiology News, McMahon Publishing, May 2008, Volume 34 Number 5 Front Page (1) and 26.
    http://www.anesthesiologynews.com

12. Dexmedetomidine Offers Safe Sedation for Awake Fiber Optic Intubation. **Bergese SD.** Anesthesiology News, McMahon Publishing, June 2008, Volume 35, Page 40-41.

**ARTICLES IN NEWSPAPERS, INTERNET, TV AND MAGAZINES** *(Continued)*:

13. Practical Considerations in Sedation Management to Improve Outcomes. David Glick, Timothy Girard and **Bergese SD.** Critical Connections, Society of Critical Care Medicine, Volume 7, Number 13, Pages 8-10.

14. Dexmedetomidine Lowers the Concentration of Anesthetic Required during Craniotomies below MAC. A Retrospective study. **Bergese SD.**
http://checourse.com/members/asaccc2008/index.2.php

15. Dexmedetomidine for Sedation During Elective Awake Fiberoptic Intubation: A Multicenter Trial. **Bergese SD.**
http://checourse.com/members/asaccc2008/index.3.php

16. Radio Interview, Optimal Clinical - The Diabetes Medical Educators, online television and radio station for diabetes healthcare professionals. Optimal Clinical's webinars and podcasts are delivered to over 10,000 healthcare professionals **internationally. Bergese SD.** "Perioperative Blood Pressure Control, is Clevidipine the answer?" November 2011.
http://www.optimalclinical.com/podcast/perioperative-blood-pressure-control-is-clevidipine-the-answer-with-dr-sergio-bergese/

17. Pacira's Exparel a post-op pain market winner, Durect's Posidur could make gains but faces headwinds, **Bergese SD,** Jennifer C. Smith-Parker, Assistant Editor, BioPharm Insight. September 16th, 2011.
http://www.prweb.com/releases/2011/12/prweb90156890.htm

18. Sedation Protocols, Updates on Procedural Sedation and Sedation for Critical Ill Patients, the Impact of Interrupting Sedation, Delirium and Mobilization. **Bergese SD,** Pandharipande P, The France Foundation; an Online Informal interview. April 2012. www.Francefoundation.com

19. "Neurosurgeon taking heroics to new venue" A Patient letter to the editor. The Columbus Dispatch, June 4th, 2012.
http://www.dispatch.com/content/stories/editorials/2012/06/04/neurosurgeon-taking-heroics-to-new-venue.html

20. Development of Anti-NGF (anti-nerve growth factor) for pain **Bergese SD,** Jennifer C. Smith-Parker, Assistant Editor, BioPharm Insight. August 22nd, 2012.
http://www.prweb.com/releases/2011/12/prweb90156898.htm

21. **Bergese SD,** Medication Safety: It's that Exparel or Propofol? Editorial on medication error/Medication Safety. Outpatient Surgery Magazine, September 2012, Vol. XIII, No 9.
http://www.outpatientsurgery.net/issues/2012/09/letters-and-e-mails

22. Anesthesia: It's safe? One 30 minutes television interview, "Hoy es noticia" with Dhaméliz Diaz, DAT TV, Valencia Venezuela **(International),** Live, November 6th, 2012.
http://dattv.tv/portal/

23. **Bergese SD,** Obese Inmate on Death Row, "an expert view", National Public Radio (NPR), November 10th, 2012.
http://www.npr.org/

24. **Bergese SD,** Obese Inmate, Doctors view: "Inaccessible veins" Fox TV (National), November 10th, 2012
http://fox8.com/2012/11/10/doctor-obese-death-row-inmates-veins-inaccessible/

.

**ARTICLES IN NEWSPAPERS, INTERNET, TV AND MAGAZINES** *(Continued)*:

25.     "The Dr. Oz Show" Cushing Syndrome. Prevedello D, Carrau R, **Bergese SD,** Taped: September 17th, 2012, aired: December 19th, 2012.
        http://www.doctoroz.com

26.     Ondansetron May Inhibit Analgesic Effect of Acetaminophen; **Bergese SD,** Soghomonyan S; Pain Medicine News; October 2013, Volume 11.
        http://www.painmedicinenews.com/ViewArticle.aspx?d=Clinical%2bPain%2bMedicine&d_id=82&i=October+2013&i_id=1004&a_id=24217

27.     Examiner.com: Dimitrova G; Tulman D; **Bergese SD,** Reviewing the data: Lung surgery after cardiac stents; Lung Surgery after cardiac stents: part II
        http://www.examiner.com/article/reviewing-the-data-lung-surgery-after-cardiac-stents

28.     CBS 60 minutes; Dr Sanjay Gupta Contributor (CNN): Rezai A; **Bergese SD,** Treating obesity with Deep Brain Stimulators; Taped; January 21st 2014, aired 2014.
        http://www.cbsnews.com/60-minutes/

29.     Cadena SER (Spain); La Ventana with Carles Francino: **Bergese SD,** Cognitive Changes and the impact of Anesthetics. "The Miguel Delibes Setien Story". (**International**); live April 30th, 2014.
        http://www.cadenaser.com/emisora/tenerife/radio-club-tenerife

30.     El Mercurio, (Chile); Life; Science and Technology. "Half of the patients receive more anesthesia that's needed" Follow up story of the National Chilean Society Meeting. (**International**); Santiago, Chile; January 1st 2015.
        http://impresa.elmercurio.com/Pages/SearchResults.aspx?ST=la%20mitad%20de%20los&SF=&SD=01/01/2015&ED=01/01/2015&NewsID=284631&IsExternalSite=False

31.     The Columbus Dispatch; "Stay at hospital can induce delirium" by Mysti Crane; Sunday February 8th, 2015
        http://www.dispatch.com/content/stories/local/2015/02/08/stay-at-hospital-can-induce-delirium.html

32.     Outpatient Surgery Magazine; Which One Provides Better Pain Relief? Examining Exparel's Effectiveness. Dan O'Connor Editor-in-Chief; Supplement to Outpatient Surgery Magazine; July 2015.
        http://www.outpatientsurgery.net/surgical-services/pain-management/which-drug-is-better-for-post-op-pain-control--ambulatory-anesthesia-15

33.     El Diario Montanes; Santander y Cantabria; Santander celebrates a congress of Anesthesiology with more than 1.500 participants. Professor Sergio D. Bergese (Ohio State University) will be speaking in the Inaugural conference of this meeting, where he will be disserting about Cognitive dysfunction.
        http://www.eldiariomontanes.es/santander/201510/06/santander-celebra-congreso-anestesiologia-20151006124352.html

34.     Mujer Hoy; Taller de Editores, S.A. Vivir; Los riesgos de la anestesia (Life; The anesthetic risks) Marisol Guisasola; 23 rd October 2016.
        http://www.mujerhoy.com/vivir/salud/201610/21/riesgos-anestesia-operación20161021124516.html

.

**MEDICAL STUDENT REASERCH MENTORSHIP:**

1.   *Ricardo Nieves Ramos* (Med III and IV), "Clinical Validation of the MEDRAD MRI Monitor," 2007.
2.   *Antonio LeBario* (Med IV and Elective Rotation Med IV), "Midazolam versus Dexmedetomidine in Awake Fiber Optic Intubations," 2007.
3.   *Peyman Keyashian* (Med III and IV), "Retrospective Review of Dexmedetomidine HCL usage and efficacy during Craniotomies and Retrospective Review of the effects of Dexmedetomidine HCL on Intraoperative Somato Sensorial Evoked Potentials (SSEP'S) And Motor Evoked Potentials (MEP'S)," 2007.
4.   *Vaadyala Prashanth* (Med I), "Retrospective Review of the effects of Dexmedetomidine HCL on Intraoperative Somato Sensorial Evoked Potentials (SSEP'S) and Motor Evoked Potentials (MEP'S)," 2007.
5.   *Garett Pangrazzi* (Med I), "Retrospective Review of the effects of Dexmedetomidine HCL on Intraoperative Somato Sensorial Evoked Potentials (SSEP'S) And Motor Evoked Potentials (MEP'S)," 2007.
6.   *Jacob Uhler* (Med I), "Retrospective Review of Dexmedetomidine HCL usage and efficacy during Craniotomies," 2007.
7.   Jeffrey Fujii (Med I), NIH Roadmap Training in Clinical Research program. "Clinical Validation of the MEDRAD MRI Monitor, Phase II," 2007.
8.   *Tristan Weaver* (Med I), Roessler Research Scholarship. "Aprepitant vs. Ondasetron in Preoperative Triple Therapy treatment of Nausea and Vomiting (PONV)," 2007.
9.   *Andrew Springer* (Med III and IV) "Retrospective Review of Dexmedetomidine HCL usage and efficacy during Craniotomies and Retrospective Review of the effects of Dexmedetomidine HCL on Intraoperative Somato Sensorial Evoked Potentials (SSEP'S) And Motor Evoked Potentials (MEP'S)," 2008.
10.  *Jeffrey Johnston* (Elective Rotation Med. IV) "Intraoperative MRI (iMRI), The Ohio State University Experience," 2008.
11.  *Allison Shenk* (Med III and IV) "Retrospective Review of Dexmedetomidine HCL usage and efficacy during Craniotomies and Retrospective Review of the effects of Dexmedetomidine HCL on Intraoperative Somato Sensorial Evoked Potentials (SSEP'S) And Motor Evoked Potentials (MEP'S)," 2008.
12.  *Danamarie Head* (Med III, IV and Elective Rotation Med IV), "Intraoperative Somatosensory Evoked Potentials (SSEP'S) and Desflurane MAC Levels for Neurosurgery," 2008.
13.  *Jeffrey Johnston* NIH Roadmap, RTPCR, Roadmap Training Program in Clinical Research and Master in Public Health ($ 33,772.00 Grant), (MD-PhD Combined Program) The Ohio State University, 2008.
14.  *Candace Hrelec* (Med I) "A head to head comparison of Stryker SNAP II and BIS VISTA indices during anesthesia and at awakening," 2009.
15.  *Henry Lu (*Med I) "Intraoperative Somatosensory Evoked Potentials (SSEP'S) and Desflurane MAC Levels for Neurosurgery," 2009.
16.  *Melissa Bailey (*Med I) Clinical Research program. "Clinical Validation of the MEDRAD MRI Monitor, Phase III," 2009.

.

**MEDICAL STUDENT RESEARCH MENTORSHIP** (*Continued*):

17. *Monica Skordilis (*Med I) "Variation of the cerebral state index during carotid cross-clamping in patients undergoing carotid endarterectomy," 2009.
18. *Nicole Dubosh (*Med I) "Aprepitant vs. Ondasetron in Preoperative Triple Therapy treatment of Nausea and Vomiting (PONV)," 2009.
19. *Nicole Rich (*Med I) "Cerebral State Index as Measured by a Cerebral State Monitor during Carotid Cross-Clamping in Patients Undergoing Carotid Endarterectomy," 2009.
20. *Jim Liu (*Med I) "Intraoperative Somatosensory Evoked Potentials (SSEP'S) and Desflurane MAC Levels for Neurosurgery," 2009.
21. *Alok Bhatt* (Med II) "The Efficacy of Dexmedetomidine, Remifentanil, and Propofol as a Combined Anesthetic Regimen in Deep Brain Stimulation Procedures," 2009.
22. *Monica Skordilis* (Med II) "Snap II Brain Monitoring Indices of Sedation Levels During MAC Procedures," 2009.
23. *Melissa Bailey* (Med II) "Examining the effects of the Electromagnetic Interference from Intraoperative Magnetic Resonance Imaging in Electrocardiogram Signals," 2010.
24. *Alok Bhatt* (Med II). "The Efficacy of Dexmedetomidine, Remifentanil and Propofol as a Combined Anesthetic Regimen in Deep Brain Stimulation Procedures," 2010.
25. *Seth Holt* (Med I). "A Gender Comparison of the usefulness of BMI as a Predictor of Difficult Intubation," 2010.
26. *Kareem Niazi* (Med I) - "The Evaluation of Clevidipine in Patients Requiring ICP Monitoring and IV Antihypertensive Therapy", 2011.
27. *Patrick Dooling* (Med I) - "Aprepitant vs. Ondansetron in Preoperative Triple-therapy Treatment of Nausea and Vomiting", 2011.
28. *Renuka Shenoy* (Med I) – FAER summer research scholarship in anesthesiology, 2011.
29. *Zachary Rost* (Med I) – FAER summer research scholarship in anesthesiology, 2011.
30. *Christopher Howson* (Med III) - Working on "Aprepitant vs Ondansetron in Preoperative Triple-therapy Treatment of Nausea and Vomiting", Volunteer, 2011.
31. *Laura Rey* (Med I) – Anesthesiology summer research scholarship, 2011.
32. *Poorvi Dalal* (MED III Ohio University School of Medicine) One Year Internship, PONV, 2011-2012.
33. *Syed Ali* (MED I) – "Aprepitant vs Ondansetron in Preoperative Triple-therapy Treatment of Nausea and Vomiting." 2012.
34. *Joseph Dadabo* – (MED I) – "A Randomized, Double-Blind, Double-Arm Trial Comparing Desflurane to Sevoflurane for the Effect on Recovery Time in Patients undergoing Urological Cystoscope Surgery under General Anesthesia with a Laryngeal Mask Airway (LMA)", 2012.
35. *Loic Tchokouani* (MED I) – "**P**eri**O**perative **IS**chemic **E**valuation-2 Trial", 2012.
36. *Stephanie Mallery* (MED I) - "A Randomized, Double-Blind, Double-Arm Trial Comparing Desflurane to Sevoflurane for the Effect on Recovery Time in Patients undergoing Urological Cystoscope Surgery under General Anesthesia with a Laryngeal Mask Airway (LMA)", 2012.
37. *Anand Patel* (MED I) – "Prospective, Single Center, Randomized, Double Blind, Placebo-Controlled Trial for the Evaluation of the Efficacy of 300mg or 600mg of Pregabalin versus Placebo in the Reduction of pain and Opioid Consumption in Patients with Partial or Full Thickness Burn Injuries," 2012.

**MEDICAL STUDENT RESEARCH MENTORSHIP** *(Continued)*:

38. *Bryce French* (MED I) – "Randomized Clinical Trial of the Safety and Efficacy of Brain Tissue Oxygen (pBrO2) Monitoring in the Management of Severe Traumatic Brain Injury", 2012.

39. *Duane Allen* (MED I) – "Randomized, Double-blind, placebo-controlled study comparing the efficacy of intra-cuff Alkalinized Lidocaine to low dose Remifentanil infusion in attenuating the ETT Induced Emergence Phenomena", 2012.

40. *Priscilla Agbenyefia* (MED II) "Prospective, Single-Center, Randomized, Double-Blind, Placebo-Controlled Trial For The Evaluation Of The Efficacy Of 300 Mg Or 600 Mg Of Pregabalin Versus Placebo In The Reduction Of Pain And Opioid Consumption In Patients With Partial And Full Thickness Burn Injuries," 2012.

41. *Thomas Wilson* (MED II) – "Safety profile of Methylphenidate startup treatment in the acute rehabilitation of acquired brain injury patients", 2013.

42. *Sejal Doshi* (MED III) – "The influence of Anesthesia and Surgery on Postoperative cognitive outcome and Changing Trends in Anesthesiology Residency Competitiveness," FAER summer research scholarship in anesthesiology, 2013.

43. *Abdulfatah Issak* (MED IV) One year internship, Working on "Potential side effects of Ondansetron and Dexamethasone as prophylactic antiemetics," 2013.

44. *Nicole Verdecchia* (MED III) "A retrospective case review for transphenoidal skull base surgeries," 2013.

45. *Andrew Ortega* (MED I) - Manuscript draft of "Bupivacaine for Postoperative Pain Management," 2013.

46. *Lanette Rickborn* (MED II) - "Semi Sitting Craniotomy in a Patient with Intra Cardiac Shunt," 2013.

47. *Kaarthik Chandrasekhar* (MED IV) - "The Role of microRNAs as Potential Biomarkers in Central Nervous System Disorders," 2013.

48. *Samir Patel* (Med II) Clinical Research Fellowship 2013-2016.

49. *Christopher J. Barnett* (MED II) - Temple University School of Medicine, "Current Status of Blood Transfusion and Antifibrinolytic Therapy in Orthopedic Surgeries," 2014.

50. *Nathan Steiner* (MED II) - Drexel University College of Medicine, "Current Status of Blood Transfusion and Antifibrinolytic Therapy in Orthopedic Surgeries," 2014.

51. *Stewart Smith* (MED II) - "Current Status of Blood Transfusion and Antifibrinolytic Therapy in Orthopedic Surgeries," 2014 – Present

52. *Samuel Ostrum* (MED IV) - "Tranexamic Acid Use and Blood Loss in Surgical Patients," 2014-Present.

53. *Scott William*, Ohio State University College of Medicine, Data entry for "Postoperative Delirium in Patients Undergoing Hip Arthroplasty," 2015.

54. *Cassidy Lawrence,* University of Toledo Medical School, Data Entry for "Baseline Cerebrospinal Fluid microRNA Expression in Patients Undergoing Orthopedic Surgeries," 2015. "Retrospective Tranexamic Acid Use in Orthopedic Surgeries," 2016.

.

**MEDICAL STUDENT RESEARCH MENTORSHIP** (*Continued*):

55.  *Omar Mostafa,* University of Dayton Medical School, Data Entry for "Baseline Cerebrospinal Fluid microRNA Expression in Patients Undergoing Orthopedic Surgeries," 2015.

56.  *Gastaldo Nicholas,* Ohio University School of Osteopathic Medicine, Proposal development: "Frailty Score to Predict the Outcome of Elderly Patients Undergoing Surgeries," 2015.

57.  *Jip Andrei,* University of Cincinnati School of Medicine, Proposal development: "Frailty Score to Predict the Outcome of Elderly Patients Undergoing Surgeries," 2015.

58.  *Benjamin Rausch,* first year medical student School of Osteopathic Medicine, Ohio University, Athens, Ohio. "Perioperative Surgical Home in Orthopedics"
     *FAER summer research scholarship in anesthesiology, 2015*

59.  *Diana Slawski;* (Med I) - College of Medicine, The University of Toledo, "ICU Patients Receiving Blood Transfusion, 30-Day Follow-Up" Ongoing Retrospective Data Analysis.
     *FAER summer research scholarship in anesthesiology, 2015*

60.  Weston Niermeyer (Med II) - – College of Medicine, The Ohio State University, "Active Emergence from Isoflurane General Anesthesia Induced by Methylphenidate" "Literature review on post-operative vision loss" "Tranexamic Acid Use and Blood Loss in Total Hip Arthroplasty," *FAER summer research scholarship in anesthesiology, Roessler Research Scholarship 2016.*

61.  Marcus Cluse (Med II) – College of Medicine, The Ohio State University, "Impact of intraoperative ventilation with high oxygen content to reduce the incidence and extent of postoperative pneumocephalus in patients undergoing craniotomies", "Literature review on post-operative vision loss*," Roessler Research Scholarship 2016.*

62.  Andrew Eiterman (Med II) – College of Medicine, The Ohio State University, Insulin Control Study – PI – Dr. Rogers "Impact of Social Factors on Glycemic Self-Management Control in Adults with Type 2 Diabetes Mellitus: A Literature Review" "A Comparison on the Impact of Basal Insulin Dosing Strategies on Next-Day Surgery Blood Glucose Control," *Roessler Research Scholarship 2016.*

63.  Stephen Revilla (Med II) – College of Medicine, The Ohio State University, Simulation in Cardiac Anesthesia Residency Program – PI "Literature review on post-operative vision loss", "Use of High Fidelity Simulation in Cardiac-specific Anesthesia Scenarios for Resident Education and Assessment," *Roessler Research Scholarship, 2016.*

64.  Emily Bitticker (Med II) – College of Medicine, University of Cincinnati, "Reduction of Blood Product Administration during Orthotopic Liver Transplantation via a Point of Care Based Blood Management Algorithm," *FAER summer research scholarship in anesthesiology, 2016.*

.

**MEDICAL STUDENT RESEARCH MENTORSHIP** *(Continued)*:

65.    Clifton Hartwell (Med II) – College of Medicine, University of Cincinnati "Literature review on post-operative vision loss" "Impact of intraoperative ventilation with high oxygen content to reduce the incidence and extent of postoperative pneumocephalus in patients undergoing craniotomies," *Roessler Research Scholarship, 2016.*

66.    Tian You (Med II) - College of Medicine, The Ohio State University, "Delirium and MicroRNA Testing in Total Hip Arthroplasty," *Roessler Research Scholarship, 2016.*

67.    Rahul Rao (Med II) – School of Osteopathic Medicine, The University of Virginia, "Literature review on post-operative vision loss," *DO Student Volunteer, 2016.*

68.    *Peter Broughton* (Med II) – College of Medicine, The Ohio State University, *Med Student Volunteer, 2016.*


**UNDERGRADUATE STUDENT RESEARCH MENTORSHIP**

1.    *David Connell*- Literature search and Journal Club presentation, "BIS, Entropy, and MAC Errors of Monitoring," 2013. "Retrospective Tranexamic Acid Use in Orthopedic Surgeries," 2016.

2.    *Daniel O'Reilly*- Literature search, "Semi Sitting Craniotomy in a Patient with Intra Cardiac Shunt," 2013.

3.    *Andrei Jipa*- Literature search, paper contribution, figure creation, reference list for, "Prevention of Intraoperative Cerebral Ischemia during Neurosurgical Operations," 2013.

4.    *Collin Gabriel* – Literature search, "The influence of Anesthesia and Surgery on Postoperative cognitive outcome and Changing Trends in Anesthesiology Residency Competitiveness," 2013.

5.    *Nawal Kamar*- Literature search for the safety profile of "Titration phase in methylphenidate-naïve brain injury patients," 2013.

6.    *Emily Stuchiner*- Literature search and Journal Club presentation for "Statistical analysis in anesthesiology research," 2013.

7.    *Siddharth Machiraju*-Literature search for "Statistical analysis in anesthesiology research," 2013.

8.    *Shannon Flahive* - Data entry for "Steroids in Cardiac Surgery (SIRS)," 2013.

9.    *Puneet Bhatti*- Data entry for, Early postoperative cognitive dysfunction and postoperative delirium after anesthesia with various hypnotics: a double blind, prospective, randomized, controlled clinical trial," 2013

10.    *Ifran Minhas*- Chart review "Length of Hospital Stay in Trauma Burn Patients," 2015. Data Entry and General Support For Multiple Studies, 2016

11.    *Courtney Hudak*- Chart review "Length of Hospital Stay in Trauma Burn Patients," 2015. General Support, 2016.

12.    *Rohan Dalal*- Data Entry for "Active Emergence from Isoflurane General Anesthesia Induced by Methylphenidate," 2015.

13.    *Brooke McNerny*- Data Entry for "Active Emergence from Isoflurane General Anesthesia Induced by Methylphenidate", 2015.

**UNDERGRADUATE STUDENT RESEARCH MENTORSHIP** *(Continued):*

14.  *Joel Salas-* Multiple studies requiring data entry, 2015.
15.  *Jasime Yeboah-Boahene-* Multiple studies requiring data entry 2015.
16.  *Nicholas Joseph-* Data entry for "Postoperative Delirium in Patients Undergoing Hip Arthroplasty," 2015.
17.  *Gerardo Capo-* LASER Student, Multiple studies requiring data entry, 2015. "Effectiveness Of Triple Therapy with Palonosetron for PON Prophylaxis," 2016.
18.  *Melany Marroquin-* LASER Student, Data entry for "Randomised, double-blind, placebo-controlled Phase III study of APD421 (amisulpride for IV injection) as combination prophylaxis against postoperative nausea and vomiting in high-risk patients," 2015.
19.  *Callis, Matthew,* Data Entry, General Support, and Chart Review for Multiple Studies, 2015.
20.  *Madeline Zupan,* Data entry and chart review for multiple studies, 2016.
21.  *Michael Durda,* Data Entry, Protocol Preparation, and General Support For Multiple Studies, 2016.
22.  *Nicholas Turner*, Data Entry for Multiple Studies, 2016.
23.  *Miles Turner,* Data Entry, Manuscript Preparation, and General Support For Multiple Studies, 2016.
24.  *Nate Salon,* Data Entry and General Support For Multiple Studies, 2016
25.  *Daniel Stoicea,* Data Entry, Manuscript Review, and General Support, 2016.
26.  *Nicholas Kumar*, Anesthesia Tech, 2016.
27.  *Christopher Strohmeyer*, Anesthesia Tech, 2016.

**GRADUATE STUDENT MENTORSHIP:**

1.  Jordan Keels, B.S., Wright State University, "A Retrospective Chart Review of Patients with Obstructive Sleep Apnea undergoing ENT Procedures that Required Hospital Admission," 2016.

## ANESTHESIA RESIDENT RESEARCH MENTORSHIP:

1.  ***Brian Witte DO**, ACT Advanced Clinical Track CA III A Phase III, Randomized, Double-Blind, Placebo-Controlled Multicenter Study Evaluating the Safety and Efficacy of Dexmedetomidine used for Sedation during Elective Awake Fiberoptic Intubation (Study Coordinator). A Phase III Randomized, Double-Blind, Placebo-Controlled Study Evaluating the Safety and Efficacy of Dexmedetomidine for Sedation During Monitored Anesthesia Care (Sub-Investigator).*

2.  ***Kevin Sage DO**, ACT Advanced Clinical Track CA III Investigator initiated Grant: Midazolam versus Dexmedetomidine as a Base of a Combined Technique in Awake Fiber Optic Intubations, A Comparative Study.*

3.  **Jon Gozdanovic MD**, Housestaff, Clinical and ACT Advanced Clinical Track CA I-III Aug 2009-2012.

4.  **Jeffrey Fujii MD**, Housestaff, Clinical and ACT Advanced Clinical Track CA I-III Aug 2011- 2014.

5.  **Michelle Stephens (Humeidan) MD PhD**, Housestaff, Clinical and ACT Advanced Clinical Track CA I-III Aug 2012-2015.

6.  **Andrew Koogler MD**, "Perioperative management and outcome of Azheimer's disease patients" 2015-Present.

7.  **Renuka Shenoy MD**, "Perioperative management and outcome of Azheimer's disease patients" 2015-Present.

.

## ANESTHESIA POSTDOCTORAL FELLOWS AND RESEARCH MENTORSHIP:

1.   *Jeffrey Johnston, MD*, Fellowship in Clinical Research 2007-2008.

2.   *Erika Puente MD*, Fellowship in Clinical Research Dec 2007-2011.

3.   *Adolfo Viloria MD*, Fellowship in Clinical Research. Aug 2008- June 2010.

4.   *Alberto Uribe MD*, Fellowship in Clinical Research.  January 2009- Janurary 2015

5.   *Maria Antor MD*, Fellowship in Clinical Research. Mar 2009- March 2011.

6.   *Farzana Khan MD*, Fellowship in Clinical Research. Apr 2009 – September 2010.

7.   *Natali Erminy MD*, Fellowship in Clinical Research. Aug 2009- March 2011.

8.   *Jon Gozdanovic MD*, Fellowship in Clinical Research. Aug 2009- June 2010.

9.   *Gilat Zisman MD*, Fellowship in Clinical Research. Aug 2009-2010.

10.  *Altaf Mohammed MD,* Fellowship in Clinical Research June 2010 - 2012

11.  *Belum Viswanath Reddy MD*, Fellowship in Clinical Research October 2010 -December 2015

12.  *Juan Portillo MD*, Fellowship in Clinical Research July 2011 – July 2015

13.  *Nicolas Kong MD,* Fellowship in Clinical Research July 2011 – December 2012

14.  *Eduardo Quevedo Reyes MD*, Fellowship in Clinical Research, June 2012- Janurary 2014

15.  *Nicoleta Stoicea MD PhD*, Fellowship in Clinical Research, December 2012-August 2016

16.  *Karina Castellon Larios MD*, Fellowship in Clinical Research, February 2013 - March 2016

17.  *Suren Soghomonyan MD PhD*, Research Scientist, February 2013 - December 2014

18.  *Alix Zuleta Alarcon MD*, Fellowship in Clinical Research, January 2015-Present

19.  *Ana Mavarez Martinez MD*, Fellowship in Clinical Research, January 2015-Present

20.  *Carlos Arias Morales MD*, Fellowship in Clinical Research, March 2015-Present

21.  *Juan Carlos Fiorda, M.D,* Fellowship in Clinical Research. March 2015-Present

22.  *Gonzalez, Alicia M.D,* Fellowship in Clinical Research. August 2015-Present

23.  *Ruben Carrasco Moyano M.D,* Fellowship in Clinical Research. August 2016-Present

## ANESTHESIA RESEARCH FELLOWS AND MENTORSHIP:

1. ***Thomas Wojda***, ***MD,*** Fellowship in Clinical Research. June 2014-July 2015.

2. ***Byron Rosero Britton, MD***, Fellowship in Clinical Research. January 2015 - December 2015

3**.** ***Satoshi Kimura, MD***, Fellowship in Clinical Research. March 2015 - April 2016

4. ***Muhammad Shabsigh, M.D,*** Fellowship in Clinical Research. March 2015 - May 2016

5. ***Sasima Dusiktkasem, MD,*** Fellowship in Clinical Research. March 2016-Present

6. ***Monsicha Somjit, MD,*** Fellowship in Clinical Research. March 2016-Present

7. ***Mahmoud Attia Mohamed Kassem, MD,*** Fellowship in Clinical Research. March 2016-Present

8. ***Xuezheng Zhang, MD,*** Fellowship in Clincial Research. April 2016-Present

9. ***Qiangian Fan, MD,*** Fellowship in Clinical Research. June 2016-Present

10. ***Omer Cavus, MD,*** Fellowship in Clinical Research. June 2016-Present

11. ***Levent Sahin, MD,*** Fellowship in Clinical Research. June 2016-Present

## INTERNATIONAL VISTING SCHOLARS:

1. **Cattleya Thongrong, MD,** (Thailand) Assistant Professor Department of Anesthesiology, Faculty of Medicine, Khon Kaen University, Khon Kaen, Thailand, Fellowship in Clinical Research; Visiting Scholar July 2011 – 2012

2. **Somayah Melibary MD,** (Saudi Arabia) Assistant Professor Department of Anesthesiology, King Abdullah Medical Center, Makkah Saudi Arabia, Fellowship in Clinical Research; Visiting Scholar July 2012 – 2014.

3. **Sang-Hun Kim, M.D., PhD,** (South Korea) Associate Professor Department of Anesthesiology and Pain Medicine Chosun University Hospital & School of Medicine, Chosun University, South Korea, Fellowship in Clinical Research; Visiting Scholar July 2012 – 2014.

4. **Omnia Mohamed MBBS,** (Sudan) University of Medical Sciences & Technology, Khartoum / Sudan; Fellowship in Clinical Research; Visiting Scholar January 2015-March 2015.

5 **Satoshi Kimura, M.D,** (Japan) Department of Anesthesiology, Okayama University Hospital, Okayama; Visiting Scholar April 2016-May 2016.

6. **Stephen Majoribanks R.N,** (UK) Department of Critical Care Medicine, Aberdeen Royal Infirmary, Aberdeen; Visiting Scholar January 2016-Present.

7 **Muhammad Shabsign, M.D,** (Syria) Department of Anesthesiology, General Assembly of Damascus Hospital, Damascus; Visiting Scholar June 2016-Present.

8 **Parna Takkar, M.D,** (India) Department of Anesthesiology, Grant Medical College, Mumbai; Visiting Scholar June 2016-Present.

.

## INTERNATIONAL MEDICAL STUDENTS RESEARCH MENTORSHIP:

1. **Fatima Nur Derinkuyu,** (Turkey) –Clinical Research Observership, 2013.
2. **Hisham Raqab,** (Jordan) Clinical Research Observership; June-July 2015.
3. **Diana Florescu,** (Romania) Clinical Research Observership; July-August 2015.
4. **Maria Naiara Daniele MD**, (Argentina) Clinical Research Oberserversship June 2015.
5. **Maria Clara Ratto** (Argentina) Clinical Research Observership August-Sept 2016.
6. **Alberto Rios Llorente** (Spain) Clinical Research Observership February-March 2017.
7. **Maria Pascual Lorenzo** (Spain) Clinical Research Observership February-March 2017.


## NEUROANESTHESIA CLINICAL FELLOW MENTORSHIP:

1. *Katie Figg MD*, Fellowship in Neuroanesthesiology. Jul 2009-2010

2. *Demicha Rankin MD,* Fellowship in Neuroanesthesiology. Dec 2010-2011

3. *Wiebke Ackermann MD*, Fellowship in Neuroanesthesiology. Jul 2011- 2012

4. *Gurneet Sandhu MD*, Fellowship in Neuroanesthesiology. Jul 2011- 2012

5. *Rashmi Vandse MD,* Fellowship in Neuroanesthesiology. Jul 2012- 2013

6. *Lakshmi Kurnutala MD,* Fellowship in Neuroanesthesiology. Jul 2013- 2014

7. *Brian Dishong MD,* Fellowship in Neuroanesthesiology. Jul 2014- 2015

8. *Suren Soghomonyan MD, PhD,* Fellowship in Neuroanesthesiology. Jul 2014- 2015

9. *David Yehsakul MD,* Fellowship in Neuroanesthesiology. Jul 2014- 2015

10. *Michelle Humeidan MD PhD*, Fellowship in Neuroanesthesiology. Jul 2015- 2016

11. *Laura Puertas Ocio MD*, Fellowship in Neuroanesthesiology. Jul 2016- Present

## FUNDING: GRANTS AND CLINICAL TRIALS:

1.  **Bergese SD** PI, Investigator Initiated Grant (IIG) sponsor by Hospira for The Effectiveness of Precedex (Dexmedetomidine HCl) in the Sedation of Patients in the Intensive Care Unit: Pilot Study. ($3,000.00, September 2004)

2.  **Bergese SD** PI, Investigator Initiated Grant (IIG) sponsor by Hospira for The Effectiveness of Precedex (Dexmedetomidine HCl) in the Sedation of Patients in the Intensive Care Unit: Pilot Study. [OSU protocol 2004H0007] ($2,000.00, May 2004)

3.  **Bergese SD** PI, Investigator Initiated Grant (IIG) Grant sponsor by Baxter for Intraoperative Somatosensory Evoked Potentials and Desflurane MAC Levels for Craniotomies. [OSU Protocol 2004H0093] ($2,000.00, February 2004)

4.  **Bergese SD** PI, Investigator Initiated Grant (IIG) Unrestricted educational grant from Abbott. Alpha 2 agonists use in Neuroanesthesiology. ($1,250.00, July 2004)

5.  **Bergese SD** PI, (Medrad, Inc.) Clinical Validation of the Medrad MRI Monitor. [OSU Protocol: 2005H0194; Grant Number: GRT00004809] ($25,500.00, 2005)

6.  **Bergese SD Co-I,** PI Howie MB, (MGI Pharma, Inc.) MOGN 900: Experience of Post-Operative Nausea and Vomiting Following Elective Abdominal Laparoscopic Surgery, Gynecological Laparoscopic Surgery, or Major Plastic Surgery in the United States. [OSU Protocol: 2005H0047; Grant Number: GRT00002535] ($10,875.00, 2005)

7.  **Bergese SD** PI, (Hospira, Inc.) Awake Intubation: Why not Dexmedetomidine for Airway Management? [OSU Protocol: 2005H0054; Grant Number: GRT00004584] ($52,363.00, 2005)

8.  **Bergese SD** Co-I, Experience of Post-Operative Nausea and Vomiting Following Elective Abdominal Laparoscopic Surgery, Gynecological Laparoscopic Surgery, Major Plastic Surgery, or Cardiovascular Surgery in the United States. [OSU protocol: 2005W0050]

9.  **Bergese SD** PI, Investigator Initiated Grant (IIG) sponsor by Danmeter for Variation of the Cerebral State Index During Carotid Cross-Clamping in Patients Undergoing Carotid Endarterectomy. [OSU Protocol 2007H0025] ($22,000.00, December 2006)

10. **Bergese SD** PI, Investigator Initiated Grant (IIG) sponsor by Hospira for Precedex (Dexmedetomidine HCl) in Fiber Optic Intubation, A Comparative Study. ($63,700.00, September 2006)

11.  **Bergese SD** PI, Hospira Protocol 2005-005: A Phase III Randomized, Double-Blind, Placebo-Controlled Study Evaluating the Safety and Efficacy of Dexmedetomidine for Sedation During Monitored Anesthesia Care. [OSU Protocol 2006W0105] ($211,327.00, 2006)

12. **Bergese SD** PI, Hospira Protocol 2005-006: A Phase III, Randomized, Double-Blind, Placebo-Controlled Multicenter Study Evaluating the Safety and Efficacy of Dexmedetomidine Used for Sedation During Elective Awake Fiberoptic Intubation. [OSU Protocol 2006W0073] ($52,363.00, 2006)

13. **Bergese SD** PI, Investigator Initiated Grant (IIG) sponsor by Baxter for Pharmacological Influences of Desflurane at Different MAC's on SSEP's and MEP's. ($22,876.00, 2006)

14. **Bergese SD** PI, Investigator Initiated Grant (IIG) Sponsor by Medrad for (Trial) Validation of Noise (FR) on Non-Ferromagnetic Monitoring System in a MRI Equipped OR. ($5,000.00, December 2006)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

15.   **Bergese SD** PI, Phase III, Randomized, Double-Blind Placebo-Controlled, Multicenter Study Evaluating Safety and Efficacy of Several Approaches on MAC Anesthesia. Covance Feasibility Services. ($182,619.40, 2006)

16.   **Bergese SD** PI, A Phase III, Randomized, Double-Blind, Placebo-Controlled Multicenter Study Evaluating the Safety and Efficacy of Dexmedetomidine Used for Sedation During Elective Awake Fiberoptic Intubation. Covance Feasibility Services. [OSU Protocol 2006W0073] ($52,363.00, 2006)

17.   **Bergese SD** PI, Investigator Initiated Grant (IIG) sponsor by MGI Pharma, Economics of Readmission in Patients Having Undergone a Surgical Procedure and a Case for the Use of a Cost Saving Anti-emetic Prophylactic Treatment for Postoperative Nausea and Vomiting (PONV). [OSU Protocol 2007E0491] ($21,300, August 2007)

18.   **Bergese SD** PI, Investigator Initiated Grant (IIG) sponsor by Hospira for a Retrospective Review of Dexmedetomidine HCL Usage and Efficacy during Craniotomies. ($3,000.00, April 2007).

19.   **Bergese SD** PI, Investigator Initiated Grant (IIG) sponsor by Hospira for Retrospective Study of Effects of Dexmedetomidine on Intraoperative Somatosensory Evoked Potential. [OSU protocol: 2007E0394] ($9,000.00, April 2007).

20.   **Bergese SD** PI, Phase III Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Parallel-Group, Multiple-Dose Study of the Analgesic Efficacy and Safety of Intravenous Analgesic versus Placebo over 48 Hours for the Treatment of Postoperative Pain After Gynecologic Surgery. [OSU Protocol: 2007W0088] ($48,976.52, 2007)

21.   **Bergese SD** PI, A Review of the Effects of Dexmedetomidine during Neurological Surgery. [OSU protocol: 2007H0112]

22.   **Bergese SD** PI, A Review of the Effects of Dexmedetomidine during Neurological Surgery. [OSU protocol: 2007E0394]

23.   **Bergese SD** Co-I, 3200L2-300-WW, A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of Intravenous Methylnal Trexone (MOA 728) for the Treatment of Post-Operative Ileus. [OSU protocol: 2007W0067]

24.   **Bergese SD** PI, The Medicines Company. Protocol TMC-CLV-07-02: The Evaluation of Patients with Acute Hypertension and Intracerebral Hemorrhage with Intravenous Clevidipine Treatment (ACCELERATE). [OSU Protocol 2008W0025] ($99,450.30, 2007)

25.   **Bergese SD** PI, Pacira Pharmaceuticals, Protocol SKY0402-C-209: Multi-Center, Randomized, Double-Blind, Parallel-Group, Active-Control, Dose-Ranging Study to Evaluate the Safety and Efficacy of a Single Administration of SKY0402 for Prolonged Postoperative Analgesia in Subjects Undergoing Hemorrhoidectomy. [OSU Protocol 2007W0120] ($128,737.00, 2007)

26.   **Bergese SD** PI, Pacira Pharmaceuticals, Protocol SKY0402-C-208: Multi-Center, Randomized, Double-Blind, Parallel-Group, Active-Control, Dose-Ranging Study to Evaluate the Safety, Efficacy, and Comparative Systemic Bioavailability of a Single Administration of SKY0402 via Local Infiltration for Prolonged Postoperative Analgesia in Subjects Undergoing Total Knee Arthroplasty. [OSU Protocol 2007W0142] ($157,010.00, 2007)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

27. **Bergese SD** PI, Pfizer Pharmaceuticals Protocol A0081171: A Randomized, double-blind, Multi-center, Dose-Ranging Study of the Efficacy and Safety of Pregabalin Compared to Placebo in the Adjunctive Treatment of Post-Surgical Pain After Primary Inguinal Hernia Repair. [OSU Protocol 2007W0170] ($116,089.00, 2007)

28. **Bergese SD** PI, Wyeth Pharmaceuticals, Protocol 3200L2-301-WW: A Multicenter, Randomized, Double-blind, Placebo-controlled, Parallel-Group Study of Intravenous Methylnal Trexone (MOA-728) for the Treatment of Postoperative Ileus after Ventral Hernia Repair. [OSU Protocol 2007W0098] ($106,627.00, 2007)

29. **Bergese SD** PI, Duke Clinical Research Institute and Schering Plough: Protocol P04937. A Randomized, Double-blind, Double-dummy, dose-ranging study of single-dose Oral Rolapitant Monotherapy for the Prevention of Postoperative Nausea and Vomiting (PONV). [OSU Protocol 2007W0101] ($273,152.00, 2007)

30. **Bergese SD** Co-I, PI: Yun Xia, M.D. Ph.D. Sucampo Pharmaceuticals, Inc. Protocol SPI/0211OBD-0632. A Multi-Center, Randomized, Double-Blinded Study of the Efficacy and Safety of Lubiprostone in Patients with Opioid-Induced Bowel Dysfunction. [OSU Protocol 2007W0099] ($182,475.00, 2007)

31. **Bergese SD** Co-I, PI: Yun Xia, M.D. Ph.D. Constipation Quintiles
Wyeth Protocol 3200L2-300-WW: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of Intravenous Methylnaltrexone (MOA-728) for the Treatment of Post-Operative Ileus. [OSU Protocol 2007W0067] ($97,423.50, 2007)

32. **Bergese SD** PI, Cadence Pharmaceuticals Clinical Protocol CPI-APA-301: A Phase III Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Parallel-Group, Multiple-Dose Study of the Analgesic Efficacy and Safety of Intravenous Analgesic versus Placebo over 48 Hours for the Treatment of Postoperative Pain after Gynecologic Surgery. [OSU Protocol 2007W0088] ($48,977.00, 2007)

33. **Bergese SD** PI, Hospira Protocol DEX-06-06: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Two-arm Parallel, Multicenter Study Evaluating the Efficacy and Safety of Dexmedetomidine in the Prevention of Postoperative Delirium in Patients Undergoing Heart Surgery with Cardiopulmonary Bypass. [OSU Protocol 2007W0073] ($57,845.00, 2007)

34. **Bergese SD** PI, Hospira Protocol DEX-06-09: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Two-arm Parallel, Multicenter Study Evaluating the Efficacy and Safety of Dexmedetomidine in the Prevention of Postoperative Delirium in Subjects Undergoing Surgery for Fractured Hip with General Anesthesia. [OSU Protocol 2007W0074] ($50,225.00, 2007)

35. **Bergese SD** PI, Cadence Pharmaceuticals, Protocol CPI-APA-301: Phase III Randomized, Double-Blind, Placebo-Controlled, Multi-Center, Parallel-Group, Multiple-Dose Study of Analgesic Efficacy and Safety of Intravenous Analgesic versus Placebo over 48 Hours for the Treatment of Postoperative Pain after Gastric Bypass Surgery. [OSU Protocol 2007W0088] ($48,977.00, 2007)

36. **Bergese SD** PI, Aprepitant vs. Ondansetron in Preoperative Triple-Therapy Treatment of Nausea and Vomiting. [OSU protocol: 2007H0053] (2007)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

37.  **Bergese SD** Co-I, PI: Dzwonczyk, Roger. Examining the effects of electromagnetic interference from Intraoperative magnetic resonance imaging in electrocardiogram signals. [OSU Protocol 2008B0172] ($53,822.00, 2008).

38.  **Bergese SD** PI, Pacira Pharmaceuticals, Protocol 311. A Phase 3, Multicenter, Randomized, Double-blind, Parallel-Group, Active-Control Study to Evaluate the Safety and Efficacy of a Single Administration of SKY0402 for Prolonged Postoperative Analgesia in Subjects undergoing Total Knee Arthroplasty (TKA). [OSU Protocol 2008W0089] ($299,125.00, 2008)

39.  **Bergese SD** PI, Pacira Pharmaceuticals, Protocol SIMPLE Breast Augmentation 315: A Phase III, Multicenter, Randomized, Double-Blind, Parallel-Group,  Active Control Study to Evaluate the Safety and Efficacy of Local Administration of SKY0402 for Prolonged Postoperative Analgesia in Subjects Undergoing Bilateral, Cosmetic, Sub-Muscular Breast Augmentation. [OSU Protocol 2008W0158] ($154,975.00, 2008)

40.  **Bergese SD** PI, Innocoll Technologies, Ltd, Protocol INN-SWI-002: A Randomized, Controlled, Phase III Study of Gentamicin-Collagen Sponge (Collatamp G) in General Surgical Subjects at Higher Risk for Surgical Wound Infection. [OSU Protocol 2008W0142] ($57,806.00, 2008)

41.  **Bergese SD** PI, Cadence Pharmaceuticals, Protocol CPI-APA-351: A Phase III, Multi-Center, Open-Label, Prospective Repeat Dose, Randomized, Controlled, Multi-Day Study of the Safety and Efficacy of Intravenous Acetaminophen in Adult Inpatients. [OSU Protocol 2008W0007] ($139,893, 2008)

42.  **Bergese SD** PI, Javelin Pharmaceuticals, Protocol DFC-010: An Open-Label, Multiple-Dose, Multiple-Day, Non-Randomized, Single-Arm Safety Study of Repeat-Doses of DIC075V (Intravenous Diclofenac Sodium) In Patients with Acute Post-Operative Pain. [OSU Protocol 2008W0155] ($191,326, 2008)

43.  **Bergese SD** PI, Innocoll, Protocol INN-CB-009: A Phase III, Open Label Study to Investigate the Safety and Tolerability of the CollaRx Bupivacaine Implant in Patients After Pelvic, Abdominal, or Gynecologic Surgery. [OSU Protocol 2008W0073] ($97,325.00, 2008)

44.  **Bergese SD** PI, Javelin Pharmaceuticals, Protocol KET-017: A Randomized, Multiple-Center, Double-Blind, Placebo-Controlled Study of the Safety and Analgesic Efficacy of Repeated Dosing of PMI-150 (Intranasal Ketamine) to Treat Acute Orthopedic Trauma, Injury or Surgery. [OSU Protocol 2008W0107] ($102,585.00, 2008)

45.  **Bergese SD** PI, Phase III, Evaluating the Efficacy and Safety of Dexmedetomidine in the Prevention of Postoperative Delirium in Subjects Undergoing Surgery for Fractured Hip with General Anesthesia. Covance Facility Services. [OSU Protocol 2007W0074] ($12,370.00, 2008)

46.  **Bergese SD** PI, DEX-06-06: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Two Arm Parallel, Multicenter Study Evaluating the Efficacy and Safety of Dexmedetomidine in the Prevention of Postoperative Delirium in Patients Undergoing Heart Surgery With Cardiopulmonary Bypass. Covance Facility Services. [OSU Protocol 2007W0073] ($12,000.00, 2008)

.

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

47.  **Bergese SD** Co-I, PI: Yun Xia, M.D. Ph.D. Sucampo Pharmaceuticals, Inc. Protocol SPI/0211OBD-06S1. A Multi-Center, Open-Labeled Study of the Long-Term Safety and Efficacy of Lubiprostone in Patients with Opioid-Induced Bowel Dysfunction. [OSU Protocol 2008W0061] ($74,236.00, 2008)

48.  **Bergese SD** PI, Anesiva, Protocol 114-04P Amendment 1- 311: A Phase III, Multicenter, Randomized, Double-Blind, Parallel-Group, Active-Control Study to Evaluate the Safety and Efficacy of a Single Administration of SKY0402 for Prolonged Postoperative Analgesia in Subjects Undergoing Total Knee Arthroplasty (TKA). [OSU Protocol 2008W0089] ($152,875.00, 2008)

50.  **Bergese SD** PI, TMC-CLV-07-02: The Evaluation of Patients with Acute Hypertension and Intracerebral Hemorrhage with Intravenous Clevidipine Treatment (ACCELERATE). [OSU Protocol 2008W0025] (2008)

52.  **Bergese SD** PI, A Multicenter, Randomized, Open-Label, Parallel-Group Trial to Compare the Efficacy and Safety of the Sufentanil Nanotab PCA System/15 MCG to Intravenous Patient-Controlled Analgesia with Morphine for the Treatment of Acute Post-Operative Pain. Hospira. [OSU Protocol 2011W0126] ($5,250.25, 2008)

53.  **Bergese SD** PI, A Gender Comparison of the Usefulness of BMI as a Predictor of Difficult Intubations. [OSU protocol: 2008E0494]

54.  **Bergese SD** PI, The Efficacy of Dexmedetomidine, Remifentanil, and Propofol as an Anesthetic Regimen in Deep Brain Stimulation Procedures. [OSU protocol: 2008H0182]

55.  **Bergese SD** PI, A Head to Head Comparison of Stryker Snap II and BIS Vista Brain Function Indices during Isoflurane Anesthesia. [OSU protocol: 2008H0084]

56.  **Bergese SD** PI, PALO-08-11: A Double-Blind, Multi-Center, Randomized, Stratified, Parallel, 2 Arm, Phase II Study to Assess Palonosetron vs. Ondansetron as Rescue in Subjects that Developed Postoperative Nausea and Vomiting (PONV) in the Post-Anesthesia Care Unit (PACU). [OSU protocol: 2008W0145] ($93,168.00, 2008)

57.  **Bergese SD** PI, An Open-Label, Multiple-Dose, Multiple-Day, Non-Randomized, Single-Arm Safety Study of Repeat Doses DIC075V (Intravenous Diclofenac Sodium) in Patients with Postoperative Pain. [OSU protocol: 2009R0094] (175,000.00, 2009)

58.  **Bergese SD** Co-I, Adherence to Accepted Guidelines on Perioperative Cardiovascular Evaluation and Care for Non-Cardiac Surgery Utilizing Decision Support Tools. [OSU protocol: 2009E0533]

59.  **Bergese SD** PI, Baxter, Inc.: Scopolamine and Post-Operative Nausea and Vomiting treatment and prophylaxis Analysis. [OSU Protocol 2013W0086] ($10,000, August 2009)

60.  **Bergese SD** PI, The Medicines Company, Incorporated: Assessment of the Efficacy of Clevidipine on Vasospasm Using a Profilin-1 Transgenic Mice Model. [OSU Protocol 2009A0019] ($27,000, June 2009)

61.  **Bergese SD** Co-I, PI Jones LM, (Pfizer, Inc.) Prospective, Single Center, Randomized, Double Blind, Placebo Controlled Trial for the Evaluation of the Efficacy of 300 mg or 600 mg of Pregabalin versus Placebo in the Reduction of Pain and Opioid Consumption in Patients with Partial and Full Thickness Burn Injuries. [OSU Protocol: 2009H0167; Grant Number: GRT00019006] ($53,365.22, 2010)

**FUNDING: GRANTS AND CLINICAL TRIALS** (*Continued*):

62. **Bergese SD PI,** (Eisai Co, Ltd.) Studying the Effectiveness of Triple Therapy with Palonosetron, Dexamethasone and Promethazine for the Prevention of Post-Operative Nausea and Vomiting in High Risk Patients Undergoing Neurological Surgery and General Anesthesia. [OSU Protocol: 2008H0170; Grant Number: GRT00017347] ($93,168, 2008)

63. **Bergese SD** PI, C803-025: Bupivacaine Effectiveness and Safety in Saber Trial (BESST). [OSU Protocol: 2009W0155] ($9,795.00, 2009)

64. **Bergese SD** PI, Canyon Pharma. : Multi-Center Desirudin Utilization Registry in Patients With or Without Thrombosis Requiring an Alternative to Heparin-Based Anticoagulation: Desir-able. [OSU Protocol: 2009W0107] ($250,686, 2009)

65. **Bergese SD** Co-I, PI: Firstenberg, Michael. Protocol ECAL-CCPB-08-07: Conservtm-2 (Clinical Trial to Investigate Eacllantide's Effect On Reducing Surgical Blood Loss Volume)-A Phase II Randomized, Double-Blind, Active-Controlled Study in Subjects Exposed to Cardio-Pulmonary Bypass during Cardiac Surgery at High Risk for Bleeding. [OSU Protocol: 2009W0147] ($87,871.00, 2009)

66. **Bergese SD** Co-I, PI: Firstenberg, Michael. Protocol: ECAL-PCPB-08-02: Conserv TM-1 (Clinical Outcomes And Safety Trial to Investigate Ecallantide's Effect On reducing Surgical Blood Loss Volume)-A Phase II Randomized Placebo-Controlled Dose-Ranging Study in Subjects exposed To Cardio-Pulmonary Bypass During Primary Coronary Artery Bypass Graft Surgery. [OSU Protocol: 2009W0146] ($45,194.00, 2009)

67. **Bergese SD** Co-I, PI: Miller, Sidney. Protocol CS 1-020502/02. A Phase IIB Multi-Centre, Randomized, Intra-Patient-Controlled, Dose-Finding Study of 1-020502 in Patients Undergoing Autologous Meshed Skin Grafting. [OSU Protocol: 2009W0125] ($38,691.00, 2009).

68. **Bergese SD** Co-I, PI: Nathan, Nadia. Pilot Study: A Comparison of Guided Imagery vs. Controls during Peacock Anchor Placement Surgery. [OSU Protocol: 2009H0063] ($22,743.00, 2009)

69. **Bergese SD** Co-I, PI: Cohn, David. Prospective Double Arm, Comparative Study for the Evaluation of Postoperative Pain, Quality of Life and Determination of Molecular Inflammatory Markers Profile in Patients Undergoing Robotic versus Open Laparotomy Approach for Staging of Endometrial Cancer. [OSU Protocol: 2009C0013] ($100,080.00, 2009)

70. **Bergese SD** PI, Covidien: Evaluation of Respiratory Related Algorithms in the Hospital Settings. [OSU Protocol 2009W0088] ($282,606.00, 2009)

71. **Bergese SD** PI, Covidien: Protocol 191208. Evaluation of the Accuracy in Blood Pressure Measurements of a Continuous Non-Invasive Device Compared an Invasive Intra-Arterial Line in Surgical and Acute Care Patients. [OSU Protocol 2009W0056] ($135,049.00, 2009).

72. **Bergese SD** PI, Sanofi Aventis: Protocol EFC6250. A Multinational, Multicenter, Randomized, Double-Blind Study Comparing the Efficacy and Safety of AVE5026 With Enoxaparin for the Prevention of Venous Thromboembolism in Patients Undergoing Major Abdominal Surgery (SAVE-ABDO). [OSU Protocol 2009W0074] ($78,190.00, 2009).

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

73.  **Bergese SD** PI, CARA Therapeutics, Inc. CR845-CLIN2001. A Phase IIM, Randomized, Double-Blind, Placebo Controlled Proof of Concept Study to Evaluate the Analgesic Efficacy and Safety of Intravenous CR845 During the Postoperative Period in Subjects Undergoing Laparoscopic Assisted Hysterectomy. [OSU Protocol 2009W0039] ($13,732.00, 2009)

74.  **Bergese SD** Co-I, PI: Christoforidis G, Diagnostic Yield of Percutaneous CT-Guided Needle Biopsy for Vertebral Lesions and Surrounding Soft Tissue. [OSU protocol: 2009E0545] (2009)

75.  **Bergese SD** PI, Covidien: COVMOPR0131: A Novel Pulse Oximetry Parameter in a Hospital Setting. [OSU Protocol: 2010W0108] ($58,312.00, 2010).

76.  **Bergese SD** PI, E2083-A001-406: A Double-Blind, Randomized, Multicenter, Dose-Ranging Study to Evaluate the Safety and Efficacy of Lusedra (Fospropofol Disodium) as an Intravenous Sedative for Diagnostic or Therapeutic Colonoscopy in Adult Special Populations. [OSU Protocol: 2010W0049] ($131,865.00, 2010)

77.  **Bergese SD** PI, Covidien: COVMOPR00048: Evaluation of the Accuracy in Blood Pressure Measurements of Commercial Non-Invasive Blood Pressure (CNIBP) Devices Compared to an Invasive Intra-Arterial Line in Surgical and Acute Care Patients [OSU Protocol: 2010W0026] ($41,290.00, 2010)

78.  **Bergese SD** PI, Zogenix: ZX002-0802: A Long-Term, Open-Label, Safety Study of Hydrocodone Bitartrate Controlled-Release Capsules with Flexible Dosing to Treat Subjects with Moderate to Severe Chronic Pain. [OSU Protocol: 2010W0059] ($14,764.00, 2010)

79.  **Bergese SD** PI, Zogenix: ZX002-0801: A Randomized Double-Blind, Placebo-Controlled Trial to Evaluate the Efficacy, Tolerability and Safety of Hydrocodone Bitartrate Controlled-Release in Opioid-Experienced Subjects with Moderate to Severe Chronic Low Back Pain. [OSU Protocol: 2010W0025] ($15,008.00, 2010)

80.  **Bergese SD** PI, A Multi-Center, Double-Blind, Randomized, Controlled Trial of Alvimopan to Reduce Opioid Induced Nausea and Vomiting in Patients Scheduled for Open or Laparoscopic Colectomy. [OSU Protocol: 2010H0274] ($22,843.00, 2010)

81.  **Bergese SD** PI, PHRI (Population Health Research Institute, Hamilton Health Sciences/ McMaster Univ) Poise-2 Trial: Perioperative Ischemic Evaluation-2 Trial: A Large, International, Placebo-Controlled, Factorial Trial to Assess the Impact of Clonidine and Acetylsalicylic Acid (ASA) in Patients Undergoing Noncardiac Surgery Who Are at Risk of a Perioperative Cardiovascular Event. [OSU Protocol: 2010H0137; Grant Number: GRT00021763] ($84,075, 2010)

82.  **Bergese SD** Co-I, PI: Miller, Sidney. Protocol R475-PN-0909: A Randomized Double-Blind, Placebo-Controlled, Parallel-Group Study of the Safety and Efficacy of Regn475 in Patients with Pain Resulting from Thermal Injury. [OSU Protocol: 2010W0023] ($74,027.00, 2010).

83.  **Bergese SD** Co-I, PI: Dzwonczyk, Roger. Clinical and Economic Outcome of Intraoperative MRI-guided and Conventional MRI for Brain Tumor Resection. [OSU Protocol: 2010E0156] ($45,156.00, 2010).

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

84. **Bergese SD** PI, The Evaluation of Fospropofol Disodium in Patients Undergoing Short Obstetric and Gynecological Procedures under Intravenous Sedation. [OSU protocol: 2010H0352] ($135,745.00, 2010).

85. **Bergese SD** PI, Desirudin an Alternative to Heparin in Prevention of Deep Vein Thrombosis in Patients Undergoing Colon Resection for Cancer. [OSU protocol: 2010H0016] ($34,748.00, 2010).

86. **Bergese SD** PI, The Evaluation of Post-Operative Dosed Desirudin in Prevention of Deep Vein Thrombosis Following Total hip Arthroplasty. [OSU protocol: 2010H0015]

87. **Bergese SD** PI, A Diagnostic Work Up for Language Testing in Patients with Brain Tumors in the Language Areas Undergoing Awake Craniotomy. [OSU protocol: 2011E0713]

88. **Bergese SD** Co-I, Role of Hemolysis in Endothelial Dysfunction. [OSU protocol: 2011H0272]

89. **Bergese SD** PI, Cumberland Pharma: CPI-CL-015: A Multi-Center, Open-Label, Surveillance Trial to Evaluate the Safety and Efficacy of An Intravenous Ibuprofen. [OSU Protocol: 2011W0029] ($35,786.00, 2011)

90. **Bergese SD** PI, Cumberland Pharma: CPI-CL-016: A Multi-Center, Open-Label, Surgical Surveillance Trial to Evaluate the Safety and Efficacy of An Intravenous Ibuprofen. [OSU Protocol: 2011W0028] ($32,499.00, 2011)

91. **Bergese SD** PI, Helsinn Therapeutics: HT-IPAM-202: A Phase II, Double-Blind, Placebo-Controlled, Dose Finding Study to Evaluate the Safety and Efficacy of Ipamorelin Compared to Gastrointestinal function in Patients Following Small or Large Bowel Resection with Primary Anastomosis. [OSU Protocol: 2011W0001] ($105,782.00, 2011)

92. **Bergese SD** Co-I, PI: Parsons, Jonathon. Stimulation of the Cervical Sympathetic Ganglion for Treatment of Asthma. [OSU Protocol: 2011H0009] (2011)

93. **Bergese SD** PI, TMC-CLV-07-02: The Evaluation of Patients with Acute Hypertension and Intracerebral Hemorrhage with Intravenous Clevidipine Treatment (ACCELERATE). [OSU Protocol 2008W0025] ($56,800.00, 2011)

94. **Bergese SD** Co-I. Evaluating the Correlation in Blood Glucose Measurements Between a Continuous Glucose Monitoring (CGM) Device and Electroencephalogram (EEG) waves in intensive care unit patients. [OSU Protocol: 2011H0088] (2011)

95. **Bergese SD** Co-I, Randomized Double-Blind Control Study Comparing the Efficacy of Intra-cuff Alkalinized Lidocaine to Low-Dose Remifentanil Infusion in Attenuating the ETT Induced Emergence Phenomena. [OSU Protocol: 2011H0147] (2011)

96. **Bergese SD** Co-I, Safety and Efficacy of Esmolol for the Treatment of Peri-Operative Tachycardia in Patients at Risk for Post-Operative Adverse Ischemic Outcomes. [OSU Protocol: 2011H0153] ($240,000.00, 2011)

97. **Bergese SD** Co-I, PI Essandoh MK, PHRI (Population Health Research Institute, Hamilton Health Sciences/McMaster University) SIRS Trial: Steroids in Cardiac Surgery. [OSU Protocol: 2011H0212; Grant Number: GRT00025716] ($22,796.85, 2012)

98. **Bergese SD** Co-I, Randomized Clinical Trial of the Safety and Efficacy of Brain Tissue Oxygen (pBr02) Monitoring in the Management of Severe Traumatic Brain Injury. [OSU Protocol: 2011H0281] ($40,800.00, 2011)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

99. **Bergese SD** PI, An Extended Pain Relief Trial Utilizing the Infiltration of a Long Acting Multivesicular Liposome Formulation of Bupivacaine, Exparel: A Phase 3B Health Economic Trial in Adult Patients Undergoing Open Colectomy. [OSU Protocol: 2011W0074] ($108,925.00, 2011)

100. **Bergese SD** PI, A Multi-center, Double-Randomized, Double-Blind, Placebo-Controlled Study To Evaluate The Analgesic Efficacy And Safety Of Intravenous CR845 Dosed Preoperatively and Postoperatively in Patients Undergoing A Laparoscopic Hysterectomy. [OSU Protocol: 2011W0078] ($108,925.00, 2011)

101. **Bergese SD** Co-I, PI: Evers M, A Randomized, Double-Blind, Double-Dummy, Placebo-Controlled, Active-Controlled, Parallel-Group, Multicenter for Trial of Oxycodone/Naloxone Controlled-Release Tablets (OXN) To Assess The Analgesic Efficacy (Compared to Placebo) and the Management of Opioid-Induced Constipation [Compared to Oxycodone Controlled-Release Tablets (OXY)] in Opioid-Experienced Subjects with Uncontrolled Moderate to Severe Chronic Low Back Pain and a History of Opioid-Induced Constipation Who Require Around-the-C. [OSU Protocol: 2011W0101] ($295,835.00, 2011)

102. **Bergese SD** Co-I, PI: Greene-Chandos D, A Phase IV, Multicenter, Observational Study Evaluating Hemodynamic Outcomes with Brevibloc Premixed Injection (Esmolol Hydrochloride) in Patients with Supraventricular Tachycardia/Atrial Fibrillation in Medical and Neurological Intensive Care Units in the United States. [OSU Protocol: 2011W0102] ($12,350.00, 2011)

103. **Bergese SD** PI, A Multicenter, Randomized, Open-Label, Parallel-Group Trial to Compare the Efficacy and Safety of the Sufentanil NanoTab® PCA System/15 mcg to Intravenous Patient-Controlled Analgesia with Morphine for the Treatment of Acute Post-Operative Pain. [OSU Protocol: 2011W939] ($192,366, 2011)

104. **Bergese SD** Co-I, A Multi-Center, Double-Blind, Randomized, Controlled Study to Determine the Safety and Pharmacokinetics of CP-1101 in Hepatorenal Syndrome. [OSU protocol: 2011W0029] ($80,291, 2011)

105. **Bergese SD** PI, Respiratory Function in Hospital Settings COVMOPR0234. [OSU protocol: 2011W2047] ($103,244, 2011)

106. **Bergese SD** Co-I, Clinical Evaluation of Pulse Oximetry Equipment and Related Spectro-photometric Devices COVMOPR0166. [OSU protocol: 2011W1662] ($44,213, 2011)

107. **Bergese SD** PI, A Randomized, Double-Blind, Placebo-Controlled Safety, Tolerability, and Pharmacokinetic Dose Escalation Study of DFA-02 in Patients Undergoing Colorectal Surgery. [OSU protocol: 2011W2152] ($47,781, 2011)

108. **Bergese SD** Co-I, PI Stawicki SP, A Multicenter, Double-blind, Randomized, Phase III Study to Compare the Efficacy and Safety of Intravenous CXA-201 with that of Meropenem in Complicated Intraabdominal Infections [OSU protocol: 2011W0125] ($39,088, 2011)

109. **Bergese SD** Co-I, PI McGregor JM, A Phase II, Randomized Controlled Trial of Brain Tissue Oxygen Monitoring [OSU protocol: 2011H0281] ($16,326, 2011)

110. **Bergese SD** PI, Respiratory Function in Hospital Settings (COVMOPR0234). ($3,200, 2011)

**FUNDING: GRANTS AND CLINICAL TRIALS** (*Continued*):

111. **Bergese SD** Co-I, PI: Stawicki SP. A Multicenter, Double-blind, Randomized, Phase III Study to Compare the Safety and Efficacy of Intravenous CXA-201 and Intravenous Levofloxacin in Complicated Urinary Tract Infection, Including Pyelonephritis 05/19/2011 - 03/31/2013. ($24,339, 2011)

112. **Bergese SD** Co-I, PI: Paquelet S, A Randomized, Double-blind, Double-dummy Placebo Controlled, Active Controlled, Parallel Group, Multicenter Trial of Oxycodone/Naloxone Controlled-Release Tablets (OXN) to Assess the Analgesic Efficacy (Compared to Placebo) and the Management of Opioid-Induced Constipation (Compared to Oxycodone Controlled-Release Tablets (OXY)) in Opioid-Experienced Subjects with Controlled Moderate to Severe Chronic Low Back pain and a History of Opioid-Induced Constipation Who Require Around the Clock. [OSU protocol: 2011W0109] ($0.00, 2011)

113. **Bergese SD** PI, An Extended Pain Relief Trial Utilizing the Infiltration of a Long Acting Multivesicular Liposome Formulation of Bupivacaine, Exparel: A Phase 3B Health Economic Trial in Adult Patients Undergoing Laparoscopic Colectomy (Improve—Lap Colectomy). [OSU protocol: 2011W0095] ($20,840.90, 2011)

114. **Bergese SD** PI, A Phase I, Multicenter, Open-label, Single-Dose Study to Assess the Pharmacokinetics of Ceftaroline Fosamil/Avibactam in Adults with Augmented Renal Clearance. [OSU protocol: 2012W0024]. ($61,020, 2012)

115. **Bergese SD** PI, NIH (National Institute on Aging; Icahn School of Medicine at Mount Sinai) Dexilirium Trial: Perioperative Cognitive Protection-Dexmedetomidine and Cognitive Reserve. [OSU Protocol: 2012H0349; Grant Number: GRT00032329/GRT00031519; NIH Research Grant: R01AG029656] ($3,969.00, 2012)

116. **Bergese SD** PI, A Multicenter, Randomized, Double-blind, Placebo-controlled Trial to Evaluate the Efficacy and Safety of the Sufentanil NanoTab PCA System/15 mcg for the Treatment of Post-operative Pain in Patients after Knee or Hip Replacement Surgery [OSU protocol: 2012W0135] ($49,100, 2012)

117. **Bergese SD** Co-I, PI: Eiferman, DS. CXA-NP-11-08: A Multicenter, Open-Label, Randomized Study to Compare the Safety and Efficacy of Intravenous Ceftolozane/Tazobactam with that of Piperacillan/Tazobactam in Ventilator Associated Pneumonia [OSU Protocol: 2012W0144] ($29,964, 2012)

118. **Bergese SD** PI, (U.S. Department of Defense; NeuroWave Systems Inc.) A Prospective, Randomized, Blinded, Multi-center Clinical Utility Study for Monitoring Anesthesia using NeuroFAST NF-202 System. [OSU Protocol: 2012W0091; Grant Number: GRT00028200] ($12,220, 2012)

119. **Bergese SD** PI, A Phase 1, Multicenter, Open-label, Single-dose Study to Assess the Pharmacokinetics of Ceftaroline Fosamil/Avibactam in Adults with Augmented Renal Clearance. [OSU Protocol 2012W0024] ($28,072, 2012)

120. **Bergese SD** PI, A Randomized, Double-blind, Placebo Controlled Safety, Tolerability, and Pharmacokinetic Dose Escalation Study of DFA-02 in Patients Undergoing Colorectal Surgery. [OSU Protocol 2011W0151] ($27,972, 2012)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

121. **Bergese SD** PI, A Multicenter, Randomized, Open-label, Parallel-group Trial to Compare the Efficacy and Safety of the Sufentanil NanoTab PCA system/15 mcg to Intravenous Patient-controlled Analgesia with Morphine for the Treatment of Acute Post-operative Pain [OSU protocol: 201uj1W0126] ($66,501.60, 2012)

122. **Bergese SD**, Co-I, PI: Torbey M, High Dose Deferoxamine in Intracerebral Hemorrhage (Hi-Def in ICH) Trial. [OSU protocol: 2012H0372] ($6,704.00, 2012)

123. **Bergese SD** PI, Early Postoperative Cognitive Dysfunction and Postoperative Delirium after Anesthesia with Various Hypnotics: A Double Blind, Prospective Randomized, Controlled Clinical Trial. [OSU protocol: 2012H0101] (2012)

124. **Bergese SD** PI, A Review of the Effects of Dexmedetomidine During Neurological Surgery. [OSU protocol: 2012E0175] (2012)

125. **Bergese SD** Co-I, A Retrospective Study Evaluating the Usefulness of the Polypharmacy- Comorbidity Score (CPS) for Assessing Patients. [OSU protocol: 2012E0271]

126. **Bergese SD** Co-I, Massive Blood Loss in Elective Surgery – A Retrospective Analysis to Investigate the Ideal Ration for Resuscitation. [OSU protocol: 2012E0181]

127. **Bergese SD** Co-I, Prospective Observational Qualitative and Quantitative Evaluation of Sputum in Mechanically Ventilated Critically Ill Surgical Patients. [OSU protocol: 2012H0010]

128. **Bergese SD** Co-I, A Comparison on the Impact of Basal Insulin Dosing Strategies on Next day Surgery Glucose Blood Control. [OSU protocol: 2013H0232]

129. **Bergese SD** Co-I, PI Weed HG, PHRI (Population Health Research Institute, Hamilton Health Sciences) MANAGE Trial: Management of Myocardial Injury after Non-Cardiac Surgery. [OSU Protocol: 2013H0156; Grant Number: GRT00031959] ($3,200.00, 2013)

130. **Bergese SD**, Co-I, PI: Lumbley J, COVMOPR0399: Evaluation Of Respiration Rate Parameters In a Hospital Population Using a Nellcor Bedside Respiratory Patient Monitoring System With Respiration Rate Version 2.0. [OSU protocol: 2013W0031] ($119,637, 2013)

131. **Bergese SD** Co-I, PI: Lumbley J. COVMOPR0409: Assessment of Respiration Rate Monitoring during Transitions from Spontaneous to Controlled Ventilation.
[OSU Protocol: 2013W0074] ($31,963, 2013)

132. **Bergese SD** Co-I, PI: Werner J, Assessing the Impact of Exparel on Opioid use and Patient Reported Outcomes when Administered by Infiltration into the Transversus Abdominis Plane (TAP) under Ultrasound Guidance for Prolonged Postsurgical Analgesia in Lower Abdominal Surgeries. [OSU protocol: 2013W0110] ($49,707, 2013)

133. **Bergese SD** PI, A Phase 2B, Randomized, Double-blind, Placebo-controlled, Safety and Efficacy Trial of Multiple Dosing Regimens of ABT-719 for the Prevention of Acute Kidney Injury in Subjects Undergoing High Risk Major Surgery. [OSU protocol: 2013W0101] ($337,394.96, 2013)

134. **Bergese SD** PI, A Randomized, Double-blind, Placebo-controlled Efficacy, Safety, and Tolerability Study of up to 20 mL of DFA-02 in Patients Undergoing Abdominal Surgery. [OSU protocol: 2013W0100] ($12,437, 2013)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

135. **Bergese SD** PI, Randomized, Double-blind, Placebo-controlled Phase III Study of APD421 (Amisulpride for IV Injection) as Prophylaxis Against Post-operative Nausea and Vomiting. [OSU protocol: 2013W0086] ($154,000, 2013)

136. **Bergese SD** Co-I, PI: Arbona F, A Multicenter, Prospective, Randomized, Double-blind Study to Determine the Efficacy of Intravenous Ibuprofen Compared to Intravenous Ketorolac for Pain Control Following Arthroscopic Knee Surgery. [OSU protocol: 2013W0077] ($104,759, 2013)

137. **Bergese SD** PI, CCF (Cleveland Clinic Foundation) Effect of Goal Directed Crystalloid versus Colloid Administration on Major Postoperative Morbidity. [OSU Protocol: 2013H0069; Grant Number: GRT00042996] ($0.00, 2013)

138. **Bergese SD** Co-I, PI: Papadimos T, The Effect of Neuromuscular Blocking Agents on Gas Exchange and on the Inflammatory Response in Patients Presenting with Acute Respiratory Distress Syndrome. [OSU protocol: 2013H0063] (2013)

139. **Bergese SD** Co-I, PI Essandoh MK, CCF (Cleveland Clinic Foundation; Hospira, Inc.) Ancillary Effects of Dexmedetomidine Sedation after Cardiac Surgery. [OSU protocol: 2013H0061; Grant Number: GRT00032418] ($7,250, 2013)

140. **Bergese SD** PI, A Single Center Observational Study to Assess the Safety Profile of Titration Phase in Methylphenidate-Naïve Brain Injury Patients.   [OSU protocol: 2015H0040] (2015)

141. **Bergese SD** Co-I, Postoperative Delirium in Patients Undergoing Hip Arthroplasty. [OSU protocol: 2013H0291] (2013)

142. **Bergese SD** PI, A Phase One Single Center Double Blind Randomized Trial: Active Emergence from Isoflurane General Anesthesia Induced by Methylphenidate. [OSU protocol: 2013H0296] (2013)

143. **Bergese SD** PI, Perioperative Risk Factors for Postoperative Respiratory Complications in Patients at Risk for Obstructive Sleep Apnea. [OSU protocol: 2015H0052] (2015)

144. **Bergese SD** Co-I, PI Papadimos TJ, (U.S. Air Force; Aptima, Inc.) Development of a Comprehensive Clinical Decision Support System and Educational Tool to Support Optimization of Glycemic Control in the Hospital and Critical Care Setting. [OSU Protocol: 2013H0285; ($25,000.00, 2013)

145. **Bergese SD** Co-I, PI: Evans D, Tp-434-008: A Phase 3, Randomized, Double-Blind, Double-Dummy, Multicenter, Prospective Study to Assess The Efficacy and Safety of Eravacycline Compared with Ertapenem in Complicated Intra-Abdominal Infections. [OSU protocol 2013W0133] ($387,880.92, 2013)

146. **Bergese SD** PI, (NEMA Research, Inc.) A Multicenter Data Collection Analysis to Understand Anticoagulant Treatment Patterns in Inpatient Setting for Deep Vein Thrombosis/Venous Thromboembolism/Pulmonary Embolism Patients. [OSU Protocol: 2014E0415; Grant Number: GRT00036343] ($56,536.20, 2014)

147. **Bergese SD** Co-I, PI Papadimos TJ, NIH (National Institute of General Medicine; NeuroWave Systems, Inc.). OPTISED Trial: A New Quantitative Monitor for Continuous Assessment of ICU Sedation. [OSU Protocol: 2014H0090; NIH Research Grant: R43GM108264] ($357,616.00, 2014)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

148. **Bergese SD** PI, SABM (Society for the Advancement of Blood Management; Masimo Corp.) NACHO Trial: Noninvasive and Continuous Hemoglobin Monitoring for Surgical Blood Management. [OSU Protocol: 2014H0465; Grant Number: GRT00038911] ($24,700.00, 2014)

149. **Bergese SD** Co-I, PI: Jones CD, CE01-301: A Randomized, Double-Blind, Multi-Center Study to Evaluate the Efficacy and Safety of Intravenous to Oral Solithromycin (Cem-101) Compared to Intravenous to Oral Moxifloxacin in the Treatment of Adult Patients with Community-Acquired Bacterial Pneumonia. [OSU protocol 2014W0013] ($259,276.20, 2014)

150. **Bergese SD** Co-I, PI: Jones CD, TP-434-010: A Phase 3, Randomized, Double-Blind, Double-Dummy, Multicenter, Prospective Study to Assess the Efficacy and Safety of Eravacycline Compared with Levofloxacin in Complicated Urinary Tract Infections. [OSU protocol 2014W0014] ($640,209.00, 2014)

151. **Bergese SD** Co-I, PI: Essandoh M, RIVAROXDVT3002: (MARINER) Medically Ill Patient Assessment of Rivaroxaban versus Placebo in Reducing Post-Discharge Venous Thrombo-Embolism Risk. [OSU Protcol 2014W0177] ($165,085.20, 2014)

152. **Bergese SD** PI, INN-CB-013: A Randomized, Blinded, Inpatient Study to Investigate the Pharmacokinetics, Relative Bioavailability and Safety of 2 Doses of The Xaracoll® Bupivacaine Collagen Implant (200 and 300 Mg Bupivacaine Hydrochloride) Compared to Bupivacaine Hydrochloride Infiltration (150 Mg) After Open Laparotomy Hernioplasty. [OSU protocol 2014W0185] ($167,795.00, 2014)

153. **Bergese SD** PI, Randomised, double-blind, placebo-controlled Phase III study of APD421 (amisulpride for IV injection) as combination prophylaxis against postoperative nausea and vomiting in high-risk patients. [OSU protocol 2014W0214] (2014)

154. **Bergese SD** Co-I, PI Jones LM, Evaluation of Immediate Versus Delayed Early Excision of Deep Burns Using a Silver Barrier Dressing. [OSU Protocol: 2012H0384] (2012)

155. **Bergese SD** PI, A Retrospective Case Review for Transsphenoidal Skull Base Surgeries. [OSU Protocol: 2013C0146] (2013)

156. **Bergese SD** Co-I, PI Christofi F, Retrospective Analysis of GI Surgical Procedures in Patients Receiving Clopidogrel (Plavix): OSU Wexner Medical Center Experience. [OSU Protocol: 2013H0249] (2013)

157. **Bergese SD** Co-I, PI Christofi F, Collection of Human Brain Biopsy from Neurosurgical Patients and Preparation of Brain Slices for use in Neurophysiological Studies. [OSU Protocol: 2013H0331] (2013)

158. **Bergese SD** PI, Perioperative Cognitive Protection – Cognitive Exercise and Cognitive Reserve (The Neurobics Trial). [OSU Protocol: 2013H0388] (2013)

159. **Bergese SD** PI, 1SPR11001: A Single Arm, Open Label Study to Compare the Pharmacokinetics, Safety, and Efficacy of Sprix® (Intranasal Ketorolac Tromethamine) in 12 to 17 Year Old Patients Vs. Adult Patients (18 - 64 Years) Undergoing Open Surgical Procedures. [OSU Protocol: 2013W0045] ($134,313.00, 2013)

160. **Bergese SD** Co-I, PI Elder JB, A Prospective, Single-Blinded, Randomized Study of Awake vs. Intubated General Anesthesia in Patients Undergoing Elective Craniotomy for Supratentorial Glioma Resection. [OSU Protocol: 2014C0007] (2014)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

161. **Bergese SD** Co-I, PI Guertin M, A Retrospective Chart Review of Patients with Obstructive Sleep Apnea Undergoing ENT Procedures that Required Hospital Admission. [OSU Protocol: 2014E0480] (2014)

162. **Bergese SD** PI, Safety and Efficacy of Intravenous Clevidipine for the Perioperative Control of Acute Hypertension. [OSU Protocol: 2014H0031] (2014)

163. **Bergese SD** Co-I, PI Jones LM, (U.S. Army; Univ Pittsburgh) Enhanced Detection of Pathogens in Burn Wounds Using a Novel Multi-Primer PCR/Mass Spectrometric Assay. [OSU Protocol: 2014H0166; Grant Number: GRT00032553] ($62,668.00, 2014)

164. **Bergese SD** PI, A Pilot Study to Determine the Efficacy and Safety of Detecting Subtle Visual Changes during Visual Evoked Potential (VEP) Monitoring using Sightsaver ™ Flash Visual Evoked Potential Stimulator in Spine Prone Surgery. [OSU Protocol: 2014H0208] (2014)

165. **Bergese SD** Co-I, PI Moffatt-Bruce S, (U.S. Army; Aptima, Inc.) Neurophysiological Monitoring in Support of Automated Cognitive Load and Functional State Assessment for Medical Staff Training and Evaluation. [OSU Protocol: 2014H0377; Grant Number: GRT00039505] ($40,000.00, 2014)

166. **Bergese SD** Co-I, PI Dimitrova G, A Prospective, Randomized, Parallel-group Single Center Study to Evaluate the Use of Thromboelastometry (ROTEM) in Patients Undergoing Spine Surgeries. [OSU Protocol: 2014H0447] (2014)

167. **Bergese SD** Co-I, PI Essandoh MK, GTI1307: A Prospective, Multicenter, Randomized, Double Blind, Placebo-Controlled Study to Evaluate the Safety and Efficacy of Preoperative Antithrombin Supplementation in Patients Undergoing High-Risk Cardiac Surgery with Cardiopulmonary Bypass. [OSU Protocol: 2014W0074] ($206,595.30, 2014)

168. **Bergese SD** Co-I, PI Evans DC, CXA-NP-11-04: A Prospective, Randomized, Double-Blind, Multicenter, Phase 3 Study to Assess the Safety and Efficacy of Intravenous Ceftolozane/Tazobactam Compared with Meropenem in Adult Patients with Ventilated Nosocomial Pneumonia. [OSU Protocol: 2014W0078] ($738,223.00, 2014)

169. **Bergese SD** Co-I, PI Jones LM, MW-2010-03-02: A Multicenter, Multinational, Randomized, Controlled, Blinded Study, Performed in Subjects with Thermal Burns, to Evaluate the Efficacy and Safety of Nexobrid as Compared to Standard of Care Treatment. [OSU Protocol: 2014W0176] ($115,510.00, 2014)

170. **Bergese SD** Co-I, PI Christofi F, Cerebrospinal Fluid microRNA Expression in Patients Undergoing Neurosurgeries. [OSU Protocol: 2015H0022] (2015)

171. **Bergese SD** PI, The Effects of Sitting Position on the Outcome During Surgery on Posterior Cranial Fossa and Pineal Region. [OSU Protocol: 2015H0034] (2015)

172. **Bergese SD** Co-I, PI Stoicea N, Baseline Cerebrospinal Fluid microRNA Expression in Patients Undergoing Orthopedic Surgeries. [OSU Protocol: 2015H0039] (2015)

173. **Bergese SD** Co-I, PI Harter R, Individual Coping Strategies after Night Calls: Effects on Performing Clinical and Cognitive Tasks. [OSU Protocol: 2015H0277] (2015)

174. **Bergese SD** Co-I, PI Powers CJ, Endovascular Interventions with Angiomax: The ENDOMAX Trial. [OSU Protocol: 2015W0082] ($90,524.00, 2015)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

175. **Bergese SD** PI, Randomised, Double-Blind, Placebo-Controlled Study of APD421 (Amisulpride for IV Injection) as Treatment of Established Post-Operative Nausea and Vomiting, in Patients Who have had No Prior Prophylaxis. [OSU Protocol: 2015W0118] ($293,227.00, 2015)

176. **Bergese SD** Co-I, PI Evans DC, Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Study of AB103 as Compared to Placebo in Patients with Necrotizing Soft Tissue Infections (NSTI). [OSU Protocol: 2015W0128] ($190,638.00, 2015)

177. **Bergese SD** Co-I, PI Essandoh MK, A Double-Blind, Randomized, Placebo-Controlled Study Of Levosimendan In Patients With Left Ventricular Systolic Dysfunction Undergoing Cardiac Surgery Requiring Cardiopulmonary Bypass; LEVO-CTS. [OSU Protocol: 2015W0140] ($198,071.30, 2015)

178. **Bergese SD** PI, A Phase 3, Randomized, Double-Blind, Placebo-Controlled Study to Investigate the Efficacy and Safety of the Xaracoll Bupivacaine Implant (300 Mg Bupivacaine Hydrochloride) after Open Laparotomy Hernioplasty. [OSU Protocol: 2015W0156] ($146,033.00, 2015)

179. **Bergese SD** PI, CR845-CLIN3001: A Multicenter Randomized, Double-Blind, Placebo-Controlled, Adaptive Design Study Evaluating the Analgesic Efficacy and Safety of Intravenous CR845 in Patients Undergoing Abdominal Surgery. [OSU Protocol: 2015W0178] ($227,430.00, 2015)

180. **Bergese SD** PI, A Prospective, Single Center Interventional Study to Determine the Effectiveness of a Modified Sellick's Maneuver Using an Ultrasound Probe (Ultra-Sellick) for the Compression of the Esophagus in Anesthetized Patients. [OSU Protocol: Pending] (2015)

181. Bergese SD Sub-I, PI: Weaver, Tristan. Egalet, Ltd: OC-EG-302: A Randomized Withdrawal, Double-blind, Placebo-controlled Phase 3 Trial to Evaluate the Efficacy and Safety of Egalet® ADER Oxycodone Tablet, Egalet-002, in Patients with Moderate-to-Severe Chronic Low Back Pain. [OSU Protocol: 2016W0087; Grant Number: GRT00004809] ($00.00, 2016)

182. Bergese SD Sub-I, PI: Evans, David. Lyric Pharmaceuticals, Inc: LP101-CL-201: A Phase 2, Multicenter, Randomized, Double-Blind, Comparator-Controlled Study of the Efficacy, Safety, and Pharmacokinetics of Intravenous Ulimorelin (LP101) in Patients with Enteral Feeding Intolerance. [OSU Protocol: 2016W0081; Grant Number: GRT00043775] ($00.00, 2016)

183. Bergese SD Sub-I, PI: Evans, David. Merck & Co, Inc: 014-01: A Phase III, Randomized, Double-Blind, Active Comparator-Controlled Clinical Trial to Study the Safety, Tolerability, and Efficacy of Imipenem/Cilastatin/Relebactam (MK-7655A) Versus Piperacillin/Tazobactam in Subjects with Hospital-Acquired Bacterial Pneumonia or Ventilator-Associated Bacterial Pneumonia. [OSU Protocol: 2016W0057; Grant Number: GRT00043786] ($00.00, 2016)

**FUNDING: GRANTS AND CLINICAL TRIALS** *(Continued)*:

184. Bergese SD Sub-I, PI: Powers, Ciaran. Edge Therapeutics, Inc: EG-01-1962-03: Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Efficacy and Safety Study Comparing EG-1962 to Standard of Care Oral Nimodipine in Adults with Aneurysmal Subarachnoid Hemorrhage. [OSU Protocol: 2016W0052; Grant Number: GRT00043026] ($00.00, 2016)

185. Bergese SD PI, Mallinckrodt, plc: MNK14504054: A Randomized, Double-Blind, Double-Dummy, Active-Controlled, Repeated-Dose, Multicenter Study to Compare Intravenous and Oral Acetaminophen for the Treatment of Acute Moderate to Severe Pain in Combination with Patient-Controlled Analgesia with Morphine in Adults Following Elective Total Knee Arthroplasty. [OSU Protocol: 2016W0050; Grant Number: GRT00043163] ($00.00, 2016)

186. Bergese SD PI, Trevena, Inc: CP130-3003: Athena-1 A phase 3, open-label study to evaluate the safety of TRV130 in patients with acute pain for which parenteral opioid therapy is warranted. [OSU Protocol: 2016W0035] ($00.00, 2016)

187. Bergese SD PI, Acacia Pharma, Ltd: DP10019: Randomised, double-blind, placebo-controlled study of APD421 (amisulpride for IV injection) as treatment of established post-operative nausea and vomiting, in patients who had had prior prophylaxis. [OSU Protocol: 2016W0011; Grant Number: GRT00042794] ($8,699.04, 2016)

188. Bergese SD PI, Recro Pharma, Inc: REC-15-017: A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Evaluation of the Safety of N1539 Following Major Surgery. [OSU Protocol: 2016W0010; Grant Number: GRT00042898] ($00.00, 2016)

189. Bergese SD Co-I, PI: Weaver, Tristan. Opioid Consumption after Hospital Discharge in Cystectomy Patients. [OSU Protocol: 2016H0220]

190. Bergese SD Co-I, PI: Stoicea, Nicoleta. Opioid Consumption after Hospital Discharge in Cystectomy Patients. [OSU Protocol: 2016H0219]

191. Bergese SD PI, PHRI (Population Health Research Institute, Hamilton Health Sciences/ McMaster Univ): HIP ATTACK: HIP fracture Accelerated surgical care and TreaTment trACK. [OSU Protocol: 2016H0214] ($00.00, 2016)

192. Bergese SD PI. Evaluation of Superiority of Rotational Thromboelastometry (ROTEM)-Guided Therapy versus Conventional Laboratory Approach Blood Transfusion in Subjects Undergoing Cardiac Surgery: A Retrospective Study. [OSU Protocol: 2016E0343]

193. Bergese SD PI. Pain Clinical Appraisal: Physician Field Survey Protocol Summary. [OSU Protocol: 2016E0154]

194. Bergese SD Sub-I, PI: Evans, David. Isomark, LLC: Changes in Exhaled 13CO2/12CO2 Breath Delta Value as an Early Indicator of Infection in ICU Patients. [OSU Protocol: 2015W0225; Grant Number: GRT00042474] ($8,505.00, 2015)

**FACULTY ADVISOR MENTORING GRANTS**:

1. NIH Roadmap Training in Clinical Research program ($ 3,500.00). Clinical Validation of the MEDRAD MRI Monitor, Phase II, Roessler Research Scholarship **Jeffrey Fujii**, Sergio D. Bergese, Principal Investigator, Assistant Professor, Faculty Advisor, Roger Dzwonczyk (2007).

2. Roessler Research Scholarship ($ 1,914.00). **Tristan Weaver**, William Roberts and Sergio D. Bergese Principal Investigator, Assistant Professor, Faculty Advisor. Aprepitant vs. Ondasetron in Preoperative Triple Therapy treatment of Nausea and Vomiting (PONV) (2007).

3. NIH Roadmap Training in Clinical Research program ($ 33,772.00), **Jeffrey Johnston, MPH** (Master in Public Health) and Fellowship in Clinical Research in Anesthesiology.

4. Roessler Research Scholarship ($ 3,500.00). **Nicole Dubosh,** Tristan Weaver, Erika Puente and Sergio D. Bergese Principal Investigator, Assistant Professor, Faculty Advisor (Aprepitant vs. Ondasetron in Preoperative Triple Therapy treatment of Nausea and Vomiting (PONV).(2008).

5. Roessler Research Scholarship ($ 3,500.00). **Monica Skordilis** Variation of the cerebral state index during carotid cross-clamping in patients undergoing carotid endarterectomy. (2008).

6. Roessler Research Scholarship ($ 3,500.00). **Henry Lu** Intraoperative Somatosensory Evoked Potentials (SSEP'S) and Desflurane MAC Levels for Neurosurgery. (2008).

7. Grant sponsored by EISAI, Inc ($93,168.00) **Erika G. Puente MD** "Studying the effectiveness of triple therapy with Palonosetron, Dexamethasone and Promethazine for the prevention of post operative nausea and vomiting in high risk patients undergoing neurological surgery and general anesthesia". (2009).

8. Grant sponsored by Pfizer, Inc. ($116,826) **Erika G. Puente MD** "Prospective, Single Center, Randomized, Double Blind, Placebo Controlled Trial for the Evaluation of the Efficacy of 300 mg or 600 mg of Pregabalin versus Placebo in the Reduction of Pain and Opiod Consumption in Patients with Partial and Full Thickness Burn Injuries". (2009).

9. Roessler Research Scholarship **Patrick Dooling**. ($ 2000.00) Aprepitant vs Ondansetron in Preoperative Triple-therapy Treatment of Nausea and Vomiting. (2011).

10. Roessler Research Scholarship **Kareem Niazi**. ($ 2,000.00) Studying the effectiveness of triple therapy with Palonosetron, Dexamethasone and Promethazine for prevention of post operative nausea and vomiting in high risk patients undergoing neurological surgery and general anesthesia. (2011).

11. **Zachary Rost**. FAER Medical Student Anesthesia Research Fellowship: ($ 3,2000.00) Studying the Effectiveness of Triple Therapy with Scopolamine, Ondansetron and Dexamethasone for Prevention of Post-Operative Nausea and Vomiting in High Risk Patients Undergoing Neurological Surgery and General Anesthesia. (2011).

12. **Renuka Shenoy**. FAER Medical Student Anesthesia Research Fellowship: ($ 3,2000.00) Prospective, Double Arm, Comparative Study for the Evaluation of Postoperative Pain, Quality of Life and Determination of Molecular Inflammatory Markers Profile in Patients Undergoing Robotic vs. Open Laparotomy Approach for Staging of Endometrial Cancer. (2011).

**FACULTY ADVISOR MENTORING GRANTS** *(continued)*:

13. **Sejal Doshi.** FAER Medical Student Anesthesia Research Fellowship: ($ 3,2000.00) The influence of Anesthesia and Surgery on Postoperative cognitive outcome and Changing Trends in Anesthesiology Residency Competitiveness, FAER summer research scholarship in anesthesiology, (2013).

14. Roessler Research Scholarhsip **Thomas Wilson**, ($ 2,000.00) Early Postoperative Cognitive Dysfunction and Postoperative Delirium after Anesthesia with Various Hypnotics: a Double Blind, Prospective, Randomized, Controlled Clinical Trial. (2013).

15. **Nathan Steiner**, FAER Medical Student Anesthesia Research Fellowship: ($ 3,2000.00) The Effect of Methylphenidate on Emergence Time from Isoflurane Induced Anesthesia, FAER summer research scholarship in anesthesiology, (2014).

16. Roessler Research Scholarship **Alexander Quinones**, ($ 2,000.00) Postoperative Delirium in Total Hip Arthroplasty Patients (2014).

17. Roessler Research Scholarship ($3,500.00) **Amy Du**, Fedias Christofi, Faculty Mentor, "Cerebrospinal Fluid microRNA Expression in Patients Undergoing Neurosurgeries," (2015).

18. Roessler Research Scholarship ($3,500.00) **Neha Nidhi**, Galina Dimitrova, Faculty Mentor and Principle Investigator, Rotem Study, (2015).

19. Roessler Research Scholarship ($3,500.00) **Gregory Versteeg,** Faculty Mentor and Principle Investigator Dean Connors, "Endotracheal and Endobronchial Cuff Pressure Changes Associated with Different Body Positions," (2015).

20. Roessler Research Scholarship ($3,500.00) **Wai-tim Chew**, Faculty Mentor and Principle Investigator Barbara Rogers, "A Comparison on the Impact of Basal Insulin Dosing Strategies on Next-Day Surgery Blood Glucose Control," (2015).

21. Roessler Research Scholarship ($3,500.00) **Dorothy Lakis**, Faculty Mentor Sergio D. Bergese, Principle Investigator Nicoleta Stoicea, "Baseline Cerebrospinal Fluid microRNA Expression in Patients Undergoing Orthopedic Surgeries" (2015).

22. Roessler Research Scholarship ($3,500.00) **Courtney Tipton**, Faculty Mentor Sergio D. Bergese, Principle Investigator Nicoleta Stoicea, "Baseline Cerebrospinal Fluid microRNA Expression in Patients Undergoing Orthopedic Surgeries" (2015).

23. **Benjamin Rausch**. FAER Medical Student Anesthesia Research Fellowship: ($3,200.00) Ohio University. "A Systematic Review on Tranexamic Acid Use in Orthopedic Surgeries," (2015).

24. **Diana Slawski**. FAER Medical Student Anesthesia Research Fellowship: ($3,200.00) University of Toledo Medical School. "Frailty Score to Predict the Outcome of Elderly Patients Undergoing Surgeries," (2015).

25. **Weston Niermeyer**. FAER Medical Student Anesthesia Research Fellowship: ($3,200.00) Ohio State University Medical School. "Tranexamic Acid Use in Orthopedic Surgeries, retrospective study" (2016) Faculty Mentor Sergio D. Bergese, Principle Investigator Nicoleta Stoicea.

Case 1:20-cv-01745-AKB   Document 55-7   Filed 05/18/21   Page 181 of 182
Case 1:20-cv-01745-AKB   Document 55-7   Filed 05/18/21   Page 181 of 182

Sergio Bergese, MD
Curriculum Vitae
Page 175

**FACULTY ADVISOR MENTORING GRANTS** *(continued)*:

26. Roessler Research Scholarship ($3,500.00) **Weston Niermeyer**, Faculty Mentor Sergio D. Bergese, Principle Investigator Nicoleta Stoicea, "Active Emergence from Isoflurane General Anesthesia Induced by Methylphenidate," (2016).

27. Roessler Research Scholarship ($3,500.00) **Marcus Cluse**, Faculty Mentor Sergio D. Bergese, Principle Investigator Gurneet Sandhu, "Impact of Intraoperative Ventilation with High Oxygen Content to Reduce the Incidence and Extent of Postoperative Pneumocephalus in Patients Undergoing Craniotomies," (2016).

28. Roessler Research Scholarship ($3,500.00) **Andrew Eiterman**, Faculty Mentor Sergio D. Bergese, Principle Investigator Barbara Rogers, "A Comparison on the Impact of Basal Insulin Dosing Strategies on Next-Day Surgery Blood Glucose Control," (2016).

29. Roessler Research Scholarship ($3,500.00) **Stephen Revilla**, Faculty Mentor David Sthal/ Sergio D. Bergese, Principle Investigator Sujatha Bhandary, "Use of High Fidelity Simulation in Cardiac-specific Anesthesia Scenarios for Resident Education and Assessment," (2016).

30. **Emily Bitticker**. FAER Medical Student Anesthesia Research Fellowship: ($3,200.00) University of Cincinnati Medical School. Faculty Mentor Sergio D. Bergese, Principle Investigator Antolin Flores "Reduction of Blood Product Administration during Orthotopic Liver Transplantation via a Point of Care Based Blood Management Algorithm," (2016).

31. Roessler Research Scholarship ($3,500.00) **Clifton Hartwell**, Faculty Mentor Sergio D. Bergese, Principle Investigator Gurneet Sandhu, "Impact of Intraoperative Ventilation with High Oxygen Content to Reduce the Incidence and Extent of Postoperative Pneumocephalus in Patients Undergoing Craniotomies," (2016).

32. Roessler Research Scholarship ($3,500.00) **Tian You**, Faculty Mentor Fedias Christofi/ Sergio D. Bergese, Principle Investigator Nicoleta Stoicea, "Delirium and MicroRNA Testing in Total Hip Arthroplasty," (2016).

**NIH GRANTS AND FUNDING:**

1.    **Bergese SD** Co-I, PI McGregor JM, (National Institute of Neurological Disorders & Stroke; UT Southwestern Medical Center at Dallas) BOOST-II Trial: Randomized Clinical Trial of the Safety and Efficacy of Brain Tissue Oxygen (pBr02) Monitoring in the Management of Severe Traumatic Brain Injury. [OSU Protocol: 2011H0281; Grant Number: GRT00027609; NIH Research Grant: R01NS061860] ($40,815.00, 2011)

2.    **Bergese SD** Co-I, Pappada S, OSU Site PI: Papadimos T, Study Chair: Agarwal G: R43 (NS076302-01), NIH SBIR (Small Business Innovation Research): Automated Continuous Brain Function Monitoring in Critical Care (*BrainVigil*). $75,014.00 (OSU site), 2011. NIH Impact Score: 45, under evaluation.

3.    **Bergese SD** Co-I and OSU Site PI, Philip BK, Kovac A, Odom-Forren J, Hamilton S, Study Chair: Apfel C. RO1 (CA163074-01A1), NIH: Developing individualized strategies to prevent nausea and vomiting. $2,949,628 (overall study grant), 2011. NIH Impact Score: 38 (23rd Percentile), under evaluation.

4.    **Bergese SD** Co-I and OSU Site PI, Philip BK, Kovac A, Odom-Forren J, Hamilton S, Study Chair: Apfel C. NIH, RO1: Predicting acute and persistent postoperative pain. $228,750 (OSU site), 2011, Score: 52, under evaluation.

5.    **Bergese SD** Co-I, PI Behrouz R, NIH (National Institute of Neurological Disorders and Stroke; The EMMES Corp.) POINT Trial: Platelet-Oriented Inhibition in New TIA and Minor Ischemic Stroke. [OSU Protocol: 2011H0081; Grant Number: GRT00024640] ($63,700.00, 2011)

6.    **Bergese SD**, Co-I, PI Torbey MT, NIH (National Institute of Neurological Disorders & Stroke; Univ of Michigan) SHINE Trial: Stroke Hyperglycemia Insulin Network Effort. [OSU Protocol: 2012H0276; Grant Number: GRT00029319; NIH Research Grant: U01NS069498] ($550,330.00, 2012)

7.    **Bergese SD** Co-I, PI Torbey MT, NIH (National Institute of Neurological Disorders & Stroke; Univ of Michigan) ProTECT Trial: Progesterone for the Treatment of Traumatic Brain Injury. [OSU Protocol: 2012H0328; Grant Number: GRT00029320; NIH Research Grant: U01NS062778] ($23,000.00, 2012)

8.    **Bergese SD** PI, NIH (National Institute on Aging; Icahn School of Medicine at Mount Sinai) Dexilirium Trial: Perioperative Cognitive Protection-Dexmedetomidine and Cognitive Reserve. [OSU Protocol: 2012H0349; Grant Number: GRT00032329/GRT00031519; NIH Research Grant: R01AG029656] ($3,969.00, 2012

9.    **Bergese SD** Co-I, PI Papadimos TJ, NIH (National Institute of General Medicine; NeuroWave Systems, Inc.). OPTISED Trial: A New Quantitative Monitor for Continuous Assessment of ICU Sedation. [OSU Protocol: 2014H0090; NIH Research Grant: R43GM108264] ($357,616.00, 2014)

Last Updated: 04/28/2017

.