Nicole Owens
EXECUTIVE DIRECTOR
Deborah A. Czuba, Idaho Bar No. 9648
Mary E. Spears, Indiana Bar No. 27353-49
ASSISTANT FEDERAL DEFENDERS
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530
Facsimile: (208) 331-5559
ECF:   Mary_Spears@fd.org
       Deborah_A_Czuba@fd.org

Attorneys for Plaintiff Thomas Eugene Creech

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS EUGENE CREECH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOSH TEWALT, Director, Idaho Department of Correction; TIM RICHARDSON, Warden, Idaho Maximum Security Institution; CHAD PAGE, Chief, Division of Prisons, Idaho Department of Correction; and Unknown Employees, Agents, or Contractors of the Idaho Department of Correction,<br><br>　　　　Defendants. | Case No. 1:20-cv-114-AKB<br><br>CAPITAL CASE<br><br>EMERGENCY MOTION FOR MEDICAL TESTING<br><br>EXECUTION SCHEDULED FOR FEBRUARY 28, 2024 |

　　　　As explained in the memorandum in support of his motion for a preliminary injunction, filed on today's date, it is necessary for Plaintiff Thomas Euguene Creech to undergo cardiac testing to fully develop and substantiate his request for the injunction. Therefore, Mr. Creech respectfully moves for an order requiring the defendants to make him available for such an

Emergency Motion for Medical Testing - 1

evaluation at a hospital or other appropriate medical facility under terms arranged between undersigned counsel, their experts, and the Idaho Department of Correction.

DATED this 6th day of February 2024.

/s/ Mary E. Spears
Mary E. Spears

/s/ Deborah A. Czuba
Deborah A. Czuba

Federal Defender Services of Idaho

Attorneys for Plaintiff Thomas Eugene Creech

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

Karin Magnelli
kmagnell@idoc.idaho.gov

Michael Elia
mje@melawfirm.net

/s/ Julie Hill
Julie Hill