UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS EUGENE CREECH,<br><br>           Plaintiff,<br><br>    v.<br><br>JOSH TEWALT; Director, Idaho Department of Correction, in his official capacity; CHAD PAGE, Chief, Division of Prisons, Idaho Department of Correction, in his official capacity; TIM RICHARDSON, Warden of the Idaho Maximum Security Institution; BRAD LITTLE, Idaho State Governor, in his official capacity; and UNKNOWN EMPLOYEES, AGENTS, OR CONTRACTORS OF THE IDAHO DEPARTMENT OF CORRECTION, in their official capacities,<br><br>           Defendants. | Case No. 1:20-cv-00114-AKB<br><br>**ORDER** |

**IT IS ORDERED:**

1. Defendants' Motion for Leave to File Overlength Brief (Dkt. 131) is GRANTED.

2. Plaintiff's Motion for Excess Pages on Reply in Support of Motion for Administrative Stay (Dkt. 137) is GRANTED.

3. Plaintiff's Motion for Excess Pages on Reply in Support of Motion for Preliminary Injunction (Dkt. 139) is GRANTED.

ORDER - 1

4.  In the future, the parties must comply with the Court rules, including Local Rule 7.1 regarding motion practice, and are advised the Court will not grant motions for overlength briefing seeking expansions of the page limits.

DATED: February 20, 2024

_____
Amanda K. Brailsford
U.S. District Court Judge