Nicole Owens
Executive Director
Mary E. Spears, Indiana Bar No. 27353-49
Deborah A. Czuba, Idaho Bar No. 9648
Assistant Federal Defenders
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
T: (208) 331-5530
F: (208) 331-5559
ECF:  Mary_Spears@fd.org
   Deborah_A_Czuba@fd.org

Attorneys for Plaintiff Thomas Eugene Creech

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH,** | Civil No. 1:20-cv-114-AKB |
| Plaintiff, | |
| v. | **CAPITAL CASE** |
| **JOSH TEWALT**, Director, Idaho Department of Correction; **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution; **CHAD PAGE**, Chief, Division of Prisons, Idaho Department of Correction; and **Unknown Employees, Agents, or Contractors of the Idaho Department of Correction**, | **NOTICE OF ACCOMMODATIONS** |
| | **EXECUTION SCHEDULED FOR FEBRUARY 28, 2024** |
| Defendants. | |

Petitioner Thomas Eugene Creech files this notice to advise the Court of the following accommodations agreed to by the defendants in connection with his execution:

Notice of Accommodations - 1

1. Undersigned counsel Deborah Czuba will attend the execution as counsel for Mr. Creech.

2. The Idaho Department of Correction (IDOC) will permit Ms. Czuba to have access to a landline telephone located in the witness gallery during the execution. The landline telephone will not be monitored or recorded. Ms. Czuba will be permitted to call her office, an expert, a court, or whomever else she needs to communicate with in order to discuss whether Mr. Creech's counsel must take legal action with respect to the execution.

3. Ms. Czuba will be permitted to use paper and pen throughout her time in the witness gallery.

4. Ms. Czuba will be permitted to wear a watch for purposes of keeping time so long as it is not a smart watch and does not have recording capabilities.

5. Mr. Creech will be able to make eye contact with his wife and with his spiritual advisor during the execution. IDOC will not restrict Mr. Creech's ability to move his head during the execution.

6. Mr. Creech's spiritual advisor at the execution will be Bishop Brian Thom.

7. Bishop Thom, Mr. Creech's spiritual advisor, will be permitted in the holding cell in F-Block for at least one hour the day of the execution prior to the time the Escort Team arrives to transport Mr. Creech to the execution chamber.

8. Bishop Thom will be permitted to touch Mr. Creech during the execution by placing his hand on Mr. Creech's shoulder.

9. Bishop Thom will be permitted to continue touching Mr. Creech until the Ada County Coroner enters the execution chamber.

10. Bishop Thom and Mr. Creech will be allowed to engage in audible prayer before administration of the chemicals.

11. During the administration of the chemicals and thereafter, Bishop Thom will be permitted to pray silently over and with Mr. Creech.

12. IDOC will not take action to stop Mr. Creech from speaking, praying, or singing during his execution.

13. Mr. Creech will be permitted to wear his crucifix necklace throughout the execution.

The preceding accommodations are based on the correspondence attached to this notice as Exhibit 1 as well as on the First, Eighth, and Fourteenth Amendments, along with the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. § 2000cc et seq., and 18 U.S.C. § 3599. *See Ramirez v. Collier*, 142 S. Ct. 411 (2022).

If the defendants or any IDOC personnel refuse to honor any of the above accommodations, Mr. Creech and undersigned counsel reserve the right to seek an emergency stay of execution or pursue whatever other remedies become necessary and appropriate under the circumstances.

DATED this 24th day of February 2024.

/s/ Mary E. Spears
Mary E. Spears

/s/ Deborah A. Czuba
Deborah A. Czuba

Notice of Accommodations - 3

Federal Defender Services of Idaho

*Attorneys for Plaintiff Thomas Eugene Creech*

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

Karin Magnelli
kmagnell@idoc.idaho.gov

Michael Elia
mje@melawfirm.net

/s/ L. Hollis Ruggieri
L. Hollis Ruggieri