# EXHIBIT 1



# STATE OF IDAHO
## OFFICE OF THE ATTORNEY GENERAL
### RAÚL R. LABRADOR

February 8, 2024

Jonah Horwitz
Assistant Federal Defendant
Capital Habeas Unit
Federal Defender Services of Idaho
702 W. Idaho St., Ste. 900
Boise, ID 83702

Re:   RULE 408 SETTLEMENT COMMUNICATION
      *Thomas Eugene Creech Religious Accommodation Requests*

Dear Jonah:

I have reviewed Mr. Creech's specific requests for religious accommodations during his execution and conferred with my clients. IDOC wishes to amicably resolve the issues presented. Based on Mr. Creech's specific requests, the Department is prepared to permit the following:

Proposal 1.    Bishop Thom will be permitted to hold Mr. Creech's hand from the time Mr. Creech is strapped to the gurney in the execution chamber until death is pronounced.

> IDOC Response: Mr. Creech's spiritual advisor will be permitted in the holding cell in F Block for at least one hour the day of the execution prior to the time the Escort Team and IMSI Warden arrive at the holding cell to prepare Mr. Creech for transport to the execution chamber. Mr. Creech's spiritual advisor will be escorted to the Condemned's Witness Area until the Escort Team escorts the spiritual advisor to the execution chamber. Mr. Creech's spiritual advisor will be escorted to the execution chamber after the Medical Team place the EKG monitor leads to Mr. Creech and insert the catheter(s) and IV lines. The Escort Team will collect Mr. Creech's spiritual advisor and escort him to the execution chamber after escorting the Idaho Attorney General or his designee to the State's Witness Area. IDOC asserts the spiritual advisor should remain in the Condemned's Witness Area while the Medical Team is present in the chamber to ensure free movement of the team during these crucial steps in the execution process.

> Mr. Creech's spiritual advisor will be permitted to touch Mr. Creech during the execution by placing his hand on Mr. Creech's shoulder. Mr. Creech's spiritual advisor will stop touching Mr. Creech and move away from Mr. Creech's body upon entry of the Ada County Coroner into the execution chamber. Mr. Creech's spiritual advisor will follow the

direction of the Escort Team upon entry of the Ada County Coroner. IDOC specifically denies Mr. Creech's request for his spiritual advisor to hold his hand.

Proposal 2.    While Bishop Thom is holding Mr. Creech's hand, he will be positioned such that Mr. Creech can see him and the two can make eye contact.

> IDOC Response: IDOC will designate a place Mr. Creech's spiritual advisor will stand during the execution. The designated place will permit Mr. Creech and his spiritual advisor to observe each other and make eye contact as Mr. Creech desires. To permit witnesses to observe Mr. Creech throughout the execution, the spiritual advisor will take a position opposite the witness observation area. Mr. Creech will be able to see his witnesses and his spiritual advisor; he will not be able to see his witnesses and his spiritual advisor at the same time.

Proposal 3.    Bishop Thom will be allowed to voice an audible prayer with Mr. Creech for up to three minutes before the drugs begin to flow.

> IDOC Response: IDOC will permit Mr. Creech and his spiritual advisor to engage in audible prayer before administration of chemicals. However, during administration of chemicals and thereafter, Mr. Creech's spiritual advisor will only be permitted to pray silently over and with Mr. Creech. IDOC staff, Escort Team and Medical Team bear responsibility for monitoring Mr. Creech's physical condition, including any audible statements or sounds Mr. Creech makes. IDOC acknowledges Mr. Creech may continue to audibly pray or sing during the execution process; the Department will not take action to stop Mr. Creech from speaking, praying, or singing during his execution. IDOC will require Mr. Creech's spiritual advisor to comply with the requirement that he only silently pray with or over Mr. Creech after administration of the chemical starts.

Proposal 4.    While the drugs are being administered, Bishop Thom may continue the prayer and may sing a hymn as well.

> IDOC Response: *See Response to Proposal 3*.

Proposal 5.    During the prayer and the song, Bishop Thom will be permitted to lean over to sing or speak into Mr. Creech's ear.

> IDOC Response: *See Response to Proposal 3*. IDOC will not permit audible prayer from Mr. Creech's spiritual advisor after the administration of chemical starts. The spiritual advisor may offer inaudible or silent prayer and support for Mr. Creech.

Proposal 6.    During any prayer and song, Mr. Creech will be allowed to pray and sing along with Bishop Thom.

> IDOC Response: *See Response to Proposal 3*.

Proposal 7.    Throughout the execution, Mr. Creech will have on his crucifix necklace, which we believe is made of stainless steel and which prison staff may inspect in advance.

> IDOC Response: IMSI Warden and/or Chief of Prisons will inspect Mr. Creech's crucifix. IDOC does not intend to object to Mr. Creech wearing his crucifix during the execution. The crucifix and/or chain may be secured on or about Mr. Creech's body to ensure it does not interfere with the EKG monitor leads and/or catheters and IV lines.

Proposal 8.   Mr. Creech's spiritual advisor has requested to visit F Block prior to February 28,

> IDOC Response: Mr. Creech's spiritual advisor will meet with the IMSI Warden and Prisons Division Chief in the day or days before the execution to participate in a pre-execution training session. Mr. Creech's spiritual advisor will visit F Block during the pre-execution training session. The specific date of the pre-execution training session will be arranged by IDOC staff with Mr. Creech's spiritual advisor.

Additionally, Mr. Creech's spiritual advisor will continue to be subject to the approval and vetting procedure set forth in SOP 135. Defendants do not anticipate any problems with approving Mr. Creech's spiritual advisor. The IMSI Warden and Prisons Division Chief will review these processes and expectations with the spiritual advisor during the pre-execution training session.

Thank you.

*Kristina M. Schindele*

Kristina M. Schindele
Deputy Attorney General



# STATE OF IDAHO

OFFICE OF THE ATTORNEY GENERAL

RAÚL R. LABRADOR

*Sent via e-mail*

February 15, 2024
Jonah J. Horwitz
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900,
Boise, Idaho 83702
Jonah_Horwitz@fd.org

RE:   Arrangements for execution of Mr. Creech

Dear Mr. Horwitz,

I have had an opportunity to discuss with my client the arrangements you have proposed for Mr. Creech's execution in your February 8, 2024, letter.

Regarding the requests pertaining to Ms. Czuba's attendance at Mr. Creech's execution, the IDOC responds as follows:

1. Ms. Czuba will have access as she deems necessary to the landline telephone that is located in the witness gallery. The landline telephone is not monitored or recorded. IDOC security will be present in the room at all times but will provide Ms. Czuba with as much privacy as is possible while maintaining security within the witness gallery. Assigned staff will not actively eavesdrop or listen to the phone calls. However, IDOC is not able to guarantee complete confidentiality in the witness gallery.
2. Ms. Czuba is permitted to use paper and pen throughout her time in the witness gallery.

Regarding Mr. Creech's other requests, the IDOC responds as follows:

1. There are no impediments to Mr. Creech's ability to make eye contact with his wife within the execution chamber or the witness gallery. As you are aware, Mr. Creech has also requested the ability to make eye contact with his spiritual advisor as part of his pending religious accommodation request. Mr. Creech's wife and his spiritual advisor will not be positioned next to each other during the execution. It is not possible for Mr. Creech to make eye contact with both of them

    simultaneously. He can turn his head to view the person of his choice and IDOC will not restrict his ability to do so. IDOC cannot accommodate a request to place the spiritual advisor in such a way to permit Mr. Creech observe both the spiritual advisor and his wife at the same time.

2. IDOC does not agree to this request. Any stay of the execution is governed by Idaho Code § 19-2715(6) and is addressed in section 7 of SOP 135.02.01.001.
3. IDOC does not agree to this request. Any stay of the execution is governed by Idaho Code § 19-2715(6) and is addressed in section 7 of SOP 135.02.01.001.
4. IDOC does not agree to this request. Any stay of the execution is governed by Idaho Code § 19-2715(6) and is addressed in section 7 of SOP 135.02.01.001.
5. IDOC does not agree to this request. Any stay of the execution is governed by Idaho Code § 19-2715(6) and is addressed in section 7 of SOP 135.02.01.001.

Ms. Spears will be allowed to remain in the parking lot of IMSI during the execution. WiFi is available in the parking lot and Ms. Spears will not be prohibited from having and using her phone, computer, and pen and paper. Additionally, based on IDOC staff experience, Ms. Spears will have better access to data and a personal hotspot in the parking lot than inside IMSI. The IDOC will continue to evaluate and consider the request that Ms. Spears be permitted inside IMSI (other than F-Block) or another IDOC facility in the South Boise Complex during the execution.

Finally, I have inquired as to your concerns surrounding Mr. Creech's visit to the execution chamber. Mr. Creech specifically asked Warden Richardson for this visit. A clinical supervisor was also present during this request and accompanied them on the visit. If you do not want Mr. Creech to make such requests without your involvement, you need to address those concerns with your client. Warden Richardson is required to visit Mr. Creech on a daily basis and has a duty to answer any questions Mr. Creech may have. Warden Richardson is going to continue to interact with Mr. Creech as he is required. Warden Richardson will also continue to show Mr. Creech compassion and respond to any concerns or questions he has about the execution process. IDOC staff regularly refer Mr. Creech to counsel for legal questions. They do not discuss pending legal proceedings or issues, but IDOC staff will not curtail Mr. Creech's ability to discuss the subjects on his mind.

Sincerely,

/s/ Karin Magnelli

Karin Magnelli
Deputy Attorney General

cc: client