Nicole Owens
EXECUTIVE DIRECTOR
Mary E. Spears, Indiana Bar No. 27353-49
Deborah A. Czuba, Idaho Bar No. 9648
Assistant Federal Defenders
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Mary_Spears@fd.org
          Deborah A. Czuba@fd.org

*Attorneys for Plaintiff Thomas Eugene Creech*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH,** | Case No. 1:20-cv-114-AKB |
| Plaintiff, | |
| v. | **PLAINTIFF'S EMERGENCY MOTION FOR IMMEDIATE STAY OF EXECUTION** |
| **JOSH TEWALT,** Director, Idaho Department of Correction; **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution; **CHAD PAGE**, Chief, Division of Prisons, Idaho Department of Correction; and **Unknown Employees, Agents, or Contractors of the Idaho Department of Correction,** | **EXECUTION SCHEDULED FOR FEBRUARY 28, 2024** |
| Defendants. | |

Plaintiff Thomas Eugene Creech seeks an immediate stay of execution to protect his Eighth Amendment right to be free from cruel and unusual punishment because the Idaho Department of Correction (IDOC) has just botched his execution.

Emergency Motion for Immediate Stay of Execution – Page 1

Counsel have learned that IDOC just attempted and failed ten times to execute their client Mr. Creech. They do not currently know whether IDOC intends to try to execute Mr. Creech again today. Given the badly botched execution attempt this morning, which proves IDOC's inability to carry out a humane and constitutional execution, undersigned counsel preemptively seek an emergency stay of execution to prevent any further attempts today.

DATED this 28th day of February 2024.

/s/ Deborah A. Czuba
Mary E. Spears

/s/ Mary E. Spears
Mary E. Spears
Federal Defender Services of Idaho

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

Karin Magnelli
kmagnell@idoc.idaho.gov

Michael Elia
mje@melawfirm.net

/s/ Julie Hill
Julie Hill