Nicole Owens
EXECUTIVE DIRECTOR
Mary E. Spears, Indiana Bar No. 27353-49
Deborah A. Czuba, Idaho Bar No. 9648
Assistant Federal Defenders
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:  Mary_Spears@fd.org
      Deborah_A._Czuba@fd.org

*Attorneys for Plaintiff Thomas Eugene Creech*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH,** | Case No. 1:20-cv-114-AKB |
| Plaintiff, | |
| v. | **PLAINTIFF'S EMERGENCY MOTION FOR PRESERVATION AND ACCESS** |
| **JOSH TEWALT,** Director, Idaho Department of Correction; **TIM RICHARDSON**, Warden, Idaho Maximum Security Institution; **CHAD PAGE**, Chief, Division of Prisons, Idaho Department of Correction; and **Unknown Employees, Agents, or Contractors of the Idaho Department of Correction,** | |
| Defendants. | |

Plaintiff Thomas Eugene Creech seeks an immediate order requiring the defendants and all their agents and Idaho Department of Correction employees to preserve and retain evidence relating to this morning's botched execution attempt.

Emergency Motion for Preservation – Page 1

Specifically, Mr. Creech seeks an order compelling the defendants to do the following:

1. Retain and preserve all physical evidence involved in this morning's execution attempt, including equipment, clothing, documents, recordings, and so forth.

2. Allow counsel and any experts and other agents immediate access to Mr. Creech to photograph him, inspect him visually, interview him, and record their conversation, all under conditions that allow for appropriate attorney-client privilege.

3. Preserve the execution chamber in its present condition and allow it to be photographed and inspected by counsel and any experts and agents they need to assist them.

This motion is based on Mr. Creech's right to an execution free from cruel and unusual punishment under the Eighth Amendment.

DATED this 28th day of February 2024.

/s/ Deborah A. Czuba
Deborah A.Czuba

/s/ Mary E. Spears
Mary E. Spears
Federal Defender Services of Idaho

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

Karin Magnelli
kmagnell@idoc.idaho.gov

Michael Elia
mje@melawfirm.net

                                 /s/ Julie Hill
                                 Julie Hill