RAÚL LABRADOR
ATTORNEY GENERAL

Karin Magnelli (ISBN 6929)
Lead Deputy Attorney General
Kristina M. Schindele (ISBN 6090)
Deputy Attorney General
Idaho Department of Correction
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2094
Facsimile: (208) 327-7485
kmagnell@idoc.idaho.gov
krschind@idoc.idaho.gov

Michael J. Elia (ISBN 5440)
Special Deputy Attorney General
Tanner J. Smith (ISBN 12245)
MOORE ELIA & KRAFT, LLP
Post Office Box 6756
Boise, Idaho 83707
Telephone: (208) 336-6900
Facsimile: (208) 336-7031
mje@melawfirm.net
tanner@melawfirm.net

*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS E. CREECH,<br><br>       Plaintiff,<br><br>vs.<br><br>JOSH TEWALT, et al.,<br><br>       Defendants. | Case No. 1:20-cv-114-AKB<br><br>**MOTION FOR JUDGMENT ON THE PLEADINGS** |

COME NOW Defendants, by and through undersigned counsel, and pursuant to Federal

Rule of Civil Procedure 12(c) and Dist. Idaho Loc. Civ. R. 7.1, hereby move this Court to enter

**MOTION FOR JUDGMENT ON THE PLEADINGS - 1**

judgment on the pleadings in Defendants' favor and dismiss Plaintiff's Second Amended Complaint. This Motion is supported by the Memorandum in Support of Motion for Judgment on the Pleadings filed herewith.

Respectfully submitted this 19th day of March, 2024.

                                          MOORE ELIA & KRAFT, LLP

                                          */s/ Tanner J. Smith*
                                          Tanner J. Smith
                                          Attorneys for Defendants

                                          OFFICE OF THE ATTORNEY GENERAL

                                          */s/ Kristina M. Schindele*
                                          Kristina M. Schindele
                                          Deputy Attorney General
                                          Attorneys for Defendants

**MOTION FOR JUDGMENT ON THE PLEADINGS - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2024, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Deborah A. Czuba<br>Mary E. Spears<br>Federal Defender Services of Idaho<br>702 W. Idaho St., Ste. 900<br>Boise, Idaho 83702<br><br>*Attorneys for Plaintiff* | ☐ U.S. Mail, postage prepaid<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Facsimile Transmission<br>☒ E-Mail: Deborah_a_czuba@fd.org,<br>Mary_spears@fd.org |

MOORE ELIA & KRAFT, LLP


*/s/ Tanner J. Smith*
Tanner J. Smith
Attorneys for Defendants

**MOTION FOR JUDGMENT ON THE PLEADINGS - 3**