*Creech v. Tewalt,* U.S. Dist. Ct. No. 1:20-cv-114-GMS
Submitted in Support of Reply in Support of Renewed Motion for Preliminary Injunction

# SEALED EXHIBIT 4