*Creech v. Tewalt,* U.S. Dist. Ct. No. 1:20-cv-114-GMS
Submitted in Support of Reply in Support of Renewed Motion for Preliminary Injunction

# EXHIBIT 5

# CHAIN OF CUSTODY

Received From: ████████████████████

Received By: _Warden Tim Richardson_

Date: _10-12-23_          Time: _16:18_          am/(pm)

_15g Pentobarbital_
Received From: _Warden Tim Richardson_

Received By: _Deputy Chief Liz Neville_

Date: _02-28-2024_          Time: _0700_          (am)/pm

_Confirmed 15g Pentobarbital, 2.5grms bottle (6) quantity_

Received From: _Deputy Chief Liz Neville_

Received By: _Warden Tim Richardson_

Date: _2-28-24_          Time: _1440_          am/(pm)

_Returned 5grms Pentobarbital total, 2.5grms bottles (2)Quantity_
Received From: _Warden Tim Richardson_

Received By: _Warden Randy Valley_

Date: _6/24/2024_          Time: _1030_          am/pm

_(15) 20mL vials and (2) 50mL vials Pentobarbital_
Received From: _Warden Randy Valley_

Received By: ████████████████████

Date: _10/24/2024_          Time: _0807_          (am)/pm

_(15) 20mL vials Pentobarbital removed. Expired returned to supplier._

Received From: _____

Received By: _Warden Randy Valley_

Date: _10/25/2024_          Time: _1148_          (am)/pm

_Transferring remianing 2 50mL vials to New chain of custody form_

CAT. NO. COC2100

# CHAIN OF CUSTODY

Received From: ███████████████████ _____

Received By: _Warden Randy Valley_____

Date: _10/25/2024_____    Time: _1150_____

Comments: Received 2.5g Pentobarbitol (6) #3-8
Transferred 2.5g Pentobarbitol (2) from previous #1-2
Chain of Custody Total (8)

---

Received From: _____

Received By: _____

Date: _____    Time: _____

Comments:

---

Received From: _____

Received By: _____

Date: _____    Time: _____

Comments:

---

Received From: _____

Received By: _____

Date: _____    Time: _____

Comments: