*Creech v. Tewalt,* U.S. Dist. Ct. No. 1:20-cv-114-GMS
Submitted in Support of Reply in Support of Renewed Motion for Preliminary Injunction

# EXHIBIT 7

## DECLARATION OF JONAH J. HORWITZ

I, Jonah J. Horwitz, mindful of the penalties of perjury, declare as follows:

1.    I am a person over eighteen years of age and competent to testify.

2.    Since the case's inception, I have represented the plaintiff as lead counsel in *Pizzuto v. Tewalt*, D. Idaho, No. 1:21-cv-359. Henceforth, I will refer to those proceedings as "the *Pizzuto* case."

3.    In discovery in the *Pizzuto* case, the parties have used the phrase "New Execution Drugs" to refer to lethal-injection chemicals obtained by the Idaho Department of Correction (IDOC) in or after February and before October 2024.

4.    On September 18, 2024, I joined a phone call between counsel for the plaintiff and the attorneys who represent the defendants in the *Pizzuto* case.

5.    The primary purpose of the phone call was to discuss various outstanding discovery matters in the *Pizzuto* case.

6.    During the phone call, we discussed the certificate of analysis (COA) for the New Execution Drugs.

7.    Counsel for the defendants indicated that IDOC did not have in its possession a COA for the New Execution Drugs.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of November 2024, at Boise, Idaho.

*/s/ Jonah J. Horwitz*
Jonah J. Horwitz

DECLARATION OF JONAH J. HORWITZ - 1