Nicole Owens
EXECUTIVE DIRECTOR
Mary E. Spears, Indiana Bar No. 27353-49
Deborah A. Czuba, Idaho Bar No. 9648
ASSISTANT FEDERAL DEFENDERS
Federal Defender Services of Idaho
702 W. Idaho Street, Suite 900
Boise, ID 83702
Telephone: (208) 331-5530
Facsimile: (208) 331-5559
ECF:   Mary_Spears@fd.org
        Deborah_A_Czuba@fd.org

*Attorneys for Plaintiff Thomas Eugene Creech*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH,** ) | **Case No. 1:20-cv-114-GMS** |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **CAPITAL CASE** |
| **BREE DERRICK**, Director, Idaho Department ) | |
| of Correction, **RANDY VALLEY**, Warden, ) | |
| Idaho Maximum Security Institution, **CHAD** ) | **MOTION FOR** |
| **PAGE**, Chief, Division of Prisons, Idaho ) | **RECONSIDERATION OF ORDER** |
| Department of Correction; **LIZ NEVILLE**, ) | **[DKT. 193]** |
| Deputy Chief, Division of Prisons, Idaho ) | |
| Department of Correction; and **Unknown** ) | |
| **Employees, Agents, or Contractors of the** ) | |
| **Idaho Department of Correction**, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |

In its August 5, 2025, Order (Dkt. 193), the Court wrongly dismissed Mr. Creech's Third Amended Complaint and denied a series of then-pending motions in this matter (Dkts. 164, 165, 172, and 187), all as moot. For a number of legal and practical reasons, as set forth in the accompanying Memorandum, this Court should reconsider and rescind that order. In the

Motion for Reconsideration - 1

alternative, should the Court decline to reconsider its Order, it should instead dismiss the case in its entirety on mootness grounds, enter judgment, and allow the matter to proceed to appeal.

DATED this 4th day of September 2025.

/s/ *Mary E. Spears*
Mary E. Spears

/s/ *Deborah A. Czuba*
Deborah A. Czuba

Federal Defender Services of Idaho
*Attorneys for Plaintiff Thomas Eugene Creech*

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov

Karin Magnelli
kmagnell@idoc.idaho.gov

Tanner J. Smith
tanner@melawfirm.net

Michael J. Elia
mje@melawfirm.net

/s/ *Julie Hill*
Julie Hill